AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE August 10, 2006 |
| NAME OF SERVER *(PRINT)* Chris Cahill | TITLE Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Cecelia Russell / Registered Agent
150 South Perry Street
Montgomery, AL 36104

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-10-06  
Date

Signature of Server

2101 Highlands Avenue South
Suite 410
B'ham, AL 35205
Address of Server

RETURNED AND FILED

AUG 11 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

GREAT SOUTHERN WOOD PRESERVING, INC.

V.

AMERICAN HOME ASSURANCE COMPANY, ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:    1:06 cv 708

TO: (Name and address of Defendant)

American International Marine Agency
CSC Lawyers, Inc.
150 South Perry Street
Montgomery, Alabama 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kenneth A. Dowdy, Esq.
Lusk, Lusk, Dowdy & Caldwell, P.C.
2101 Highland Avenue
Suite 410
Birmingham, Alabama 35205

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                                   8/10/06
CLERK                                                                          DATE

_[signature]_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE: August 10, 2006 |
| NAME OF SERVER (PRINT): CHRIS CAHILL | TITLE: PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: CECELIA RUSSELL / REGISTERED AGENT 150 SOUTH PERRY STREET MONTGOMERY, AL 36104

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-10-06
Date

Signature of Server

2101 HIGHLAND AVENUE SOUTH
SUITE 410
B'HAM, AL 35205
Address of Server

RETURNED AND FILED

AUG 11 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

GREAT SOUTHERN WOOD PRESERVING, INC.

V.

AMERICAN HOME ASSURANCE COMPANY, ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  1: 06 cv 708

TO: (Name and address of Defendant)

American Home Assurance Company
CSC Lawyers, Inc.
150 South Perry Street
Montgomery, Alabama 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kenneth A. Dowdy, Esq.
Lusk, Lusk, Dowdy & Caldwell, P.C.
2101 Highland Avenue
Suite 410
Birmingham, Alabama 35205

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                    8/10/06
CLERK                                                 DATE

_Ben Rohn_
(By) DEPUTY CLERK

◎AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  August 10, 2006 |
| NAME OF SERVER *(PRINT)*  CHRIS CAHCLL | TITLE  PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: CECELCA NUSSELL / REGISTERED AGENT
150 SOUTH PERRY STREET
MONTGOMERY, AL 36104

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-10-06
              Date

_____
Signature of Server

2101 HIGHLAND AVENUE SOUTH
SUITE 410
B'HAM, AL 35205
Address of Server

RETURNED AND FILED

AUG 11 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF...

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

GREAT SOUTHERN WOOD PRESERVING, INC.

V.

AMERICAN HOME ASSURANCE COMPANY, ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   1:06 cv 708

TO: (Name and address of Defendant)

AIG
CSC Lawyers, Inc.
150 South Perry Street
Montgomery, Alabama 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kenneth A. Dowdy, Esq.
Lusk, Lusk, Dowdy & Caldwell, P.C.
2101 Highland Avenue
Suite 410
Birmingham, Alabama 35205

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                     8/10/06
CLERK                                                  DATE

*[signature]*
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE August 10, 2006 |
| NAME OF SERVER (PRINT) Chris Cahill | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Cecelia Russell / Registered Agent
150 South Perry Street
Montgomery, AL 36104

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-10-06
            Date              Signature of Server

2101 Highland Avenue South
Suite 410
B'ham, AL 35205
Address of Server

RETURNED AND FILED
AUG 11 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

GREAT SOUTHERN WOOD PRESERVING, INC.

V.

AMERICAN HOME ASSURANCE COMPANY, ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   1:06 cv 708

TO: (Name and address of Defendant)

American International Underwriters Corporation
CSC Lawyers, Inc.
150 South Perry Street
Montgomery, Alabama 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kenneth A. Dowdy, Esq.
Lusk, Lusk, Dowdy & Caldwell, P.C.
2101 Highland Avenue
Suite 410
Birmingham, Alabama 35205

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                        8/10/06

CLERK                                                        DATE

(By) DEPUTY CLERK