IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| GREAT SOUTHERN WOOD PRESERVING, INC. | ) ) ) |
| Plaintiff, | ) ) |
| vs. | )   CV: 1:06CV708 ) ) |
| AMERICAN HOME ASSURANCE COMPANY; AIG; AMERICAN INTERNATIONAL UNDERWRITERS CORPORATION; AMERICAN INTERNATIONAL MARINE AGENCY | ) ) ) ) ) ) |
| Defendants | ) |

MOTION FOR EXTENTION OF TIME TO FILE A RESPONSIVE PLEADING

COMES NOW, American Home Assurance Company, AIG, American International Underwriters Corporation, American International Marine Agency (collectively "Defendants"), by and through undersigned counsel, and move for an extension of time to file their responsive pleadings in this action, up to and including September 9, 2006. As grounds, Defendants show as follows:

1. This action was filed on August 9, 2006. Court records indicate that Defendants were served with a summons and complaint on August 10, 2006.

2. The undersigned counsel has only recently been retained in this matter and needs additional time to obtain file materials and prepare responsive pleadings.

3. Plaintiff has no opposition to the requested extension.

- 2 -

WHEREFORE, the premises considered, defendants move the Court for an extension of time to file their responsive pleadings in this action, up to and including September 9, 2006.

        *s/Blane H. Crutchfield*
        BLANE H. CRUTCHFIELD (CRUTB4243)
        Attorney for Defendants
        American Home Assurance Company, AIG,
        American International Underwriters Corporation,
        American International Marine Agency

OF COUNSEL:

HAND ARENDALL, L.L.C.
P. O. Box 123
Mobile, AL 36601-0123
Tel: (251) 432-5511
Fax: (251) 694-6375
bcrutchfield@handarendall.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 30th day of August, 2006, electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Kenneth A. Dowdy
    *kad@lusklaw.com*

    Leslie Ann Caldwell
    *lac@lusklaw.com*

        *s/Blane H. Crutchfield*
        BLANE H. CRUTCHFIELD (CRUTB4243)