IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| GREAT SOUTHERN WOOD PRESERVING, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 1:06cv708-CSC |
| AMERICAN HOME ASSURANCE COMPANY, *et al.*, | ) ) ) | |
| Defendants. | ) | |

**ORDER**

Now pending before the court is the unopposed August 30, 2006, motion for extension of time to file a responsive pleading (doc. # 7) filed by the defendants. Upon consideration of the motion, it is

ORDERED that the defendants are GRANTED an extension to and including September 11, 2006, to file a responsive pleading.

Done this 31st day of August, 2006.

          /s/Charles S. Coody
    CHARLES S. COODY
    CHIEF UNITED STATES MAGISTRATE JUDGE