IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GREAT SOUTHERN WOOD PRESERVING, INC. | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CV: 1:06 cv 708 ) |
| AMERICAN HOME ASSURANCE CO., et al., | ) ) ) |
| Defendants. | ) |

**NOTICE OF ENDORESEMENT**

Pursuant to the ECF Administrative Procedure, counsel for Plaintiff Great Southern Wood Preserving, Inc., Kenneth A. Dowdy, does hereby certify that my original signature was placed on the following document which was filed electronically filed on October 10, 2006:

1. Report of Parties Planning Meeting

Respectfully submitted,

/s/ Kenneth A. Dowdy

KENNETH A. DOWDY (DOW015)
LESLIE A. CALDWELL (CAL047).
Attorneys for Plaintiff Great Southern
Wood Preserving, Inc.
Lusk Lusk Dowdy & Caldwell, P.C.
2101 Highland Avenue
Suite 410
Birmingham, AL 35205
(205) 933-7090
(205) 933-7099 (fax)