IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GREAT SOUTHERN WOOD PRESERVING, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06cv708-CSC |
| | ) |
| AMERICAN HOME ASSURANCE CO., | ) |
| | ) |
| Defendant. | ) |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

9/20/06
Date

[Signature]
Signature

Great Southern Wood Preserving, Inc.
Counsel For (**print** name of all parties)

2101 Highland Ave, Ste 410, Bhm, Al 35205
Address, City, State Zip Code

205-933-7090
Telephone Number

**DO NOT ELECTRONICALLY FILE THIS DOCUMENT**