IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2006 OCT 16  A 9: 35

P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| GREAT SOUTHERN WOOD PRESERVING, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 1:06cv708-CSC ) |
| AMERICAN HOME ASSURANCE CO., | ) ) ) |
| Defendant. | ) |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

10-10-06
Date

Signature

American Home Assurance Co.
Counsel For (**print** name of all parties)

P.O. Box 123, Mobile, AL  36601
Address, City, State Zip Code

(251) 432-5511
Telephone Number

## DO NOT ELECTRONICALLY FILE THIS DOCUMENT