IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

GREAT SOUTHERN WOOD        )
PRESERVING, INC.,          )
                           )
    Plaintiff,           )
                           )
v.                         )    CIVIL ACTION NO.  1:06cv708-CSC
                           )
AMERICAN HOME              )
ASSURANCE CO. *et al.*,    )
                           )
    Defendants.          )

**ORDER**

On October 16, 2006, the court entered a FED. R. CIV. P. 16 scheduling order setting this matter for a non-jury trial on October 15, 2007.  In its complaint, the plaintiff made a jury demand.  Accordingly, it is

ORDERED that this matter be and is hereby RESET for a jury trial on the October 1, 2007, trial term in Dothan, Alabama.  It is further

ORDERED that the FED. R. CIV. P. 16 scheduling order be and is hereby MODIFIED to conform this order, with all dates adjusted accordingly.

Done this 19th day of October, 2006.

       /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE