IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| GREAT SOUTHERN WOOD PRESERVING, INC., | * * * |
| Plaintiff, | * * |
| V. | *   CIVIL ACTION NO.: |
| | *   1:06-CV-00709-CSC |
| AMERICAN HOME ASSURANCE COMPANY, ET AL, | * * * |
| Defendants. | * |

## NOTICE OF APPEARANCE

Comes now Louis C. Norvell and hereby appears as counsel for Defendants, American Home Assurance Company, AIG, American International Underwriters Corporation and American International Marine Agency.

Respectfully submitted.

s/Louis C. Norvell
BLANE H. CRUTCHFIELD (ASB-4243-E29B)
LOUIS C. NORVELL (ASB-4585-L71L)
Attorneys for Defendants

OF COUNSEL:
HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama  36601
Telephone:  (251) 432-5511
Facsimile:  (251) 694-6375
E-mail: bcrutchfield@handarendall.com
E-mail:  lnorvell@handarendall.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Kenneth A. Dowdy, kad@lusklaw.com and Leslie Ann Caldwell, lac@lusklaw.com.

s/Louis C. Norvell