IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GREAT SOUTHERN WOOD PRESERVING, INC., | ) |
| Plaintiff | ) ) ) ) |
| v. | ) CV: 1:06 cv 708 |
| AMERICAN HOME ASSURANCE CO., et al., | ) ) ) |
| Defendants. | ) ) |

## GREAT SOUTHERN WOOD PRESERVING INC.'S CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this court, the undersigned part or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnerships, joint ventures or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:

Great Southern Wood Preserving, Inc. subsidiaries:
- Greenbush Logistics, Inc.
- Greenbush Wood Products, Inc.
- Huggin' Molly's Inc.
- Texas' Great Southern Wood, LLC
- JAG Leasing, LLC

Great Southern Wood Preserving, Inc. affiliated companies through common ownership:
- Great Southern Wood of N. Ala., Inc.
- Great Southern Wood of Fla., Inc.
- Great Southern Wood-Statesboro, Inc.
- Global Fibers USA, Inc.

As further disclosure, Great Southern Wood Preserving, Inc. says the following:

1. All of the entities reported are nongovernmental corporations.
2. None of the entities reported are publicly held corporations and no publicly held corporation owns more than 10% of the stock in any of the entities reported.

March 1, 2007

                                                  s/Kenneth A. Dowdy
Kenneth A. Dowdy
State Bar No. DOW015
Attorney for Plaintiff
Lusk, Lusk, Dowdy & Caldwell, P.C.
2101 Highland Avenue
Suite 410
Birmingham, Alabama 35205
Telephone (205) 933-7090
Fax (205) 933-7099
E-Mail: kad@lusklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 1st of March, 2007, served a copy of the foregoing via e-file to:

Blane H. Crutchfield, Esquire
Hand Arendall, LLC
P.O. Box 123
Mobile, Alabama 36601-0123

                                                  s/Kenneth A. Dowdy