IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| GREAT SOUTHERN WOOD PRESERVING, INC., | * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil No. 1:06-cv-00708-CSC |
| AMERICAN HOME ASSURANCE CO., AIG, AMERICAN INTERNATIONAL UNDERWRITERS CORP., AMERICAN INTERNATIONAL MARINE AGENCY, | * * * * * | |
| Defendants. | | |

NOTICE OF FILING DISCOVERY

Comes now Defendant American Home Assurance Co. and hereby gives notice of submitting interrogatories and requests for production to Plaintiff on this date.

Respectfully submitted.

   s/Louis C. Norvell
BLANE H. CRUTCHFIELD (CRUTB4243)
LOUIS C. NORVELL (NORVL4585)
Attorneys for Defendants
American Home Assurance Company, AIG,
American International Underwriters Corporation,
and American International Marine Agency

OF COUNSEL:

HAND ARENDALL, L.L.C.
P. O. Box 123
Mobile, AL 36601-0123
Tel: (251) 432-5511
Fax: (251) 694-6375
bcrutchfield@handarendall.com
lnorvell@handarendall.com

2

## CERTIFICATE OF SERVICE

      I hereby certify that I have on this 3rd day of May, 2007 served the foregoing pleading on counsel of record via electronic notice or by United States mail first class, postage prepaid.

Kenneth A. Dowdy, Esq.
*kad@lusklaw.com*
Lusk, Lusk, Dowdy & Caldwell, P.C.
2101 Highland Ave.
Suite 410
Birmingham, AL 35205

Leslie Ann Caldwell, Esq.
*lac@lusklaw.com*
Lusk, Lusk, Dowdy & Caldwell, P.C.
2101 Highland Ave.
Suite 410
Birmingham, AL 35205

                                            s/Louis C. Norvell