IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| GREAT SOUTHERN WOOD PRESERVING, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil No. 1:06-cv-00708-CSC |
| | * | |
| AMERICAN HOME ASSURANCE CO., AIG, AMERICAN INTERNATIONAL UNDERWRITERS CORP., AMERICAN INTERNATIONAL MARINE AGENCY, | * | |
| | * | |
| Defendants. | * | |

DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants American Home Assurance Co., AIG, American International Underwriters Corp. and American International Marine Agency hereby move this Court for entry of summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure as there are no disputed issues of material fact and Defendants are entitled to judgment as a matter of law. Defendants have also filed herewith a brief and evidentiary exhibits in support of this motion.

 s/Blane H. Crutchfield
BLANE H. CRUTCHFIELD (CRUTB4243)
LOUIS C. NORVELL (NORVL4585)
Attorneys for Defendants
American Home Assurance Company, AIG,
American International Underwriters Corporation,
and American International Marine Agency

OF COUNSEL:

HAND ARENDALL, L.L.C.
P. O. Box 123
Mobile, AL 36601-0123
Tel: (251) 432-5511
Fax: (251) 694-6375

CERTIFICATE OF SERVICE

      I hereby certify that I have on this 30th day of May, 2007 served the foregoing pleading on counsel of record via electronic notice or by United States mail first class, postage prepaid.

Kenneth A. Dowdy, Esq.
Lusk, Lusk, Dowdy & Caldwell, P.C.
2101 Highland Ave.
Suite 410
Birmingham, AL 35205

Leslie Ann Caldwell, Esq.
Lusk, Lusk, Dowdy & Caldwell, P.C.
2101 Highland Ave.
Suite 410
Birmingham, AL 35205

                                            s/Blane H. Crutchfield_____