IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

GREAT SOUTHERN WOOD   *
PRESERVING, INC.,     *
            *
  Plaintiff,      *
            *
v.          *   Civil No. 1:06-cv-00708-CSC
            *
AMERICAN HOME ASSURANCE *
CO., AIG, AMERICAN INTERNATIONAL *
UNDERWRITERS CORP., AMERICAN *
INTERNATIONAL MARINE AGENCY, *
            *
  Defendants.     *

<u>DEFENDANTS BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT</u>

   Defendants American Home Assurance Co., AIG, American International Underwriters

Corp. and American International Marine Agency submit this brief in support of their motion for

summary judgment. For the reasons stated herein, Defendants are entitled to summary judgment

as to all of Plaintiff's claims.

I.  <u>Facts</u>

   Plaintiff has brought this action alleging breach of contract and bad faith concerning the

denial of coverage for the loss of lumber shipments at the Port of Gulfport in Hurricane Katrina

on August 29, 2005. American Home Assurance Co. ("American Home") denied coverage

under the policy at issue in this case because its investigation clearly indicated that Plaintiff had

assumed custody and control over the lumber shipments at its leased warehouse space at the time

of loss and, as the goods were no longer in transit, there was no coverage under the policy.

   Plaintiff is in the lumber business. Plaintiff both purchases domestic lumber and imports

1

lumber from South American locations for Plaintiff's operations.  (Goff Dep. at 11-12, attached hereto as Exhibit A).

In April 2005, Great Southern's insurance broker, Hill, Rogul & Hobbs, requested a quote from AIG and its affiliates for various lines of insurance coverage, including Ocean Marine Cargo Insurance.  (Sciachetano Decl., attached hereto as Exhibit B).

The broker's submission indicated with specificity the types and amounts of coverage requested.  Excerpts from the broker's submission are attached as Exhibit 2 to the Sciachetano Declaration.  The broker's quote request delineated coverage particulars for "cargo" referencing inland truck transportation, and "ocean cargo."  The broker's submission specifically indicated: "Domestic Transit – No coverage."  In conjunction with its submission, the broker also submitted a declarations page from a prior Great Southern cargo policy issued by Travelers Insurance Co.  The Traveler's declaration page indicated there was "no coverage" for domestic transit.

American Home Assurance Co. ("American Home") issued Marine Open Cargo Policy number 88590C to Great Southern with an effective date of June 2, 2005.  The policy is attached to the Sciachetano Declaration as Exhibit 3.

The first page of the policy states as follows:  "This policy covers automatically on all shipments which come within its scope.  It is important that all shipments be reported as soon as known and the valuation thereof declared as soon as ascertained."  Endorsement number 1 to the policy sets forth the required annual marine minimum and deposit premium for the policy period June 2, 2005 through July 31, 2005.  The agreed premium was calculated as a percentage of annual values shipped which was estimated by Great Southern to be $30,000,000.  Pursuant to

Endorsement 1, Great Southern was required "to report all shipments covered under this policy on an annual basis," which allowed American Home to calculate the actual premium.  (Policy, Endorsement 1).

The geographic limits provided in the policy are stated as "at or from ports and/or places in the world to ports and/or places in the world" excluding certain designated countries and also excluding the "Inland Transit Worldwide."  (Policy, § 5).

The policy contains a standard warehouse to warehouse clause providing coverage from the commencement of transit and continuing "whilst the goods are in transit and/or awaiting transit until delivered to the final warehouse of the designation named in the policy or until the expiry of fifteen days (or 30 days, if the designation to which the goods are insured is outside the limits of the port) whichever shall first occur." (Policy, § 19).

The policy also contains the standard marine extension clause which provided warehouse to warehouse coverage for goods "during deviation, delay, forced discharge, re-shipment, trans shipment and any other variation of the venture arising from the exercise of a liberty granted to ship owner or under the contract of the freightment."  (Policy, § 20).

The policy provided that "it is a condition of this insurance that there shall be no interruption or suspension of transit unless due to circumstances beyond the control of the insured."  (Policy, § 20, ¶ VII).

The policy also contained a declarations clause pursuant to which Great Southern warranted and agreed "to report all shipments shipped to American Home as soon as they become known to Great Southern" or as soon thereafter as practicable.  (Policy, § 37).  The declarations clause also permitted American Home to examine the books, accounts and records

of Great Southern for the purposes of tabulating and verifying all shipments for which coverage was provided.  (Policy, § 37).  The policy did not provide any separate inland transportation coverage (Policy, §§ 7, 11).

A loss control review dated July 22, 2005 was provided to Great Southern through its insurance broker on July 26, 2005 via e-mail.  That e-mail also further advised the broker that although the review discussed inland transit exposure, the Ocean Marine Cargo Policy did "not cover inland transit shipments wholly within the United States."  (July 26, 2005 email from Sciachetano July 26, 2005 email, attached as Exhibit 4 to Sciachetano Decl.).

On or about August 31, 2005, Great Southern reported the loss of the lumber shipments at the Port of Gulfport, Mississippi during Hurricane Katrina.  (Ho Decl. at ¶ 2, attached hereto as Exhibit C).

Following notice of the loss, American Home retained SGS North American - Marine Services to investigate the claim.  (Ho Decl. at ¶ 4).  American Home conducted a thorough and complete investigation of the claim based on customary and prudent claims practices in the insurance industry.  (Ho Decl. at ¶ 3).

During the course of the claim investigation, Great Southern, with the assistance of legal counsel, and its broker, Hilb Rogal & Hobbs, submitted documents to American Home concerning the loss. As part of the investigation, American Home obtained the ocean bills of lading, customs documents, commercial invoices and other shipping documents concerning the shipments at issue.  (Ho Decl. at ¶ 11).  The carrier's freight invoices show the destination as Gulfport with no on-carriage charges.  Commercial invoices for the shipments show Gulfport as the destination.  No other shipping or transportation documents reveal anticipated transportation

to any other location.     (Ho Decl. at ¶ 11; Goff Dep. at 37-53, Exs. 1-10 to Goff Dep.).

Great Southern's practices were to ship lumber to Gulfport from various locations in South America and store it in a warehouse located at the Port of Gulfport.  (Goff Dep. at 29).

The warehouse space where the lumber was stored was leased to Great Southern by the Mississippi State Port Authority.  (Goff Dep. at 29-31, 35-37, 54-55).  The Gulfport warehouse lease is attached as Exhibit 11 to the Goff deposition.

The warehouse lease provides that Great Southern assumed all responsibility for the care, custody, control and protection of the lumber, (see Lease Agreement, ¶ F), and Great Southern admits that is had exclusive custody and control of the lumber while it was store in the Gulfport warehouse.  (Goff Dep. at 95).  Plaintiff's 30(b)(6) representative, Marty Goff, testified on this point as follows:

> Q:     In looking at this agreement, it states in paragraph eight that the lumber is in your care, custody and control when it's put in the warehouse.  Do you dispute that at all?
>
> A:     No.
>
> Q:      Nobody else has control over the cargo?
>
> A:     Nobody else can go in there and get back cargo other than me.
>
> Q:     And it's up to Great Southern, depending on the market, to make the decision of when and how and where to get that cargo out of there and take it somewhere else based on whatever constraints you have in the market and inventory and so forth?
>
> A:     Yes. . . . .

(Goff Dep. at 95-96).

Great Southern reported that the warehouse was used to store lumber while awaiting distribution by Great Southern.  (Ho Decl. at ¶ 9).  Great Southern's practice was to remove the

lumber from the Gulfport warehouse and direct it to Great Southern treatment plants, depending

on its inventory needs and the availability of trucks, or to sell the lumber to outside customers

and ship the lumber directly from the Gulfport warehouse.   (Ho Decl. at ¶ 9; Morton email dated

June 28, 2006, attached as Exhibit 3 to Ho Decl.; see also Goff Dep. at 15-16, 63).

      Great Southern also submitted documents concerning its practices for receiving and

storing lumber at the Gulfport warehouse.  These documents, including Great Southern's

Delivery Breakdown Reports and Import Stock Reports, indicated the length of time lumber was

stored at the warehouse after discharge from the vessel.  There reports covered not only the

shipments at issue but also shipments arriving several months before the date of the loss.  These

records indicate that, at times, Great Southern would store lumber at the warehouse for months

after discharge from the vessel before transporting the lumber to another location or selling the

lumber directly to customers from the warehouse.  (Goff Dep. at 90; Ho Decl. at ¶ 9).

      Great Southern exercised complete discretion in determining when lumber was removed

from the warehouse and that Great Southern  moved the lumber depending on its inventory needs

and the availability of trucks to transport the lumber.  (Goff Dep. at 93-98).

      On May 23, 2006 American Home issued a letter to Great Southern reserving its rights

with respect to coverage under the policy.  (Ho Decl. at ¶ 13).  On July 7, 2006, American Home

issued a letter declining coverage for the shipments at issue in this case under the policy.  (Ho

Decl. at ¶ 15).  The July 7, 2006 letter is attached as Exhibit 4 to the Ho Declaration.

      The July 7, 2006 denial letter explained:

> The information submitted establishes that Great Southern used the warehouse at
> the pier as a storage facility for its lumber after vessel discharge, and the lumber
> was removed by Great Southern from the warehouse as it was needed at Great
> Southern's various processing facilities.

We have also been advised that occasionally the material was sold and shipped to customers directly from the Gulfport warehouse. The spreadsheets we received indicate that it typically takes Great Southern 90 days or longer to remove the lumber delivered by a particular vessel completely from the Gulfport warehouse. The contract between Great Southern and the Mississippi State Port Authority establishes that Great Southern had contracted for assigned space at the warehouse in Gulfport, and Great Southern assumed all responsibility for the care, custody, control and protection of the cargo. SSA is the designated stevedore, cargo handler and terminal operator on behalf of Great Southern. In addition, all of the bills of lading show that the place of delivery is the Port of Gulfport, and the space designated for "Place of delivery by on carrier" is blank. The Commercial invoices for each shipment show the "destination" as Gulfport.

These facts establish that Great Southern exercised full dominion and control over the lumber once it was discharged from the vessels and placed into the warehouse in Gulfport. Therefore, the ordinary course of transit had ceased, and the lumber had been delivered to its final destination warehouse within the meaning of the Policy.

We conclude there is no coverage for these losses under the Policy because the losses occurred after coverage under the Policy had ceased.

(July 7, 2006 Den. Let.).

Great Southern subsequently obtained replacement coverage with Lloyds of London.

Under the new coverage, Great Southern obtained additional coverage for goods after delivery

and in storage at its port warehouse facility.  (Ho Decl. at ¶ 16).

In advising American Home of the new policy, Great Southern's broker noted:  "No gaps

in coverage in case another hurricane type loss."  (Ho Decl. at ¶ 16; Broker Georgia DeHart's

July 20, 2006 email attached as Exhibit 5 to Ho Decl.).

II.    <u>Summary Judgment Standard</u>

Under Rule 56(c) of the Federal Rules of Civil Procedure, summary judgment is proper

"if the pleadings, depositions, answers to interrogatories, and admissions on file, together with

the affidavits, if any, show that there is no genuine issue as to any material fact and that the moving party is entitled to a judgment as a matter of law." Id. The movant meets its burden by showing that there is no dispute of material fact. See Celotex Corp. v. Catrett, 477 U.S. 317, 322-23 (1986). Once the moving party has met its burden, Rule 56 "requires the nonmoving party to go beyond the pleadings and by affidavits, or by the depositions, answers to interrogatories and admissions on file, designate specific facts showing that there is a genuine issue for trial." Id. at 324 (internal quotations omitted). "A mere scintilla of evidence supporting the [nonmoving] party's position will not suffice; there must be enough of a showing that the jury could reasonably find for that party." Walker v. Darby, 911 F.2d 1573, 1577 (11th Cir. 1990) (citation omitted).

III.  Breach of Contract Claim

Plaintiff has alleged that American Home Assurance Co. breached the contract of insurance by denying coverage in the case.

The marine cargo policy at issue in this case will be governed by federal law. See All Underwriters v. Weisberg, 222 F. 3d 1309 (11th Cir. 2000). Federal courts have long considered actions involving marine insurance policies to be within the admiralty jurisdiction of the federal courts and governed by federal maritime law. See Wilburn Boat Co. v. Fireman's Fund Ins. Co., 348 U.S. 310, 321 (1955); Morewitz v. West of England Ship Owners Mut. Protection & Indem. Ass'n, 896 F. 2d 495, 498-99 (11th Cir. 1990).

Warehouse-to-warehouse clauses, such as the one at issue in this case, are standard in marine cargo policies and there is a considerable amount of case law interpreting such clauses,

particularly on the issue of when transit ends.  See, e.g., Lumber & Wood Products, Inc. v. New

Hampshire Inc. Co., 807 F.2d 916 (11th Cir. 1987).

Given that these losses did not occur during the ocean voyage, but during a period of

storage after discharge of the vessels, Plaintiff argues that the Warehouse to Warehouse clause of

the policy, provides coverage for the loss.[1]  This section provides:

> (19)  WAREHOUSE TO WAREHOUSE
>
> This insurance attaches from the time the goods leave the Warehouse and/or Store
> at the place named in the Declaration and/or Certificate for the commencement of
> the **transit** and continues during the ordinary course of **transit**, including
> customary transshipment, if any, until the goods are discharged over side from the
> overseas vessel at the final port. Thereafter the insurance continues whilst the
> goods are in **transit** and/or awaiting **transit** until delivered to the final warehouse
> at the destination named in the policy or until the expiry of 15 days (or 30 days, if
> the destination to which the goods are insured is outside the limits of the port)
> whichever shall first occur. The time limits referred to above to be reckoned from
> midnight of the day on which the discharge over side of the goods hereby insured
> from the overseas vessel is completed. Held covered at a premium to be agreed in
> the event of transshipment, if any, other than as above and/or in the event of delay
> in excess of the above time limits arising from circumstances beyond the control
> of the ASSURED.

(Policy, § 19) (emphasis added).

Under the Warehouse to Warehouse clause, coverage continues only during "the ordinary

course of transit." The facts in this case are clear that Plaintiff took complete custody and control

over the goods when they reached the Port of Gulfport, that delivery had ceased, and that the

goods were no longer in "transit."  Great Southern's 30(b)(6) witness contended that the coverage

---

[1]  The Policy also contains a Marine Extension Clause.  (Policy, § 20).  This provision provides:  "This insurance to
specially to cover the goods during deviation, delay, forced discharge, re-shipment, transshipment and any other
variation of the adventure arising from the exercise of a liberty granted to this shipowner or charterer under the
contract of affreightment."  (Policy, § 20, ¶ II).  A Marine Extension Clause is only applicable where a delay is
beyond the control of the insured.  See, e.g., Int'l, Inc. v. London Underwriters, 1989 A.M.C. 1805 (D.N.J. 1989).
Plaintiff has admitted in this case that there was no breakdown or unusual delay in this case which would invoke
coverage under the Marine Extension Clause.  (Goff Dep. at 99).

existed for 30 days after discharge because the lumber had not reached its point of destination which he suggested would have been one of the various treatment facilities outside the Port, or a potential customer if the lumber would have been sold directly to a third party.[2]  There is no evidence that Great Southern ever reported these destinations to American Home for inclusion in the insurance policy.  (Goff Dep. at 103-04).  In fact, Mr. Goff admitted that in many instances a determination as to where the cargo would be shipped was not made until after discharge from the vessel or until a third-party sale occurred.  (Goff Dep. at 98, 104).  As the goods were no longer in transit, coverage ceased under the policy.  If the ordinary course of transit had ceased and delivery was complete, the 15 and 30 days time periods have no effect and there was simply no coverage.

As noted above, Plaintiff leased warehouse space at the Port of Gulfport.  Plaintiff had exclusive custody and control over the goods once they reached the warehouse.  Plaintiff, in its discretion, determined when and where to send the goods from the Gulfport warehouse.  Plaintiff concedes that goods would remain in its Gulfport warehouse for months, as many as four months after discharge from the vessel, and that subsequent movement of the goods was based on its own inventory needs at its various processing plants as well as its availability of trucks to move the lumber.

Plaintiff further admits that at times it would sell lumber to customers directly from its Gulfport warehouse.  Further, the shipping documents in this case clearly show that Gulfport was the final destination.  Given such facts, Plaintiff's Gulfport warehouse constituted the "final

---

[2]  In a letter following American Home's denial of the claim, Great Southern's counsel stated that the three shipments involved had been delivered to Great Southern on July 6, August 5 and August 24, 2005.  See Dowdy July 21, 2006 Let., attached hereto as Exhibit D.

10

warehouse" for purposes of coverage under the policy, and ordinary transit had ceased upon delivery of the goods to Gulfport.

The federal case law construing marine cargo policies is consistent on this point. The cases interpreting warehouse to warehouse clauses uniformly hold that the critical issue in determining whether the goods were in transit (and therefore covered) or had been delivered to the final destination is the extent to which the insured has exercised dominion and control over the goods. See, e.g., Lumber & Wood Products, Inc. v. New Hampshire Ins. Co., 807 F.2d 916 (11th Cir. 1987). For goods to remain in transit, a delay in delivery must be due to circumstances inherent in the transit and not merely for the benefit and convenience of the insured. See New York Marine & General Insurance Company v. Tradeline LLC, 2003 A.M.C. 414 (S.D. N.Y. 2003); see also Ocean Marine Insurance v. Lindo, 1929 A.M.C. 540 (9th Cir. 1929) (holding purpose of warehouse to warehouse clause is to "cover the goods after being discharged at port of destination while in the ordinary course of transit to the consignee's warehouse or some other equivalent place of storage where the goods are held for the consignee").

In Lumber & Wood Products, Inc. v. New Hampshire Ins. Co., 807 F.2d 916 (11th Cir. 1987), the Eleventh Circuit addressed a similar situation and held that where the insured took custody and control of goods, coverage ceased under a warehouse to warehouse clause. This was the case although the goods were not delivered to a designated final warehouse under the policy. In Lumber & Wood Products, the insured received a shipment of lumber from South America. The lumber reached the dock of the third-party consignee in Mobile, but the consignee apparently did not have space in the warehouse for storage. The lumber was

consequently left on the dock, about ninety feet from the warehouse. While the lumber was on the dock, a hurricane hit the area destroying the lumber. The insured argued that the lumber was covered under the warehouse to warehouse clause, which was similar to the provision in this case. The court rejected the insured's argument. The court held that although the goods were not technically in the warehouse at the time of the loss, the consignee had taken complete dominion and control over the lumber, as shown by the fact that the consignee had title to the goods, had begun processing and inspecting the lumber, and sold some of the lumber directly from the dock. The court explained: "When the lumber reached its destination at Delta Hardwood's dock, the lumber could no longer be considered 'in transit.' The lumber had arrived at its 'final warehouse' and was merely being stored prior to being sold. Transit had ceased." Id. at 921

Other courts have reached the same conclusion. For instance, in Jomark Textiles, Inc. v. Int'l Fire and Marine Ins. Co., Ltd., 1991 A.M.C. 1393 (S.D. N.Y. 1989), goods were delivered to a third-party warehouse one day before they were destroyed by a fire. After the loss the insured contended the goods were still in transit and covered under a warehouse to warehouse clause. The court disagreed and found there was no coverage. The court explained that that the insured used the warehouse as a "'staging place' from which Jomark would distribute the goods once it determined their final destination." The court further noted that after storage in this staging area, the insured would subsequently decide the disposition of the goods and then dispatch them to other locations. The court ruled on these facts, that transit, and therefore, coverage, had ceased once the goods were placed in the warehouse. Id.; see also, New York Marine & General Ins. Co. v. Tradeline LLC, 2003" A.M.C. 414 (S.D. N.Y. 2003) (coverage ceased for a cargo damaged by water while in storage at a shore-side silo where silo was used as

a staging area by the insured).

In this case, Plaintiff used its Gulfport warehouse as a dedicated storage facility for its lumber, and that lumber was removed from that storage location at Plaintiff's convenience as it was needed at it various processing facilities, or when directly sold to customers. The goods remained at Plaintiff's Gulfport warehouse not due to a necessary delay in transit or transshipment, but due Plaintiff's production schedule or for other reasons for the convenience of Plaintiff. Further, the contract with the Mississippi Port Authority shows that Plaintiff expressly exercised complete dominion and control over the lumber, and the warehouse functioned as its dedicated warehouse space. The policy in this case was intended to cover the risk of loss only when the goods were "in transit" and the case law applying warehouse to warehouse provisions is clear on this point. As Great Southern exercised custody and control over the lumber in Gulfport, and only moved the goods at its discretion, often months after arrival in Gulfport, the cargo was not in transit and not covered under the policy.

Plaintiff's own insurance broker has conceded that there was no coverage under the policy for the lumber at issue in this case. Following denial of the claim, Great Southern's own broker sent an email referring to a "gap in coverage." On July 20, 2006, Hilb Rogal & Hobbs broker Georgia DeHart wrote in an email to underwriter Robert Sciachetano:

> Please non-renew your cargo policy. Insured placed his coverage with Lloyds of London. They wrote a stock throughput coverage policy which covers their stock from original import country through warehousing at the ports in the states and treatment plants until product is delivered to customers. Covers ocean exposure, stock coverage and transportation perils all under one policy. **No gaps in coverage in case another hurricane type loss occurred.** Thanks.

(DeHart July 20, 2006 email, exhibit 5 to Ho Decl.).

As the lumber was not in transit at the time of the loss, there was no coverage under the

13

policy and American Home Assurance Co. is entitled to summary judgment on Plaintiff's claims.

IV.     Bad Faith Claim

Plaintiff has also alleged that the denial of coverage in this case constituted the tort of bad faith.

Under Alabama law, a plaintiff alleging bad faith must show: (1) that there was an insurance contract between the parties; (2) an intentional refusal to pay the insured's claims; (3) the absence of any reasonably legitimate or arguable reason for that refusal; (4) the insurer's actual knowledge of the absence of any legitimate or arguable reason; and (5) if the intentional failure to determine the existence of a wrongful basis is relied upon, the plaintiff must prove the insurer's intentional failure to determine whether there is a legitimate or arguable reason to refuse to pay the claim.  See, National Sec. Fire & Cas. Co. v. Bowen, 417 So.2d 179, 183 (Ala. 1982).  Additionally, "[t]o prove a bad faith claim, a plaintiff must go beyond merely showing non-payment; i.e., it is incumbent on the plaintiff to show that the insurance company had no legal or factual defense to the claim."  Emanuelsen v. State Farm Auto Ins. Co., 651 So.2d 29, 31 (Ala. Civ. App. 1994).  Furthermore, a plaintiff must show that the insurer had actual knowledge that it had no legitimate or arguable reason to deny the claim.  Thomas v. Principle Fin. Group, 566 So. 2d 735, 741 (Ala. 1990).  The term "actual knowledge" implies conscious wrongdoing and courts have noted that bad faith "is not simply bad judgment or negligence.  It imports a dishonest purpose and means a breach of known duty, i.e., good faith and fair dealing, through some motive of self-interest or ill will."  Id. at 741.

The Alabama Supreme Court has also explained: "When a claim is 'fairly debatable' the

14

insurer is entitled to debate it, whether the debate concerns a matter of fact or law." American General Life & Acc. Ins. Co. v. Lyles, 540 So.2d 696, 698 (Ala. 1988); see also, Waldon v. Cotton States Mut. Ins. Co., 481 So.2d 340, 341 (Ala. 1985) (noting that "[a]s the history of Alabama's bad faith cases amply demonstrates, this Court with purposeful design, has restricted the application of the bad faith doctrine to those rare and extreme cases where the insurance carrier, without debatable excuse, either fails to process a claim or, upon processing, fails to pay a claim for benefits as provided by the policy.").

In this case, American Home prudently and thoroughly investigated Plaintiff's claim. American Home retained an independent marine surveyor to assist in the claim investigation and to survey the loss. American Home spent collected and analyzed the transit and shipping documents applicable to the claim. During the claim investigation process, American Home further consulted with Plaintiff, including with Plaintiff's legal counsel, concerning the administration of the claim.

After a detailed review of the claim, as discussed above, American Home determined that Plaintiff was using its Gulfport warehouse space as a staging area. The investigation revealed that Gulfport was the final destination for the shipments, and that Plaintiff exercised complete custody and control over the shipments when they reached Gulfport. As American Home's investigation clearly indicated that transit had ceased when Plaintiff took custody and control of the goods in Gulfport, there was no coverage under the policy at the time of loss, and certainly there was a debatable reason for denial of coverage.

Based on the foregoing, American Home is entitled to summary judgment on the bad faith claim.

15

V.     No Claim Versus Other Named Defendants

As noted above, the policy at issue in this case was issued by American Home Assurance Co.  However, in addition to naming American Home, Plaintiff has also named as defendants AIG, American International Underwriters Corp. and American International Marine Agency. Plaintiff does not claim any benefits due under any policy with these remaining defendants and therefore does not assert any claim against these defendants.  Therefore, Defendants AIG, American International Underwriters Corp. and American International Marine Agency are entitled to summary judgment on all of Plaintiff's claims.

VI.     Conclusion

For the reasons stated herein, Defendants are entitled to summary judgment as to all of Plaintiff's claims.


  s/Blane H. Crutchfield_____
BLANE H. CRUTCHFIELD (CRUTB4243)
LOUIS C. NORVELL (NORVL4585)
Attorneys for Defendants
American Home Assurance Company, AIG,
American International Underwriters Corporation,
and American International Marine Agency

OF COUNSEL:

HAND ARENDALL, L.L.C.
P. O. Box 123
Mobile, AL 36601-0123
Tel:  (251) 432-5511
Fax:  (251) 694-6375

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that I have on this 30th day of May, 2007 served the foregoing pleading on counsel of record via electronic notice or by United States mail first class, postage prepaid.

Kenneth A. Dowdy, Esq.
Lusk, Lusk, Dowdy & Caldwell, P.C.
2101 Highland Ave.
Suite 410
Birmingham, AL 35205

Leslie Ann Caldwell, Esq.
Lusk, Lusk, Dowdy & Caldwell, P.C.
2101 Highland Ave.
Suite 410
Birmingham, AL 35205

                s/Blane H. Crutchfield_____

# FREEDOM COURT REPORTING

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

EASTERN DIVISION


GREAT SOUTHERN WOOD            )

PRESERVING, INC.,             )

       Plaintiff,          )

vs.                           ) CASE NUMBER:

AMERICAN HOME ASSURANCE       ) 1:06-CV-00708-CSC

CO., AIG, AMERICAN            )

INTERNATIONAL                 )

UNDERWRITERS CORP.,           )

AMERICAN INTERNATIONAL        )

MARINE AGENCY,                )

       Defendants.         )


DEPOSITION OF MARTY GOFF

In accordance with Rule 5(d) of

The Alabama Rules of Civil Procedure, as

Amended, effective May 15, 1988, I, Cindy

Weldon, am hereby delivering to Blane

Crutchfield, the original transcript of the

oral testimony taken on the 22nd day of May,

bdc1c79d-c6c8-4a1e-bfa9-841b578e9c3e

## FREEDOM COURT REPORTING

Page 2

1   2007, along with exhibits.
2         Please be advised that this is the
3   same and not retained by the Court Reporter,
4   nor filed with the Court.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

Page 4

1   Commissioner and Notary Public, at the
2   offices of Kaufman & Rothfeder, 2660
3   EastChase Center, Suite 300, Montgomery,
4   Alabama, on May the 22nd, 2007 at 10:00 a.m.
5         IT IS FURTHER STIPULATED AND
6   AGREED that the signature to and the reading
7   of the deposition by the witness is waived,
8   the deposition to have the same force and
9   effect as if full compliance had been had
10  with all laws and rules of Court relating to
11  the taking of depositions.
12        IT IS FURTHER STIPULATED AND
13  AGREED that it shall not be necessary for
14  any objections to be made by counsel to any
15  questions, except as to form or leading
16  questions, and that counsel for the parties
17  may make objections and assign grounds at
18  the time of trial, or at the time said
19  deposition is offered in evidence, or prior
20  thereto.
21        IT IS FURTHER STIPULATED AND
22  AGREED that notice of filing of the
23  deposition by the Commissioner is waived.

Page 3

1         IN THE UNITED STATES DISTRICT COURT
2         FOR THE MIDDLE DISTRICT OF ALABAMA
3               EASTERN DIVISION
4
5   GREAT SOUTHERN WOOD      )
6   PRESERVING, INC.,        )
7      Plaintiff,            )
8   vs.              ) CASE NUMBER:
9                    ) 1:06-CV-00708-CSC
10  AMERICAN HOME ASSURANCE  )
11  CO., AIG, AMERICAN       )
12  INTERNATIONAL            )
13  UNDERWRITERS CORP.,      )
14  AMERICAN INTERNATIONAL   )
15  MARINE AGENCY,           )
16     Defendants.          )
17
18       S T I P U L A T I O N
19       IT IS STIPULATED AND AGREED, by
20  and between the parties through their
21  respective counsel, that the deposition of
22  MARTY GOFF, may be taken before Cindy
23  Weldon, Certified Shorthand Reporter,

Page 5

1         A P P E A R A N C E S
2
3   FOR THE PLAINTIFF:
4         MR. KENNETH A. DOWDY
5         LUSK, LUSK, DOWDY & CALDWELL
6         SUITE 410, 2101 HIGHLAND AVENUE
7         BIRMINGHAM, ALABAMA  35205
8
9   FOR THE DEFENDANT:
10        MR. BLANE CRUTCHFIELD
11        HAND, ARENDALL
12        107 SAINT FRANCIS STREET
13        SUITE 3000
14        MOBILE, ALABAMA  36601
15
16
17
18
19
20
21
22
23

2 (Pages 2 to 5)

bdc1c79d-c6c8-4a1e-bfa9-841b578e9c3e

FREEDOM COURT REPORTING

Page 6

1        I N D E X
2
3   EXAMINATION BY:              PAGE
4   MR. CRUTCHFIELD              7
5
6
7        E X H I B I T S
8              PAGE
9   DEFENDANT'S EXHIBIT NO. 1         7
10  DEFENDANT'S EXHIBIT NO. 2        38
11  DEFENDANT'S EXHIBIT NO. 3        40
12  DEFENDANT'S EXHIBIT NO. 4        46
13  DEFENDANT'S EXHIBIT NO. 5        46
14  DEFENDANT'S EXHIBIT NO. 6        47
15  DEFENDANT'S EXHIBIT NO. 7        47
16  DEFENDANT'S EXHIBIT NO. 8        48
17  DEFENDANT'S EXHIBIT NO. 9        50
18  DEFENDANT'S EXHIBIT NO. 10       51
19  DEFENDANT'S EXHIBIT NO. 11       55
20  DEFENDANT'S EXHIBIT NO. 12 - 14  68
21  DEFENDANT'S EXHIBIT NO. 15      100
22  DEFENDANT'S EXHIBIT NO. 16      116
23  DEFENDANT'S EXHIBIT NO. 17      129

Page 8

1   every one of them. But we might, as we go
2   through this, touch on some of the subjects
3   that are outlined there. I realize you may
4   not know everything about all these issues,
5   but you know something about most of them?
6       A. Yes, sir.
7       Q. All right. Can we talk about --?
8       MR. CRUTCHFIELD: We might as well
9   put this on the record. If we need to fill
10  in the gaps with somebody else, we can do
11  that at a later time.
12      MR. DOWDY: Yes.
13      Q. And we talked yesterday on the
14  phone about the documents that were
15  requested. And I understand timing was an
16  issue for you. And that's fine.
17      We'll work with what we've got
18  right now. And if we need to, we'll come
19  back and mop up once we've got the documents
20  in hand.
21      MR. DOWDY: Sure. And something
22  -- Once we get it together. We previously
23  received the request for production and

Page 7

1           MARTY GOFF,
2   after first being duly sworn, testified
3           as follows:
4   EXAMINATION BY MR. CRUTCHFIELD:
5       THE COURT REPORTER: Usual
6   stipulations?
7       MR. DOWDY: Please.
8       MR. CRUTCHFIELD: That's fine.
9       Q. Mr. Goff, my name is Blane
10  Crutchfield. We've been introduced this
11  morning. And I understand you're here as
12  the designated representative for Great
13  Southern for this 30(b)(6) deposition.
14      (Whereupon, Defendant's Exhibit
15  No. 1 was marked for identification and
16  attached to the original transcript.)
17      Q. Mr. Goff, I'm going to ask you
18  some questions, as you probably know from
19  talking with Mr. Dowdy, that we had
20  designated some areas of inquiry and that
21  you're being put up as the representative
22  that has knowledge on those matters.
23      And I don't want to go through

Page 9

1   we're in the process of getting those
2   documents together.
3       And then Marty and I were both out
4   of town from Wednesday on of last week. And
5   when I looked at the request yesterday -- I
6   mean, well, we're not going to finish up
7   this afternoon.
8       MR. CRUTCHFIELD: That's fine.
9       MR. DOWDY: But we will get that
10  to you.
11      MR. CRUTCHFIELD: That's fine.
12      Q. All right. Well, we'll just plow
13  ahead. And if we need to, we'll come back
14  and do it again. Hopefully, you won't have
15  to do it again. Maybe somebody else will
16  get the pleasure. Give me your full name
17  and your residence address.
18      A. Marty Goff, 902 Edinburg Way,
19  Dothan, Alabama 36305.
20      Q. All right. And you are, I take
21  it, employed by Great Southern?
22      A. Yes, sir.
23      Q. And what is your position with

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

bdc1c79d-c6c8-4a1e-bfa9-841b578e9c3e

FREEDOM COURT REPORTING

Page 10

1  Great Southern?
2      A.  Import manager.
3      Q.  All right.  Tell me generally what
4  the import manager does.
5      A.  I am responsible for the
6  procurement and the sales of imported
7  products.
8      Q.  All right.  And you work at what
9  office?
10     A.  Abbeville, Alabama.  Our corporate
11 office.
12     Q.  How long have you been in that
13 position?
14     A.  Four and a half years.
15     Q.  And prior to that time, what did
16 you do?
17     A.  I worked for Great Southern in
18 other capacities.  I've been in the industry
19 almost ten years doing both sales, domestic
20 sales, domestic purchasing and I was a
21 general manager at our plant in Memphis.
22     Q.  This may be a tough question, but
23 kind of give me the overall picture of what

Page 11

1  Great Southern does and generally how their
2  business operates.
3      A.  At Great Southern, we purchase
4  pine lumber, different species of pine, but
5  all soft wood lumbers.  We then bring it
6  into our facilities, we treat it, and then
7  sell it and distribute the product to
8  customers in the building industry, both
9  retail and independent --
10     Q.  All right.
11     A.  -- businesses.
12     Q.  Go ahead.
13     A.  And we -- For an example, we may
14 sell to Buddy's Hardware in Abbeville and we
15 also sell Home Depot.
16     Q.  And is there a particular brand
17 name that you sell under?
18     A.  Yes.  Yella Wood.  Yella Wood is
19 the trade name that belongs to Great
20 Southern.
21     Q.  And where does Great Southern have
22 -- Well, you said the corporate
23 headquarters is in Abbeville.  Where does it

Page 12

1  have facilities?
2      A.  We have facilities in Mobile
3  Alabama, of course, Abbeville, Alabama,
4  Muscle Shoals, Alabama, Conyers, Georgia,
5  Savannah, Georgia -- I'm sorry -- Jessup,
6  Georgia and Lake Panasofkee, Florida.  And
7  then we have satellite production centers as
8  well.  Those are our main facilities.
9      Q.  And when you say you import pine
10 lumber, do you also buy domestic lumber?
11     A.  Yes, sir.  We buy -- Approximately
12 eighty-five to ninety percent of our
13 purchases are domestic southern yellow pine
14 with the balance being imported subspecies
15 of pine.
16     Q.  And are you involved at all in the
17 domestic production?
18     A.  No, sir.  Not at this time.  In
19 prior jobs, yes.  But not now.
20     Q.  And as the import manager -- you
21 may have already touched on this -- but can
22 you kind of give me a description of what
23 you do on a daily basis?  It may change from

Page 13

1  day-to-day.
2      A.  Obviously manage the two people
3  that work for me as well as managing the
4  procurement standpoint.  From a production
5  standpoint, dealing with our agents in
6  sawmills in South America on a daily basis,
7  coordinate the pricing of our products once
8  they arrive here in the U.S., and obviously
9  coordinate and work with logistics, ocean
10 logistics.
11     Q.  Is there a department at Great
12 Southern like a traffic department,
13 logistics department?
14     A.  We have an inland logistics
15 department.
16     Q.  And so you would be the department
17 that handles the import?
18     A.  Yes, sir.
19     Q.  And then somebody else is doing
20 the inland side of it?
21     A.  Correct.
22     Q.  All right.  And who was in that
23 position prior to your filling that?

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

bdc1c79d-c6c8-4a1e-bfa9-841b578e9c3e

FREEDOM COURT REPORTING

Page 14

1    A.  Mills Carter.
2    Q.  Mills Carter.  Does he still work
3  for --
4    A.  He does.
5    Q.  What is his position now?
6    A.  He is now -- I'm not sure what his
7  title is.
8    Q.  All right.  How many total
9  employees does Great Southern have, if you
10 know?
11   A.  We have approximately eight
12 hundred to eight hundred and fifty.
13   Q.  And am I correct that Great
14 Southern, the facilities that they have, is
15 largely for treatment of the lumber that you
16 buy?
17   A.  Yes.  I would say yes, along with
18 distribution.
19   Q.  Do you sell untreated lumber or --
20   A.  Yes, we do.  In small volumes.
21   Q.  What would you say is the -- if
22 you know -- annual volume of imported
23 lumber?

Page 15

1    A.  For Great Southern.
2    Q.  For Great Southern.
3    A.  Approximately one hundred and
4  fifty to two hundred million board feet per
5  year.
6    Q.  Do you have any idea what the
7  value of that lumber is?
8    A.  No.  I would be speculating
9  without crunching the numbers.
10   Q.  You said lumber that you import.
11 Do you act as a broker or any capacity for
12 other U.S. importers?
13   A.  No.
14   Q.  Okay.  I just wanted to make sure
15 when you said --
16   A.  Yes.  I --
17   Q.  -- what kind of volume do we
18 import, that there wasn't other --
19   A.  That is what I bring in.  Now, out
20 of that volume, I sell the volume to some
21 external customers who do not have an import
22 department.
23   Q.  You sell to those customers from

Page 16

1  lumber that you procured and then sell
2  before it comes to your facility?
3    A.  Correct.
4    Q.  Okay.  Is this lumber primarily
5  from South America that you import?
6    A.  Yes.
7    Q.  Are there other countries that you
8  import from?
9    A.  No.
10   Q.  Okay.  What countries do you
11 import from?
12   A.  Argentina, Chile and Brazil.
13   Q.  Are those different species or is
14 it just different suppliers of the same?
15   A.  Different suppliers.  They are all
16 teada or radita pine.
17     MR. DOWDY:  Could you spell that
18 for her.
19   A.  Radita, R-A-D-I-T-A.  Teada,
20 T-E-A-D-A.
21   Q.  And I would imagine that the bulk
22 of this imported product is brought in on
23 ocean going vessels from those foreign

Page 17

1  ports?
2    A.  Yes, sir.
3    Q.  During the last couple of years,
4  where has that -- where have those vessels
5  discharged the cargo?
6    A.  I discharge cargo in Houston,
7  Texas; Lake Charles, Louisiana; Gulfport
8  slash Pascagoula, Mississippi; Port Manatee,
9  Florida; Morehead City, North Carolina, and
10 Closter, New Jersey.
11   Q.  We can't get Mobile on that?
12   A.  Oh, yes.  Mobile, yes.  I'm sorry.
13   Q.  You do discharge some in Mobile?
14   A.  Yes.  I'm sorry.
15   Q.  And then you do discharge in
16 Mobile.  Is that at the State docks?
17   A.  Yes, sir.
18   Q.  There in Mobile?
19   A.  Yes.
20   Q.  I probably should ask you some
21 general questions about your background and
22 how you got to be trained in this particular
23 business and what education, if you can give

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

bdc1c79d-c6c8-4a1e-bfa9-841b578e9c3e

FREEDOM COURT REPORTING

Page 18

1  me that, educational and work background.
2      A.  Obviously from a sales
3  perspective, I've had years of experience in
4  our industry.  That is really no different
5  on the import side.  From the procurement
6  standpoint, I've had prior experience in
7  purchasing domestic products.
8          And in regards to training,
9  outside training for six months with the guy
10 that I replaced.  No formal training outside
11 of the company.
12     Q.  And you had mentioned that you
13 held other positions in the business before
14 you became the import manager.  That would
15 have been sales?
16     A.  Yes, sir, sales.  I was domestic
17 purchasing.  And I also ran our plant in
18 Horn Lake, Mississippi outside of Memphis.
19 I was the general manager there.  We closed
20 that plant down four years ago.
21     Q.  Does Great Southern use a freight
22 broker or a customs broker or somebody that
23 makes the arrangements for shipment of your

Page 19

1  lumber product?
2      A.  We use a customs broker.  He does
3  not arrange for the shipments, but he clears
4  the cargo once it arrives in the U.S. on our
5  behalf.
6      Q.  And that would be?
7      A.  Mack McPhillips at Richard Murray
8  there in Mobile, Alabama.
9      Q.  Does he do that for all your
10 imports?
11     A.  Yes, sir.
12     Q.  Wherever they may come in?
13     A.  Yes, sir.
14     Q.  All right.  Do you have any other
15 agents or people that you use for the
16 procurement or setting up the ocean
17 carriage?
18     A.  Yes, sir.  Out of Chile and
19 Argentina, our agent is Tradex, T-R-A-D-E-X.
20     Q.  T-R --
21     A.  -- A-D-E-X.
22     Q.  Okay.
23     A.  They are based in Santiago, Chile.

Page 20

1      Q.  Okay.
2      A.  For material out of Brazil, we use
3  what was Global Fiber which now is R.B.I.
4  And they are based in Cartiba, Brazil.
5      Q.  Okay.
6      A.  And they work on our behalf
7  regarding procurement.
8      Q.  All right.  Did you mention
9  Argentina?
10     A.  Yes, sir.  Tradex handles both the
11 procurement out of Chile and Argentina.
12     Q.  And are they -- How would you
13 describe those entities?  What is their role
14 and their business?
15     A.  Tradex strictly works as an
16 agent.  Global Fiber slash now R.B.I works
17 as a consolidator.  They actually take on a
18 ship of the wood prior to its loading in
19 Brazil.
20     Q.  All right.
21     A.  Tradex does not have any ownership
22 in the wood.
23     Q.  Okay.  Why don't you kind of --

Page 21

1  Why don't we just sort of -- kind of as a
2  representative sample describe for me how
3  you would go about -- let's say with
4  Argentina and Chile, a product -- how would
5  you go about finding the product and getting
6  it here to the United States?
7      A.  Obviously, I travel down there
8  quite often with Tradex, our agent.  We
9  visit mills.  We look at quality control.
10 We identify potential new mills and
11 potential new products they may can produce
12 for us.
13         Once we've identified those guys,
14 Tradex will -- they will source the product,
15 they will handle the inland logistics to the
16 foreign port.  And from that point, I will
17 work with the ship line, have the product
18 loaded and bound for the U.S.
19     Q.  And so once you've identified a
20 supplier of the product, then you would, I
21 assume, issue some kind of purchase order?
22     A.  Yes, sir.  We issue the purchase
23 order in this example to Tradex and Tradex

6 (Pages 18 to 21)

bdc1c79d-c6c8-4a1e-bfa9-841b578e9c3e

FREEDOM COURT REPORTING

Page 22

1  then will handle the exchange rate
2  difference and pay the sawmills mills in
3  pesos.
4      Q.  And do you supply the funds to
5  Tradex or do they bill you for that?
6      A.  I supply the funds to Tradex via
7  wire.
8      Q.  Now, does Tradex on your behalf
9  hire the trucking company to get the product
10  from the point of origin to where it's
11  loaded on the vessel?
12      A.  Either Tradex will do that on our
13  behalf or the sawmill will do it.  We have
14  either purchased the material from the
15  sawmill at an FOB destination, i.e., the
16  port, or we would buy it FOB their plant.
17      Q.  And is it purchased in the name of
18  Tradex or the personal name of -- I think --
19  I guess that's what you told me.
20      A.  From the sawmill?
21      Q.  Yes.
22      A.  It is purchased in the name of
23  Tradex.

Page 23

1      Q.  Okay.  And then in terms of
2  unloading the trucks and loading on to the
3  vessels at the port, you have a stevadore
4  down there that you hire to do that?
5      A.  The ship line does.
6      Q.  What about on the U.S. side, you
7  hire the stevadore here?
8      A.  No, sir.  The ship lines do.  And
9  that varies between ports.  But it's either
10  the ship line that does or it's the port
11  that does.
12      Q.  So when you -- You essentially set
13  up, load some carriage on.  And one of the
14  liner terms is they load and they discharge
15  at both ends?
16      A.  Right.
17      Q.  And you pay -- Do you actually
18  time charter the ships or do you just pay
19  freight?
20      A.  I pay freight.
21      Q.  Tell me how -- And we've got some
22  documents we can look at.  But tell me how
23  that arrangement is made with the ocean

Page 24

1  carrier.
2      A.  For material coming out of
3  Argentina, I negotiate and handle the
4  freight terms.  For material coming out of
5  Brazil, our agent Global Fiber new R.B.I,
6  they handle the freight, the freight terms
7  and they sign the contract, the freight
8  contract.
9      Q.  In a given year, what would you
10  say would be the number of ships that you
11  would retain or carriers that you would
12  retain for the ocean carriage?
13      A.  We deal primarily with two ship
14  lines.
15      Q.  And those are?
16      A.  Gearbulk out of Brazil and
17  Argentina.
18      MR. DOWDY:  Spell that for her.
19      A.  G-E-A-R-B-U-L-K.  And Bertling,
20  B-E-R-T-L-I-N-G out of Chile.
21      Q.  Let me back up just a minute.  On
22  your purchases, you said that you either --
23  you typically either purchased FOB, point of

Page 25

1  origin or the point of -- or FOB port of
2  loading?
3      A.  Uh-huh.
4      Q.  Do you ever purchase on other
5  terms, in other words, like a C and F or
6  CIF?
7      A.  Yes, we do from time to time a C
8  and F.  We sometimes, depending on the
9  arrangements with the sawmill, purchase on
10  an FOT basis.  That varies depending on the
11  vendor or the sawmill.
12      Q.  Are there times when you purchase
13  -- Well, let me back up with that question
14  because I was getting ready to ask you how
15  many shipments of cargo in a given year.
16      I guess what I'm really getting at
17  is how many ships?  And that may depend on
18  the volume.
19      A.  It does.  And depending on ship
20  rotations, we can -- we average probably
21  four to six per month with multiple points
22  of discharge.
23      Q.  And that's for all those three

7 (Pages 22 to 25)

bdc1c79d-c6c8-4a1e-bfa9-841b578e9c3e

FREEDOM COURT REPORTING

Page 26

1 countries?
2     A.  Yes.
3     Q.  Okay.  Where would you -- Is there
4 any particular port that has the lines here
5 that import?
6     A.  I would say Port Manatee.
7     Q.  Have you ever purchased lumber on
8 -- or negotiated the ocean carriage on a
9 CIF basis, in other words, where
10 arrangements were made for somebody else to
11 handle the insurance side of things?
12     A.  No.
13     Q.  I probably should ask you, how
14 long has --
15     A.  Let me back up.  I answered that
16 question no.  And that question is yes.
17 From Arauco.  We have bought on CIF terms
18 with Arauco.
19         MR. DOWDY:  Could you spell that.
20     A.  A-R-A-U-C-O.  And when I buy from
21 those guys, they do handle the ocean cargo
22 insurance.
23     Q.  All right.  So they would

Page 27

1 basically -- they would enter into the
2 contract to carriage with the ocean carrier
3 and then put you as a notified party --
4     A.  Yes.
5     Q.  -- or a consignee on the --
6     A.  Yes.  Notifying consignee.
7     Q.  Are you still doing that with
8 Arauco?
9     A.  Yes, sir.  Arauco, I am.  They
10 will cease production for products to the
11 U.S. by the end of June.  So that's coming
12 to an end.
13     Q.  And where is Arauco based?
14     A.  Santiago, Chile.
15     Q.  Do you know if any of the lumber
16 that was involved -- that's involved in this
17 lawsuit was purchased or arrangements were
18 made with Arauco on those terms?
19     A.  No, sir.
20     Q.  I think you've answered this.  But
21 just so we're clear, all of the shipments
22 that we're here about today or that were
23 involved in this case were purchased on FOB

Page 28

1 point of origin or a port in a South
2 American country?
3     A.  Yes, sir.
4     Q.  In Port Manatee, do you have a
5 facility there where the -- or does anyone
6 have a facility there where the lumber is
7 stored prior to being -- prior to inland
8 transit?
9     A.  Yes.  All ports do.
10     Q.  All right.  And do you lease space
11 there in Port Manatee?
12     A.  No, sir.
13     Q.  In this case, we've been provided
14 with a lease for the warehouse space in
15 Gulfport.
16     A.  Uh-huh.
17     Q.  Are there any other ports where
18 you have a lease of a similar arrangement?
19     A.  No.
20     Q.  In those other ports, I take it
21 that whatever the terminal is there,
22 basically the cargo comes in and you have a
23 certain amount of free time and they --

Page 29

1 there's not a formal lease arrangement
2 entered into?
3     A.  At all other ports, we are given
4 thirty days of free space which is, you
5 know, the norm for our particular products.
6     Q.  Okay.
7     A.  And we had a space agreement with
8 the port of Gulfport because of inland
9 logistics.  It is much, much easier to get
10 freight out of the ports from other
11 facilities than it is from Gulfport.  It's
12 basically trucking lanes, inland logistics
13 in the lanes of traffic.
14     Q.  All right.  I don't want to put
15 words in your mouth.  So in Gulfport because
16 of the -- with the delays in getting the
17 trucks lined up to get the lumber out of the
18 port, is that -- You tell me.  I don't want
19 to --
20     A.  Yes.
21     Q.  -- put words in your mouth.
22     A.  The thing that we found in the
23 port of Gulfport was that due to the natural

8 (Pages 26 to 29)

bdc1c79d-c6c8-4a1e-bfa9-841b578e9c3e

FREEDOM COURT REPORTING

Page 30

1  lanes, trucking lanes, we were always under
2  pressure to get the amount of cargo we pick
3  up out of that port, which is a small port.
4      The port of Gulfport is a small
5  port. So after talking with the port, they
6  understood our need and they understood the
7  -- they understood the need that we were
8  asking for because I think they had been
9  asked from other people as well.
10     Q. In other words, because of the
11 trucking lanes and the delays that occurred
12 in terms of getting your product out, you
13 needed a place to put it essentially until
14 it could be trucked out?
15     A. No, not really. I mean, the port
16 of Gulfport give us -- once we asked for it
17 -- a space agreement because the thirty day
18 free time which was typical at all other
19 ports did not work for us in the port of
20 Pascagoula -- I mean the port of Gulfport
21 due to the inland logistics that we were
22 just discussing as well as the nature of the
23 port.

Page 31

1      I mean, that was a small port.
2  And, you know, I would bring in -- for
3  example, on the Sanko Stream that had just
4  discharged, there were a hundred truck loads
5  on that. So logistically for us, it was
6  tough to maintain a -- picking up a hundred
7  truck loads in three -- thirty days.
8      Q. I've got you.
9      A. And they understood that. And I
10 think they worked well. I was told they
11 worked similar space agreements with others
12 as well.
13     Q. On the ocean carriage side of
14 things or really from the point at which you
15 purchased the product in South American
16 countries, who at Great Southern would have
17 been responsible for seeing to it that there
18 was insurance coverage placed to cover that
19 lumber?
20     A. William Ray.
21     Q. William Ray?
22     A. Our CFO.
23     Q. Can you -- You may not know

Page 32

1  exactly what he does. But if you can kind
2  of tell me what you do know about what he
3  does in terms of placing the insurance to
4  cover those shipments.
5      A. I would be purely speculating.
6      Q. Okay. I don't want you to do
7  that.
8      A. Yes. I don't understand enough
9  about the details of his job to speculate.
10     Q. Is there any communication between
11 your department and Mr. Ray on any
12 particular shipment, you know, that you need
13 to notify him about a shipment or anything
14 like that for purposes of insurance?
15     A. Could you repeat that question.
16     Q. Yes. I guess do you work together
17 with Mr. Ray to coordinate your end of
18 things which is to get the cargo here with
19 his role as being in charge of making sure
20 it's insured?
21     A. Not on a daily basis. What I do
22 work with him on is quantifying average
23 shipment cost so that he understands what

Page 33

1  the coverage needs to be.
2      Q. Okay. But it's not the kind of
3  thing where you say you have a shipment
4  that's -- or you've purchased cargo and
5  you've negotiated the terms with the ocean
6  carriage and that you -- it's not the kind
7  of thing that you would then in turn notify
8  him to let him know of any particular
9  shipment or ship that was carrying cargo?
10     A. No. Not unless it was above --
11 unless it was some issue where it would be
12 ten million dollars on one vessel. If it
13 was out of the norm of our day-to-day
14 business, no.
15     Q. There just because of the value?
16     A. Right.
17     Q. That you would want him to make
18 sure that that value was insured?
19     A. Yes. If it was something out of
20 the norm of our day-to-day business, then,
21 yes, I would probably notify him.
22     Q. These shipments, do you typically
23 have in these lumber shipments the run of

9 (Pages 30 to 33)

bdc1c79d-c6c8-4a1e-bfa9-841b578e9c3e

FREEDOM COURT REPORTING

Page 34

1 the vessel or are there are other cargos for
2 other receivers carried on it?
3     A.  There are other receivers.
4     Q.  Okay.  So it's not typically the
5 situation where Great Southern would have
6 the entire vessel filled?
7     A.  No, sir.
8     Q.  Have you ever negotiated in
9 context these shipments any charter -- time
10 charter agreements or space charter
11 agreements on the ship?
12     A.  We have not.
13     Q.  All right.  I think you told me
14 that the stevadores on both ends are hired
15 by the carrier, by the ocean carrier?
16     A.  Yes.
17     Q.  Is there anybody at the port of
18 discharge that you specifically retain to
19 handle the cargo?
20     A.  Could you elaborate on that.
21     Q.  Yes.  Is there anybody at the
22 ports of discharge in the U.S. that you hire
23 to handle cargo?

Page 35

1     A.  No, sir.
2     Q.  Do you have any personnel or
3 agents in the ports of discharge, U.S.
4 ports?
5     A.  No, sir.
6     Q.  At the port of Gulfport, for
7 instance, when the lumber is discharged from
8 the vessel by the stevadore, I take it they
9 then place it in a warehouse, the leased
10 space that you have there in Gulfport?
11     A.  Correct.
12     Q.  How is it -- Does Great Southern
13 have anybody there on the ground to oversee
14 that operation, the cargo handling there?
15     A.  No.  It's not an industry norm for
16 anyone to have personnel at the port of
17 discharge.
18     Q.  Does Great Southern hire anybody
19 to survey or inspect the cargo on discharge?
20     A.  The stevadore does it on our
21 behalf.
22     Q.  And they basically do a tally and
23 match it against the mate receipts and so

Page 36

1 forth?
2     A.  Correct.  They take -- They issue
3 an O S and D report, which is overage,
4 shortage or damage.  And they do -- they
5 reconcile the inventory that was discharged
6 versus what's showing on the bill of lading.
7     Q.  And then would they invoice you
8 for that or just send you a report and an
9 invoice on that?
10     A.  They do not send -- They send us a
11 report.  But they do not invoice for that
12 particular process.
13     Q.  Okay.  Do they invoice you for
14 anything forward?
15     A.  Wharfage.
16     Q.  For wharfage?
17     A.  Wharfage.
18     Q.  Okay.  And in the -- Is the cargo
19 typically in Gulfport immediately put in
20 warehouse or does it stay on the dock for a
21 particular time?  I'm just trying to get an
22 idea.
23     A.  It is discharged off the vessel

Page 37

1 and there is a person that does the
2 accounting as it comes off the vessel and
3 it's taken straight into the warehouse.
4     Q.  Who is the stevadore that handles
5 the cargo at Gulf Port?
6     A.  C.S.A.
7     Q.  I take it this lumber, if you can,
8 needs to be put inside and out of the rain?
9 You'd like it to be anyway?
10     A.  Yes, sir.
11     Q.  It's untreated?
12     A.  Correct.
13     Q.  Is that essentially the same
14 process that works at all your ports?  If I
15 understand, you don't have lease
16 arrangements with the other ports.  But is
17 that essentially --
18     A.  Yes, sir.
19     Q.  Okay.  Let's see if I can pull out
20 a set of documents just so we can -- What
21 I'd like to do is just go to sort of a
22 representative sample of the shipping
23 documents.

10  (Pages 34 to 37)

bdc1c79d-c6c8-4a1e-bfa9-841b578e9c3e

FREEDOM COURT REPORTING

Page 38

1    MR. DOWDY: Sure.
2    Q. I don't want to spend a lot of
3  time going through all of them.
4        (Whereupon, Defendant's Exhibit
5  No. 2 was marked for identification and
6  attached to the original transcript.)
7    Q. Let me show you what's been marked
8  as Exhibit 2. And I'm not sure I've got a
9  complete document here. Maybe you can set
10 me straight.
11       But this looks like it's a
12 purchase order, the last page of which says
13 end of purchase order. But tell me, if you
14 can, what that is.
15   A. This is a purchase order issued
16 from Great Southern to Tradex for material
17 that was purchased out of Argentina. But it
18 is however product that was on a -- shipped
19 on a vessel that is not relevant to I think
20 what we're here to talk about. But it is a
21 good example of our typical purchase order.
22   Q. Purchase order?
23   A. Yes, sir.

Page 39

1    Q. And I don't want to get too caught
2  up in going through these documents, but
3  behind that is what appears to be sort of
4  similar documentation.
5        I'm looking now at a document
6  stamped AIG 00233 through -- this may be a
7  series of invoices and some other sort of
8  backup documents. But if you can, just kind
9  of tell me what those are.
10   A. Those are PO's that we've issued
11 to either Tradex or Global Fiber for
12 purchase of material that's to be shipped to
13 the U.S.
14   Q. I'm not sure why the Bates numbers
15 stop at -- go from 233 to 248. No, they
16 don't. I'm sorry. They are just hidden.
17 For the record, I just want to make sure we
18 get all the pages included.
19       The Bates numbers run from -- on
20 this document that you have described from
21 233 to 268. Are those -- I take it, it's
22 more than one purchase order?
23   A. It is, yes.

Page 40

1    Q. Some of them say draft on it.
2  Does that mean it's just a proforma?
3    A. Yes, that's all it is.
4    Q. Not necessarily the final?
5    A. Yes. That's the initial draft.
6  And that PO could change once the cargo is
7  received depending on if there's any
8  discrepancies.
9    Q. I see. And once the cargo is
10 received, do you issue sort of a final
11 purchase order of reconciling it in some
12 way?
13   A. No. That PO that was initially
14 given is reconciled to reflect what was
15 actually received. And then it's processed
16 through our systems.
17   Q. So the purchase order doesn't
18 really become final until the product is
19 received?
20   A. Correct.
21   Q. Okay.
22       (Whereupon, Defendant's Exhibit
23 No. 3 was marked for identification and

Page 41

1  attached to the original transcript.)
2    Q. Let me show you what's been marked
3  as Exhibit 3 which appears to be an invoice
4  issued to Great Southern I believe for the
5  -- for some portion of a lumber product.
6    A. Yes. It's an invoice from a
7  vessel that sailed out of Paranagua, Brazil
8  to Gulfport.
9    Q. Now, is that an invoice for
10 freight or is it an invoice for the business
11 --
12   A. That is an invoice for the goods
13 itself which has been -- somebody has
14 blacked it out.
15   Q. Okay. And does this invoice state
16 the terms of sale?
17   A. No. And what this invoice also
18 does, is it shows us what the cost of goods
19 are. The freight is -- Basically here,
20 we'll just quantify what the freight will be
21 on that particular invoice. The freight
22 will actually be billed direct to us from
23 the ship line.

11 (Pages 38 to 41)

bdc1c79d-c6c8-4a1e-bfa9-841b578e9c3e

FREEDOM COURT REPORTING

Page 42

1     Q.  Well, let me ask you about that.
2   My understanding from what you have told us
3   is that Great Southern pays the freight --
4     A.  Yes.
5     Q.  -- typically?
6     A.  Yes.
7     Q.  Why does the invoice from the
8   supplier or seller have a freight component
9   on it?
10     A.  So that we can -- When we enter
11   the PO, we can actually consider freight in
12   the cost of goods on the PO entry side.
13   It's just basically an easy way for us to
14   capture what that freight is when we enter
15   the PO.
16     Q.  Okay.  Well, if you -- Help me out
17   here.  If you're paying the freight, why is
18   the supplier concerned about what the
19   freight is or why is that something that
20   would appear on your purchase order?
21     A.  Well, it appears on our purchase
22   order because we have to capture that cost
23   into the cost of goods.

Page 43

1     Q.  I see.  Okay.
2     A.  And the reason it shows up here is
3   simply just a function of us -- our agent,
4   these guys, know what that freight rate is
5   because they negotiated the rate.  The
6   contract is in their hands.
7         It's just a way for them to say,
8   okay, your rate is X per cubic meter and
9   this is what this invoice will have in
10   freight.
11     Q.  All right.
12     A.  Basically for me to be able to
13   dump it back into cost of goods.
14     Q.  So that's from an internal
15   accounting standpoint --
16     A.  Yes.
17     Q.  -- at Great Southern?
18     A.  Correct.  It's just something we
19   ask them to do.
20     Q.  All right.  And just so I'm clear
21   on this, none of the suppliers or sellers of
22   the product are involved in paying --
23   actually paying the freight?

Page 44

1     A.  No.  We pay the freight via wire
2   transfer direct to the ship line.
3     Q.  And the ship line bills Great
4   Southern direct for the freight?
5     A.  Yes.  We receive invoices via PDL
6   files.
7     Q.  This looks like it's got -- well,
8   it doesn't state the terms.  It's FOB point
9   Brazil.  But are there any other documents
10   which would state the terms of the sale?
11     A.  No, sir.  There's no documentation
12   there.  We typically -- Once the bill of
13   lading has been issued, within five days of
14   that period, we wire transfer them the funds
15   for the goods.  But we will only do it upon
16   receipt of the bill of lading.
17     Q.  All right.
18     A.  Now, that's just our --
19     Q.  All right.  And so you --
20   Essentially the product is delivered to the
21   port, it's received by the carrier, they
22   issue the bill of lading and the seller will
23   then fax or e-mail you the actual issue bill

Page 45

1   of lading or a copy of it and that's when
2   you say that you release funds?
3     A.  Correct.
4     Q.  This is just --
5         MR. DOWDY:  I don't know how the
6   -- on that particular exhibit it got to be
7   blacked out where it shows which goods are
8   on there.  I'm thinking it may be like a
9   dark highlighter that when it was copied,
10   you know, it showed through.  I didn't black
11   it out.
12         MR. CRUTCHFIELD:  I wouldn't think
13   you would.  I don't think there's anything
14   there that would be --
15         MR. DOWDY:  It doesn't matter what
16   size lumber it is.
17         MR. CRUTCHFIELD:  There's a good
18   chance we've got other copies of the same
19   invoice floating around we can take a look
20   at.
21         MR. DOWDY:  Sure.
22         MR. CRUTCHFIELD:  Let's mark that
23   as 4.

12  (Pages 42 to 45)

bdc1c79d-c6c8-4a1e-bfa9-841b578e9c3e

FREEDOM COURT REPORTING

Page 46

1    (Whereupon, Defendant's Exhibit
2  No. 4 was marked for identification and
3  attached to the original transcript.)
4    Q.  4 looks like a packing list for
5  that particular cargo?
6    A.  That's correct.
7    Q.  And I think this is going to be an
8  invoice.  But let's make this as 5.
9    (Whereupon, Defendant's Exhibit
10  No. 5 was marked for identification and
11  attached to the original transcript.)
12    Q.  Tell me what 5 is, if you can.
13    A.  May I see that, please.
14    Q.  Sure.
15    A.  5 is a copy of the PO that we've
16  entered into our system for the purchase of
17  the material in 3 and 4.
18    Q.  I think we just solved our mystery
19  on that invoice because it looks like what
20  I've got here is a clean copy.  And we can
21  just replace it if you want to, put another
22  sticker on that one.  Is that the same
23  invoice?

Page 47

1    A.  Yes, sir.
2    Q.  Okay.
3    MR. DOWDY:  Why don't you identify
4  what pages are on Exhibit 5.
5    Q.  Exhibit 5 is Bates stamped number
6  AIG 00285 through 287.
7    (Whereupon, Defendant's Exhibit
8  No. 6 was marked for identification and
9  attached to the original transcript.)
10    Q.  All right.  Let me show you what's
11  marked as 6 and identify that for me.
12    A.  6 is a fitossanitario certificate
13  which goes along with 3, 4 and 5.  A
14  fitossanitario certificate is a certificate
15  that is issued by the Brazilian Department
16  of Agriculture basically stating that our
17  cargo that we're shipping is free of
18  insects, bugs, dirt, et cetera.
19    Q.  All right.
20    (Whereupon, Defendant's Exhibit
21  No. 7 was marked for identification and
22  attached to the original transcript.)
23    Q.  Take a look at 7 and identify

Page 48

1  that, if you can.
2    A.  7 is a freight invoice from
3  Gearbulk, our ship line.  It is an invoice
4  for two bills of ladings, one being the bill
5  of lading related to the invoice Exhibit 3.
6    And it includes wharfage handling
7  and a port security surcharge along with a
8  bunker surcharge.
9    Q.  So I'm clear on this, this would
10  relate -- Well, let me mark the bill of
11  lading and we can separate that out.
12    (Whereupon, Defendant's Exhibit
13  No. 8 was marked for identification and
14  attached to the original transcript.)
15    Q.  All right.  Identify 8, if you
16  can.
17    A.  8 is a copy of the original bill
18  of lading for the material that was shipped
19  on the Penguin Arrow which is the same
20  material that was on Exhibit 3.
21    Q.  Okay.  And that is part of what is
22  reflected or charged by Gearbulk on this
23  invoice No. 7?

Page 49

1    A.  Yes, sir, that's correct.
2    Q.  And that would be bill of lading
3  28 B?
4    A.  No, sir.
5    Q.  29 B?
6    A.  Yes, sir.
7    Q.  Now, on 7, you have some
8  itemization in this invoice from Gearbulk.
9  What is the wharfage charge for it as you
10  understand it?
11    A.  The wharfage charge is the charge
12  in which we incur for that vessel to call
13  that port.
14    Q.  All right.  The port of origin or
15  in the U.S.?
16    A.  The U.S.
17    Q.  Okay.  That's to cover their fees
18  that they've got when they --
19    A.  Yes, sir.
20    Q.  -- call on that port and unload
21  there?
22    A.  Yes, sir.
23    Q.  And handling, would that be the --

13 (Pages 46 to 49)

bdc1c79d-c6c8-4a1e-bfa9-841b578e9c3e

FREEDOM COURT REPORTING

Page 50

1    A.   The handling --
2    Q.   -- unloading and discharge?
3    A.   The handling would be the cost
4  that we take on once the stevadore loads our
5  trucks out of the port.
6    Q.   I see.  All right.  And the
7  security surcharge, do you know what that's
8  --
9    A.   Yes.  That is a charge that the
10  Federal government put -- well, the Federal
11  government started requiring all ports in
12  the U.S. to step up security.  And that is
13  the way the ports passed that cost along to
14  the shippers.
15    Q.   All right.
16      (Whereupon, Defendant's Exhibit
17  No. 9 was marked for identification and
18  attached to the original transcript.)
19    Q.   If you would, look at 9 and tell
20  me what that is, please.
21    A.   9 is an invoice from our
22  customer's book, Richard Murray.  It also
23  relates to Exhibit 3.  Included in this

Page 51

1  invoice is two charges.  One for our
2  customer's broker and one so that he pays
3  customs the customs duty.
4    Q.   In other words, he fronts that
5  duty and then you reimburse?
6    A.   Correct.
7    Q.   I don't know if this is a two-page
8  document or not.  Let's mark this as Exhibit
9  10.
10      (Whereupon, Defendant's Exhibit
11  No. 10 was marked for identification and
12  attached to the original transcript.)
13    Q.   If you can, identify 10 for me.
14    A.   10 is a document stating to
15  customs what we're bringing it, what bill of
16  lading it's on, what material it's on.
17  Basically describing the material and the
18  product in transit coming into a U.S. port.
19    Q.   All right.  Would these -- And
20  just so we're clear on the record, since
21  this is a two-page document, these are Bates
22  stamped numbered AIG 00281 and 282.
23      Would this set of documents be

Page 52

1  representative of shipping documents for the
2  cargo, the lumber that are at issue in this
3  case?
4    A.   Yes.
5    Q.   All right.  Are there any -- There
6  was a long pause.  Are there any other
7  documents that you think might exist that
8  are in relation to the purchase and shipment
9  that are not contained in this set of
10  documents?
11    A.   Related to the transaction?
12    Q.   The purchase from the South
13  American supplier and the ocean carrier and
14  discharge and handling.
15    A.   This is a good representation.
16    Q.   Okay.  Are there any -- We've got
17  Brazil, Argentina and Chile.  Is there
18  anything different about one country or one
19  supplier that would be -- would show up
20  differently in the documents, in other
21  words, in terms of sale or other
22  arrangements?
23    A.   Not by country, but possibly by

Page 53

1  vendor, i.e., Arauco.  That set of documents
2  would be much different than the ones we're
3  looking at.
4    Q.   And I think you told me that with
5  Tradex, typically you sort of -- you
6  purchased through -- issued a purchase order
7  to Tradex and they in turn deal with the
8  supplier?
9    A.   Yes, sir.
10    Q.   All right.  Are there any
11  different arrangements depending on the
12  supplier or the point of origin in relation
13  to the manner in which the cargo is moved
14  inland either in the country of origin or in
15  the U.S.?
16    A.   No difference.
17      MR. CRUTCHFIELD:  Let's take about
18  a two minute break and see if I can put this
19  together.
20      (Whereupon, a short recess was
21  taken.)
22    Q.   We were talking about you being
23  invoiced for some charges.  And I frankly

14 (Pages 50 to 53)

bdc1c79d-c6c8-4a1e-bfa9-841b578e9c3e

FREEDOM COURT REPORTING

Page 54

1  can't remember what you said on it. And I
2  think it had to do with Gulfport, the port
3  authority, and the stevadore handling of the
4  cargo.
5        It's my understanding that you get
6  invoiced for any portion what the stevadore
7  does in Gulf Port?
8     A.  Yes. And we just looked at it in
9  one of the exhibits from the ship line on
10 their invoice.
11    Q.  Okay. All right. And that's for
12 the handling charges?
13    A.  Yes, sir.
14    Q.  All right. That is the charges
15 associated with loading the lumber onto your
16 trucks?
17    A.  Yes, sir.
18    Q.  Okay.
19        MR. CRUTCHFIELD: Let's mark this
20 as 11.
21        (Whereupon, Defendant's Exhibit
22 No. 11 was marked for identification and
23 attached to the original transcript.)

Page 55

1     Q.  All right. We marked Defendant's
2  Exhibit 11 which I believe is this lease
3  agreement that has been provided. Well,
4  it's not Bates stamped. But if you'd take a
5  look at that and identify that.
6     A.  Yes. This is the space agreement
7  between Great Southern and the port
8  authorities at Gulfport.
9     Q.  All right. And this was -- It
10 says it was entered into August 1st of
11 2005. And I guess you signed on behalf of
12 Great Southern?
13    A.  Yes.
14    Q.  All right. And it is a four-page
15 document, the last of which has the
16 signature of the Mississippi State Port
17 Authority?
18    A.  Yes. And that document was
19 renewed every six months.
20    Q.  Are there any other documents or
21 portions or modifications to this agreement
22 that exists? I mean, is this essentially
23 the entire agreement?

Page 56

1     A.  Yes, it is.
2     Q.  Tell me what -- And we can get
3  into some of these. I almost hesitate to
4  because they are thick and look to be
5  involved. But the delivery breakdown, the
6  import stock report.
7        But tell me generally speaking,
8  once cargo is discharged from the vessel at
9  Gulfport, what happens to it and where it
10 goes from there.
11    A.  Once the material is discharged,
12 in this case, the port of Gulfport, for
13 Great Southern, at that point in time, it is
14 still considered raw product. I mean, it
15 has to come to our facilities to become a
16 finished good.
17        And once the material is
18 discharged and we get full U.S.D.A. release
19 and customs release, we then begin to
20 dispatch the cargo for pick up.
21        And that cargo is dispatched one
22 truckload at a time. And it is then put
23 into our internal system and our

Page 57

1  transportation department begins to pick it
2  up and deliver it to the designated plant.
3     Q.  You mentioned U.S.D.A. release.
4  Is that another document that you would get
5  or a notification that you would get?
6     A.  U.S.D.A. does not do any paper
7  documents. It is all on an online system.
8  Our customs broker makes all those entries
9  online. I can revert back and see if
10 there's some possible documentation off that
11 web site. But it is basically an online
12 entry system.
13    Q.  Okay. And how -- In the timing of
14 things, when does that generally occur once
15 the cargo has been discharged? How long
16 does it take to get the release from the
17 U.S.D.A.?
18    A.  That depends. It could be as soon
19 as the material discharges. It could be up
20 to -- I've seen it five, six, seven days
21 later depending on whether or not U.S.D.A.
22 wants to actually go out and inspect the
23 goods.

15 (Pages 54 to 57)

bdc1c79d-c6c8-4a1e-bfa9-841b578e9c3e

FREEDOM COURT REPORTING

Page 58

1    Q.   And what about the customs
2  release?
3    A.   They operate in the same manner.
4    Q.   All right.  Is this document from
5  customs, does it reflect the release or is
6  that an online?  I'm referring now to
7  Exhibit 10.
8    A.   For sure online.  May I look at
9  that.
10    Q.   Sure.
11    A.   It definitely does online.  No.
12  This particular document only shows the
13  entry date in which it was put in the
14  system.
15    Q.   But at any rate, it's -- you were
16  saying it's brought to the warehouse, stays
17  there until you're ready to load it on a
18  truck and take it to whatever point it's
19  going to be taken to?
20    A.   Yes.
21    Q.   Who decides what lumber will go to
22  what --
23    A.   I do.

Page 59

1    Q.   -- treatment plant?
2    A.   I do and the people that work with
3  me do.  We decide -- We basically -- Also in
4  our day-to-day duties that I did not mention
5  earlier, we are inventory management as
6  well.
7        So we maintain the inventories in
8  our different facilities.  And depending on
9  that inventory level is where we would -- or
10  what dictates where we ship what to.
11    Q.   In other words, on a kind of like
12  needs basis when --
13    A.   Yes.
14    Q.   When your inventory level reaches
15  a certain point, you say we can take on
16  another hundred truck load or whatever it
17  may be?
18    A.   No.  I would not say -- I wouldn't
19  say that.  Ultimately all this cargo is
20  going to our plant.  So certainly in the
21  inventory position we consider that.
22        But ultimately this cargo is going
23  to the plants, whether it gives them thirty

Page 60

1  days worth of inventory or forty-five days
2  worth of inventory.  It's going to the
3  plants.
4    Q.   I see.  But in terms of deciding
5  what cargo and how much goes at a particular
6  time, it generally is based on your
7  inventory needs at the plant?
8    A.   It is a consideration.  But it is
9  not the ultimate determine.
10    Q.   What are the other considerations?
11    A.   Well, the main -- what the plants
12  -- I'll give you an example.  If the plant
13  in Mobile has a thousand packs and the plant
14  in Abbeville has five hundred packs, the
15  material -- I will first determine that the
16  material needs to go to Abbeville.
17        And I will take care of their
18  inventory needs.  And once those needs are
19  taken care of, then the remaining balance
20  will go to Mobile.
21    Q.   Okay.  Timing-wise, how do you
22  make that determination, in other words, how
23  quickly you get any particular shipment out

Page 61

1  of the warehouse and on to the facility?
2    A.   I would say it -- In our system,
3  we have means in which we can mark cargo
4  ready for pick up.  And once that cargo is
5  ready for pick up, we then start the pick up
6  process.
7        And it is -- Now, the timing
8  depends on a couple of things.  Inland
9  logistics, you know, can we get these trucks
10  positioned in that location or that area.
11  And also it depends on the port and how busy
12  they are.
13        Because again, the port of
14  Gulfport was a small port.  And they were
15  limited to the amount of trucks they could
16  load per day.  And so, you know, they
17  require a twenty-four hour appointment.
18        And depending on whether we could
19  get an appointment, you know, we could pick
20  up more or less.
21    Q.   Okay.  But given those factors,
22  then it's -- typically it was Great
23  Southern's determination of when the cargo

16 (Pages 58 to 61)

bdc1c79d-c6c8-4a1e-bfa9-841b578e9c3e

FREEDOM COURT REPORTING

Page 62

1  would leave and what cargo would leave?
2      A.  It was our determination that all
3  cargo leaves the port.
4      Q.  Okay.
5      A.  We have some flexibility as to who
6  we send what to.
7      Q.  All right.  And I'm not trying to
8  trip you up there.  You obviously have
9  inventory factors and --
10     A.  Yes.  There's a lot of balls to
11 juggle there.
12     Q.  -- logistic factors.  But
13 ultimately Great Southern would make the
14 final call as to --
15     A.  Yes.
16     Q.  -- let's put this on the truck and
17 get it to this particular facility?
18     A.  Yes.
19     Q.  The trucking line that takes this
20 lumber from Gulfport, what's the name of
21 that trucking line?
22     A.  It's Multiple Carriers.  The
23 primary carrier being Greenbush Logistics.

Page 63

1      Q.  Okay.  And I think I read
2  somewhere that Greenbush is owned by Great
3  Southern?
4      A.  That's correct.
5      Q.  Is any of this -- not necessarily
6  this particular cargo -- but does any of
7  this cargo go anywhere other than Great
8  Southern treatment facilities?
9      A.  I'm sorry?
10     Q.  Does any of the lumber cargo go to
11 any place other than Great Southern
12 treatment facilities?
13     A.  Yes.
14     Q.  What would that be?
15     A.  What lumber would that be?
16     Q.  Under what circumstances would
17 that happen?
18     A.  When Great Southern sold product
19 unfinished to other customers, other
20 treaters, i.e., Georgia Pacific.
21     Q.  And so under those circumstances,
22 it wouldn't -- it would leave -- you'd get
23 whatever, an order, a purchase order from

Page 64

1  Georgia Pacific or somebody else and then
2  that lumber would then be loaded on a truck
3  in Gulfport and shipped directly to the
4  customer?
5      A.  Yes.  Correct.
6      Q.  All right.  And I take it there
7  would just be a series of -- Well, with like
8  Georgia Pacific, they'd send you a purchase
9  order and then you'd invoice them?
10     A.  Yes.
11     Q.  All right.  Would that include
12 invoicing for the inland freight or for the
13 carriage?
14     A.  Yes.
15     Q.  Once the lumber is taken to the
16 treatment facility, it's then pressure
17 treated I take it?
18     A.  Yes.
19     Q.  And then just sold on a regular
20 basis to your existing customers?
21     A.  Yes.
22     Q.  Do you know -- Do you have any
23 idea what your total sales would be in any

Page 65

1  given year for treated or untreated?
2      A.  In 2006, Great Southern had sales
3  of approximately six hundred and fifty
4  million dollars.
5      Q.  And the bulk of that being treated
6  I assume or --
7      A.  Yes, sir.
8      Q.  You may have already answered this
9  and it may be an area -- But when -- We've
10 looked at the shipping documents.  But when
11 a particular shipment is arranged -- and I
12 think you said four to six weeks or a month?
13     A.  Yes.
14     Q.  A month?
15     A.  Uh-huh.  A month.
16     Q.  Who else besides you would be
17 involved in knowing about the shipment or
18 making decisions about the carriage of the
19 cargo, getting it from point A to point B?
20     A.  Obviously the two people that work
21 in the department with me.
22     Q.  What are their names?
23     A.  Jarrod Myers, M-Y-E-R-S, and Carol

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

bdc1c79d-c6c8-4a1e-bfa9-841b578e9c3e

FREEDOM COURT REPORTING

Page 66

1  Etheridge, E-T-H-R-I-D-G-E.
2      Q.  Okay.
3      A.  And obviously our agents in the
4  ship line.
5      Q.  And when you're talking about
6  agents, you're talking about on the foreign
7  side?
8      A.  Yes.
9      Q.  Is there anybody else at Great
10  Southern that is included on the e-mail list
11  or notified or has any other responsibility?
12      A.  On a day-to-day basis.
13      Q.  On a day-to-day basis.
14      A.  No.
15      Q.  What about the people that are
16  doing the inland transport, how do you make
17  your -- coordinate with them about how many
18  trucks you're going to need and that sort of
19  thing in terms of the timing the cargo is
20  coming in?
21      A.  In our internal information
22  system, we do all that.
23      Q.  So you would then say notify your

Page 67

1  inland transport people that you've got a
2  particular shipment coming, you'll need X
3  number of trucks or how does that work?
4      A.  Yes.  They know that it varies.
5  But they certainly are aware of the
6  frequency and the timing of our shipments so
7  that it gives them a heads up as to where
8  and when they need to be positioning their
9  trucks.
10      Q.  And how are they notified of
11  that?  Is it a standard report that goes to
12  them?
13      A.  No.
14      Q.  Do you send them an e-mail?
15      A.  E-mail from time to time, yes.
16  But, I mean, we have phone conversations all
17  the time with our transportation side.
18      Q.  Glad to see somebody uses the
19  phone.
20      A.  We're a big phone company.
21      Q.  I want to talk about two sets of
22  documents I guess that were supplied to us.
23  The first one is what we'll refer to -- it's

Page 68

1  labeled as an import stock report.
2      MR. CRUTCHFIELD:  We'll go ahead
3  and mark that.  We'll mark that and maybe
4  just agree -- we can do the Bates numbers
5  and agree to attach just the front page, the
6  front or last or whatever on these thick
7  ones.  It doesn't matter.
8      MR. DOWDY:  I think that's fine.
9      Q.  Okay.
10      MR. CRUTCHFIELD:  Let's mark
11  this.
12      (Whereupon, Defendant's Exhibit
13  Nos 12, 13 and 14 were marked for
14  identification and attached to the original
15  transcript.)
16      Q.  Okay.  What I've had marked as
17  three exhibits, 12 is, as I said before, is
18  what's labeled the import stock report and
19  then 13 appears to be a delivery breakdown
20  report dated March 1st, 2005 through March
21  March 31st, 2005.
22      And then 14 appears to be a
23  delivery breakdown dated August 1, 2005

Page 69

1  through 10-31-2005.  I want to talk about
2  these.  And there may be -- Well, first of
3  all, let me ask you this.
4      Are these standard reports that
5  are generated just in the normal course of
6  business at Great Southern?
7      A.  These reports were actually
8  generated by the stevadore at the port of
9  Gulfport.  These are all their generated
10  reports.
11      Q.  Okay.  I guess my question was, is
12  that something they do on a regular basis or
13  was this done for purposes of the claim?
14      A.  For Exhibit 12, that report I
15  asked for once a month.  At the end of every
16  month, our -- I look at this just to verify
17  or reconcile what I have is what I'm showing
18  and what discharge is what I'm showing.
19      Q.  Okay.
20      MR. DOWDY:  Did you identify the
21  Bates page on that?
22      MR. CRUTCHFIELD:  Yes.  Let me do
23  that so we don't mix things up.  Exhibit 12

18 (Pages 66 to 69)

FREEDOM COURT REPORTING

Page 70

1   is Bates stamped numbers AIG 00270 through
2   AIG 00278. And then 13 is AIG 00121 through
3   -- well, it's got a hole punched through
4   it.
5           It looks like this third one from
6   the back is 226. It would be 227. 228
7   looks like is the final page there. And
8   then 14 is -- it doesn't have a Bates stamp
9   on it. It does not appear to have a Bates
10  stamp on it.
11          But this is -- it appears to be
12  pages 1 through 9 of this delivery breakdown
13  report dated 8-1-2005 through 10-31-2005.
14      A.  13 and 14 I have seen before. But
15  they are not reports that we use in our
16  day-to-day operations. They apparently
17  pulled those specifically for this case.
18      Q.  Okay. And when you say they,
19  you're talking about the stevadore?
20      A.  Yes.
21      Q.  And I'm assuming that that was
22  done as part of this claim, that Great
23  Southern asked the stevadore to produce this

Page 71

1   report to them? In order words --
2       A.  I think that Great Southern --
3   someone requested it from us. And yes, we
4   asked them to.
5       Q.  And would you have been the one
6   who asked it on that basis?
7       A.  I think our in-house attorney did
8   that.
9       Q.  All right. You're not talking
10  about Ken?
11      A.  No.
12          MR. DOWDY: I'm the out house
13  attorney.
14      Q.  Who is your in-house attorney?
15      A.  Sid Belcher who is no longer with
16  us.
17      Q.  Okay. This import stock report,
18  Exhibit 12, is dated -- it looks like it's
19  dated November the 10th, 2005.
20      A.  Okay.
21      Q.  I think you testified that that
22  was a monthly report that you got?
23      A.  Uh-huh.

Page 72

1       Q.  Okay.
2           MR. DOWDY: You need to say yes or
3   no.
4       A.  Yes.
5       Q.  And we may well have somewhere
6   other months.
7           MR. CRUTCHFIELD: Do you know
8   whether there are other months for that
9   particular report?
10          MR. DOWDY: I can't tell, no.
11          MR. CRUTCHFIELD: Okay.
12      Q.  But at any rate, that's a report
13  generally generated on a monthly basis?
14      A.  Yes.
15      Q.  And does Great Southern maintain
16  those reports in a physical file or do you
17  look at them -- or are they on your
18  computer? How does that work?
19      A.  Most of them should be maintained
20  in a file in our office.
21      Q.  Let me ask you this.
22      A.  I hesitate to say that. But I'll
23  say most of them.

Page 73

1       Q.  Let me ask you this. In terms of
2   recordkeeping, how are your records for
3   these imported -- for this imported lumber
4   kept? By that I mean, do you do it on a
5   vessel basis or under supplier?
6       A.  We do it on a PO basis.
7       Q.  So you would have a file that
8   everything related to that PO would be in
9   the same physical location?
10      A.  Yes, sir.
11      Q.  What would that typically include?
12      A.  That would include all the
13  documents that you presently talked --
14  earlier talked about. It would include
15  copies of the PO's. And that's it.
16      Q.  All right. Would that file also
17  show or reflect the ultimate facility that
18  that particular consignment or shipment went
19  to?
20      A.  No, sir. That data would be in
21  the system, in our computer system.
22      Q.  Okay. When you -- In contacts
23  with these shipments, have you from time to

19 (Pages 70 to 73)

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

bdc1c79d-c6c8-4a1e-bfa9-841b578e9c3e

FREEDOM COURT REPORTING

Page 74

1  time had shipments where you were asked to
2  provide a certificate of insurance?
3      A.  No.  Who would ask me to provide
4  that?  An example.
5      Q.  I'm not real sure.  But my
6  question -- my suspicion would be in the
7  context of a shipment of goods that was
8  going to another receiver or another --
9      A.  No.  There's never been a request.
10     Q.  What about with the Arauco lumber,
11 would you receive a certificate of insurance
12 on that, on those goods?
13     A.  No, sir.
14     Q.  Am I correct on those shipments
15 would they pay the freight and the insurance
16 as well?
17     A.  Yes, sir.
18     Q.  All right.  Let's see if we can
19 make some sense out of these and not spend
20 too much time on it.  Tell me, if you can,
21 sort of educate me on what the import stock
22 report shows and what lumber it's referring
23 to.

Page 75

1      A.  This is a report that lists the
2  products that came into the port of
3  Gulfport.
4      Q.  For what particular time period,
5  if you know?
6      A.  It does not notate that.  No,
7  there's no notation of that in this report.
8      Q.  Typically when you get those
9  monthly reports, what would that cover?
10 Would that cover the preceding month or how
11 would that work?
12     A.  It would certainly cover maybe a
13 previous vessel, a previous vessel or two.
14 You know, just depending on how -- what the
15 rotation of the vessels in that port look
16 like.
17     Q.  And tell me again -- you might
18 have already done this.  But tell me again
19 what that report tells you if you can kind
20 of show me.
21     A.  It just tells me what product came
22 in, the description and the code that's
23 marked on the unit and the bill of lading

Page 76

1  and the vessel.
2      Q.  Okay.
3      A.  It also defines the amount of
4  packs on that vessel.  Yes.  The amount of
5  packs that are remaining in the port from
6  that vessel.
7      Q.  All right.  As of that date?
8      A.  Yes.
9      Q.  So you would -- For instance, you
10 would look at it and look at the bill of
11 lading for that particular consignment of
12 cargo?
13     A.  Yes.
14     Q.  And then this report would tell
15 you as of November the 10th what was still
16 on hand from that consignment?
17     A.  Correct.
18     Q.  All right.
19     A.  But it does not tell you how much
20 there was initially discharged of that
21 consignment.
22     Q.  I see.  But you can look at your
23 other documents like the bill of lading?

Page 77

1      A.  Right.
2      Q.  The tally sheet and that sort of
3  thing --
4      A.  Yes.
5      Q.  -- to determine that?
6      A.  Yes.
7      Q.  When the stevadore sends you a
8  tally that they've done on discharged cargo
9  so that you can match that against the bill
10 of lading, what form is that in?  What kind
11 of report would that be?
12     A.  Much like this.
13     Q.  Okay.
14     A.  As a matter of fact, I use this.
15     Q.  Okay.  They wouldn't give you --
16 How would you -- If you got a bill of lading
17 that shows X number of bundles of lumber and
18 you got this and it says one hundred and
19 thirty units, how would you know how much
20 was there actually originally taken by the
21 stevadore's tally and put in the warehouse?
22     A.  I would refer back to the packing
23 list.

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

bdc1c79d-c6c8-4a1e-bfa9-841b578e9c3e

FREEDOM COURT REPORTING

Page 78

1    Q.  But is there something that they
2  do when they discharge to tally the cargo
3  and then report, okay, the bill of lading
4  says, mate receipts say X number of bundles
5  and then we've counted them and that's
6  what's here?
7    A.  The O S and D report that I spoke
8  of earlier.
9    Q.  And that's one document that we
10  don't have here, which are those O S and D
11  reports?  Do you know if that --
12    A.  You should have.  But if not, then
13  it's certainly there available.
14    Q.  Okay.  And those are generated for
15  every shipment?
16    A.  Yes.
17    Q.  When the stevadore is able to make
18  the tally?
19    A.  Yes.
20    Q.  At dock side?
21    A.  They are done via -- by bill of
22  lading per shipment.
23    Q.  Okay.  And essentially they're

Page 79

1  just saying you got what was received from
2  the carrier?
3    A.  Yes.
4    Q.  What the carrier says they shipped
5  to you on the ship?
6    A.  Yes.
7    Q.  Okay.  All right.  And then so --
8  I think this is fairly apparent, but just to
9  confirm.  So when you look at a report like
10  this dated November 2005, you can see what
11  was -- how many units were still in the
12  warehouse and then you can match that
13  against the bill of lading or discharge date
14  and that would allow you to determine how
15  long the cargo had been there?
16    A.  Correct.
17    Q.  All right.  Tell me what the
18  delivery breakdown report tells you.
19    A.  I'm not that familiar with this
20  report.  I have certainly seen this report.
21  But it is not a report that I'm familiar
22  with.  It appears to me that it is basically
23  the material by truckload that left that

Page 80

1  port.
2    Q.  All right.  Let's see.  It looks
3  like we've got the month of March here and
4  the months of August -- March of 2005 and
5  the months of August, September, and October
6  of 2005.  Do you know if there are other
7  reports?
8    A.  Uh-huh.
9    Q.  There may well be.  And we may
10  have them in our file.  But do you know
11  whether there are other reports covering the
12  time period between March and August?
13    A.  There could possibly be.  But I do
14  not recall at this time.  I just don't know.
15    Q.  All right.  And this would --
16  Exhibits 13 and 14 -- would allow you to
17  match up a truckload going out of Gulfport,
18  cargo going from the warehouse to wherever
19  it's going, and it would be identified as
20  some portion of a particular consignment
21  that was shipped in under a bill of lading
22  number?
23    A.  I just don't know a lot about the

Page 81

1  initial purpose or use of this report.
2    Q.  Okay.
3    A.  Apparently it is an internal, you
4  know, port report.  There certainly is no
5  destinations on here.  I'm just not that
6  familiar with this report.
7    Q.  All right.  I'm just looking at
8  it.  I'm not trying to get you to say
9  something that you're not comfortable with.
10  But it looks like it refers to -- it will
11  have a date and a vehicle ID which I assume
12  is the truck?
13    A.  Yes, sir.
14    Q.  And what does GSWP stand for?
15    A.  Great Southern Wood Preserve.
16    Q.  And a delivery order, a lot
17  number, control ID.  And I don't know what
18  that is.  And then it identifies a vessel
19  and voyage number and then a total in units
20  and gross weight?
21    A.  Yes, sir.
22    Q.  Okay.  And is it your
23  understanding -- and if you're not

21 (Pages 78 to 81)

bdc1c79d-c6c8-4a1e-bfa9-841b578e9c3e

FREEDOM COURT REPORTING

Page 82

1   comfortable with saying it, say -- that this
2   would indicate the date on which that
3   particular described cargo was loaded onto
4   the truck?
5       A.  Yes.  I think that's fair.
6       Q.  Are there any documents that you
7   know of that would show the actual date of
8   discharge from the vessel?
9       A.  Yes.  And I don't know if we have
10  provided you with that during -- when we
11  last received that document from you guys on
12  the discovery phase.  I have asked for that
13  and I have now received those documents.
14      But I don't think we've provided
15  you with them yet.  But I do have them from
16  the ship line.
17      Q.  And what are those?  What type of
18  document is it?
19      A.  It's a -- It seems to be just a
20  spread sheet that those guys generated out
21  of their internal system basically saying
22  when the vessel came into port and when it
23  left port.

Page 83

1       MR. DOWDY:  This would be from
2   Gearbulk?
3       THE WITNESS:  Yes.
4       Q.  And the O S and D report would
5   also probably be done at the time of
6   discharge?  Would that be an indication of
7   when the discharge was done?
8       A.  Yes.  You know, depending on the
9   volume it's discharged, it could take them
10  a couple of days to get what they call a
11  final count.  But, yes.
12      MR. CRUTCHFIELD:  Let's take a
13  quick break.
14      MR. DOWDY:  Okay.
15      (Whereupon, a short recess was
16  taken.)
17      Q.  I want to talk a little more about
18  some of these records.  And I think I'm able
19  to look at the records and the
20  correspondence and the complaint and
21  determine the dates.
22      But from what I can tell, it looks
23  like the delivery dates on Sanko Stream and

Page 84

1   the Kestrel Arrow -- well, let me just say,
2   the Sanko Stream voyage nineteen was August
3   the 25th of '05?
4       A.  It arrived on the 25th.
5       Q.  All right.
6       A.  And discharge was complete on the
7   27th, which was I think a Saturday.
8       Q.  Okay.  Now, how do you -- How did
9   you determine when the discharge was
10  complete?
11      A.  I'd get a notice from the ship
12  lines and then also in the document that we
13  talked -- discussed earlier that I have not
14  provided Ken nor you with from the ship line
15  which basically said when it started and
16  when it was complete.
17      Q.  Okay.  I was just looking at Ken's
18  letter which had said delivery four days
19  before Katrina on the Sanko Stream and then
20  twenty-four days before Katrina on the
21  Kestrel Arrow.
22      But what you're telling me is that
23  what you understand was that there was an

Page 85

1   arrival date and then it took whatever it
2   took, two days to complete the discharge?
3       A.  Yes, sir.
4       Q.  On the --
5       A.  On the Sanko.
6       Q.  And so what they're doing is
7   taking the -- I'm sorry.  I didn't mean to
8   interrupt.
9       A.  No.  It's okay.
10      Q.  So what they're doing is they're
11  discharging on the dock and then with
12  forklifts, taking the product as it comes
13  off the ship to the warehouse?
14      A.  Yes, sir.  On the Kestrel, she
15  arrived on 8-3.  She completed discharge on
16  8-6.  And U.S.D.A -- When she was completely
17  discharged, U.S.D.A. had it on inspection
18  hold.
19      Q.  All right.
20      A.  U.S.D.A. released it from
21  inspection hold for our pick up on 8-7.
22      Q.  Okay.  Now, I have 8-5 and the
23  complaint says 8-5 for arrival on the

22  (Pages 82 to 85)

bdc1c79d-c6c8-4a1e-bfa9-841b578e9c3e

FREEDOM COURT REPORTING

Page 86

1  Kestrel Arrow.  But you --
2      A.  Yes.  And we were basing that on
3  the shipping schedule that the ship line
4  provides us with.  So during the -- I guess
5  the discovery or production, we then defined
6  that from the ship line the exact date of
7  arrival and the exact date of departure.
8      Q.  So that was --
9      A.  So that has changed.
10     Q.  8-3 to 8-6?
11     A.  Yes, sir.  That's on the Kestrel.
12     Q.  And on the Sanko Stream voyage
13  nineteen, the release from customs was when?
14     A.  The Sanko Stream arrived on 8-25.
15  She completed the discharge on 8-27.
16  Hurricane Katrina hit Monday morning 8-29.
17  U.S. -- We finally got U.S. customs to
18  release on 10-4.
19     Q.  Okay.  Never got a chance.
20     A.  No, sir.
21     Q.  All right.  And on the very -- Do
22  I understand that there is no claim on the
23  Penguin Arrow?  That's not part of the

Page 87

1  complaint?
2      MR. DOWDY:  Since I don't have the
3  complaint in front of me, I think what
4  you're going to find is the focus is on
5  those last two boats.
6      MR. CRUTCHFIELD:  Okay.  What I
7  have is the Penguin Arrow arrived July 6th,
8  '05.  Anyway, it's not mentioned in the --
9  I think it was in the original claim, but it
10  was not mentioned in the complaint.
11     MR. DOWDY:  Right.  And I think
12  there was some overlap between when it first
13  happened and the massive information that we
14  originally gave to the company and then
15  everybody and then kind of paired it down as
16  time went as to what's where.
17     MR. CRUTCHFIELD:  Right.
18     Q.  Now, in looking at these -- in
19  looking at these delivery breakdowns and the
20  import stock report, you know, just for the
21  various periods of time that we're provided,
22  it looked like obviously the time frame from
23  the time of discharge to when it ultimately

Page 88

1  went out varied depending on the vessel.
2  There was no set time; is that correct?
3      MR. DOWDY:  I'm going to object to
4  the form because I didn't understand it
5  completely.
6      Q.  What I'm saying is, from looking
7  at this, it doesn't appear that there is any
8  schedule in the warehouse X day in, out X
9  day.  It went out gradually in bundles and
10  some of -- depending on --
11     A.  I think I know what you're asking,
12  but let me see if I can explain it this
13  way.  Great Southern and Import were in a
14  commodity business.  We deal with supply and
15  demand daily.
16     And so it is possible and it is
17  certainly conceivable that if a vessel
18  discharges, for an example, a thousand packs
19  of wood, that there could be fifty packs
20  left for some period after the thirty days
21  because there again, supply and demand.
22     Now, we try to get it out.  You
23  know, there's other factors.  It gets back

Page 89

1  to the inland freight issues we talked about
2  earlier.  It gets back to scheduling times
3  with the port.  So I'm still a little --
4      Q.  Well, just -- I mean, just by
5  example.  You don't have to accept these
6  figures.  This is sort of what I've got by
7  example.
8      Looks like, for instance, on the
9  Penguin Arrow, which was -- which I have as
10  discharge or arrival on July the 6th, that
11  as of the day of the hurricane, there was
12  still five hundred and fifty-five bundles
13  there.
14     A.  Yes.  I don't want to speak to the
15  Penguin Arrow per se because I need -- I'm
16  familiar with it.  But that's -- I'm not as
17  familiar with the details as I am these two
18  vessels that we've been speaking of.
19     So, you know, I will give you an
20  example as far as the Kestrel.  The Kestrel,
21  once we got cargo clearance on 8-8, we
22  picked up -- there was four thousand and
23  fifty-six packs discharged on the Kestrel.

23  (Pages 86 to 89)

bdc1c79d-c6c8-4a1e-bfa9-841b578e9c3e

FREEDOM COURT REPORTING

Page 90

1      On 8-29, Hurricane Katrina hit.
2  We had picked up seventy-two percent of that
3  cargo. And that's basically an average of a
4  hundred and seventy-three packs per day.
5      Based on that average per day of
6  pickup, we would have had that vessel
7  completely moved out and to its final
8  destination, our plants, by 9-1, well within
9  the space agreement we had with the port.
10     Q. Would that be complete, all the
11 bundles from that ship?
12     A. Yes, sir. And on 8-29, we had
13 moved seventy-two percent of cargo.
14     Q. And I'm not trying to pin you down
15 to any particular time, but in looking at
16 the various cargos that came in, it does
17 appear that there were a number of shipments
18 where lumber stayed in the warehouse up to
19 three months and in some cases four months?
20     A. And that's true. You know, I
21 think you can also go back and see where
22 it's the polar opposite as well where
23 everything was picked up well within the

Page 91

1  space agreement we had with the port.
2      There again, it speaks to several
3  different issues that -- You know, we had to
4  consider the business we're in. You know, I
5  think there are items that we refer to
6  sometimes as dead inventory or dead stock,
7  items that just quit selling period.
8      And when that takes place, we try
9  to move them out as fast as we can. And so
10 the priorities in which we do this
11 constantly are impacted by different forces.
12     Q. From your market?
13     A. Yes. It's a commodity business.
14     Q. When you say -- When you're moving
15 based on the factors that you're considering
16 from your business standpoint, how did you
17 communicate that to the stevadore or the
18 authority, whoever it was, that we want a
19 hundred more bundles, trucks coming today or
20 tomorrow, whatever it is?
21     How did the stevadore know they
22 needed to get this cargo and load it on this
23 truck?

Page 92

1      A. We give them -- We give them a
2  single document called a dispatch. And that
3  dispatch has an assigned number on it. For
4  example, in Exhibit 12, the -- no. I'm
5  sorry. In Exhibit 14, the C numbers under
6  delivery order, that C number is the pick up
7  number.
8      Each number identifies one truck
9  load of lumber. And each pick up number is
10 a single document. And it basically tells
11 the stevadore of the port what material to
12 load on what truck off what vessel off what
13 building.
14     Q. Okay. All right. Basically
15 you're saying, here's where -- here's what
16 we need to put on this truck on X day or
17 whatever that is?
18     A. Yes, sir.
19     Q. And so that would be true whether
20 it was coming to a treatment plant or
21 whether it was going to a customer?
22     A. Yes, sir.
23     Q. Georgia Pacific?

Page 93

1      A. Yes.
2      Q. All right. And tell me again how
3  you communicated that to them. Was that an
4  e-mail or a fax?
5      A. It should be a fax. And that's
6  our common practice with all ports.
7      Q. And in terms of the warehouse
8  arrangement that you had, you mentioned a
9  little while ago in response to one of my
10 questions that you were timing-wise within
11 the agreement that you had with the port.
12 What did you mean there? Within the space
13 agreement or --
14     A. Yes. I was speaking of the
15 Kestrel Arrow, that based on she discharged
16 on 8-8. And on 8-29 when Hurricane Katrina
17 hit, we had picked up seventy-two percent of
18 the cargo, which based on that hundred and
19 seventy-three unit per day pickup average,
20 we would have had all the cargo out well
21 within the forty-five days within the space
22 agreement that we had with the port.
23     Q. And that's what I was getting at.

24 (Pages 90 to 93)

bdc1c79d-c6c8-4a1e-bfa9-841b578e9c3e

FREEDOM COURT REPORTING

Page 94

1  Can you refer me to what part of the
2  agreement you're talking about?
3      A.  Yes, sir.  Exhibit 11, D, free
4  time.  Free time shall be in the amount of
5  forty-five days from the date of receipt of
6  each shipment from vessel.
7      Q.  Okay.  And so essentially if you
8  get out of there in forty-five days, you
9  didn't have to pay?
10     A.  Correct.
11     Q.  Anything over forty-five days, you
12 paid a certain rate?
13     A.  Yes.  One of the things that ports
14 do -- and this is very much common practice
15 for all ports across the United States -- if
16 a party or a shipper uses that facility as
17 a, quote, unquote, storage facility, there
18 are huge, huge penalties to pay.
19         Wharfage.  Wharfage is a penalty
20 amount -- I'm sorry.  Demmurage.  Demmurage
21 is the penalty you pay when you leave it
22 there beyond the forty or forty-five day
23 arrangement.

Page 95

1          And actually they have got it set,
2  those inherent rates, in a matter in which
3  it is very, very costly and it greatly
4  affects the bottom line of any P and L to
5  leave it there.
6          So for me as an importer and any
7  importer in our industry, there is great
8  motivation to get that cargo picked up as
9  fast as possible to get it out of that port
10 because the cost quite honestly can mean the
11 difference between a profit and loss.
12     Q.  In looking at this agreement, it
13 states in paragraph eight that the lumber is
14 in your care, custody and control when it's
15 put in the warehouse.  Do you dispute that
16 at all?
17     A.  No.
18     Q.  Nobody else has control over the
19 cargo?
20     A.  Nobody else can go in there and
21 get that cargo other than me.
22     Q.  And it's up to Great Southern,
23 depending on the market, to make the

Page 96

1  decision of when and how and where to get
2  that cargo out of there and take it
3  somewhere else based on whatever constraints
4  you have in the market and inventory and so
5  forth?
6      A.  Yes.  I guess I'm a little
7  uncomfortable with the word decision.  I
8  mean, there's not really a decision that has
9  to take place.  I mean, it has to leave that
10 port.
11     Q.  I understand.  And I don't mean to
12 imply anything by that other than the fact
13 that it's Great Southern's cargo and they
14 say stevadore load this truck to go here?
15     A.  Yes.
16     Q.  And the records related to -- and
17 I don't want to beat a dead horse.  But the
18 records related to the lumber that was sold
19 directly from Gulfport to third party
20 customers, that's again just a purchase
21 order, an invoice transaction?
22     A.  Yes, sir.
23     Q.  And I think you answered this.

Page 97

1  But that typically was delivered using Great
2  Southern trucks; correct?
3      A.  Yes.  Most of the time.  I mean, I
4  certainly don't want to say that's one
5  hundred percent of the time.  There was
6  occasion where that customer would send
7  their own truck in.
8      Q.  All right.
9      A.  But that was far and few between.
10     Q.  In terms of where the cargo was
11 not being sold was going, did any particular
12 treatment facilities get the bulk of this
13 cargo from Gulfport or was it spread equally
14 among the other facilities?
15     A.  Typically, for lack of a better
16 word, the way we tried typically to
17 orchestrate shipments in the U.S. ports is
18 certainly by geography.  That meaning the
19 port of Gulfport, primarily I used that
20 material for Abbeville, Alabama, Muscle
21 Shoals, Alabama, and Mobile, Alabama.  The
22 shortest freight hauls which, you know,
23 would logistically fit.

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

bdc1c79d-c6c8-4a1e-bfa9-841b578e9c3e

FREEDOM COURT REPORTING

Page 98

1    For example, the material in
2  Manatee goes to Atlanta, Georgia, to our
3  Lake Panasofkee plant to Jessup. So, yes,
4  it's determined by geography.
5    Q.  And when is it determined
6  generally speaking where any particular
7  cargo will go, in other words --
8    A.  It's determined -- It's determined
9  initially prior to the boat loading, and
10  then obviously tweaked once it has
11  discharged in the U.S.
12    Q.  Depending on the inventory need of
13  --
14    A.  Depending on -- Yes, inventory
15  position, et cetera.
16    Q.  All right. So, for example, you
17  could have -- you have had -- It may not
18  work this way, but you could have one
19  consignment of ocean cargo planned to go all
20  in one treatment facility and then when it
21  gets there or at some point in time after
22  that, say, well, we're going to send half of
23  it to one and half of it to the other?

Page 99

1    A.  Yes. It could.
2    Q.  Okay.
3    A.  Yes.
4    Q.  Was there any -- With the cargo,
5  the lumber cargo that was in the warehouse
6  when Katrina hit, was there anything out of
7  the ordinary, any kind of breakdown or
8  problems or anything that resulted in
9  unusual delay or out of the norm, in other
10  words --
11    A.  No. Nothing other than market
12  changes, demand and supply.
13    Q.  Okay. But when you say market
14  change, you're talking about the way in
15  which the market may change on a daily
16  basis?
17    A.  Right. Yes. And in our business,
18  priorities are like a moving target. They
19  change daily.
20    Q.  But nothing like a strike or an
21  accident or problems like that?
22    A.  No.
23    Q.  Okay.

Page 100

1    (Whereupon, Defendant's Exhibit
2  No. 15 was marked for identification and
3  attached to the original transcript.)
4    Q.  All right. Let me show you -- it
5  actually has Ken's cover letter on it -- but
6  Exhibit 15 which is the report of Jack
7  Taylor. Have you read that and are you
8  familiar with it? You may not have.
9    A.  No, sir.
10    Q.  Okay. Well, maybe I should just
11  handle it this way. Obviously in this
12  lawsuit, Great Southern makes contention
13  that there was coverage for this cargo and
14  they make the assertion that it is covered
15  under a clause known as the warehouse to
16  warehouse clause?
17    A.  Yes, sir.
18    Q.  And you may have looked at that
19  language in there and so forth. Can you
20  tell me what the basis is that that clause,
21  that warehouse to warehouse clause covers
22  this particular cargo?
23    MR. DOWDY:  I'm going to object to

Page 101

1  the form. Calls for a legal conclusion.
2  You can answer it to the extent --
3    THE WITNESS:  I'm sorry?
4    MR. DOWDY:  I said you can answer
5  it to the extent you understand.
6    Q.  Let me ask you a better question.
7  See if I can do that. Do you know what
8  facts support that contention?
9    A.  I can only speak to my perception
10  of that clause.
11    Q.  Okay.
12    A.  And that is our products, one
13  hundred percent of the products that went in
14  port are in our opinion raw products. Our
15  customers do not consume these products in
16  the form in which we bring them in.
17    So our final destination or place
18  of rest is our plants because that is when
19  we have a finished good that's sold. And so
20  because it is our plants are in off the port
21  facilities, I concluded it meant thirty days
22  beyond the discharge date.
23    Q.  Your plant facilities, you're

26 (Pages 98 to 101)

bdc1c79d-c6c8-4a1e-bfa9-841b578e9c3e

FREEDOM COURT REPORTING

Page 102

1  talking about the treatment plants we've
2  been talking about?
3      A.  Yes.
4      Q.  I take it from what you're saying,
5  that being an off -- outside the port
6  destination, that you've got either the
7  thirty days or when it reached that
8  destination, whichever first occurred I
9  think is how the policy reads?
10     A.  I personally perceive that it's
11  saying that because it's not a finished
12  good, that I have to move it outside the
13  port gate, outside the port facility, which
14  means that my marine cargo insurance covered
15  me an additional fifty days for a total of
16  thirty days once the cargo had been
17  discharged.
18     Q.  Do you know whether Great Southern
19  ever advised AIG or its broker or anybody
20  else in the insurance end of things that --
21  as to where the destinations were for any
22  particular cargo?
23     A.  William Ray would be able to

Page 103

1  answer that question.  I don't know.  I did
2  not have any direct dealings with the
3  insurance company or broker.
4      Q.  Do you contend in the lawsuit that
5  -- well, let me ask it this way.  Do you
6  contend that the product had not reached its
7  destination at the time of the loss, its
8  final destination?
9      A.  Yes, sir, that's our contention.
10     Q.  And that being the facilities,
11  your treatment facilities?
12     A.  Yes.
13     Q.  Do you know whether Great Southern
14  procured insurance for the inland transit of
15  that cargo from Gulfport to the treatment
16  plant?
17     MR. DOWDY:  You mean on the
18  trucks?
19     MR. CRUTCHFIELD:  Yes.
20     A.  I don't know.  I'd have to refer
21  that to William Ray.
22     Q.  You mentioned a while ago that
23  your feeling was that the cargo was not --

Page 104

1  had not reached its ultimate destination.  I
2  think you testified earlier, though, that on
3  some occasions you sell it as a raw material
4  directly from Gulfport?
5      A.  I sell it as a raw material to
6  other treating plants, yes.
7      Q.  And are you -- Do you contend that
8  that product is covered until it reaches
9  those other treatment plants?
10     MR. DOWDY:  Object to the form.
11     A.  Yes.
12     MR. DOWDY:  I'm just objecting.
13  You can answer.
14     Q.  Those destinations you would agree
15  wouldn't be known -- maybe not known to
16  Great Southern, but certainly an unknown to
17  an insurance company until the sale had
18  occurred?
19     A.  True.
20     Q.  Okay.  I probably forgot to ask
21  this.  But in terms of those sales to other
22  treatment plants, what were the terms of
23  those sales, in other words, were they FOB

Page 105

1  truck, FOB Gulfport?
2      A.  Delivered to their destination.
3      Q.  And that's typically on one of
4  your trucks?
5      A.  Yes, sir.
6      Q.  So freight was part of it?
7      A.  Yes.
8      MR. CRUTCHFIELD:  Let me take
9  about a ten minute break and let me kind of
10  review what I've got.  Get him on the road.
11     (Whereupon, a short recess was
12  taken.)
13     Q.  I wanted to ask you -- and I don't
14  know how much of these you know about.  But
15  the question of damages that are asserted in
16  this, do you know anything about the
17  calculation of damages and what that's based
18  on?
19     A.  Yes, sir.
20     Q.  Can you tell me what Great
21  Southern alleges that they are entitled to
22  be paid in damages?
23     A.  The Sanko Stream -- You know

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

bdc1c79d-c6c8-4a1e-bfa9-841b578e9c3e

FREEDOM COURT REPORTING

Page 106

1  what. I don't -- I better not say because I
2  don't know specifics. I mean, I'm sitting
3  here -- I'd hate to say without going back
4  and looking at my notes and the
5  calculations. I can give you ballparks.
6  But I don't think I need to do that.
7       MR. DOWDY: Well, feel free to
8  give your best judgment. You put together a
9  document.
10      THE WITNESS: I did.
11      MR. DOWDY: And I thought I gave
12 it to you. It was like a spread sheet.
13      THE WITNESS: I did. I had it on
14 a spread sheet.
15      MR. CRUTCHFIELD: I don't know
16 that I have seen that.
17      MR. DOWDY: I'll go back and
18 double-check. But it set out every -- the
19 amount of cargo, the amount of shipping, the
20 amount of import charges, everything down to
21 the penny at the end that I thought we gave
22 to you.
23      A. Yes. Because I included the

Page 107

1  wharfage and the handling that had already
2  been prepaid. I included the freight that
3  had already been prepaid.
4       The Sanko Stream was eight hundred
5  and thirty to eight hundred and seventy-five
6  thousand dollars. The Kestrel was two to
7  three hundred thousand.
8       Q. Okay. Now, well, here's what I
9  have for the Sanko Stream. I have a figure
10 of eight hundred -- a claim amount of eight
11 hundred and twenty-seven thousand nine
12 hundred and eighty-five dollars for one bill
13 of lading and twenty-nine thousand five
14 hundred and ninety-two dollars for another
15 bill of lading. Does that sound about
16 right?
17      A. Without looking at my notes, that
18 sounds close, yes.
19      Q. And then for the Kestrel Arrow, I
20 have a claim of two hundred and eight
21 thousand five hundred and fifty-five
22 dollars?
23      A. There again, without looking at my

Page 108

1  spread sheet, I would say that sounds close.
2  I can't be exact.
3       Q. Let me see if I can understand how
4  you came up with those figures. You had
5  invoiced amount?
6       A. Yes, sir. The invoice for the
7  lumber, the freight.
8       Q. And the freight would be on each
9  one of these freight invoices?
10      A. Yes, sir.
11      Q. Or the other one?
12      A. Yes, sir. And the wharfage and
13 handling, that is also on that same invoice.
14      Q. Is that broken down -- let me just
15 take a look at it. The freight is broken
16 down on a net ton on a weight basis?
17      A. On the metric ton and/or cubic
18 meter basis.
19      Q. And that's reflected in the
20 freight invoice?
21      A. Yes, sir.
22      Q. How that's done?
23      A. Yes, sir.

Page 109

1       Q. And can we look at other documents
2  and determine what the tonnage was or the
3  cubic?
4       A. Yes, sir. The --
5       Q. For example, invoice No. 7,
6  freight.
7       A. Exhibit 7 shows that on
8  twenty-nine B there was two hundred and
9  seventy-four cubic meters. On Exhibit 3, it
10 shows two hundred and seventy-four cubic
11 meters. And Exhibit 8 also shows the same
12 cubic meters.
13      Q. Okay. Now, from what AIG got,
14 they got a number of -- I believe the claim
15 was X number of bundles. In other words,
16 have you given documentation which allows
17 somebody like me to go back and look at
18 these -- look at the number of bundles that
19 were damaged or still at the warehouse and
20 calculate that based on the breakdown?
21      A. Yes, sir. To my knowledge, all
22 that information exists and you have
23 possession of it. And it should all be

28  (Pages 106 to 109)

bdc1c79d-c6c8-4a1e-bfa9-841b578e9c3e

FREEDOM COURT REPORTING

Page 110

1 batched very similar to this.
2     Q.  Okay.  It looks like handling and
3 wharfage were done on a cubic meter basis.
4 And the security surcharge, was that
5 included in your number?
6     A.  Yes, sir.
7     Q.  That was based on a metric ton?
8     A.  Yes, sir.
9     Q.  What about the bunker surcharge,
10 is that in there, too?
11     A.  Yes, sir.
12     Q.  Anything that was on this invoice?
13     A.  Yes, sir.
14     Q.  Any other items of damage that you
15 know about or claim?
16     A.  No.  Everything is on that spread
17 sheet.
18     Q.  Okay.  Well, other than what we've
19 talked about now in terms of how you
20 calculated the cost?
21     A.  The only additional thing would be
22 on the Kestrel, the customs duty and customs
23 broker fee.  That was not applicable on the

Page 111

1 Sanko Stream because the customs had never
2 been cleared.  So I never got an invoice.
3     Q.  Okay.  But other than that, that
4 pretty much itemizes how your damages were
5 calculated?
6     A.  Yes, sir.
7     Q.  Were there any efforts to salvage
8 any of the wood?
9     A.  No, sir.
10     Q.  And it may be obvious to you, but
11 can you tell me why?
12     A.  There was absolutely nothing left
13 of the port.  And the cargo ended up in
14 subdivisions a half a mile north of the port
15 facility.  And there was absolutely nothing
16 that could be salvaged.
17         As a matter of fact, I tried to go
18 down to survey the damage personally and I
19 was not allowed into the city of Gulfport.
20     Q.  Other than your trying to get down
21 there, was anybody retained at any point in
22 time after that to look at salvage, the
23 salvage issue?

Page 112

1     A.  No, sir.  I mean, everyone I spoke
2 to was unanimous in that there was
3 absolutely nothing to salvage.
4     Q.  I mean, is there anybody in
5 particular that you recall talking to about
6 that?
7     A.  Tom Leatherburg.
8     Q.  He's at --
9     A.  He's at CSA.  The stevadore in
10 Gulfport.  He is the first person I was able
11 to talk to that actually got into the
12 facility.  And he provided me with
13 photographs of the facility and the lack of
14 cargo.
15     Q.  To your knowledge, had Great
16 Southern had a prior insurance claim for
17 loss of lumber or damaged lumber since
18 you've been there?
19     A.  No.  Not to my knowledge.
20     Q.  From a quality control standpoint
21 or damage, when you got these shipments in,
22 did you have anybody like a marine surveyor
23 or a cargo surveyor or anybody inspect the

Page 113

1 cargo on a routine basis for you?
2     A.  Again, it was the stevadore's job
3 and is their job to identify any damaged
4 product once it comes into the port.  And
5 they notify us of that via the O S and D
6 report.  I would go down about every sixty
7 days to see the ports and visit myself.  But
8 not on a ship by ship basis.
9     Q.  All right.  Well, so they would
10 know whatever damage and report to you on
11 the O S and D report?
12     A.  Yes, sir.
13     Q.  Are you familiar at all with the
14 insurance coverage that was put into place
15 following the policy period that this --
16 that was covered in this claim?
17     A.  Ask that question again.
18     Q.  In other words, my understanding
19 is that Great Southern didn't renew their
20 coverage with AIG.  Are you familiar with
21 where they placed it and the terms of that
22 coverage?
23     A.  I am familiar that the change was

29 (Pages 110 to 113)

bdc1c79d-c6c8-4a1e-bfa9-841b578e9c3e

FREEDOM COURT REPORTING

Page 114

1  made. I'm familiar with -- that it was
2  done. But I do not know any details.
3      Q. All right. Where did you learn
4  that information from?
5      A. Through Doug Chamness.
6      Q. Who is he?
7      A. C-H-A-M-N-E-S-S. Doug is now
8  responsible for all of our insurance.
9      Q. Okay. Now he's taking over that
10 role from William?
11     A. William Ray.
12     Q. Was he with -- Was Doug with the
13 company when this loss occurred?
14     A. No, sir.
15     Q. So he's been hired new?
16     A. Yes.
17     Q. What's his title? Risk manager,
18 insurance?
19     A. Risk something, yes.
20     Q. What did Doug tell you about the
21 coverage that was in place now?
22     A. Only that it was -- has been --
23 it's with Lloyds of London.

Page 115

1      Q. Okay. Anything else other than
2  who it was placed with?
3      A. No.
4      Q. Let me ask you just a couple of
5  things. You had mentioned that you had
6  documentation showing that the arrival date
7  on the Kestrel Arrow -- I don't think that
8  it matters, but I was just curious -- was, I
9  believe, the 7th of August -- excuse me --
10 6th and it was completely discharged -- no.
11 Excuse me. You said August the 3rd and it
12 was completely discharged on the 6th?
13     A. On the 6th, correct.
14     Q. I don't need to mark it as an
15 exhibit unless it's relevant. But we were
16 originally told we could look at the customs
17 documents. And he has the arrival date as
18 the 5th and -- the import date as the 5th.
19     It may be meaningless, but I was
20 just wondering what he's looking at when he
21 does those for purposes of other shipments.
22     A. The dates that I have provided you
23 with today are the dates based on what the

Page 116

1  ship line had supplied me out of their
2  internal system.
3      Q. The broker, is it Hilb, Rogal &
4  Hobbs?
5      A. Yes, sir.
6      Q. Are they still acting as the agent
7  for Great Southern?
8      A. I think so. But I cannot be sure.
9      Q. Okay. Let me show you Exhibit
10 16.
11     (Whereupon, Defendant's Exhibit
12 No. 16 was marked for identification and
13 attached to the original transcript.)
14     Q. This is a letter, appears to be a
15 letter from Great Southern to AIG notifying
16 them that the HRH would be their broker of
17 record to act on their behalf. Do you know
18 who wrote that letter?
19     A. It almost looks like Doug's
20 signature. But I did not think Doug was
21 employed by us when Hurricane Katrina hit.
22 But this letter is dated March the 8th.
23     MR. DOWDY: If it's important, we

Page 117

1  can find out.
2      MR. CRUTCHFIELD: Yes. I was just
3  --
4      A. Now that I think about it, I think
5  he was employed by us when Katrina hit. I
6  think that he took -- I think William Ray
7  done the contract, the insurance marine
8  cargo contract. I think Doug was employed.
9  I don't remember his hire date.
10     Q. Is it your understanding that at
11 the time this coverage was placed with AIG,
12 that HRH was acting as the broker for Great
13 Southern?
14     A. Yes, sir.
15     Q. Have you ever shipped any cargo on
16 a through bill of lading? Do you know what
17 I'm referring to there?
18     A. Yes, sir.
19     Q. Okay. Your answer is you have or
20 do you --
21     A. No. I understand what through
22 bill of lading bill is.
23     Q. What is your understanding?

30 (Pages 114 to 117)

bdc1c79d-c6c8-4a1e-bfa9-841b578e9c3e

FREEDOM COURT REPORTING

Page 118

1    A.  That it is shipped -- it is
2 shipped from point A to point B and is
3 oftentimes trans loaded between.
4    Q.  In other words, you have a
5 contract or carriage that includes not only
6 the ocean carriage part, but some port after
7 that to an inland destination?
8    A.  Well, what I'm familiar with is,
9 for example, when products leave Uraguay,
10 they go to Puerto Rico on a through bill,
11 are trans loaded into Miami.
12    Q.  And is it your understanding that
13 the through bill of lading is essentially
14 meaning that you're paying freight to get it
15 not just to the port of discharge but to
16 some through -- whether it's loaded on the
17 trucks or rail to get to some other point?
18    A.  Yes, sir.
19    Q.  And that was not the case for the
20 bills of lading at issue in this case?
21    A.  No, sir.
22    Q.  In those through bills of lading,
23 is it your understanding that when you have

Page 119

1 a through bill of lading, it would -- this
2 blank would be filled in for showing the
3 carrier, meaning the inland carrier, where
4 the ultimate place of delivery was?
5    A.  I mean, I've never had experience
6 with one.  But yes, I can see where that is
7 a place.  I'm not familiar with this.
8    Q.  All right.  This probably is more
9 of a lawyer question than anything, but I
10 need to ask you.  In this lawsuit, Great
11 Southern alleges that AIG or the other
12 defendants in this case denied coverage and
13 acted in bad faith when they did so, which
14 is a legal term.
15        And I'm not asking you to be a
16 lawyer.  Do you know or do you have a
17 position on -- or does Great Southern have a
18 position on what facts support that
19 allegation?
20    A.  Yes.  It's our contention that as
21 described in the marine cargo policy that we
22 talked about earlier, that because the final
23 destination of our product was outside the

Page 120

1 port facility, that we had fifteen
2 additional days of thirty days of coverage
3 under our contract.  That was our
4 perception.  We also --
5    Q.  Go ahead.
6    A.  We also contest that the Sanko
7 Stream, which was the vessel that discharged
8 on the 25th or began on the 25th, finished
9 on the 27th, we allege that that vessel was
10 covered because we never had customs
11 clearance on that vessel.
12        We never even had a chance to go
13 in and pick up anything.  We finally got
14 customs clearance on October -- I think it
15 was the 4th.  And the only reason we got it
16 then is customs told us that they were
17 cleaning up old documents.
18    Q.  Okay.
19    A.  So we allege that that vessel was
20 never even cleared, but yet it was denied.
21    Q.  You would agree, though, that you
22 still had -- the cargo, you couldn't remove
23 it from the warehouse, but it was still

Page 121

1 within your custody and control.  Is that a
2 fair statement?
3    A.  And there again, this get into
4 legal conversation.  I can tell you what my
5 opinion is.
6    Q.  All right.
7    A.  My opinion is that the cargo is
8 not in our custody or our control unless
9 there's full clearance given to us via the
10 U.S.D.A. and customs.
11    Q.  As between you and the Mississippi
12 Port Authority, though, you agreed that when
13 that cargo was in their warehouse, it was in
14 your custody, care and control.  Is that a
15 fair statement?
16    A.  Yes.  But I cannot pick it up
17 until I'm given clearance.
18    Q.  I understand that.  But it wasn't
19 in anybody's elses control?
20    A.  Yes.  I agree.
21    Q.  All right.
22    A.  I couldn't pick it up nor could
23 anyone else.

31 (Pages 118 to 121)

bdc1c79d-c6c8-4a1e-bfa9-841b578e9c3e

FREEDOM COURT REPORTING

Page 122

1    Q.  You couldn't take it from the
2    warehouse?
3    A.  Right.
4    Q.  You could go look at it?
5    A.  Right.
6    Q.  And move it around the warehouse
7    if you wanted?
8    A.  Yes, sir.
9    Q.  Okay.  And you mentioned that --
10   all right.  Anything else that you believe
11   that was an act of bad faith on the part of
12   the insurance company?
13   A.  No.  That's our main contention.
14   Q.  Let me ask you this.  You may not
15   agree with how the insurance company
16   interprets the policy.  Do you at least
17   admit that they have an arguable basis for
18   denying coverage?
19   A.  No, sir, I can't agree with that.
20   Q.  And that's based on how you
21   interpret the policy?
22   A.  Yes, sir.
23   Q.  And you disagree with how they

Page 123

1    interpret the language of the clause in the
2    policy?
3    A.  Yes, sir.
4    Q.  All right.  You mentioned that you
5    thought you had thirty days because the
6    policy -- because you believe the final
7    destination was the treatment plants outside
8    the port?
9    A.  Yes, sir.
10   Q.  And I know you don't have a copy
11   -- you don't have a copy of this in hand,
12   but I'm reading the policy to say,
13   thereafter the insurance continues whilst
14   the goods are in transit or awaiting transit
15   until delivered to the final warehouse at
16   the destination named in the policy.
17          And then it says or until the
18   expiration of fifteen days or thirty days of
19   the destination to which the goods are
20   insured is outside the limits of the port,
21   whichever shall first occur.
22          So would you agree with me that if
23   they reached their final destination before

Page 124

1    the expiration, that occurs first and that's
2    when the policy period begins, coverage
3    ends?
4    A.  No, sir.  We contest that the
5    final destination is our plant.  And it is
6    still in route.  It is still in transit even
7    though it's been discharged and sitting
8    there, there's nothing we can do with that
9    product there.  And so for us, it's still in
10   transit to our facilities.
11   Q.  Let me put it this way.  You're
12   not saying that had it reached what you
13   consider to be its final destination, that
14   you would keep having -- and it made it
15   there in five days -- that you would have
16   more time of coverage under these time
17   limits?
18          In other words, once it reaches
19   the destination, that's when you understand
20   is when the coverage terminates?
21   A.  Once it reaches our destination
22   outside the port facilities.
23   Q.  Right.  Whether you have fifteen

Page 125

1    days or thirty days or fifty days, that ends
2    -- as I read the language here, it says as
3    it -- when it's delivered to the final
4    warehouse at the destination or until the
5    expiration of fifteen days, whichever first
6    occurs.  Do you agree that that's how that
7    works, that it ends at the destination?
8    A.  I've read that numerous, numerous
9    times.  And no, sir, I can't agree with
10   that.
11   Q.  But once it reached its final
12   destination as you consider it to be final,
13   it was no longer in transit?
14          MR. DOWDY:  I think he's saying,
15   for example, if within fifteen days, five
16   days, the same day it was discharged, you
17   picked it up and delivered it just say to
18   the Abbeville or Mobile plant, that that
19   coverage ends when it's reached the plant.
20   A.  Yes.  Yes, sir.  I'm sorry.  Yes,
21   sir.
22          MR. DOWDY:  I don't want to -- I
23   just thought of an example.

32  (Pages 122 to 125)

bdc1c79d-c6c8-4a1e-bfa9-841b578e9c3e

FREEDOM COURT REPORTING

Page 126

1      MR. CRUTCHFIELD: Thank you. You
2  asked a better question than I did.
3      Q.  All right.  I just wanted to get
4  that straight because -- to make sure we
5  have an understanding on that.  So the issue
6  is really about where the destination is?
7      A.  Yes, sir.
8      Q.  All right.  And I think you
9  testified to this earlier.  You're not aware
10  of any communication by Great Southern to
11  AIG or the broker of any -- of where any
12  particular cargo was going, which treatment
13  plant?
14     A.  No.
15     Q.  Are there any -- Were you involved
16  in the claims process?  I assume you were
17  assisting in terms of getting documents
18  together and that sort of thing?
19     A.  Yes, sir.
20     Q.  All right.  There was
21  communication back and forth between AIG and
22  Great Southern as to needing additional
23  documentation.

Page 127

1      Are you aware of anything, any
2  additional -- other than some of the
3  documents we've talked about today which
4  maybe would give you better insight on some
5  dates -- any other documentation that AIG
6  didn't get or refused to accept or should
7  have got?
8      A.  I think we've satisfied everything
9  they've asked for.
10     Q.  Okay.  I guess what I'm saying is,
11  do you know of anything that -- Other than
12  disagreeing with you about what the policy
13  language covers, do you know of any
14  information, witnesses, documents or
15  anything else that would disclose to AIG
16  that there was coverage that they didn't get
17  or should have gotten in terms of
18  investigating the claim?
19     A.  I think to date, they have gotten
20  everything.  As we continue this production
21  period, I think there may be some things we
22  continue to find that we probably should
23  present.

Page 128

1      For example, the exact times that
2  the ship line give us, arrival and departure
3  dates, very accurate precise time lines.
4      Q.  And that's the kind of information
5  that's got to come through you --
6      A.  Yes.
7      Q.  -- if it is obtained?
8      A.  Right.  And we will continue to
9  supply them as we go through this process.
10     Q.  All right.  Do you know whether
11  Great Southern has made a claim under any
12  other insurance policy for the loss that
13  we're here about today?
14     A.  I don't know.  I don't think so,
15  no.
16     Q.  Do you know whether there has been
17  any discussions at Great Southern about
18  there being a gap in coverage for this
19  particular warehouse in Gulfport and whether
20  they've taken steps to address that?
21     A.  A gap in coverage.
22     Q.  Meaning that there -- Obviously it
23  was denied based on AIG saying that coverage

Page 129

1  terminated upon delivery to the warehouse.
2      Do you know whether there has been
3  any discussions by anybody at Great Southern
4  about obtaining coverage to cover that
5  period of time while the goods are in the
6  warehouse?
7      A.  I mean, I don't know of any
8  details.  I would suspect that when we
9  changed carriers, that I guess there
10  possibly could have been some conversation
11  related to that.  But I don't know about
12  it.  I'm not involved in those details.
13     Q.  Do you know of any claims that
14  have been made against the brokers involved
15  in this case, insurance brokers?
16     A.  I don't know.  One way or the
17  other, I don't know.
18     Q.  All right.  I think I'm about
19  done.
20         (Whereupon, Defendant's Exhibit
21  No. 17 was marked for identification and
22  attached to the original transcript.)
23     Q.  Let me show you what's been marked

33 (Pages 126 to 129)

bdc1c79d-c6c8-4a1e-bfa9-841b578e9c3e

FREEDOM COURT REPORTING

Page 130

1  as Defendant's Exhibit 17 which appears to
2  be a copy of two e-mails, one from Dan
3  Morton at HRH to Selena Ho at AIG. The
4  other one comes from Sid Belcher at Great
5  Southern.
6        This references some information,
7  most of which we talked about today,
8  basically about today, about what to do with
9  the lumber at the Gulfport facility.
10        Did you -- Did he obtain this
11  information from you, if you know, or did
12  you have discussions with Dan Morton or do
13  you know if somebody else did?
14      A.  No, sir.  I never had a
15  conversation with Dan or Daniel Morton. I
16  mean, you know, Sid and I had several,
17  several conversations.  I'm sure there were
18  some operational aspects that were discussed
19  that he's come to some conclusions on.
20      Q.  And I'm not asking you to comment
21  on that.  I just want to know if you had
22  been involved in providing information. I
23  know Mr. Morton was Great Southern's agent

Page 131

1  and was involved in the process of providing
2  information to AIG?
3      A.  I never had any communication to
4  my knowledge.  Sid was having those
5  conversations with him.
6      Q.  All right.
7        MR. CRUTCHFIELD:  That's all I've
8  got.
9        MR. DOWDY:  No questions.
10
11
12
13
14
15
16
17
18
19
20
21
22
23

Page 132

1            C E R T I F I C A T E
2
3  STATE OF ALABAMA )
4  MONTGOMERY COUNTY)
5
6        I hereby certify that the above
7  and foregoing deposition was taken down by
8  me in stenotype, and the questions and
9  answers thereto were transcribed by means of
10  computer-aided transcription, and that the
11  foregoing represents a true and correct
12  transcript of the testimony given by said
13  witness upon said hearing.
14        I further certify that I am
15  neither of counsel, nor of kin to the
16  parties to the action, nor am I in any wise
17  interested in the result of said cause.
18
19
20        ----------------
21          CINDY WELDON
22
23

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

GREAT SOUTHERN WOOD       *
PRESERVING, INC.,       *
      *
      Plaintiff,       *
      *
v.       *       Civil No. 1:06-cv-00708-CSC
      *
AMERICAN HOME ASSURANCE       *
CO., AIG, AMERICAN INTERNATIONAL       *
UNDERWRITERS CORP., AMERICAN       *
INTERNATIONAL MARINE AGENCY,       *
      *
      Defendants.       *

## NOTICE OF DEPOSITION WITH RULE 30(b)(5)
## REQUEST FOR PRODUCTION OF DOCUMENTS

To:       Kenneth A. Dowdy, Esq.
      Leslie Ann Caldwell, Esq.
      Lusk, Lusk, Dowdy & Caldwell, P.C.
      2101 Highland Ave.
      Suite 410
      Birmingham, AL 35205

Deponent:       Great Southern Wood Preserving, Inc. 30(b)(6) Representative

Date:       May 22, 2007

Time:       10:00 a.m.

Location:       Kaufman & Rothfeder, P.C.
      2660 EastChase Center
      Suite 300
      Montgomery, AL 36117

Please take notice that Hand Arendall, LLC, attorneys for Defendants, will take the

deposition of the deponent named above, at the date, time and location set out above, upon oral

examination pursuant to the Federal Rules of Civil Procedure, before an officer authorized to

1


DEFENDANT'S
EXHIBIT

take depositions and swear witnesses in said county and state. The oral examination will continue from day to day until completed and you are invited to attend and cross-examine.

Pursuant to rule 30(b)(6) of the Federal Rules of Civil Procedure, Great Southern Wood Preserving, Inc. shall designate one or more officers, directors or managing agents to testify regarding the matters listed below.

Pursuant to Rule 30(b)(5) of the Federal Rules of Civil Procedure, the deponent is requested to bring to this deposition the documents listed below.

I.    Scope of Subjects to be Addressed

1.    The insurance claim which is the subject of this action and any communications relating thereto.

2.    Great Southern's practices and procedures for purchase, insuring, handling, storage, sale and inland transit of imported lumber.

3.    The relationship between Great Southern and Greenbush Logistics LLC.

4.    Great Southern's request for quotes and/or placement of insurance coverage with AIG.

5.    The placement of insurance coverage on imported lumber before and after the policy period under which claim is made in this action.

6.    The purchase, shipment, handling, storage and insuring and any sale of the lumber at issue in this case and the documents concerning the same.

7.    The preparation of the Import Stock Report concerning Great Southern lumber and/or cargo shipped to the Port of Gulfport.

8.    The preparation of the Delivery Breakdown Reports concerning Great Southern lumber and/or cargo shipped to the Port of Gulfport.

9.    Any survey or inspection of any shipment at issue in this case.

10.    Any insurance which provided coverage or may have provided coverage to Plaintiff and/or any insurance claims made for any damage concerning or relating to the loss described in Plaintiff's complaint

11.    The basis for plaintiff's contention that the goods and cargo discharged at the Port of Gulfport which are at issue in this case were insured for the claimed loss and/or that Defendants denied the claim in bad faith and all documents which support such contentions.

12.    Any actions taken to preserve and/or salvage any item of cargo at issue in this case.

13.    The sale or disposition of any goods at issue in this case

14.    The damages for which plaintiff seeks recovery in this action.

II.    Document Request

Defendants request that the deponent produce the following documents at the deposition pursuant to Rule 30(b)(5) of the Federal Rules of Bankruptcy Procedure:

1.    Any Contract between Plaintiff and the Mississippi Port Authority for the handling and storage of goods or cargo discharged at the Port of Gulfport entered into or in effect at any time during calendar years 2004 or 2005.

2.    Any Contract between Plaintiff and any stevedore for the handling and storage of goods discharged at the Port of Gulfport entered into or in effect at any time during calendar years 2004 or 2005.

3.    All invoices, receipts, and documents concerning any expense incurred by Plaintiff for the storage of goods at the pier warehouse in Gulfport at any time during calendar years 2004 or 2005.

4.    All documents concerning the gap in Plaintiff's insurance coverage which existed between the ocean marine coverage and the warehouse/inland transport coverage, or the lack thereof, during any period of coverage under American Home Assurance Marine Open Cargo Policy 88590C.

5.    All documents concerning or relating to the direct shipment of lumber or any goods to any customer of Plaintiff or its affiliate from the Port of Gulfport, or Gulfport pier warehouse, at any time during the calendar years 2004 or 2005.

6.    All documents sent to, received from, or exchanged with Hilb Rogal & Hobbs, or any other insurance broker, concerning marine cargo, warehouse or inland transit coverage for Plaintiff in the calendar years 2005 or 2006.

7.    All documents sent to, received from, or exchanged with Hilb Rogal & Hobbs, or any other insurance broker, concerning the coverage, or lack thereof, concerning any shipment at issue in this case.

8.    Each and every report submitted concerning any shipment insured under Marine Open Cargo Policy 88590C as required under paragraph 37 under the policy.

9.    All documents concerning the inland transportation, warehousing or storage of the goods at issue in this case, including but not limited to invoices, freight bills, delivery receipts, warehouse receipts, etc.

10.    Each and every document prepared and/or executed by the shipper, consignee, or Plaintiff, or their agents, servants and employees, relative to the transport or transfer of any item of cargo at issue in this case.

11.    All documents concerning attempts to preserve and/or salvage the cargo at issue in this case.

12.    All documents concerning any survey of the cargo at issue in this case.

13.    All documents concerning the ownership of the cargo at issue in this case at any time from its departure from the point of origin to the date of alleged damage or loss.

14.    All documents concerning the purported warehouse of final destination for each shipment which is at issue in this case.

15.    All shipping documents, banking documents, correspondence, communications, and other documents which passed between the shippers, consignees, and any other party in interest concerning the shipments at issue in this case.

16.    All documents concerning the unloading of the cargo as to every shipment at issue in this case including, but not limited to, any contract or agreement with any stevedore who performed discharge operations.

17.    All documents concerning the condition of each shipment at issue in this case upon discharge at the Port of Gulfport including, but not limited to, all documents concerning any inspection or survey made after each shipment arrived at the port of Gulfport.

18.    All documents concerning payment of customs duties upon any shipment at issue in this case.

19.    All documents concerning Plaintiff's purchase of the cargo at issue in this case including but not limited to the following:

      (a)    purchase contracts;
      (b)    invoices;
      (c)    Letters of credit;
      (d)    certificates of origin;
      (e)    packing list;
      (f)    US customs declarations and other US customs documents;
      (g)    bills of lading;
      (h)    delivery receipts; and,
      (i)    surveys or appraisals.

20.    All documents concerning the existence of other insurance or coverage which may provide benefits or payment for the loss of the cargo at issue in this case.

21.    All documents supporting Plaintiff's identification of the "final warehouse at the

destination" for each shipment which is at issue in this case.

22.     All documents specifying, or concerning, Plaintiff's identification of the day on which the discharge over side of the goods insured from the overseas vessel was completed for each shipment which is at issue in this case.

23.     All documents supporting or concerning Plaintiff's contention that the goods and cargo discharged at the Port of Gulfport which are at issue in this case remained in transit after discharge at the Port of Gulfport.

24.     All documents concerning transportation by any common carrier or transit service which transported any lumber or timber products for Plaintiff from the Port of Gulfport to any other location between January 1, 2004 and December 31, 2005.

25.     Any contractual agreement between Plaintiff and any common carrier or transit service which transported any lumber or timber products for Plaintiff from the Port of Gulfport to any other location between January 1, 2004 and December 31, 2005.

26.     All contracts or agreements entered into by Plaintiff and any carrier concerning any shipment at issue in this case.

27.     All correspondence and documents exchanged between Plaintiff and any carrier, sent to any carrier, or received from any carrier, concerning or relating to any shipment at issue in this case.

28.     All documents concerning, justifying or explaining the lapse of time between delivery of any shipment delivered to the Port of Gulfport, and what Plaintiff contends was the final destination, for any shipment discharged at the Port of Gulfport from August 1, 2004 and August 29, 2005.

29.     Each and every report submitted concerning any shipment insured under Marine Open Cargo Policy 88590C as required under paragraph 37 under the policy.

30.     Any and all photographs, charts, diagrams, drawing, maps, model, audio or video media, computer simulations and electronic data, relating to the incident made the basis of this lawsuit which have been taken by you, or any person acting on your behalf, or which you have in your custody or control or which can be obtained by you.

31.     Any bills, invoices, estimates or any other documents reflecting any damages or expenses incurred by you as a result of the alleged incident made the basis of this lawsuit.

32.     All documents which support your claim of damages in this case, or which relate to the existence or extent of any damage arising from or relating to the incident alleged in the complaint.

33.    All documents reflecting or relating to the value of any property which is at issue in this case (including any appraisal, purchase receipt, bill of sale, or repair estimate).

34.    All documents concerning any claim filed with any insurance company concerning damage to any property which is at issue in this case including without limitation, any claim or demand, response from any insurer, correspondence exchanged between insurer or its agents or attorneys, any claim report, and documents concerning the payment or denial of any claim.

35.    All documents relating to any expert witnesses testimony including, but not limited to:

   (a)    any and all documents or tangible things prepared by the expert;
   (b)    all documents which have been or will be reviewed by the expert regarding the plaintiffs claims;
   (c)    all correspondence sent to or received from the expert relating to or concerning plaintiffs claims;
   (d)    any and all documents, records, reports or writings which have been relied upon by the expert in forming an opinion relating to or concerning plaintiff's claims;
   (e)    all documents concerning the basis for the expert's compensation, and concerning all fees charged by or paid to the expert;
   (f)    a current curriculum vitae or resume for the expert.

36.    The results of any investigation of the incident alleged in the complaint, including any insurance claim documents or insurance adjustor's file documents.

37.    All documents referring to, relating to or concerning marine cargo, warehouse or inland transportation coverage for Great Southern Wood Preserving, or any of its affiliates, under a policy issued by Travelers Insurance, including but not limited Travelers policy number QTJ-MOC-274D195-3-03, or any other insurer, in effect from January 1, 2004 to December 31, 2005.

38.    All documents referring to, relating to or concerning Plaintiff's marine cargo, warehouse or inland transportation coverage (including, without limitation, Plaintiff's attempts to obtain coverage) following the non-renewal of the American Home Assurance policy, with Lloyds of London, or any other insurer.

_s/Blane H. Crutchfield_
BLANE H. CRUTCHFIELD (CRUTB4243)
LOUIS C. NORVELL (NORVL4585)
Attorneys for Defendants
American Home Assurance Company, AIG,
American International Underwriters Corporation,
and American International Marine Agency

OF COUNSEL:

HAND ARENDALL, L.L.C.
P. O. Box 123
Mobile, AL 36601-0123
Tel:  (251) 432-5511
Fax:  (251) 694-6375
bcrutchfield@handarendall.com
lnorvell@handarendall.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this _____ day of May, 2007 served the foregoing pleading on counsel of record via electronic notice or by United States mail first class, postage prepaid.

Kenneth A. Dowdy, Esq.
_kad@lusklaw.com_
Lusk, Lusk, Dowdy & Caldwell, P.C.
2101 Highland Ave.
Suite 410
Birmingham, AL 35205

Leslie Ann Caldwell, Esq.
_lac@lusklaw.com_
Lusk, Lusk, Dowdy & Caldwell, P.C.
2101 Highland Ave.
Suite 410
Birmingham, AL 35205

_s/Blane H. Crutchfield_

9

PURCHASE ORDER

Order no..:  06-G10416
Order date: 11/02/04



**DEFENDANT'S EXHIBIT**

2

GREENBUSH WOOD - 02
Page    1

Vendor: TRADEX LTDA.
        AV. ANDRES BELL 2777
        OF. 603
        VITACURA-SANTIAGO-CHILE

Ship: Greenbush Wood Products
to:   305 W. Washington St.

        Abbeville      AL  36310

Vendor: TRDXCL
 Buyer: CAROL ETHRIDGE
 Terms: NET 10 DAYS AA
Frt. Rate:      .00
  Mill: VITACURA-SANTIAGO-C,

Placed with: PHILIPPE          Deliver by
    F.O.B.: Origin             11/02/04
  Ship via: GSWP KESTREL ARROW V39
Instructions: BULK
Pickup Number:

| efno | Qty & U/M | Vendor item | Our item | Price & U/M | Amount |
|------|-----------|-------------|----------|-------------|--------|

ORGIN:CAMPANA  DESTO:GULFPORT  REF#:10416
ALL PORT COST ARE INCLUDED IN COST OF GOODS

| 001 | 3840 PC | 134101GP 1X 4- 8 S4S (GP) | 134101GP | 348.500 M | 3,569.09 |
| 002 | 5040 PC | 135101GP 1X 4-10 (GP) | 135101GP | 338.250 M | 5,682.05 |
| 003 | 4560 PC | 136101GP 1X 4-12 (GP) | 136101GP | 358.750 M | 6,543.60 |
| 004 | 720 PC | 137101GP 1X 4-14 S4S (GP) | 137101GP | 358.750 M | 1,205.49 |
| 005 | 4000 PC | 144101GP 1X 6- 8 S4S (GP) | 144101GP | 358.750 M | 5,740.00 |
| 006 | 3200 PC | 145101GP 1X 6-10 (GP) | 145101GP | 358.750 M | 5,740.00 |
| 007 | 2720 PC | 146101GP 1X 6-12 (GP) | 146101GP | 358.750 M | 5,854.80 |
| 008 | 720 PC | 154001GP 1X 8- 8 S4S | 154001GP | 358.750 M | 1,377.51 |
| 009 | 1080 PC | 155001GP 1X 8-10 S4S (GP) | 155001GP | 358.750 M | 2,583.13 |
| 010 | 960 PC | 156001GP 1X 8-12 S4S (GP) | 156001GP | 358.750 M | 2,755.20 |

Total:    41,050.87

Instructions for vendor:

**AIG00229**

Authorized by:

```
                    Purchase Order: 100227              DRAFT

Great Southern Wood Preserving                    Page:       1
                                                  Date: 02/16/05

SHIP TERMS:                          FREIGHT: Flat Rate
  SHIP VIA:

   VENDOR: 2088-BR                      SHIP TO:

       Brazil
       Paranagua                     Gulfport, MS
       Brazil

CONTACT:                          CONTACT: Carol Ethridge
  PHONE:                            PHONE:
   FAX:
                         -DISCOUNT-
TERMS                    DAYS  RATE  NET  ACCOUNT NUMBER
-----------------------------  ----  ------  ----  -----------------------------


      +----------------------------------------------------+
      | Deliver on March 19, 2005 unless specified by line |
      | Purchase Order Currency: United States Dollars     |
      |                                                    |
      | Invoice by mail                                    |
      | Process Level: GLOB                                |
      +----------------------------------------------------+

       ITEM NUMBER                    QUANTITY
LINE   DESCRIPTION                        PRICE      EXTENDED AMOUNT
------ ------------------------------  -----------  ----------------

   1 1200900                         30.000 240        3,668.40
     1X4-6' APP-GRADE WHITE             .50950 EA
     Priced Per EA       There are 1.0000 EA per EA

   2 1211200                        289.000 240       53,441.88
     1X4-8' APP-GRADE WHITE             .77050 EA
     Priced Per EA       There are 1.0000 EA per EA

   3 1221200                         29.000 240        7,291.30
     1X4-10' APP-GRADE WHITE           1.04760 EA
     Priced Per EA       There are 1.0000 EA per EA

   4 1231200                        111.000 240       35,599.03
     1X4-12' APP-GRADE WHITE           1.33630 EA
     Priced Per EA       There are 1.0000 EA per EA

   5 1301200                         30.000 160        4,387.68
     1X6-6' APP-GRADE WHITE             .91410 EA
     Priced Per EA       There are 1.0000 EA per EA

   6 1311200                        161.000 160       33,583.31
     1X6-8' APP-GRADE WHITE            1.30370 EA
```

**AIG00230**

Purchase Order: 100227                    DRAFT

Great Southern Wood Preserving                          Page:      2
                                                        Date: 02/16/05


```
        ITEM NUMBER                    QUANTITY
LINE    DESCRIPTION                         PRICE      EXTENDED AMOUNT
------  -------------------------------------------------   --------------
     6  1311200                    Continued
        1X6-8' APP-GRADE WHITE
        Priced Per EA       There are 1.0000 EA per EA
        Vendor Item Number: 1200900
        Vendor Item Desc:

     7  1321200                         23.000 160         6,252.32
        1X6-10' APP-GRADE WHITE          1.69900 EA
        Priced Per EA       There are 1.0000 EA per EA
        Vendor Item Number: 1211200
        Vendor Item Desc:

     8  1331200                         95.000 160        32,293.92
        1X6-12' APP-GRADE WHITE          2.12460 EA
        Priced Per EA       There are 1.0000 EA per EA
        Vendor Item Number: 1221200
        Vendor Item Desc:

     9  1411200                        102.000 120        23,855.76
        1X8-8' APP-GRADE WHITE           1.94900 EA
        Priced Per EA       There are 1.0000 EA per EA
        Vendor Item Number: 1231200
        Vendor Item Desc:

    10  1421200                         35.000 120        10,231.20
        1X8-10' APP-GRADE WHITE          2.43600 EA
        Priced Per EA       There are 1.0000 EA per EA
        Vendor Item Number: 1301200
        Vendor Item Desc:

    11  1431200                         51.000 120        18,217.40
        1X8-12' APP-GRADE WHITE          2.97670 EA
        Priced Per EA       There are 1.0000 EA per EA
        Vendor Item Number: 1200900
        Vendor Item Desc:

    12  0410600                         66.000 858        19,446.06
        1X4-42" FG WHITE                  .34340 EA
        Priced Per EA       There are 1.0000 EA per EA
        Vendor Item Number: 1211200
        Vendor Item Desc:

        Purchase Order Summary

                Goods Total:                            248,268.26

                Order Total:                            248,268.26
```

**AIG00231**

Purchase Order: 100227                          DRAFT

Great Southern Wood Preserving                  Page:        3
                                                Date: 02/16/05

      End of Purchase Order: 100227

AIG00232

# AGUIA FLORESTAL IND. MADS. LTDA.

**INVOICE**

B:11024

120/2005

SHIP TO: *GREAT SOUTHERN W.P.*
*HIGHWAY 431 NORTH*
*ABBEVILLE - ALABAMA*
*36310 - USA*

BILL TO: *GREAT SOUTHERN W.P.*
*HIGHWAY 431 NORTH*
*ABBEVILLE - ALABAMA*
*36310 - USA*

| CONSIGNEE: | GREAT SOUTHERN WOOD PRESERVING | WEIGHT: | 137.434 Kgs |
|---|---|---|---|
| Payment terms: | SIGHT COLLECTION | CUBAGE: | 274,868 m3 |
| Method of shipment: | PENGUIN ARROW - V.53 | FOB point: | PARANAGUA - BRAZIL |
| Invoice number: | B:11024 | Invoice date: | 09/JUN/2005 |
| Order number: | 120/2005 | DESTINATION: | GULFPORT - USA |

| ITEM NO. | PIECES | ELLIOTTIS PINE FENCEBOARD/FENCING 19% K.D. | | PRICE EACH | AMOUNT |
|---|---|---|---|---|---|
| 1 | 26520 | AF4/08 | 130 PACKS | 0,9473 | 25.122,40 |
| 2 | 20400 | AF4/12 | 100 PACKS | 1,6211 | 33.070,44 |
| 3 | 5984 | AF6/08 | 44 PACKS | 1,5873 | 9.498,40 |
| 4 | 4760 | AF6/12 | 35 PACKS | 2,5776 | 12.269,38 |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |

| | |
|---|---|
| Sub total: | 79.960,62 |
| -FREIGHT | 11.681,89 |
| You pay this amount: | 68.278,73 |

AGUIA FLORESTAL IND.MADS.LTDA.

**DEFENDANT'S EXHIBIT**

3

AIG00289

*AGUIA FLORESTAL IND. MADS. LTDA.*

# PACKING LIST

**IMPORTER:**    *GREAT SOUTHERN W.P.*
*HIGHWAY 431 NORTH*
*ABBEVILLE - ALABAMA*
*36310 - USA*

| | | | |
|---|---|---|---|
| **PORT OF SHIPMENT:** | PARANAGUA - BRAZIL | **N.PACKS:** | 309 |
| **PORT OF DESTINATION:** | GULFPORT - USA | **N.PIECES:** | 57,664 |
| **NAME OF CARRIER:** | PENGUIN ARROW - V.53 | **CUBIC METERS:** | 274.868 m3 |
| **DESCRIPTION OF GOODS:** | ELLIOTTIS PINE FENCE BOARDS FENCING/KILN DRIED 19% | **INVOICE:** | B:11024 120/2005 |
| **PACKAGE MARKS:** | GS | **ORIGIN:** | BRAZIL |
| | | **WEIGHT:** | 137,434 Kgs |

| CODE | N.OF PACKS | PCS./PACK | N.PIECES | DIMENTIONS TH. | WD. | LG. | |
|---|---|---|---|---|---|---|---|
| AF4/08 | 130 | 204 | 26520 | 3/4 in. | 3 1/2 in. | 8 ft. | S4S |
| AF4/12 | 100 | 204 | 20400 | 3/4 in. | 3 1/2 in. | 12 ft. | S4S |
| AF6/08 | 44 | 136 | 5984 | 3/4 in. | 5 1/2 in. | 8 ft. | S4S |
| AF6/12 | 35 | 136 | 4760 | 3/4 in. | 5 1/2 in. | 12 ft. | S4S |
| | | | 0 | | | | |
| | | | 0 | | | | |
| | | | 0 | | | | |
| | | | 0 | | | | |
| | | | 0 | | | | |
| | | | 0 | | | | |
| | | | 0 | | | | |
| | | | 0 | | | | |
| | | | 0 | | | | |
| | | | 0 | | | | |
| | | | 0 | | | | |
| | | | 0 | | | | |
| | | | 0 | | | | |
| | | | 0 | | | | |
| | | | 0 | | | | |
| | | | 0 | | | | |
| | | | 0 | | | | |
| | | | 0 | | | | |
| **TOTAL:** | **309** | | **57,664** | | | | |

AGUIA FLORESTAL IND.MADS.LTDA.



DEFENDANT'S EXHIBIT

AIG00284

Great Southern Wood Preserving

100696

DRAFT
1
06/09/05

2088-BR                                                    Other

Brazil
Paranagua                                              Gulfport, MS
Brazil

                                                       Carol Ethridge

+--------------------------------------------------+
| Deliver on July 6, 2005 unless specified by line |
| Purchase Order Currency: United States Dollars   |
|                                                  |
| Invoice by mail                                  |
| Process Level: GLOB                              |
+--------------------------------------------------+

1  1211200                                  130.0000 204
   1X4-8'  APP-GRADE WHITE      .79745 EA                    21,148.37
   Priced Per EA      There are 1.0000 EA per EA

2  1231200                                  100.0000 204
   1X4-12' APP-GRADE WHITE     1.39633 EA                    28,485.13
   Priced Per EA      There are 1.0000 EA per EA

DEFENDANT'S EXHIBIT
5

AIG00285

3  1311200
1X6-8' APP-GRADE WHITE      There are 1.0000 EA per EA      44.0000 136      8,074.27
Priced Per EA                                                1.34931 EA

AIG00286

Great Southern Wood Preserving

100696                                                          DRAFT
                                                                2
                                                                06/09/05

2088-BR                               Other

Brazil                                Gulfport, MS
Paranagua
Brazil

                                      Carol Ethridge

4  1331200                                          35.0000 136          10,570.10
   IX6-12' APP-GRADE WHITE                           2.22061 EA
   Priced per EA      There are 1.0000 EA per EA

Purchase Order Summary

                          Goods Total:                                  68,277.87

                          Order Total:                                  68,277.87

End of Purchase Order: 100696

AIG00287

# CERTIFICADO FITOSSANITÁRIO

PAÍS DE ORIGEM: BRASIL    CERTIFICADO Nº    8738

SERVIÇO DE VIGILÂNCIA AGROPECUÁRIA DE PARANAGUÁ-PR

1 - DO: _____

AO SERVIÇO DE PROTEÇÃO VEGETAL DO: __ **ESTADOS UNIDOS DA AMERICA**

| 2 - Exportador: Nome e endereço | 3 - Destinatário: Nome e endereço |
|---|---|
| **ÁGUIA FLORESTAL IND. DE MADEIRAS LTDA**<br>**RODOVIA PR 151, KM 116**<br>**PONTA GROSSA - PR - BRASIL** | **GREAT SOUTHERN WOOD PRESERVING**<br>**305 WEST WASHINGTON STREET**<br>**ABBEVILLE – ALABAMA – U.S.A. 36310** |

## DESCRIÇÃO DO ENVIO

| 4 - Número de Descrição da mercadoria | 5 - Marcas |
|---|---|
| **Madeira serrada de pinus elliottii**<br>**309 Fardos** | XXXXXXXXXXXXXXXXXX<br>XXXXXXXXXXXXXXXXXX |

| 6 - Nome (Botânico) do produto | 7 - Quantidade declarada |
|---|---|
| **Pinus elliottii** | **137.434 kg  274,868 M3** |

| 8 - Origem | 9 - Ponto de Entrada |
|---|---|
| **PONTA GROSSA - PR.** | **GULFPORT** |

| 10 - Meio de Transporte | |
|---|---|
| **MARÍTIMO** | **M/V " PENGUIN ARROW "** |

11 - Pela presente certifica-se que as plantas ou produtos descritos acima, foram inspecionados de acordo com procedimentos adequados e estão livres de pragas quarentenárias e praticamente livres de outras pragas nocivas, considerando que se ajustam à legislação fitossanitária vigente no país importador.

## TRATAMENTO DE DESINFESTAÇÃO OU DESINFECÇÃO

| 12 - Data | 13 - Tratamento |
|---|---|
| XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX |

| 14 - Produto (Ingrediente Ativo) | 15 - Concentração | 16 - Duração e Temperatura |
|---|---|---|
| XXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXX |

17 - Informação Adicional
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



| 18 - Nome do Oficial Autorizado | 19 - Registro no COSAVE Nº |
|---|---|
| 20 - Assinatura do Oficial Autorizado | |
| 21 - Local de Emissão<br>**PARANAGUÁ - PR** | 22 - Data<br>2 0 JUN. 2005 |

COMITÊ DE SANIDADE VEGETAL DO CONE SUL

ARGENTINA    BRASIL    CHILE
PARAGUAY    URUGUAY

DEFENDANT'S
EXHIBIT

120

AIG00290

 **GEARBULK AG.**

C/O TREFORMA AG.
ZUGERSTRASSE 50
6340 BAAR
Tel: 00-41-41-768 11 11
Fax: 00-41-41-768 11 12

GREAT SOUTHERN WOOD PRESERVING,
P. BOX 610
ABBEVILLE - ALABAMA
36310 - USA

OUR REF.1:  PENGUIN ARROW V.053

OUR REF.2:  SMUS 22/05

DATE:  20-Jun-05

Attn.: Mr. MARTY GOFF

INVOICE NO.:  SMUS 2062/05

MV PENGUIN ARROW V.053
PARANAGUA

| Compl. loading | 15-Jun-05 | | | | |
|---|---|---|---|---|---|
| Sailed | 15-Jun-05 | | | | |
| Total loaded: | 2,938.241 | | CBM of | Lumber | |
| Freight Basis: | Port of rest | | | | |

| DESTINATION | B/L | | | | |
|---|---|---|---|---|---|
| GULFPORT | 28B | 2,663.373 CBM x | US$42.50 / CBM | | US$113,193.35 |
| GULFPORT | 29B | 274.868 CBM x | US$42.50 / CBM | | US$11,681.89 |
| Wharfage | | 2,938.241 CBM x | US$1.10 / CBM | | US$3,232.07 |
| Handling | | 2,938.241 CBM x | US$2.50 / CBM | | US$7,345.60 |
| Security Surcharge | | 1,469.120 MT x | US$0.11 / MT | | US$161.60 |
| Bunker Surcharge (USD1.00/cbm) | | 2,938.241 CBM x | US$1.00 / CBM | | US$2,938.24 |

TOTAL DUE TO GEARBULK                                    US$138,552.75

VALUE DATE:          27-Jun-05

PAYMENT INSTRUCTIONS:

*28B*
*100697*
*B 11023*

*wharf -*
*hand-*

*3076.20*
*6658.43*
*9734.63*

| Correspondent: | The Bank of New York, New York |
|---|---|
| | CHIPS ABA: 001 |
| | Fedwire ABA: 021000018 |
| | SWIFT code: IRVT US 3N |

*29 B*
*100686*
*B 11024*

*wharf -*
*hand-*

*317.47*
*687.17*
*1004.64*

| Beneficiary Bank: | DEN NORSKE BANK |
|---|---|
| | TORGALM 2 |
| | 5020 BERGEN - NORWAY |
| | Account name: GEARBULK AG |
| | International Bank Account Number  NO78 5205 0491 285 |
| | SWIFT: DNBANOBB |
| | Reference: PENGUIN ARROW V.053 / GREAT SOUTHERN |

or alternatively please mail payment to:

Gearbulk Pool Ltd
C/O Gearbulk, Inc.
Attn.: Elvira Gregorio
3000 Bayport Drive
Suite 450
Tampa, FL 33607
tel/fax  813 830-6000/6001

**DEFENDANT'S
EXHIBIT**

*7*

**AIG00291**

Shipper
ÁGUIA FLORESTAL IND DE MADEIRAS LTDA
PR 151 KM 116 - JD.ELDORADO
PONTA GROSSA - PARANÁ - BRAZIL   84072-190

**ORIGINAL**
**BILL OF LADING**

| VSL: | PENGUIN ARROW |
|------|---------------|
| VOY No: | 053 |
| B/L NO: | GBULPEN053PGA29B |

Serial No:00400458317

Consignee
GREAT SOUTHERN WOOD PRESERVING
MR.CHRIS BONNER  334 585 2253
WEST WASHINGTON ST.,305
ABBEVILLE - ALABAMA - UNITED STATES - 36310

Notify address
GREAT SOUTHERN WOOD PRESERVING
MR.CHRIS BONNER  334 585 2253
WEST WASHINGTON ST.,305
ABBEVILLE - ALABAMA - UNITED STATES - 36310



| Pre-Carriage by* | Place of receipt by pre-carrier |
|------------------|-------------------------------|
| | |

| Vessel | Port of loading |
|--------|-----------------|
| PENGUIN ARROW | PARANAGUÁ/BRAZIL |

| Port of discharge | Place of delivery by on carrier* |
|-------------------|--------------------------------|
| GULFPORT/USA | |

| Marks and Nos. | Particulars as hereinafter defined, furnished by the Merchant. Number and kind of packages; description of goods | | Gross weight | Measurement |
|----------------|---|---|--------------|-------------|
| AF-4/08 | 130 | PACKS ELLIOTTI PINE FENCEBOARDS/ FENCING, KILN DRIED TO 19%. | 46,735KGS 46,735NET | 93.470M3 |
| AF-4/12 | 100 | PACKS ELLIOTTI PINE FENCEBOARDS/ FENCING, KILN DRIED TO 19%. | 53,950KGS 53,950NET | 107.900M3 |
| AF-6/08 | 44 | PACKS ELLIOTTI PINE FENCEBOARDS/ FENCING, KILN DRIED TO 19%. | 16,764KGS 16,764NET | 33.528M3 |
| 12 | 35 | PACKS ELLIOTTI PINE FENCEBOARDS/ FENCING, KILN DRIED TO 19%. | 19,985KGS 19,985NET | 39.970M3 |
| TOTAL | 309 | | 137,434KGS 137,434NET | 274.868M3 |

CLEAN ON BOARD
SHIPPED UNDERDECK
FREIGHT COLLECT
INVOICE NR. 120/2005
NCH: 44071000

RE: 05/0851974/001
DDE: 2050690814-3



DEFENDANT'S
EXHIBIT

8

AIG00279

Value of the cargo when in excess of the Carrier's liability, as provided for in clause V overleaf, is declared as follows:

SHIPPED on board in apparent good order and condition, weight, measure, marks, numbers, quality, contents and value unknown, for carriage to the Port of Discharge or so near thereunto as the Vessel may safely get and lie always afloat, to be delivered in the like good order and condition at the aforesaid Port unto Consignees or their Assigns, they paying freight as indicated plus other charges incurred in accordance with the provisions contained in this Bill of Lading. In accepting this Bill of Lading the Merchant, as hereinafter defined, expressly accepts and agrees to all he stipulations on both pages, whether, as hereinafter

defined, written, printed, stamped or otherwise incorporated, as fully as if they were all signed by the Merchant.
One original Bill of Lading must be surrendered duly endorsed in exchange for the goods or delivery order.
IN WITNESS whereof the Master of the said Vessel has signed the number of originals Bills of Lading stated below, for and on behalf of the owners of the said vessel, all of this tenor and dates, one of which being accomplished, the others to stand void.

for the said goods, together with ancillary charges, shall be deemed earned on loading and payable by the Shipper on shipment in cash without deduction, vessel and... cargo lost or not lost. If freight is not so paid on shipment at port of loading it shall also be due from and payable on demand by the Consignee at port of destination vessel and/or cargo lost or not lost.

| Place and date of issue | Number of original B/L | Signature | For and by authority of the Master |
|------------------------|----------------------|-----------|-----------------------------------|
| PARANAGUÁ,  Jun 15, 2005 | THREE   (3) | | MARCON SERVIÇOS DE DESPACHOS EM GERAL LTDA AS AGENTS FOR THE CARRIERS GEARBULK POOL LTD By CAPT. PONOS, FRANE |
| Freight payable at | | | |

**RICHARD MURRAY & CO, INC.**

P.O. DRAWER 30
MOBILE, AL 36601
Phone: 251-432-5549  Fax: 251-432-2810

*006814?*

RECEIVED

## INVOICE

SERVICES BILLED TO:

GREAT SOUTHERN WOOD PRESERVING I
P.O. BOX 610
ABBEVILLE, AL  36310

| ACCT NO | INVOICE NO |
|---|---|
| GRESOU | 3235-05 |
| INVOICE DATE | FILE NO. |
| 07/06/2005 | 3235-05 |
| DUE DATE | YOUR REFERENCE NO |
| 07/21/2005 | |
| TERMS | |
| NET 15 DAYS | |

| AIRLINE/STEAMSHIP | | | | MASTER | HOUSE |
|---|---|---|---|---|---|
| PENGUIN ARROW 053 | | | | GBUL PEN053PGA29B | |

| ARRIVAL DATE | DEPARTURE DATE | SHIPPER/CONSIGNEE | ORIGIN/DESTINATION |
|---|---|---|---|
| 07/06/2005 | 06/15/2005 | AGUIA | PARANAGUA;ANTONINA, |
| PIECES | WEIGHT      KGS | GREAT SOUTHERN WOOD PRESERVING I | GULFPORT, MS |
| 309 | 137,434 | | |

| DATE OF ENTRY | ENTRY # | DESCRIPTION |
|---|---|---|
| 07/06/2005 | 990-0899190-5 | PINE FENCING/FENCEBOARDS |

| | | |
|---|---|---|
| CUSTOMS DUTY | 228.74 | THE IMPORTER MUST |
| CUSTOMS ENTRY FEE | 110.00 | FURNISH MISSING |
| | | DOCUMENTS WITHIN THE |
| | | PERIOD OF TIME |
| | | REQUIRED BY CUSTOMS |
| | | REGULATIONS TO AVOID |
| | | CUSTOM PENALTIES |

*100696*
*B11024*

| | | |
|---|---|---|
| | SUBTOTAL | 338.74 |
| | INTEREST | 0.00 |
| | LESS DEPOSIT | 0.00 |
| | PLEASE PAY THIS AMOUNT | 338.74 |

| REMARKS | |
|---|---|
| CUSTOMS CLEARED IN GULFPORT, MS. | *B509* *#256800* |

IMPORTANT: SEE TERMS AND CONDITIONS OF SERVICE ON REVERSE SIDE.

are the importer of record, payment to the broker will not relieve you of liability for Customs charges (duties,taxes or other debts owed Customs) in
.ent the charges are not paid by the broker. Therefore, if you pay by check, Customs charges may be paid with a separate check payable to the
U.S. Customs Service" which shall be delivered to Customs by the broker.

ORIGINAL INVOICE



DEFENDANT'S
EXHIBIT



AIG00280

TABS:

FILER 990

U.S. DEPARTMENT OF HOMELAND SECURITY
Bureau of Customs and Border Protection

Form Approved
OMB No. 1651-0024

# ENTRY/IMMEDIATE DELIVERY
RICHARD MURRAY & CO
109 NORTH CONCEPTION STREET
MOBILE, AL, 36602

CBT # 501                    19 CFR 142.3, 142.16, 142.22, 142.24    *** ABI CERTIFIED ***

| 1. ARRIVAL DATE 070605 | | 2. ELECTED ENTRY DATE | 3. ENTRY TYPE CODE/NAME 01 | | 4. ENTRY NUMBER 990-0899190-5 |
|---|---|---|---|---|---|
| 5. PORT 1902 | | 6. SINGLE TRANS. BOND | 7. BROKER/IMPORTER FILE NUMBER 3235-05 | | |
| | | 8. CONSIGNEE NUMBER 63-059483100 | | | 9. IMPORTER NUMBER SAME |
| 10. ULTIMATE CONSIGNEE NAME GREAT SOUTHERN WOOD PRESERVING I P.O. BOX 610 ABBEVILLE, AL  36310 | | | 11. IMPORTER OF RECORD NAME SAME | | |
| 12. CARRIER CODE CBUL | | 13. VOYAGE/FLIGHT/TRIP 053 | 14. LOCATION OF GOODS-CODE(S)/NAME(S) P108-EAST PIER | | |
| 15. VESSEL CODE/NAME PENGUIN ARROW | | | | | |
| 16. U.S. PORT OF UNLADING 1902 | | 17. MANIFEST NUMBER | 18. G.O. NUMBER | | 19. TOTAL VALUE 68279 |
| 20. DESCRIPTION OF MERCHANDISE PINE FENCING/FENCEBOARDS | | | | | |

| 21. LINE NO. CODE | 22. IT/BL/AWB NO. M GHULPEN053PGA29B | 23. MANIFEST QUANTITY 309 | 24. H.S. NUMBER 4407100047 | & COUNTRY ORIGIN BR | 25. MANUFACTURER NO. BRAGUELO151PON |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| 27. CERTIFICATION | 28. CBP USE ONLY |
|---|---|

I hereby make application for entry/immediate delivery.  I certify that the above information is accurate, the bond is sufficient, valid, and current, and that all requirements of 19 CFR Part 142 have been met.

☐ OTHER AGENCY ACTION REQUIRED, NAMELY:

SIGNATURE OF APPLICANT

X RICHARD MURRAY & CO., INC., A.I.F.

PHONE NO. 251-432-5549        DATE 07/06/2005

☐ CBP EXAMINATION REQUIRED

29. BROKER OR OTHER GOVT. AGENCY USE

Exam site: P108    Firms: P108

☐ ENTRY REJECTED, BECAUSE:

| DELIVERY AUTHORIZED: | SIGNATURE | DATE |
|---|---|---|

**DEFENDANT'S EXHIBIT**

10

AIG00281

Paperwork Reduction Act Notice:  This information is to determine the admissibility of imports into the United States and to provide the necessary information for the examination of the cargo and to establish the liability for payment of duties and taxes.  Your response is necessary.  The estimated average burden associated with this collection of information is 15 minutes per respondent depending on individual circumstances.  Comments concerning the accuracy of this burden estimate and suggestions for reducing this burden should be directed to Bureau of Customs and Border Protection, Information Services Branch, Washington, DC 20229, and to the Office of Management and Budget, Paperwork Reduction Project (1651-0024), Washington, DC 20503.

CBP Form 3461 (01/89)

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

**ENTRY SUMMARY**

Richard Murray & Co., Inc.
N. Conception Street
ile, AL  36602

990

| ① Entry No. 0899190-5 | ② Entry Type 01 ABI/S | 3. Entry Summary Date 07/19/2005 501 |
|---|---|---|
| 4. Entry Date 07/07/2005 | 5. Port Code 1902 | PAPERLESS |
| 6. Bond No. 891 | 7. Bond Type Code 8 | 8. Broker/Importer File No. 3235-05 |

| 9 Ultimate Consignee Name and Address | 10. Consignee No. SAME | ⑪ Importer of Record Name and Address | ⑫ Importer No. 63-059483100 |
|---|---|---|---|

GREAT SOUTHERN WOOD PRESERVING 1
P.O. BOX 610
ABBEVILLE, AL  36310

| ⑬ Exporting Country BR | 14 Export Date 06/15/2005 |
|---|---|
| ⑮ Country of Origin BR | 16 Missing Documents |
| ⑰ I.T. No. - - - - | ⑱ I.T. Date - |

MS
STATE

| ⑲ BL or AWB No. GBULPEN053PGA29B | 20. Mode of Transportation 10 | 21. Manufacturer I.D BRAGUFLO151PON | 22 Reference No. |
|---|---|---|---|
| ㉓ Importing Carrier PENGUIN ARROW | 24. Foreign Port of Lading 35159 | 25 Location of Goods/G.O. No. FIRMS: P108-EAST PIER | |
| 26 U.S Port of Unlading 1902 | ㉗ Import Date 07/06/2005 | | |

| ㉘ Line No | ㉙ Description of Merchandise 30. Ⓐ T.S.U.S.A. No Ⓑ ADA CVD Case No | 31 Ⓐ Gross Weight Ⓑ Manifest Qty. | ㉜ Net Quantity in T.S U.S.A. Units | 33. Ⓐ Entered Value Ⓑ CHGS Ⓒ Relationship | 34. Ⓐ TSUSA Rate Ⓑ ADA/CVD Rate Ⓒ IRC Rate Ⓓ Visa No | ㉟ Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| | | | | NOT RELATED | | | |
| | INVOICE 00001 PINE FENCING/FENCEBOARDS S.YELLOW PINE,N/TREATED,OTHER 4407.10.0047    137435    275 M3 | | | 68279 C11682 | FREE 0.125% 0.21% | 0.00 85.35 143.39 | |
| | HARBOR MAINTENANCE FEE MERCHANDISE PROCESSING FEE | | | | | | |
| | INVOICE VALUE    79960.62 ADDITION    0.00 LESS NDC    11681.89 NEV    68278.73 | | | | | | |
| | BLOCK 39 SUMMARY: MPF    499    143.39    TEV$68279.00 HMF    501    85.35 | | | | | | |

| ㊳ Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent | U.S. CUSTOMS USE | TOTALS |
|---|---|---|

I declare that I am the
☐ owner, purchaser, or consignee for customs  OR ☒ owner or purchaser or
purposes as is shown above                              agent thereof.
I further declare that the merchandise            was not obtained pursuant to a purchase or
☒ was obtained pursuant to a purchase or  OR ☐ agreement to purchase and the statements
agreement to purchase and that the prices        in the invoice as to value or price are true
set forth in the invoice are true.                        to the best of my knowledge and belief
I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge
and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and
are true and correct, and that all goods or services provided to the seller of the merchandise either free
or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any
rmation showing a different state of facts.

| | A. Liq. Code | B. Ascertained Duty | ㊲ Duty |
|---|---|---|---|
| | | C. Ascertained Tax | ㊳ Tax |
| | | D. Ascertained Other | ㊴ Other  228.74 |
| | | E. Ascertained Total | ㊵ Total  228.74 |

otice Required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory. (Continued on back of form.)

| ㊶ Signature of Declarant, Title, and Date 07/08/2005 |
|---|
| Richard Murray & Co., Inc., A.I.F. |

EDITRADE

MULTIPLE USE

Customs Form 7501 (112295)

**AIG00282**

# ORIGINAL



## MISSISSIPPI STATE PORT AUTHORITY AT GULFPORT

## SPACE ASSIGNMENT AGREEMENT

This AGREEMENT is made this 1st day of August 2005 by and between the Mississippi State Port Authority (hereinafter referred to as "MSPA"), P.O. Box 40, One Hancock Plaza, Suite 1401, Gulfport, Mississippi 39502, and whose FAX is (228) 865-4320; and

**Great Southern Wood Preserving**
**P.O. Box 610**
**Abbeville, AL 36310**
**334-585-2253**

(hereafter referred to as "Customer").

The parties agree that:

**A.    Space Assignment.** Subject to the terms and conditions set forth herein and the rules and regulations established within the MSPA Port Terminal Tariff No. 4, as amended from time to time, or any successor Tariff, MSPA assigns to Customer certain space at the Port of Gulfport (hereinafter "Assigned Space") for the handling and storage of cargo.

The Assigned Space consists of sufficient covered storage area within the Port of Gulfport to accommodate the receipt and storage of up to 3,000 tons of cargo monthly. In consideration of this space, Great Southern Wood Preserving will guarantee a three month volume of 3,000 short tons of lumber at a wharfage rate of $1.70 per short ton. Great Southern Wood Preserving will pay to the Port $1.70 per ton of any short fall from the three month tonnage guarantee.

The Customer shall pay to MSPA, in accordance with established MSPA accounting and billing procedures. Charges for cargo handling from the assigned space to load out to truck or rail shall be billed separately by the stevedore as designated in Paragraph G of the Agreement.

**B.    Use.** The Assigned Space shall only be used for the receipt and short-term storage of lumber and related products in support of the cargo operations of the Customer at the Port of Gulfport.

**C.    Term.** The assignment shall commence on July 1, 2005 and shall expire on December 31, 2005.

**D.    Free Time.** Free time shall be in the amount of forty-five (45) days from the date of receipt of each shipment from vessel.



DEFENDANT'S
EXHIBIT

_11_

E.    **Demurrage.**  Following free time the Customer shall pay to MSPA demurrage as set forth in MSPA Tariff No. 4, as amended, from time to time, or any successor tariff.

If the party responsible for payment of demurrage is other than the Customer, then the responsible party must be identified and must be acceptable to the Mississippi State Port Authority. The party responsible for payment of demurrage is: ———————————

———————————————————————————————

F.    **Care, Custody, and Control.**    The sole responsibility for the care, custody, control and protection of customer's cargo shall be the Customer or, as appropriate, the person designated as the Responsible Party. The Mississippi State Port Authority has no responsibility for the care, custody, control or protection of Customer's cargo. If the party responsible for the care, custody, control and protection of Customer's cargo is someone other than the Customer, then please identify the responsible party for care, custody, and control.

G.    **Stevedore.**  Customer shall use a stevedore, cargo handler, and terminal operator that has been, or is granted, a permit by the Mississippi State Port Authority Board of Commissioners for handling cargo at the Port of Gulfport.  The designated Stevedore is:

**P & O Ports**                       **Stevedoring Services of America**
P.O. Box 4241                         P.O. Box 1960
Gulfport, MS 39502                    Gulfport, MS  39502
228-5663-1009                         228-863-3922

The Stevedore shall be responsible for payment of all license and usage fees directly to the MSPA on behalf of the Customer.  If the Stevedore fails to pay the usage fees, the Customer shall be responsible for payment of all fees assessed in accordance with the Port Terminal Tariff.

H.    **Placement of Cargo.**    Customer's cargo shall only be placed within the Assigned Space.  If cargo is placed outside the assigned space, it shall nevertheless be subject to all of the provisions of this Agreement except Customer shall immediately move its cargo from the non-assigned space to the Assigned Space upon the directions from the Operations Director of the MSPA.  Failure to remove the cargo may result in the MSPA sustaining substantial damages.

I.    **Removal of Cargo.**    Failure to clear all cargo and equipment from the Assigned Space at the expiration of this Agreement will result in the Port assessing a penalty equal to five times (5x) the published wharf demurrage rate.  Further, upon order from the Executive Director of the MSPA, Customer's cargo shall be removed from the Assigned Space and from the property of MSPA.  In this regard, Customer acknowledges that he MSPA has limited space for the storage or placement of cargo and, accordingly, that a failure to move Customer's cargo from the Assigned Space upon expiration of free time period and upon orders of the Executive Director may result in substantial damages due to

the liability of the MSPA to handle scheduled vessel calls at the Port of Gulfport because the Assigned Space is needed for the loading or unloading of other cargo. Therefore, if Customer does not comply with the orders of the Executive Director to move its cargo as required herein, MSPA may, but is not obligated to, move Customer's cargo and such movement may be off MSPA property, all at Customer's cost and expense, in order to mitigate the damages the MSPA may otherwise sustain.

**J.    Attorneys Fees.**    Upon a breach of this Agreement by either party, the prevailing party (whether by negotiation settlement or suit) shall be entitled to its reasonable attorneys fees from the non-prevailing party.

**K.    Special Provisions.**    No special provisions shall apply to this Space Assignment:

_____

CUSTOMER:

By: _____

Title: _____

Date: _____

PARTY RESPONSIBLE FOR CARE, CUSTODY AND CONTROL (Paragraph F) if different from Customer:

By: _____

Title: _____

Date: _____

PARTY RESPONSIBLE FOR PAYMENT OF DEMURRAGE (Paragraph E) if different from Customer:

By: _____

Title: _____

Date: _____

MISSISSIPPI STATE PORT AUTHORITY

By: _David McNiel_
Operations Division

Date: _Aug. 9, 2004_


APPROVED:

By: _Donald R. Allen_
Executive Director

Date: _8/9/25_

# Import Stock Report
## SSA Gulfport
### SSA - Port of Gulfport - West Pier  Gulfport, MS 39501

Customer :    Great Southern Wood

| Commodity Description | Commodity Code | Order / B/L | Lot | Marks & Numbers | Vessel/Voyage | Package | Units |
|---|---|---|---|---|---|---|---|
| 3442 | 3442 | PEN053CMP104 | 3442 | 1 X 4 X 10 3442 | PENGUIN/053 | Bundles | 130 |
| 3442 | 3442 | SWN013CMP401 | 3442 | 3442 1 X 4 X 10 | SWAN/013 | Bundles | 30 |
|  |  |  |  |  |  |  | **160** |

| Commodity Description | Commodity Code | Order / B/L | Lot | Marks & Numbers | Vessel/Voyage | Package | Units |
|---|---|---|---|---|---|---|---|
| 3443 | 3443 | PEN53CMP104 | 3443 | 1 X 4 X 12 -3443 | PENGUIN/053 | Bundles | 42 |
|  |  |  |  |  |  |  | **42** |

| Commodity Description | Commodity Code | Order / B/L | Lot | Marks & Numbers | Vessel/Voyage | Package | Units |
|---|---|---|---|---|---|---|---|
| 3444 | 3444 | KEA039CMP102 | 3444-AP68 | ALTO PARANA GS64/PO NV 9959 (3444 AP 68 ) 19 X 140 X 2440 | KESTREL/039 | Bundles | 12 |
|  |  |  |  |  |  |  | **12** |

| Commodity Description | Commodity Code | Order / B/L | Lot | Marks & Numbers | Vessel/Voyage | Package | Units |
|---|---|---|---|---|---|---|---|
| 3445 | 3445 | PEN053CMP104 | 3445 | 1 X 6 X 10 -3445 | PENGUIN/053 | Bundles | 67 |
| 3445 | 3445 | SSP014CMP201 | 3445 | 3445 - 1 X 6 X 10 | SPRING/014 | Bundles | 46 |
| 3445 | 3445 | SWN013CMP401 | 3445 | 3445 1 X 6 X 10 | SWAN/013 | Bundles | 42 |
| 3445 | 3445 | WEA048CMP104 | 3445 | 3445 - 19 x 140 x 3050 | WEAVER/048 | Bundles | 31 |
|  |  |  |  |  |  |  | **186** |

| Commodity Description | Commodity Code | Order / B/L | Lot | Marks & Numbers | Vessel/Voyage | Package | Units |
|---|---|---|---|---|---|---|---|
| 3446 | 3446 | PEN053CMP104 | 3446 | 1 X 6 X 12 3446 | PENGUIN/053 | Bundles | 73 |
|  |  |  |  |  |  |  | **73** |

GENOA Breakbulk Management System

11/10/2005 11:22:28 AM

Page 1 of 6

**DEFENDANT'S EXHIBIT**

12

AIG00270

# Import Stock Report

SSA Gulfport

SSA - Port of Gulfport - West Pier Gulfport, MS 39501

Customer: Great Southern Wood

| Commodity Description | Commodity Code | Order / B/L | Lot | Marks & Numbers | Vessel/Voyage | Package | Units |
|---|---|---|---|---|---|---|---|
| 3448 | 3448 | PEN063CMP104 | 3448 | 1 X 8 X 10 - 3448 | PENGUIN/053 | Bundles | 39 |
| 3448 | 3448 | SSP014CMP201 | 3448 | 3448 - 1 X 8 X 10 | SPRING/014 | Bundles | 8 |
| 3448 | 3448 | SWN013CMP401 | 3448 | 3448 1 X 8 X 10 | SWAN/013 | Bundles | 15 |
| | | | | | | | 62 |
| 5470 | 5470 | SSP014CMP201 | 5470 | 5470 - 1 X 6 X 14 | SPRING/014 | Bundles | 26 |
| 5470 | 5470 | WEA048CMP104 | 5470 | 5470 - 19 x 140 x 4270 | WEAVER/048 | Bundles | 14 |
| | | | | | | | 40 |
| 6508 | 6508 | SSP014CMP201 | 6508 | 6508 - 1 X 8 X 14 | SPRING/014 | Bundles | 9 |
| | | | | | | | 9 |
| AF-4/08 | AF4/08 | PEN053PGA29B | AF4-08 | AF-4/08 | PENGUIN/053 | Bundles | 2 |
| | | | | | | | 2 |
| AF-4/10 | AF4/10 | SSP014PGA13B | AF-410 | AF-4/10 | SPRING/014 | Bundles | 72 |
| | | | | | | | 72 |
| AF-4/12 | AF4/12 | PEN053PGA29B | AF4-12 | AF4/12 | PENGUIN/053 | Bundles | 100 |
| AF-4/12 | AF4/12 | SSP014PGA13B | AF-412 | AF-4/12 | SPRING/014 | Bundles | 40 |
| | | | | | | | 140 |

GENOA Breakdown Management System

11/10/2005 11:22:26 AM

AIG00271

NOV-10-2005 THU 11:26 AM SSA GILES RD     FAX NO. 228865...     P. 03

**Import Stock Report**
SSA Gulfport
SSA - Port of Gulfport - West Pier  Gulfport, MS 39501
Customer :   Great Southern Wood

| Commodity Description | Commodity Code | Order / B/L | Lot | Marks & Numbers | Vessel/Voyage | Package | Units |
|---|---|---|---|---|---|---|---|
| AF-6/08 | AF6/08 | PEN053PGA29B | AF6-08 | AF6/08 | PENGUIN/053 | Bundles | 44 |
| AF-6/08 | AF6/08 | SSP014PGA13B | AF-608 | AF-6/08 | SPRING/014 | Bundles | 68 |
| | | | | | | | 112 |
| Commodity Description | Commodity Code | Order / B/L | Lot | Marks & Numbers | Vessel/Voyage | Package | Units |
| AF-6/10 | AF6/10 | SSP014PGA13B | AF-610 | AF-6/10 | SPRING/014 | Bundles | 60 |
| | | | | | | | 60 |
| Commodity Description | Commodity Code | Order / B/L | Lot | Marks & Numbers | Vessel/Voyage | Package | Units |
| AF-6/12 | AF6/12 | PEN053PGA29B | AF6-12 | AF6/12 | PENGUIN/053 | Bundles | 35 |
| AF-6/12 | AF6/12 | SSP014PGA13B | AF-612 | AF-6/12 | SPRING/014 | Bundles | 80 |
| | | | | | | | 115 |
| Commodity Description | Commodity Code | Order / B/L | Lot | Marks & Numbers | Vessel/Voyage | Package | Units |
| AF-8/10 | AF8/10 | SSP014PGA13B | AF810 | AF-8/10 | SPRING/014 | Bundles | 36 |
| | | | | | | | 36 |
| Commodity Description | Commodity Code | Order / B/L | Lot | Marks & Numbers | Vessel/Voyage | Package | Units |
| AF-8/12 | AF8/12 | SSP014PGA13B | AF8-12 | AF-8/12 | SPRING/014 | Bundles | 1 |
| | | | | | | | 1 |
| Commodity Description | Commodity Code | Order / B/L | Lot | Marks & Numbers | Vessel/Voyage | Package | Units |
| B58/8 | B58/8 | SSR019PGA20B | B58-8 | B58/8 | SANKO/019 | Bundles | 50 |
| | | | | | | | 50 |
| Commodity Description | Commodity Code | Order / B/L | Lot | Marks & Numbers | Vessel/Voyage | Package | Units |
| BRA-KD1D | BRA-KD1D | KEA045PGA33B | BRA-KD1D | BRA-KD1D | KESTREL/045 | Bundles | 588 |
| | | | | | | | 588 |

GENOA Break ... 'anagement System

AIG00272

11/10/2005 11:22:28 AM

Pe    ç 6

# Import Stock Report

SSA Gulfport

SSA - Part of Gulfport - West Pier  Gulfport, MS 39501

Customer :    Great Southern Wood

| Commodity Description | Commodity Code | Order / BiL | Lot | Marks & Numbers | Vessel/Voyage | Package | Units |
|---|---|---|---|---|---|---|---|
| BRAR9D | BRAR9D | KEA045PGA333B | BRAR9D | BRAR9D | KESTREL/045 | Bundles | 29 |
| | | | | | | | 29 |
| C2DX | C2DX | SSR019PGA20B | C2DX | C2DX | SANKO/019 | Bundles | 40 |
| | | | | | | | 40 |
| CMB1D | CMB1D | SSR019PGA20B | CMB1D | CMB1D | SANKO/019 | Bundles | 1,000 |
| | | | | | | | 1,000 |
| GS441D | GS441D | SSR019CMP106 | GS441D | GS441D 110 | SANKO/019 | Bundles | 8 |
| | | | | | | | 8 |
| GS461D | GS461D | SSR019CMP106 | GS461D | GS461D 110 | SANKO/019 | Bundles | 40 |
| | | | | | | | 40 |
| GS661D | GS661D | SSR019CMP106 | GS661D | GS661D 110 | SANKO/019 | Bundles | 105 |
| | | | | | | | 105 |
| GS662D | GS662D | SSR019CMP106 | GS662D | GS662D 110 | SANKO/019 | Bundles | 1 |
| | | | | | | | 1 |

GENOA Breakbulk Management System

Pr    of 6

11/10/    5 11:22:26 AM

AIG00273

# Import Stock Report
## SSA Gulfport
SSA - Port of Gulfport - West Pier  Gulfport, MS 39501

Customer :     Great Southern Wood

| Commodity Description | Commodity Code | Order / B/L | Lot | Marks & Numbers | Vessel/Voyage | Package | Units |
|---|---|---|---|---|---|---|---|
| HD6/0B | HD6/05 | SSR015PGA49B | HD6-05 | HD6/0B | SANKO/15 | Bundles | 30 |
|  |  |  |  |  |  |  | 30 |
| Commodity Description | Commodity Code | Order / B/L | Lot | Marks & Numbers | Vessel/Voyage | Package | Units |
| HD6/10 | HD6/10 | SSP014PGA13B | HD610 | HD6/10 | SPRING/014 | Bundes | 16 |
| HD6/10 | HD6/10 | SSR015PGA49B | HD6-10 | HD6/10 | SANKO/15 | Bundles | 15 |
| HD6/10 | HD6/10 | WEA04BPGA47B | HD610 | HD6/10 | WEAVER/04B | Bundles | 35 |
|  |  |  |  |  |  |  | 66 |
| Commodity Description | Commodity Code | Order / B/L | Lot | Marks & Numbers | Vessel/Voyage | Package | Units |
| KD1D | KD1D | SSR019PGA20B | KD1D | KD1D | SANKO/019 | Bundles | 2,800 |
|  |  |  |  |  |  |  | 2,800 |
| Commodity Description | Commodity Code | Order / B/L | Lot | Marks & Numbers | Vessel/Voyage | Package | Units |
| L4/06 | L4/06 | KEA045PGA32B | L4-06 | L4/06 | KESTREL/045 | Bundles | 50 |
|  |  |  |  |  |  |  | 50 |
| Commodity Description | Commodity Code | Order / B/L | Lot | Marks & Numbers | Vessel/Voyage | Package | Units |
| R144D | R144D | SSR019PGA20B | R144D | R144D | SANKO/018 | Bundles | 17 |
|  |  |  |  |  |  |  | 17 |
| Commodity Description | Commodity Code | Order / B/L | Lot | Marks & Numbers | Vessel/Voyage | Package | Units |
| R5D | R5D | SWN013FGA42B | R5D | R5D | SWAN/013 | Bundles | 5 |
|  |  |  |  |  |  |  | 5 |
| Commodity Description | Commodity Code | Order / B/L | Lot | Marks & Numbers | Vessel/Voyage | Package | Units |
| R9D | R9D | KEA045PGA32B | R9D | R9D | KESTREL/045 | Bundles | 371 |
|  |  |  |  |  |  |  | 371 |

AIG00274

FAX NO. 22886. .2     P. 06

NOV-10-2005 THU 11:26 AM SSA ..LES RD

6,322

Page 8.



Bundles

Totals:

*Import Stock Report*
SSA Gulfport
SSA - Port of Gulfport - West Pier  Gulfport, MS 39501
Customer :    Great Southern Wood

GENOA Breakbulk Management System

AIG00275

11/10/2005 11:22:26 AM

AIG00276

## Sanko Stream v.19
### BL.# GBULSSR019PGA20B

| Code | Product | Packs | Pcs/Pack | Total Pcs. | Price each | Amount |
|---|---|---|---|---|---|---|
| B5B | 2x3x8 | 50 | 400 | 20,000 | 1.0121 | $20,242.00 |
| C2DX | 1x6x8 DE | 40 | 320 | 12,800 | 1.2000 | $15,380.00 |
| CMB1D | 1x6x6 DE | 1000 | 240 | 240,000 | 0.8643 | $207,432.00 |
| KD1D | 1x6x6 DE | 2800 | 240 | 672,000 | 0.7643 | $580,809.60 |
| R144D | 1x4x4 DE | 17 | 660 | 11,220 | 0.3690 | $4,140.18 |

## Sanko Stream v.19
### BL.# SSR019CMP106

| Code | Product | Packs | Pcs/Pack | Total Pcs. | Price each | Amount |
|---|---|---|---|---|---|---|
| GS441 | 1x4x4 DE | 8 | 480 | 3,840 | 0.467 | $1,793.28 |
| GS461 | 1x4x6 DE | 40 | 330 | 13,200 | 0.5183 | $6,841.56 |
| GS661 | 1x6x6 DE | 105 | 240 | 25,200 | 0.8258 | $20,810.16 |
| GS662 | 1x6x6DE #2 | 1 | 240 | 240 | 0.6208 | $148.99 |

**Sanko Stream v.19 Total   $857,577.77**

## Kestrel Arrow v.45
### B/L # GBULKEA045PGA33B

| Code | Product | Packs | Pcs/Pack | Total Pcs. | Price each | Amount |
|---|---|---|---|---|---|---|
| BRA-KD1D | 1x6x6 DE | 588 | 240 | 141,120 | 0.8643 | $121,970.02 |
| BRAR9D | 1/2x4x6 DE | 29 | 440 | 12,760 | 0.4484 | $5,721.58 |

## Kestrel Arrow v.45
### BL # GBULKEA045PGA32B

| Code | Product | Packs | Pcs/Pack | Total Pcs. | Price each | Amount |
|---|---|---|---|---|---|---|
| L4/06 | 1x4x6 APG | 50 | 240 | 12,000 | 0.6389 | $7,666.80 |
| R9D | 1/2x4x6 DE | 371 | 440 | 163,240 | 0.4484 | $73,196.82 |

**Kestrel Arrow v.45 Total   $208,555.22**

## Penguin Arrow v.53
### BL# GBULPEN053PGA29B

| Code | Product | Packs | Pcs/Pack | Total Pcs. | Price each | Amount |
|---|---|---|---|---|---|---|
| AF4/08 | 1x4x8 APG | 2 | 204 | 408 | 0.9473 | $386.50 |
| AF4/12 | 1x4x12 APG | 100 | 204 | 20,400 | 1.6211 | $33,070.44 |
| AF6/08 | 1x6x8 APG | 44 | 136 | 5,984 | 1.5873 | $9,498.40 |
| AF6/12 | 1x6x12 APG | 35 | 136 | 4,760 | 2.5776 | $12,269.38 |

## Penguin Arrow v.53
### BL# PEN053CMP104

| Code | Product | Packs | Pcs/Pack | Total Pcs. | Price each | Amount |
|---|---|---|---|---|---|---|
| GP50704 | 1x4x10 APG | 130 | 240 | 31,200 | 1.1999 | $37,436.26 |
| GP20703 | 1x4x12 APG | 45 | 240 | 10,800 | 1.5200 | $16,416.00 |

AIG00277

| | | | | | | |
|---|---|---|---|---|---|---|
| GP50804 | 1x6x10 APG | 67 | 160 | 10,720 | 1.8750 | $20,100.00 |
| GP50803 | 1x6x12 APG | 73 | 160 | 11,680 | 2.3400 | $27,331.20 |
| GP50904 | 1x8x10 APG | 39 | 120 | 4,680 | 2.5668 | $12,012.60 |
| | | | | Penguin Arrow v.53 Total | | $168,520.78 |

**Swan Arrow v.13**
BL# GBULSWN013PGA42B

| Code | Product | Packs | Pcs/Pack | Total Pcs. | Price each | Amount |
|---|---|---|---|---|---|---|
| R5D | 1/2x6x6 DE | 5 | 320 | 1,600 | 0.6600 | $1,056.00 |

**Swan Arrow v.13**
BL# SWN013CMP401

| Code | Product | Packs | Pcs/Pack | Total Pcs. | Price each | Amount |
|---|---|---|---|---|---|---|
| GP40704 | 1x4x10 APG | 30 | 240 | 7,200 | 1.1199 | $8,639.28 |
| GP40804 | 1x6x10 APG | 42 | 160 | 6,720 | 1.8750 | $12,600.00 |
| GP40904 | 1x8x10 APG | 15 | 120 | 1,800 | 2.5668 | $4,620.23 |
| | | | | Swan Arrow v.13 Total | | $26,915.51 |

**Sanko Spring v.14**
BL# GBULSSP014PGA13B

| Code | Product | Packs | Pcs/Pack | Total Pcs. | Price each | Amount |
|---|---|---|---|---|---|---|
| AF4/10 | 1x4x10 APG | 72 | 204 | 14,688 | 1.2849 | $18,872.61 |
| AF4/12 | 1x4x12 APG | 40 | 204 | 8,160 | 1.6211 | $13,228.18 |
| AF6/08 | 1x6x8 APG | 68 | 136 | 9,248 | 1.5873 | $14,679.35 |
| AF6/10 | 1x6x10 APG | 60 | 136 | 8,160 | 2.0765 | $16,944.24 |
| AF6/12 | 1x6x12 APG | 80 | 136 | 10,880 | 2.5776 | $28,044.29 |
| AF8/10 | 1x8x10 APG | 36 | 102 | 3,672 | 2.9157 | $10,706.45 |
| AF8/12 | 1x8x12 APG | 1 | 102 | 102 | 3.5542 | $362.53 |
| HD6/10 | 1x6x10 APG | 16 | 160 | 2,560 | 2.0765 | $5,315.84 |

**Sanko Spring v.14**
BL# SSP014CMP201

| Code | Product | Packs | Pcs/Pack | Total Pcs. | Price each | Amount |
|---|---|---|---|---|---|---|
| GP30804 | 1x6x10 APG | 46 | 160 | 7,360 | 1.8750 | $13,800.00 |
| GP30802 | 1x6x14 APG | 26 | 160 | 4,160 | 2.8000 | $11,648.00 |
| GP30904 | 1x8x10 APG | 8 | 120 | 960 | 2.5665 | $2,463.84 |
| GP30902 | 1x8x14 APG | 9 | 240 | 2,160 | 3.8267 | $8,265.67 |
| | | | | Sanko Spring v.14 Total | | $144,331.00 |

**Weaver Arrow v.48**    BL# GBULWEA048PGA47B

AIG00278

| Code | Product | Packs | Pcs/Pack | Total Pcs. | Price each | Amount |
|------|---------|-------|----------|------------|-----------|--------|
| HD6/10 | 1x6x10 APG | 35 | 160 | 5,600 | 2.0765 | $11,628.40 |

**Weaver Arrow v.48**

BL#.WEA048CMP.104

| Code | Product | Packs | Pcs/Pack | Total Pcs. | Price each | Amount |
|------|---------|-------|----------|------------|-----------|--------|
| GP20804 | 1x6x10 APG | 31 | 160 | 4,960 | 1.8750 | $9,300.00 |
| GP20802 | 1x6x14 APG | 14 | 160 | 2,240 | 2.7300 | $6,115.20 |
| | | | | Weaver Arrow v.48 Total | | $27,043.60 |

**Sanko Stream v.15**

BL# GBULSSR015PGA49B

| Code | Product | Packs | Pcs/Pack | Total Pcs. | Price each | Amount |
|------|---------|-------|----------|------------|-----------|--------|
| HD6/06 | 1x6x6 APG | 30 | 160 | 4,800 | 1.0926 | $5,244.48 |
| HD6/10 | 1x6x10 APG | 15 | 160 | 2,400 | 1.9965 | $4,791.60 |
| | | | | Sanko Stream v.15 Total | | $10,036.08 |

| | |
|---|---|
| Sanko Stream v.19 Total | $857,577.77 |
| Kestrel Arrow v.45 Total | $208,555.22 |
| Penguin Arrow v.53 Total | $168,520.78 |
| Swan Arrow v.13 Total | $26,915.51 |
| Sanko Spring v.14 Total | $144,331.00 |
| Weaver Arrow v.48 Total | $27,043.60 |
| Sanko Stream v.15 Total | $10,036.08 |
| Total | $1,442,979.96 |
| Plus 3% | $43,289.40 |
| Grand Total | $1,486,269.36 |

** 3% is the cost of Wharfage, Handling, Customs, Broker Fee, and Fuel Surcharge**
** Cost of Goods includes freight**

**AIG00121**

## Delivery Breakdown
### SSA Gulfport
### SSA - Port of Gulfport - West Pier Gulfport, MS 39501
From : 3/1/2005    To : 3/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Probill/BL# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/01/05 | C00000004 66 532 | GSWP | Great Southern Wood | C00000000F9 | KEA041PGA | | 24149 | | | | | | | |
| | C00000004 66 539 | GSWP | Great Southern Wood | C0000J046i | SWN006PG/ | | 24149 | | SWAN ARROW/008 KESTREL ARROW/041 | CM31D | CM31D | Bundles | 30 | 19,403,675 |
| | | | | | | | | | | | | | 12 11,761,470 | |
| | C00000004 5TPASS | unknown | Great Southern Wood | C00000457P, | SSR013PGA | | 24174 | PG: 57 | SWAN ARROW/008 KESTREL ARROW/041 | R3D | R3D | Bundles | 42 11,165,145 | |
| | | | | | | | | | | | | | 41 14,579,913 | |
| | C00000004 56PASS | unknown | Great Southern Wood | C00000458P, | SSR013PGA | | 24171 | P0147C | SANKO STREAM/013 | R9D | R9D | Bundles | 41 14,579,91 | |
| | | | | | | | | | | | | | 41 14,579,913 | |
| | C00000305 28 546 | GSWP | Great Southern Wood | C00000J.28 | KEA041PGA | | 24154 | P00528 | AVOCET ARROW/045 KESTREL ARROW/041 | L6i08 | L6i08 | Bundles | 41 14,579,9 | |
| | | | | | | | | | | | | | 22 11,732,480 | |
| | C0000X/05 28 546 | GSWP | Great Southern Wood | C00000528 | AVO045CMF | | 24154 | P00528 | AVOCET ARROW/045 KESTREL ARROW/041 | ALTO | LUMBER | Bundles | 16 11,238,560 | |
| | C00000004 85 229 | GSWP | Great Southern Wood | C00000J482 | KEA041PGA | | 24150 | 905-71 | KESTREL ARROW/041 | C2DX | 2DX | Bundles | 38 12,971,94 | |
| | | | | | | | | | | | | | 23 10,090. | |
| 3/02/05 | C00000005 16PASS | GSWP | Great Souther Wood | C00000515P, | SSR013PGA | | 24157 | P0: 15 | SANKO STREAM/013 | PP1KD | PP1KD | Bundles | 23 10,090.4 | |
| | | | | | | | | | | | | | 55 19,015,6 | |
| | C00000005 89PASS | GSWP | Great Southern Wood | C00000589P, | SSR013PGA | | 24186 | P00589 | SANKO STREAM/013 | KD1DX | KD1DX | Bundles | 55 19,019,660 | |
| | | | | | | | | | | | | | 31 10,534,515 | |
| | C00000005 90PASS | GSWP | Great Southern Wood | C00000590P, | SSR013PGA | | 24188 | P00590 | SANKO STREAM/013 | KD1DX | KD1DX | Bundles | 31 10,534,515 | |
| | | | | | | | | | | | | | 31 10,534,515 | |

08:48:01 AM

**DEFENDANT'S EXHIBIT 13**

## Delivery Breakdown
### SSA Gulfport
SSA - Port of Gulfport - West Pier Gulfport, MS 39501

From : 3/1/2005    To : 3/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Prob#/BL# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/08/2006 08:49:02 AM | C00000005 91PASS | GSWP | Great Southern Wood | C0000000591P | SSR013PGA | | 24185 | P00591 | SANKO STREAM/013 | KO1DX | KO1DX | Bundles | 31 | 10,534,515 | 31 10,534,515 |
| | C00000005 3G 40B | GSWP | Great Southern Wood | C00000000536 | KEA041PGA | | 24163 | P00536 | AVOCET ARROW/045 SWAN ARROW/008 KESTREL ARROW/041 | HD8/12 | HD8/12 | Bundles | 31 | 10,534,516 | 8 11,783,520 |
| | C00000005 3G 406 | GSWP | Great Southern Wood | C00000000536 | SWN008PGA | | 24163 | P00536 | AVOCET ARROW/045 SWAN ARROW/008 KESTREL ARROW/041 | HD8/12 | HD8/12 | Bundles | 15 | 12,094,100 | |
| | C00000005 3G 40B | GSWP | Great Southern Wood | C00000000536 | AVO045CMF | | 24163 | P00536 | AVOCET ARROW/045 SWAN ARROW/008 KESTREL ARROW/041 | ALTO | LUMBER | Bundles | 3 | 5,654,275 | |
| | C00000004 83 05- | GSWP | Great Southern Wood | C00000000493 | KEA041PGA | | 905480 | 905480 | KESTREL ARROW/041 | C2DX | C2DX | Bundles | 26 | 19,731,895 | 23 10,090,428 |
| | C00000006 116106 | GSWP | Great Southern Wood | C0000000611 | SWN008PGr | | 24177 | P00611 | SWAN ARROW/008 | HD4/08 | HD4/08 | Bundles | 23 | 10,090,428 | 12 11,192,580 |
| | C00000006 116106 | GSWP | Great Southern Wood | C0000000611 | SWN008PG, | | 24177 | P00611 | SWAN ARROW/008 | HD6/12 | HD6/12 | Bundles | 17 | 15,039,980 | |
| | C00000004 58PASS | GSWP | Great Southern Wood | C00000000458P | SSR013PGA | | 24206 | P00458 | SANKO STREAM/013 | R5D | R5D | Bundles | 29 | 16,232,560 | 41 14,579,913 |
| | C00000005 93PASS | GSWP | Great Southern Wood | C00000000593P | SSR013PGA | | ...05 | ...93 | SANKO STREAM/013 | KO1DX | KO1DX | Bundles | 41 | 14,579,913 | 31 10,534,515 |
| | | | | | | | | | | | | | 31 | 10,534,515 | |

AIG0( 2

**Delivery Breakdown**

SSA Gulfport

SSA - Port of Gulfport - West Pier, Gulfport, MS 39501

From : 3/1/2005    To : 3/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | ProbNo/BL# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | C00000005 94PASS | GSWP | Great Southern Wood | C00000005946P | SSR013PGA | | 24208 | P00594 | SANKO STREAM/013 | KD1DX | KD1DX | Bundles | 31 10,534,515 | 31 10,534,515 | |
| | C00000005 95PASS | GSWP | Great Southern Wood | C00000005955P | SSR013PGA | | 24207 | P00595 | SANKO STREAM/013 | KD1DX | KD1DX | Bundles | 31 10,534,515 | 31 10,534,515 | |
| | C00000004 77 | GSWP | Great Southern Wood | C00000000477 | KEA041PGA | | 24045 | 9054790 | KESTREL ARROW/041 | KD1D | KD1D | Bundles | 38 17,244,655 | 38 17,244,655 | |
| | C00000004 80 | GSWP | Great Southern Wood | C00000002480 | KEA041PGA | | 24079 | 9054796 | KESTREL ARROW/041 | KD1D | KD1D | Bundles | 38 17,244,655 | 38 17,244,655 | |
| | C00000005 20 | GSWP | Great Southern Wood | C00000000520 | KEA041CMP | | 24197 | F00520 | KESTREL ARROW/041 | ALTO | LUMBER | Bundles | 26 19,647,780 | 26 19,647,780 | |
| | C00000024 79 | GSWP | Great Southern Wood | C00000000479 | KEA041PGA | | 24078 | 9054796F | KESTREL ARROW/041 | KD1D | KD1D | Bundles | 38 17,244,655 | 38 17,244,655 | |
| | C00000003 43PASS | GSWP | Great Southern Wood | C00000003433P | SSR013PGA | | 24216 | P00243 | SANKO STREAM/013 | KD1D | KD1D | Bundles | 38 17,244,655 | 38 17,244,655 | |
| | C00000004 52PASS | GSWP | Great Southern Wood | C00000004522P | SSR013PGA | | 24215 | P00452 | SANKO STREAM/013 | BRAR9D | BRAR9D | Bundles | 42 11,165,145 | 42 11,165,145 | |
| | C00000005 96PASS | GSWP | Great Southern Wood | C00000005966P | SSR013PGA | | 24218 | P00596 | SANKO STREAM/013 | KD1DX | KD1DX | Bundles | 39 12,893,088 | 39 12,893,088 | |
| | C00000005 97PASS | GSWP | Great Southern Wood | C00000005977P | SSR013PGA | | 24219 | P00597 | SANKO STREAM/013 | KD1DX | KD1DX | Bundles | 31 10,534,515 | 31 10,534,515 | |
| 3/04/05 | C00000005 98PASS | GSWP | Great Southern Wood | C00000005989P | SSR013PGA | | 24217 | P00598 | SANKO STREAM/013 | KD1DX | KD1DX | Bundles | 31 10,534,515 | 31 10,534,515 | |

31 10,534,515

# Delivery Breakdown
## SSA Gulfport
### SSA - Port of Gulfport - West Pier: Gulfport, MS 39501
From : 3/1/2005    To : 3/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Prob/#/BL# | Cont'd ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | C0000004 81 | GSWP | Great Southern Wood | C000000481 | KEA041PGA | 24080 | 90547I9H | KESTREL ARROW/041 | KD1D | KD1D | Bundles | 38 17,244.655 | 38 17,244.655 |
| | C0000004 78 | GSWP | Great Southern Wood | C000000478 | KEA041PGA | 24077 | 90547I9E | KESTREL ARROW/041 | KD1D | KD1D | Bundles | 38 17,244.655 | 38 17,244.655 |
| | C0000004 45 | unknown | Great Southern Wood | C000000445 | KEA041CMP | 24167 | 236081 | KESTREL ARROW/041 | ALTO | LUMBER | Bundles | 22 I6,382.500 | 22 I6,382.500 |
| | C0000004 45 | unknown | Great Southern Wood | C000000445 | KEA039CMP | 24167 | 236081 | KESTREL ARROW/041 KESTREL ARROW/039 KESTREL ARROW/041 KESTREL ARROW/039 | ALTO | LUMBER | Bundles | 8 I3,230.000 | 8 I3,230.000 |
| 03/07/05 | C0000003 11 | GSWP | Great Southern Wood | C000000511 | KEA041PGA | 24193 | P00511 | KESTREL ARROW/041 | B58 | B58 | Bundles | 30 I9,161.500 | 28 I2,691.330 |
| | C0000003 46PASS | unknown | Great Southern Wood | C000000346P | SSR013PGA | 24245 | P00346 | SANKO STREAM/013 | KD1D | KD1D | Bundles | 28 I2,691.330 | 42 I1,165.145 |
| | C0000003 47PASS | unknown | Great Southern Wood | C000000347P | SSR013PGA | 24244 | P00347 | SANKO STREAM/013 | KD1D | KD1D | Bundles | 42 I1,165.145 | 42 I1,165.145 |
| | C0000005 12 42 | GSWP | Great Southern Wood | C000000512 | KEA041PGA | 24221 | P00512 | KESTREL ARROW/041 | 958 | B58 | Bundles | 42 I1,165.145 I2 I1,165.145 28 I2,691.330 | 42 I1,165.145 28 I2,691.330 |

28 I2,691.330

AIG0u __4

Delivery Breakdown
SSA Gullport
SSA - Port of Gulfport - West Pier, Gulfport, MS 39501
From : 3/1/2005          To : 3/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Problll/BL# | Control ID | Cust. Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | C00000005<br>60<br>409 | GSWP | Great Southern<br>Wood | C00000000560 | KEA041PGA | | 24222 | P00560 | KESTREL<br>ARROW/041 | L808 | L808 | Bundles | 18<br>18 | 17,681.895<br>17,681.895 | |
| | C00000005<br>60<br>409 | GSWP | Great Southern<br>Wood | C00000000560 | KEA041PGA | | 24222 | P00560 | KESTREL<br>ARROW/041 | HD808 | HD8/8 | Bundles | 12<br>12 | 11,787.930<br>11,787.930 | |
| | C00000005<br>60<br>409 | GSWP | Great Southern<br>Wood | C00000000560 | KEA041CMP | | 24222 | P00560 | KESTREL<br>ARROW/041 | ALTO | ALTO | Bundles | 8<br>8 | 10,478.150<br>10,478.150 | |
| | C00000005<br>21<br>981 | GSWP | Great Southern<br>Wood | C00000000521 | RHE176PGA | | 24203 | P00521 | RHEIN<br>ARROW/176 | BRAR8D | BRAR8D | Bundles | 38<br>38 | 19,947.986<br>19,947.986 | |
| | C00000004<br>43<br>104 | unknown | Great Southern<br>Wood | C00000000443 | KEA041PGA | | 24146 | 236079 | AVOCET<br>ARROW/045<br>KESTREL<br>ARTOW/041 | HD4/12 | HD4/12 | Bundles | 41<br>8 | 17,972.100<br>11,192.580 | |
| | C00000004<br>43<br>104 | unknown | Great Southern<br>Wood | C00000000443 | KEA041CMP | | 24146 | 236079 | AVOCET<br>ARROW/045<br>KESTREL<br>ARROW/041 | ALTO | LUMBER | Bundles | 15<br>16 | 18,642.960<br>18,642.960 | |
| | C00000004<br>43<br>104 | unknown | Great Southern<br>Wood | C00000000443 | AVO045CMP | | 24146 | 236079 | AVOCET<br>ARROW/045<br>KESTREL<br>ARROW/041 | ALTO | LUMBER | Bundles | 3 | 5,728.590 | |
| 03/08/05 | C0348PAS<br>S<br>5207 | unknown | Great Southern<br>Wood | C0348PASS | SSR013PGA | | 24262 | P00348 | SANKO<br>STREAM/C13 | KO1D | KO1D | Bundles | 26<br>42 | 15,564.120<br>11,165.145 | |
| | C0592PAS<br>S<br>222 | GSWP | Great Southern<br>Wood | C0592PASS | SSR013PGA | | 24261 | P00592 | SANKO<br>STREAM/013 | KO1DX | KO1DX | Bundles | 42<br>31 | 11,165.145<br>10,534.515 | |

31 10,534.515

GENOA Breakbulk Management System

AIGr '25

02/08/2005 08:49:06 AM

## Delivery Breakdown
### SSA Gulfport
SSA - Port of Gulfport - West Pier  Gulfport, MS 39501
From : 3/1/2005                  To : 3/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Proba/Bl# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/08/2006 08:49:07 AM | C00000005 GSWP 57 523 | | Great Southern Wood | C0000000557 | KEA041CMP | | 24232 | P00557 | AVOCET ARROW/045 KESTREL ARROW/041 | ALTO | LUMBER | Bundles | 2 | 2,519.540 | |
| | C00000005 57 523 | GSWP | Great Southern Wood | C0000000557 | KEA041CMP | | 24232 | P00557 | AVOCET ARROW/045 KESTREL ARROW/041 | ALTO | LUMBER | Bundles | 6 | 11,880.540 | |
| | C00000005 57 523 | GSWP | Great Southern Wood | C0000000557 | AVO045CMF | | 24232 | P00557 | AVOCET ARROW/045 KESTREL ARROW/041 | ALTO | LUMBER | Bundles | 6 | 9,922.500 | |
| | C00000005 57 523 | GSWP | Great Southern Wood | C0000000557 | KEA041CMP | | 24232 | P00557 | AVOCET ARROW/045 KESTREL ARROW/041 | ALTO | LUMBER | Bundles | 6 | 9,578.520 | |
| | C00000005 57 523 | GSWP | Great Southern Wood | C0000000557 | KEA041CMP | | 24232 | P00557 | AVOCET ARROW/045 KESTREL ARROW/041 | ALTO | LUMBER | Bundles | 6 | 9,578.520 | |
| | C00000005 57 523 | GSWP | Great Southern Wood | C0000000557 | KEA041CMP | | 24232 | P00557 | AVOCET ARROW/045 KESTREL ARROW/041 | ALTO | LUMBER | Bundles | 8 | 15,275.240 | |
| | C00000007 65 532 | GSWP | Great Southern Wood | C0000000765 | SWN008PG/ | | 24228 | P00765 | SWAN ARROW/008 | R3D | R3D | Bundles | 28 19,277.340 42 19,668.605 | | |
| | C00000007 64 513 | GSWP | Great Southern Wood | C0000000764 | SWN008PG/ | | 24229 | P00764 | SWAN ARROW/008 | R3D | R3D | Bundles | 42 19,868.605 16 15,168.040 | | |
| | C00000007 64 513 | GSWP | Great Southern Wood | C0000000764 | SWN008PG/ | | 24229 | P00764 | SWAN ARROW/008 | BRAR3D | BRAR3D | Bundles | 26 14,680.565 | | |
| | C00000005 27 8R- | GSWP | Great Southern Wood | C0000000527 | SWN008PG/ | | 24231 | P00527 | SWAN ARROW/008 | HD4/08 | HD4/08 | Bundles | 42 19,868.605 38 15,443.170 | | |

38  15,443.170

GENOA Breakbulk Management System

02/08/2006 08:49:07 AM

## Delivery Breakdown
### SSA Gulfport
SSA - Port of Gulfport - West Pier  Gulfport, MS 39501

From : 3/1/2005    To : 3/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | ProbilL/BL# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|------|-----------|---------|-----------|---------------|-----|------------|-----------|---------|---------------|-------|-----------|-----------|-------|----------|--------|
| 03/09/05 | C0334PAS S 546 | GSWP | Great Southern Wood | C0334PASS | KEA041PGA | | 24250 | P00769 | KESTREL ARROW/041 | GST0S | GST0S | Bundles | 52 18,525,760 | 52 18,525,760 | |
| | C00000007 69 | GSWP | Great Southern Wood | C00000000769 | SSR013PGA | | 24299 | P00344 | SANKO STREAM/013 | KD1D | KD1D | Bundles | 52 18,525,760 | 52 18,525,760 | |
| | C0349PAS S 01227 | GSWP | Great Southern Wood | C0349PASS | SSR013PGA | | 24298 | P00349 | SANKO STREAM/013 | KD1D | KD1D | Bundles | 42 11,165.145 | 42 11,165.145 | |
| | C00000007 94 500 | GSWP | Great Southern Wood | C00000000794 | KEA041CMP | | 24264 | P00794 | SWAN ARROW/008 KESTREL ARROW/041 | ALTO | LUMBER | Bundles | 42 11,165.145 4, 11,165.145 | 42 11,165.145 4, 11,165.145 | |
| | C00000007 94 500 | GSWP | Great Southern Wood | C00000000794 | SWN009PGA | | 24264 | P00794 | SWAN ARROW/008 KESTREL ARROW/041 | HD4/08 | HD4/08 | Bundles | 22 12,006,660 | 22 12,006,660 | |
| | C00000007 95 543 | GSWP | Great Southern Wood | C00000000795 | KEA041PGA | | 24265 | P00795 | KESTREL ARROW/041 | L6/08 | L6/08 | Bundles | 20 17,605.950 | 20 17,605.950 | |
| | C00000007 03 501 | GSWP | Great Southern Wood | C00000000703 | KEA041PGA | | 24263 | 314 | KESTREL ARROW/041 | KD1D | KD1D | Bundles | 30 19,635,200 | 30 19,635,200 | |
| 03/10/05 | C00000007 66 510 | GSWP | Great Southern Wood | C00000000766 | SWN009PGA | | 24289 | P00766 | SWAN ARROW/008 | R3D | R3D | Bundles | 42 19,858,605 | 42 19,858,605 | |

42 19,868,605

GENOA Breakbulk Management System

AIG00127

# Delivery Breakdown

## SSA Gulfport

SSA - Port of Gulfport - West Pier, Gulfport, MS 39501

From : 3/1/2005    To : 3/31/2005

| Date | Vehcle ID | Carrier | Consignee | Delivery Order | Lot | Prob/IBL # | Cont ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|------|-----------|---------|-----------|----------------|-----|-----------|---------|----------|---------------|-------|-----------|-----------|-------|----------|--------|
| 02/08/2006 08:49:08 A/M | C00000024 44 189 | unknown | Great Southern Wood | C000000444 | KEA041CMP | 24277 | 236080 | AVOCET ARROW/045 KESTREL ARROW/041 | ALTO | LUMBER | Bundles | 24 | 11,357,840 | |
| | C00000004 44 189 | unknown | Great Southern Wood | C000000444 | AVO04SCMF | 24277 | 236080 | AVOCET ARROW/045 KESTREL ARROW/041 | ALTO | LUMBER | Bundles | 14 | 18,583,740 | |
| | C0591PAS S 1422 | GSWP | Great Southern Wood | C0591PASS | SSR013PGA | 24309 | P00581 | SANKO STREAM/0013 | KD1DX | KD1DX | Bundles | 38 | 30,441,580 31 | 10,534,315 |
| | C00000007 67 551 | GSWP | Great Southern Wood | C000000767 | SWN008PG/ | 24288 | P00767 | SANKO ARROW/008 | R3D | R3D | Bundles | 31 | 10,534,545 42 | 19,858,605 |
| | C00000006 08 521 | GSWP | Great Southern Wood | C00000000608 | KEA041PGA | 24283 | P00608 | KESTREL ARROW/041 | BAL10A | BAL10A | Bundles | 42 | 19,666,605 28 | 19,604,330 |
| | C00000007 74 122 | GSWP | Great Southern Wood | C000000774 | KEA041PGA | 24284 | P00774 | KESTREL ARROW/041 | C2DX | C2DX | Bundles | 28 | 19,604,330 23 | 10,090,426 |
| | C00000037 88 57 1 | GSWP | Great Southern Wood | C000000766 | KEA041CMP | 24285 | P00788 | SWAN ARROW/008 KESTREL ARROW/041 | ALTO | LUMBER | Bundles | 23 4 | 10,090,428 7,638,120 | |
| | C00000007 39 524 | GSWP | Great Southern Wood | C000000788 | KEA041PGA | 24285 | P00788 | SWAN ARROW/008 KESTREL ARROW/041 | ALTO | LUMBER | Bundles | 10 | 15,964,200 | |
| | C00000007 524 | GSWP | Great Southern Wood | C000000788 | SWN008PG/ | 24285 | P00788 | SWAN ARROW/008 KESTREL ARROW/041 | HD408 | HD408 | Bundles | 20 | 18,654,300 | |
| | | | | | | | | | | | | | 34 | 12,256,620 | |

AIG00128

# Delivery Breakdown
## SSA Gulfport
SSA - Port of Gulfport - West Pier Gulfport, MS 39501

From : 3/1/2005     To : 3/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Probill/BL# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/11/05 | C0579PAS S 539 | GSWP | Great Southern Wood | C0579PASS | SSR013PGA | | 24331 | p00579 | SANKO STREAM/013 | KD1DX | KD1DX | Bundles | 31 | 10,534.515 | 10,534.515 |
| | C0841PAS S 5244 | GSWP | Great Southern Wood | C0841PASS | SSR013PGA | | 24327 | P00841 | SANKO STREAM/013 | KD1D | KD1D | Bundles | 42 | 11,165.145 | 11,165.145 |
| | C0842PAS S 5207 | GSWP | Great Southern Wood | C0842PASS | SSR013PGA | | 24329 | P00842 | SANKO STREAM/013 | KD1D | KD1D | Bundles | 42 | 11,165.145 | 11,165.145 |
| | C0843PAS S 5240 | GSWP | Great Southern Wood | C0843PASS | SSR013PGA | | 24328 | P00843 | SANKO STREAM/013 | KD1D | KD1D | Bundles | 42 | 11,165.145 | 11,165.145 |
| | C0844PAS S 206 | GSWP | Great Southern Wood | C0844PASS | SSR013PGA | | 24330 | P00844 | SANKO STREAM/013 | KD1DX | KD1DX | Bundles | 42 | 11,165.145 | 11,165.145 |
| | C0845PAS S 5242 | GSWP | Great Southern Wood | C0845PASS | SSR013PGA | | 24326 | P00845 | SANKO STREAM/013 | KD1DX | KD1DX | Bundles | 23 | 10,073.996 | 10,073.996 |
| | C00000006 13 414 | GSWP | Great Southern Wood | C000000613 | HEA041PGA | | 24305 | p00613 | KESTREL ARROW/041 | KD1D | KD1D | Bundles | 23 | 20,073.995 | 20,073.995 |
| | C00000006 13 414 | GSWP | Great Southern Wood | C000000613 | kea041pga0l | | 24305 | p00613 | KESTREL ARROW/041 | L8/08 | L8/08 | Bundles | 8 | 7,858.000 | 7,858.000 |
| 03/14/05 | C00000007 75 505 | GSWP | Great Southern Wood | C000002775 | SWN009PG/ | | 24335 | P00775 | SWAN ARROW/008 | C2DX | C2DX | Bundles | 34 | 13,341.805 | 13,341.805 |
| | | | | | | | | | | | | | 23 | 10,090.207 | 10,090.207 |
| | | | | | | | | | | | | | 23 | 10,090.207 | |

AIG00129

# Delivery Breakdown

SSA Gulfport

SSA - Port of Gulfport - West Pier, Gulfport, MS 39501

From : 3/1/2005     To : 3/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Prolif/BL# | Contrid ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/08/2005 08:49:10 AM | C00000007 03 992 | GSWP | Great Southern Wood | C000000708 | KEA041PGA | 24337 | 908740 | | KESTREL ARROW/041 | C2DX | C2DX | Bundles | 23 | 10,090.428 | 10,090.428 |
| | C00000007 90 052 | GSWP | Great Southern Wood | C000000790 | KEA041PGA | 24287 | P00790 | | KESTREL ARROW/041 | L6/08 | L6/06 | Bundles | 38 | 17,537.920 | 17,537.920 |
| | C0000000 89 982 | GSWP | Great Southern Wood | C000000789 | KEA041CWP | 24286 | P00789 | | AVOCET ARROW/045 KESTREL ARROW/041 | ALTO | LUMBER | Bicycles | 6 | 11,457.180 | |
| | C0000000 89 982 | GSWP | Great Southern Wood | C000000789 | KEA041CWP | 24286 | P00789 | | AVOCET ARROW/045 KESTREL ARROW/041 | ALTO | LUMBER | Bundles | 1 | 1,653.750 | |
| | C0000000 89 982 | GSWP | Great Southern Wood | C000000789 | AVO045CMF | 24285 | P00789 | | AVOCET ARROW/045 KESTREL ARROW/041 | ALTO | LUMBER | Bundles | 9 | 14,883.750 | |
| | C0000000 89 982 | GSWP | Great Southern Wood | C000000789 | AVO045CMF | 24285 | P00789 | | AVOCET ARROW/041 KESTREL ARROW/041 | ALTO | LUMBER | Bundles | 7 | 13,260.630 | |
| 03/15/05 | C0582PAS S | unknown | Great Southern Wood | C0582PASS | SSR013PGA | 24359 | P00582 | | SANKO STREAM/013 | KD1DX | KD1DX | Bundles | 23 | 11,855.310 | 31 10,534.515 |
| | C0798PAS S | unknown | Great Southern Wood | C0798PASS | SSR013PGA | 24360 | P00798 | | SANKO STREAM/013 | HD6/12 | HD6/12 | Bundles | 31 | 10,534.515 | 10,534.515 |
| | C0860PAS S | unknown | Great Southern Wood | C0660PASS | SSR013PGA | 24361 | P00860 | | SANKO STREAM/013 | KD1D | KD1D | Bundles | 26 | 18,525.760 | 26 18,525.760 |
| | C0846PAS GSWP | | Great Southern Wood | C0846PASS | SSR013PGA | 24362 | P00846 | | SANKO STREAM/013 | KD1DX | KD1DX | Bundles | 42 | 11,165.145 | 42 11,165.145 |
| | | | | | | | | | | | | | 23 | 10,073.995 | 23 10,073.995 |

GENOA Breakbulk Management System

AIG00130

02/08/2006 08:49:11 AM

# Delivery Breakdown
## SSA Gulfport
### SSA - Port of Gulfport - West Pier Gulfport, MS 39501
From : 3/1/2005          To : 3/31/2005

| Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Probill/BL# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C0847PAS S 86 051 | GSWP | Great Southern Wood | C0847PASS | SSR013PGA | | 24363 | P00847 | SANKO STREAM/013 | KD1DX | KD1DX | Bundles | 26 | 15,483,182 | |
| C0847PAS S | GSWP | Great Southern Wood | C0847PASS | SSR013PGA | | 24363 | P00847 | SANKO STREAM/013 | KD1DX | KD1DX | Bundles | 11 | 14,383,215 | |
| C0847PAS S | GSWP | Great Southern Wood | C0847PASS | SSR013PGA | | 24338 | P00786 | SWAN ARROW/008 | ALTO | LUMBER | Bundles | 37 | 19,866,400 | |
| CD000007 86 051 | GSWP | Great Southern Wood | C000000786 | KEA041CMP | | 24338 | P00786 | SWAN ARROW/008 KESTREL ARROW/041 KESTREL ARROW/041 | ALTO | LUMBER | Bundles | 14 | 16,733,420 | |
| CD0000007 86 051 | GSWP | Great Southern Wood | C000000786 | SWN008PG/ | | 24338 | P00786 | SWAN ARROW/008 | HD4/08 | HD4/08 | Bundles | 16 | 14,923,440 | |
| 03/16/05 C0841PAS S 05209 | GSWP | Great Southern Wood | C0841PASS | SSR013PGA4 | | 24377 | p00861 | SANKO STREAM/013 | KD1D | KD1D | Bundles | 30 | 11,685,860 | |
| C0862PAS S 01203 | GSWP | Great Southern Wood | C0862PASS | SSR013PGA | | 24376 | P00862 | SANKO STREAM/013 | KD1D | KD1D | Bundles | 42 | 11,165,143 | |
| | | | | | | | | | | | | 42 | 11,165,145 | |
| C885 00-221 | GSWP | Great Southern Wood | C885 | SWN008PG/ | | 24339 | 910814 | SWAN ARROW/008 | C2DX | C2DX | Bundles | 23 | 10,090,207 | |
| | | | | | | | | | | | | 23 | 10,020,207 | |
| 03/17/05 C0584PAS S 460 | GSWP | Great Southern Wood | C0584PASS | SSR013PGA | | 24389 | P00584 | SANKO STREAM/013 | KD1DX | KD1DX | Bundles | 31 | 10,534,515 | |
| C585PASS 469 | GSWP | Great Southern Wood | C585PASS | SSR013PGA | | 24388 | P00585 | SANKO STREAM/013 | KD1DX | KD1DX | Bundles | 31 | 10,534,515 | |
| C0583PAS S 496 | GSWP | Great Southern Wood | C0583PASS | SSR013PGA | | 24390 | P0583 | SANKO STREAM/013 | KD1DX | KD1DX | Bundles | 31 | 10,534,515 | |
| | | | | | | | | | | | | 31 | 10,534,515 | |

AIG00131

# Delivery Breakdown

SSA Gulfport

SSA - Port of Gulfport - West Pier Gulfport, MS 39501

From : 3/1/2005    To : 3/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Prob#/BL# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|------|-----------|---------|-----------|---------------|-----|-----------|-----------|----------|--------------|-------|-----------|-----------|-------|----------|--------|
| 03/18/05 | C0866PAS S 323 | GSWP | Great Southern Wood | C0866PASS | SSR013PGA | | 24406 | P00866 | SANKO STREAM/012 | KD1D | KD1D | Bundles | 42 | 11,165.145 | |
| | C058PAS S 314 | GSWP | Great Southern Wood | C0588PASS | SSR013PGA | | 24411 | P00588 | SANKO STREAM/013 | KD1DX | KD1DX | Bundles | 42 | 11,165.145 | |
| | C0869PAS S 463 | GSWP | Great Southern Wood | C0859PASS | SSR013PGA | | 24410 | P0869 | SANKO STREAM/013 | KD1D | KD1D | Bundles | 42 | 11,165.145 | |
| | C0868PAS S 464 | GSWP | Great Southern Wood | C0868PASS | SSR013PGA | | 24409 | P0868 | SANKO STREAM/013 | KD1D | KD1D | Bundles | 42 | 11,165.145 | |
| | C0871PAS S 363 | GSWP | Great Southern Wood | C0871PASS | SSR013PGA | | 24408 | P0871 | SANKO STREAM/013 | KD1D | KD1D | Bu. etc. | 42 | 11,165.145 | |
| | C0867PAS S 404 | GSWP | Great Southern Wood | C0867PASS | SSR013PGA | | 24405 | P0867 | SANKO STREAM/013 | KD1D | KD1D | Bundles | 42 | 11,165.145 | |
| | C0870PAS S 485 | GSWP | Great Southern Wood | C0870PASS | SSR013PGA | | 24404 | P0870 | SANKO STREAM/013 | KD1D | KD1D | Bundles | 42 | 11,165.145 | |
| | C0889PAS 11196 | unknown | Great Southern Wood | C0889PASS | SSR013PGA | | 24403 | BRIAN1 | SANKO STREAM/013 | PP1KD | PP1KD | Bundles | 56 | 19,019.680 | |
| 02/08/2006 08:49:12 AM | C0586PAS 471 | GSWP | Great Southern Wood | C0586PASS | SSR013PGA | | 24402 | P0586 | SANKO STREAM/013 | KD1DX | KD1DX | Bundles | 56 | 19,019.680 | |

31 10,534,516

02/08/2006 08:49:13 AM

## Delivery Breakdown

### SSA Gulfport
### SSA - Port of Gulfport - West Pier, Gulfport, MS 39501

From : 3/1/2005    To : 3/31/2005

| Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Prob#/BL# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C0848PAS S 462 | GSWP | Great Southern Wood | C0848PASS | SSR013PGA | 24407 | F0848 | SANKO STREAM/013 | C2DX | C2DX | Bundles | 3 | 5,229,158 | |
| C0848PAS S 462 | GSWP | Great Southern Wood | C0848PASS | SSR013PGA | 24407 | P0848 | SANKO STREAM/013 | RG1A | RG1A | Bundles | 8 | 11,528,007 | |
| C0848PAS S 462 | GSWP | Great Southern Wood | C0848PASS | SSR013PGA | 24407 | P0848 | SANKO STREAM/013 | R8D | R8D | Bundles | 15 | 12,651,188 | |
| C0848PA... S 462 | GSWP | Great Southern Wood | C0848PASS | SSR013PGA | 24407 | P0848 | SANKO STREAM/013 | R3D | R3D | Bundles | 4 | 3,797,010 | |
| C0890PASS 6755 | GSWP | Great Southern Wood | C0890PASS | SSR019PGA | 24433 | BRIAN52 | SANKO STREAM/013 | PP1KO | PP1KO | Bundles | 30 | 13,205,362 | |
| | | | | | | | | | | | 54 | 17,626,120 | |
| C587PASS 495 | GSWP | Great Southern Wood | C587PASS | SSR013PGA | 24434 | P00587 | SANKO STREAM/013 | KD1DX | KD1DX | Bundles | 54 | 17,626,120 | |
| | | | | | | | | | | | 31 | 10,534,515 | |
| C0885 01534 | GSWP | Great Southern Wood | C889 | SWND08PGA | 24416 | P00889 | SWAN ARROW/008 | R3D | R3D | Bundles | 31 | 10,534,515 | |
| | | | | | | | | | | | 42 | 19,888,605 | |
| C773 03-109 | GSWP | Great Southern Wood | C773 | KEA041PGA | 24431 | P00773 | KESTREL ARROW/041 | C2DX | C2DX | Bundles | 42 | 19,888,605 | |
| | | | | | | | | | | | 23 | 10,090,428 | |
| C1167 03/23/0 | GSWP | Great Southern Wood | C1167 | SWND08PGA | 24455 | 914378 | SWAN ARROW/008 | C2DX | C2DX | Bundles | 23 | 10,090,428 | |
| | | | | | | | | | | | 23 | 10,090,207 | |
| C572 122 | GSWP | Great Southern Wood | C000000572 | KEA041PGA | 24453 | P00572 | KESTREL ARROW/041 | B58 | B58 | Bundles | 23 | 10,090,207 | |
| | | | | | | | | | | | 26 | 10,356,235 | |
| | | | | | | | | | | | 26 | 10,356,235 | |

AIG00133

# Delivery Breakdown

## SSA Gulfport
### SSA - Port of Gulfport - West Pier Gulfport, MS 39501

From : 3/1/2005     To : 3/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | ProbNo/BL# | ContId ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | C1111 5-240 | GSWP | Great Southern Wood | C1111 | KEA041PGA | | 24452 | P01111 | AVOCET ARROW/047 KESTREL ARROW/041 | L6/08 | L6/08 | Bundles | 9 | 9,890,560 | |
| | C1111 5-240 | GSWP | Great Southern Wood | C1111 | AVO047CMF | | 24452 | P01111 | AVOCET ARROW/047 KESTREL ARROW/041 | 3444 - 19 X | LUMBER | Bundles | 79 | 89,474,850 | |
| | C0863PAS S 202 | GSWP | Great Southern Wood | C0863PASS | SSR013PGA | | 24387 | P0863 | SANKO STREAM/013 | KO1D | KO1D | Bundles | 38 | 17,385,450 | |
| | | | | | | | | | | | | | 42 | 11,165,145 | |
| | C1142 5207 | GSWP | Great Southern Wood | C1142 | SWND08PG/ | | 24480 | P01142 | SWAN ARROW/008 | C2DX | C2DX | Bundles | 2 | 11,165,145 | |
| | | | | | | | | | | | | | 13 | 10,100,457 | |
| | C0947PAS S 7149 | unktown | Great Southern Wred | C0947PASS | SSR013PGA | | 24504 | 804357 | SANKO STREAM/013 | GS1DS | GS1DS | Bundles | 33 | 11,901,417 | |
| | | | | | | | | | | | | | 21 | 1,155, 10 | |
| | C1141 5-242 | GSWP | Great Southern Wood | C1141 | SWND09PG/ | | 24459 | P01141 | SWAN ARROW/008 | C2DX | C2DX | Bundles | 52 | 18,525,760 | |
| | | | | | | | | | | | | | 51 | 10,096,107 | |
| | C1110 5-241 | GSWP | Great Southern Wood | C1110 | SWND08PG | | 24461 | P01110 | AVOCET ARROW/047 SWAN ARROW/008 | HO4/09 | HO4/08 | Bundles | 23 | 10,096, 107 | |
| | | | | | | | | | | | | | 16 | 16,780,970 | |
| | C1110 5-241 | GSWP | Great Southern Wood | C1110 | AVO047CMF | | 24461 | P01110 | AVOCET ARROW/047 SWAN ARROW/008 | 3441 - 19 X | LUMBER | Bundles | 20 | 15,622,100 | |

38 12,410,970

02/08/2006 08:49:14 AM

AIG00134

Case 1:06-cv-00708-CSC    Document 22-3    Filed 05/30/2007    Page 52 of 171

**Delivery Breakdown**

SSA Gulfport
SSA - Port of Gulfport - West Pier, Gulfport, MS 39501

From : 3/1/2005    To : 3/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | ProbillBL# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/28/05 | C0849PAS S 3205 | GSWP | Great Southern Wood | C0849PASS | SSR013PGA | | 24532 | P00849 | SANKO STREAM/013 | C2DX | C2DX | Bundles | 18 | 11,374,945 | |
| | C0849PAS S 3205 | GSWP | Great Southern Wood | C0849PASS | SSR013PGA | | 24532 | P00849 | SANKO STREAM/013 | HD4/12 | HD4/12 | Bundles | 3 | 4,197.250 | |
| | | | | | | | | | | | | | 21 | 16,572,195 | |
| | C0864PAS S 5242 | GSWP | Great Southern Wood | C0864PASS | SSR013PGA | | 24533 | P00864 | SANKO STREAM/013 | KD1D | KD1D | Bundles | 42 | 11,165,145 | |
| | | | | | | | | | | | | | 42 | 11,165.145 | |
| | C0865PAS S 5240 | GSWP | Great Southern Wood | C0865PASS | SSR013PGA | | 24534 | P00865 | SANKO STREAM/013 | KD1D | KD1D | Bundles | 42 | 11,165,145 | |
| | | | | | | | | | | | | | 42 | 11,165.145 | |
| 03/29/05 | C0574 99-120 | JWP | Great Southern Wood | C000000574 | KEAD41PGA | | 24508 | P00574 | KESTREL ARROW/041 | B58 | B58 | Bundles | 42 | 11,165.145 | |
| | | | | | | | | | | | | | 42 | 11,165.145 | |
| | C0574 99-120 | JWP | Great Southern Wood | C000000575 | KEAD41PGA | | 24516 | P00574 | KESTREL ARROW/041 | B58 | B58 | Bundles | 28 | 12,691,330 | |
| | | | | | | | | | | | | | 28 | 12,691.330 | |
| | C580PASS 5-500 | GSWP | Great Southern Wood | C580PASS | SSR013PGA | | 24588 | P00580 | SANKO STREAM/013 | KO1D | KO1D | Bundles | 28 | 12,691,330 | |
| | | | | | | | | | | | | | 28 | 12,691,330 | |
| | C580PASS 5-500 | GSWP | Great Southern Wood | C580PASS | SSR013PGA | | 24588 | P00580 | SANKC STREAM/013 | KO1DX | KO1DX | Bundles | 20 | 19,002,460 | |
| | | | | | | | | | | | | | 15 | 19,613,475 | |
| | C1126PAS S 539 | GSWP | Great Southern Wood | C1126PASS | SSR013PGA | | 24587 | P1126 | SANKC STREAM/013 | KO1D | KO1D | Bundles | 35 | 19,215,925 | |
| | | | | | | | | | | | | | 34 | 13,324,165 | |
| | C1126PAS S 539 | GSWP | Great Southern Wood | C1126PASS | SSR013PGA | | 24587 | P1126 | SANKO STREAM/013 | HD4/10 | HD4/10 | Bundles | 4 | 4,665,780 | |
| | C1251 220 | GSWP | Great Southern Wood | C1251 | SWNG08PG/ | | 24553 | | SWAN ARROW/006 | C2DX | C2DX | Bundles | 38 | 17,999,945 | |
| | | | | | | | | | | | | | 23 | 10,090,207 | |

FEB-03-2005 03:54 3235560011

02/08/2006 08:49:16 AM

# Delivery Breakdown
## SSA Gulfport
### SSA - Port of Gulfport - West Pier, Gulfport, MS 39501
From : 3/1/2005          To : 3/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Probill/BL# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|------|-----------|---------|-----------|----------------|-----|-------------|-----------|----------|---------------|-------|-----------|-----------|-------|----------|--------|
| 03/31/05 | C0893 539 | GSWP | Great Southern Wood | C893 | KEA041PGA | | 24503 | P00893 | RHEIN ARROW/176 KESTREL ARROW/041 | R5D | R5D | Bundles | 33 | 13,701.102 | |
| | C0893 539 | GSWP | Great Southern Wood | C893 | KEA041PGA | | 24503 | P00893 | RHEIN ARROW/176 KESTREL ARROW/041 | R5D | R5D | Bundles | 38 | 15,697.395 | |
| | C0893 539 | GSWP | Great Southern Wood | C893 | KEA041PGA | | 24603 | P00893 | RHEIN ARROW/176 KESTREL ARROW/041 | RG1A | RG1A | Bundles | 8 | 11,528.017 | |
| | C0893 539 | GSWP | Great Southern Wood | C893 | RHE176PGA | | 24603 | P00893 | RHEIN ARROW/176 KESTREL ARROW/041 | BRAARBD | BRAARBD | Bundles | 7 | 6,482.700 | |
| | C939PASS 7468 | Georgia Pacific | Great Southern Wood | C939PASS | SSR013PGA | | 24638 | 239060 | SANKO STREAM/013 | HD04/C | HD04/08 | Bundles | 38 | 15,4.170 | |
| | | | | | | | | | | | | | 28 15,4.,.170 | | |

Total Vehicles 117

| | Units | Gross Wt | Net Wt |
|---|-------|----------|--------|
| Total | 4,078 | 83,417... | |

GENOA Breakbulk Management System

AIG0013

**Delivery Breakdown**

SSA Gulfport

SSA - Port of Gulfport - West Pier, Gulfport, MS 39501

From : 4/1/2005          To : 7/31/2005

| Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Prob/BL# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C973 55 | unknown | Great Southern Wood | C973 | 3442 | | 24598 | 230665 | AVOCET ARROW/045 KESTREL ARROW/041 | ALTO | LUMBER | Bundles | 23 | 16,717,660 | 18,717,660 |
| C1353 206 GSWP | | Great Southern Wood | C1362 | 3442A | | 24598 | 230665 | AVOCET ARROW/045 KESTREL ARROW/041 | ALTO | LUMBER | Bundles | 7 | 11,174,940 | 11,174,940 |
| C973 55 unknown | | Great Southern Wood | C973 | | | 24670 | 416 | SANKO STREAM/15 | BRA-KD1D | BRA-KD1D | Bundles | 42 | 11,165,145 | 11,165,145 |
| C1353 206 GSWP | | Great Southern Wood | C1363 | SSR015PGA | | 24669 | 415 | SANKO STREAM/16 | BRA-KD1D | BRA-KD1D | Bundles | 42 | 11,165,145 | 11,165,145 |
| C1362 65243 GSWP | | Great Southern Wood | C1362 | SSR015PGA | | 24666 | 917110A | SANKO ARROW/008 | C2DX | C2DX | Bundles | 23 | 10,090,207 | 10,090,207 |
| C650 01534 GSWP | | Great Southern Wood | C690 | SSR015PGA | | 24647 | P00890 | SWAN ARROW/008 | R3D | R3D | Bundles | 42 | 19,866,605 | 19,866,605 |
| C1359 5207 GSWP | | Great Southern Wood | C1359 | SWND09PG/ | | 24557 | 915739A | SANKO STREAM/15 | CMB1D | CMB1D | Bundles | 42 | 11,165,731 | 11,165,731 |
| C891 543 GSWP | | Great Southern Wood | C891 | SSR015PGA | | 24648 | P00891 | SWAN ARROW/008 | R3D | R3D | Bundles | 42 | 19,866,605 | 19,866,605 |
| C892 M05-500 | GSWP | Great Southern Wood | C892 | SWND08PG/ | | 24649 | P00892 | SWAN ARROW/008 | R3D | R3D | Bundles | 25 | 19,330,260 | 19,866,605 |
| C1306 99219 | GSWP | Great Southern Wood | C1336 | SWND08PG/ | | 24587 | P01376 | AVOCET ARROW/047 | 3449 - 10 X | LUMBER | Bundles | 6 | 11,708,550 | 11,708,550 |
| C1235 99219 | GSWP | Great Southern Wood | C1336 | AVO047CMF | | 24567 | P01338 | AVOCET ARROW/047 | 3446-19 X | LUMBER | Bundles | 19 | 17,621,710 | 17,621,710 |

30 17,892,800

GENOA Breakbulk Management System

## Delivery Breakdown
### SSA Gulfport
SSA - Port of Gulfport - West Pier Gulfport, MS 39501

From: 4/1/2005     To: 7/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Prob/I/BL# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/08/05 | C1113 502 | Watkins Trucking | Great Southern Wood | C1113 | SWN008PG/ KE4041PGA | | 24684 | P01113 | SWAN ARROW/008 KESTREL ARROW/041 SWAN ARROW/008 KESTREL ARROW/041 | HD408 | HD408 | Bundles | 17 | l5,856.155 | |
| | | | | | | | | | | | | | 21 | l8,597.015 | |
| | C1423 7391 | Georgia Pacific | Great Southern Wood | C1423 | SSR015PGA | | 24692 | 236542 | SANKO STREAM/15 | KO1D | KO1D | Bundles | 38 | l5,443.170 | |
| | | | | | | | | | | | | | 42 | l1,165.145 | |
| | C1397 539 | GSWP | Great Southern Wood | C1397 | SSR015PGA | | 24696 | P01397 | SANKO STREAM/15 | KD1D | KD1D | Bundles | 42 | l1,165.145 | |
| | | | | | | | | | | | | | 42 | l1,165.145 | |
| | C1400 506 | GSWP | Great Southern Wood | C1400 | SSR015PGA | | 24703 | P01400 | SANKO STREAM/15 | KO1D | KO1D | Bundles | 42 | l1,165.145 | |
| | | | | | | | | | | | | | 42 | l1,165.145 | |
| | C1398 05-500 | GSWP | Great Southern Wood | C1398 | SSR015PGA | | 24707 | P01398 | SANKO STREAM/15 | KO1D | KO1D | Bundles | 42 | l1,165.145 | |
| | | | | | | | | | | | | | 42 | l1,165.145 | |
| | C1399 05-504 | GSWP | Great Southern Wood | C1399 | SSR015PGA | | 24708 | P01399 | SANKO STREAM/15 | KO1D | KO1D | Bundles | 42 | l1,165.145 | |
| | | | | | | | | | | | | | 42 | l1,165.145 | |
| | C1396 450 | Watkins Trucking | Great Southern Wood | C1396 | SSR015PGA | | 24685 | P01396 | SANKO STREAM/15 | KD1D | KO1D | Bundles | 42 | l1,165.146 | |
| | | | | | | | | | | | | | 42 | l1,165.145 | |
| 07/05 | C0460PAS S 3109 | GSWP | Great Southern Wood | C0460PASS | SSR013PGA | | 24755 | P00460 | SANKO STREAM/013 | R9D | R9D | Bundles | 24 | l4,579.913 | |
| | | | | | | | | | | | | | 41 | l4,579.913 | |
| 02/08/2006 09:40:54 AM | C1402 362 | Watkins Trucking | Great Southern Wood | C1402 | SSR015PGA | | 24689 | P01402 | SANKO STREAM/15 | KO1D | KO1D | Bundles | 41 | l4,579.913 | |
| | | | | | | | | | | | | | 42 | l1,165.145 | |
| | | | | | | | | | | | | | 42 | l1,185,145 | |

AIG00

2/08/2006 09:40:55 AM

# Delivery Breakdown
### SSA Gulfport
SSA - Port of Gulfport - West Pier Gulfport, MS 39501
From : 4/1/2005
To : 7/31/2005

| Vehicle ID | Carrier | Consignee | Delivery Order | Lot | ProbItBL# | Contrl ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C1374 5-240 | GSWP | Great Southern Wood | C1374 | SSR015PGA | 24673 | 9169982C | | SANKO STREAM/15 | BRA-KD1D | BRA-KD1D | Bundles | 42 | 11,165.145 | 11,165.145 |
| C1384 5-139 | GSWP | Great Southern Wood | C1384 | SSR015PGA | 24701 | P01384 | | SANKO STREAM/15 | RG1A | RG1A | Bundles | 25 | 16,024.188 | 16,024.188 |
| C1373 0521Z | GSWP | Great Southern Wood | C1373 | SSR015PGA | 24672 | 9169828 | | SANKO STREAM/15 | BRA-KD1D | BRA-KD1D | Bundles | 42 | 11,165.145 | 11,165.145 |
| C1372 05-242 | GSWP | Great Southern Wood | C1372 | SSR015PGA | 24671 | 9169982A | | SANKO STREAM/15 | BRA-KD1D | BRA-KD1D | Bundles | 42 | 11,165.145 | 11,165.145 |
| C1375 05-207 | GSWP | Great Southern Wood | C1375 | SSR015PGA | 24731 | 9169982D | | SANKO STREAM/15 | BRA-KD1D | BRA-KD1D | Bundles | 42 | 11,165.145 | 11,165.145 |
| C1401 505 | GSWP | Great Southern Wood | C1401 | SSR015PGA | 24718 | P01401 | | SANKO STREAM/15 | KD1D | BRA-KD1D | Bundles | 42 | 11,165.145 | 11,165.145 |
| C1395 300L Watkins Trucking | | Great Southern Wood | C1395 | SSR015PGA | 24718 | P01395 | | SANKO STREAM/15 | KD1D | KD1D | Bundles | 5 | 4,900.613 | 4,900.613 |
| C1395 300L Watkins Trucking | | Great Southern Wood | C1395 | SSR015PGA | 24718 | P01395 | | SANKO STREAM/15 | KD1D | BRA-KD1D | Bundles | 37 | 16,264.533 | 16,264.533 |
| C1428 218 | Georgia Pacific | Great Southern Wood | C1428 | SSR015PGA | 24734 | 236547 | | SANKO STREAM/15 | KD1D | KD1D | Bundles | 42 | 11,165.145 | 11,165.145 |
| C1120 539 | GSWP | Great Southern Wood | C1120 | KEA041PGA | 24762 | P01120 | | KESTREL ARROW/041 | KO1D | KO1D | Bundles | 28 | 15,483.185 | 15,483.185 |
| C1120 539 | GSWP | Great Southern Wood | C1120 | KEN041PGA | 24762 | P01120 | | KESTREL ARROW/041 | R5D | R5D | Bundles | 14 | 12,208.085 | 12,208.085 |
| | | | | | | | | | | | | 40 | 17,692.270 | |

AIG00130

Date 02/08/2006 09:40:56 AM

**Delivery Breakdown**
SSA Gullport
SSA - Port of Gulfport - West Pier Gulfport, MS 39501
From : 4/11/2005    To : 7/31/2005

| Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Prob/W/BL# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt. | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C1499 4115 GSWP | Great Southern Wood | C1499 | AVOI047CMF | | 24763 | P01499 | AVOCET ARROW/047 SANKO STREAM/15 | HD308 | HD8/-8 | Bundles | 24 | 13,575,880 | |
| C1427 217 Georgia Pacific | Great Southern Wood | C1427 | SSR015PGA | | 24733 | 236546 | SANKO STREAM/15 | KD1D | KD1D | Bundles | 38 | 11,912,640 | |
| | | | | | | | | | | | | 42 | 11,165,145 | |
| C1429 224 Georgia Pacific | Great Southern Wood | C1429 | SSR015PGA | | 24735 | 236546 | SANKO STREAM/15 | KD1D | KD1D | Bundles | 42 | 11,165,145 | |
| | | | | | | | | | | | | 42 | 11,165,145 | |
| C1542 5-242 GSWP | Great Southern Wood | C1542 | WEA048PG/ | | 24742 | 915739B | WEAVER ARROW/048 | CMB1D | CMB1D | Bundles | 42 | 11,165,145 | |
| | | | | | | | | | | | | 42 | 11,165,145 | |
| C1567 511 unknown | Great Southern Wood | C1567 | SWN008PG/ | | 24749 | 644 | SWAN ARROW/008 | PP1KD | PP1KD | Bundles | 42 | 11,165,241 | |
| | | | | | | | | | | | | 50 | 14,839,000 | |
| C1424 7183 Mercor | Great Southern Wood | C1424 | SSR015PGA | | 24709 | 236543 | SANKO STREAM/15 | KD1D | KD1D | Bundles | 50 | 14,839,000 | |
| | | | | | | | | | | | | 42 | 11,165,145 | |
| | | | | | | | | | | | | 42 | 11,185,145 | |

AIG001^?

CSA PASC

**Delivery Breakdown**
SSA Gulfport
SSA - Port of Gulfport - West Pier Gulfport, MS 39501
From : 4/1/2005
To : 7/31/2005

02/08/2006 09:40:57 AM

| Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Prod#/BL# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt. | Net Wt. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C1340 01-534 | GSWP | Great Southern Wood | C1340 | AVO047CMF | | 24764 | p01340 | AVOCET ARROW/047 SWAN ARROW/008 | 3445 - 19 X | LUMBER | Bundles | 6 | 9,922,550 | |
| C1340 01-534 | GSWP | Great Southern Wood | C1340 | AVO047CMF | | 24764 | p01340 | AVOCET ARROW/047 SWAN ARROW/008 | 3442 - 18 X | LUMBER | Bundles | 6 | 9,578,520 | |
| C1340 01-534 | GSWP | Great Southern Wood | C1340 | AVO047CMF | | 24764 | p01340 | AVOCET ARROW/047 SWAN ARROW/008 | 3443 - 19 X | LUMBER | Bundles | 10 | 9,095,300 | |
| C1340 01-534 | GSWP | Great Southern Wood | C1340 | SWN008PGI | | 24764 | p01340 | AVOCET ARROW/047 SWAN ARROW/008 | HD6/08 | HD6/08 | Bundles | 6 | 5,027,040 | |
| C1540 20B | GSWP | Great Southern Wood | C1540 | WEA048PGI | | 24738 | p01540 | WEAVER ARROW/048 | R5D | R5D | Bundles | 28 | 14,623,360 | |
| C1540 20B | GSWP | Great Southern Wood | C1540 | WEA048PGI | | 24738 | p01540 | WEAVER ARROW/048 | R5D | R5D | Bundles | 14 | 12,209,085 | |
| C1540 20B | GSWP | Great Southern Wood | C1540 | WEA048PGI | | 24738 | p01540 | WEAVER ARROW/048 | FGS1A | FGS1A | Bundles | 6 | 8,845,805 | |
| C1540 20B | GSWP | Great Southern Wood | C1540 | WEA048PGI | | 24738 | p01540 | WEAVER ARROW/048 | B58 | B58 | Bundles | 10 | 11,675,475 | |
| 04/11/05 C1425 7395 | Mercer | Great Southern Wood | C1425 | SSR015PGA | | 24710 | 236544 | SANKO STREAM/15 | KD1D | KD1D | Bundles | 30 | 12,630,366 | |
| C161PASS 3-101 | GSWP | Great Southern Wood | C461PASS | SSR013PGA | | 24818 | 451 | SANKO STREAM/013 | R8D | R8D | Bundles | 42 | 11,165,145 | |
| C462PASS 3-102 | GSWP | Great Southern Wood | C462PASS | SSR013PGA | | 24816 | 452 | SANKO STREAM/013 | R9D | R9D | Bundles | 41 | 14,579,913 | |

41   14,878,913

AIGC 41

**Delivery Breakdown**
SSA Gulfport
SSA - Port of Gulfport - West Pier Gulfport, MS 39501
From: 4/1/2005   To: 7/31/2005

Date: 02/08/2005 09:40:58 AM

| Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Probill/BL# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C787PASS 3-107 | GSWP | Great Southern Wood | C787PASS | SSR013CMP | | 24817 | 787 | SANKO STREAM/013 | HD6/12 | HD6/12 | Bundles | 1 | 1,481,760 | |
| C787PASS 3-107 | GSWP | Great Southern Wood | C787PASS | SSR013P.GA | | 24817 | 787 | SANKO STREAM/013 | 3446 - ALTO | LUMBER | Bundles | 20 | 19,601,800 | |
| C1360 30 | unknown | Great Southern Wood | C1360 | SSR01SPGA | | 24777 | 778853 | SANKO STREAM/15 | 3449 - ALTO | LUMBER | Bundles | 5 | 9,757,125 | |
| C1360 30 | unknown | Great Southern Wood | C1360 | SSR01SPGA | | 24777 | 778853 | SANKO STREAM/15 | BRA-KD1D | BRA-KD1D | Bundles | 26 | 10,840,665 | |
| C1522 546 | GSWP | Great Southern Wood | C1522 | SSR01SPGA | | 24776 | PO1522 | SWAN ARROW/008 SANKO STREAM/15 | CMB1D | CMB1D | Bundles | 5 | 4,900,613 | |
| C1522 546 | GSWP | Great Southern Wood | C1522 | SSR01SPGA | | 24776 | PO1522 | SWAN ARROW/008 SANKO STREAM/15 | HD6/12 | HD6/12 | Bundles | 37 | 16,265,049 | |
| C1522 546 | GSWP | Great Southern Wood | C1522 | SSR01SPGA | | 24776 | PO1522 | SWAN ARROW/008 SANKO STREAM/15 | KO1D | KO1D | Bundles | 42 | 11,165,681 | |
| C1428 27 | M&P Trucking | Great Southern Wood | C1428 | SSR01SPGA | | 236545 | 236545 | SANKO STREAM/15 | HD6/08 | HD6/08 | Bundles | 18 | 17,842,205 | |
| C1522 546 | GSWP | Great Southern Wood | C1522 | SWN08PGA/ | | 24776 | PO1522 | SWAN ARROW/008 | HD6/08 | HD6/08 | Bundles | 2 | 2,983,520 | |
| C1522 546 | GSWP | Great Southern Wood | C1522 | SSR01SPGA | | 24776 | PO1522 | SWAN ARROW/008 SANKO STREAM/15 | HD6/08 | HD6/08 | Bundles | 14 | 13,829,760 | |
| C1428 27 | M&P Trucking | Great Southern Wood | C1428 | SSR01SPGA | | 236545 | 236545 | SANKO STREAM/15 | KO1D | KO1D | Bundles | 34 | 14,436,485 | |
| C1543 05244 | GSWP | Great Southern Wood | C1543 | WEA04BPG/ | | 24743 | 915739C | WEAVER ARROW/048 | CMB1O | CMB1D | Bundles | 42 | 11,165,241 | 11,165,241 |
| C1545 5-242 | GSWP | Great Southern Wood | C1545 | WEA04BPG/ | | 24745 | 915739E | WEAVER ARROW/048 | CMB1D | CMB1D | Bundles | 42 | 11,165,145 | 11,165,145 |
| C1574 827023 | GSWP | Great Southern Wood | C1574 | WEA04BPG/ | | 24774 | PO1574 | WEAVER ARROW/048 | KO1D | KO1D | Bundles | 42 | 11,165,241 | 11,165,241 |
| | | | | | | | | | | | | 42 | 11,165,145 | |

Delivery Breakdown
SSA Gulfport
SSA - Port of Gulfport - West Pier Gulfport, MS 39501
From : 4/1/2005    To : 7/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | ProBill/BL# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | C1541 05501 | GSWP | Great Southern Wood | C1541 | WEA048PG/ | | 24789 | 4605 | WEAVER ARROW/048 | KO1D | KO1D | Bundles | 19 | 18,622,328 | |
| | C1541 05501 | GSWP | Great Southern Wood | C1541 | WEA048PG/ | | 24789 | 4605 | WEAVER ARROW/048 | CMB1D | CMB1D | Bundles | 23 | 12,542,870 | |
| | C1508 223 | GSWP | Great Southern Wood | C1508 | WEA048PG/ | | 24790 | POB21887 WEAVER ARROW/048 | CMB1D | CMB1D | Bundles | 42 | 11,165,197 | |
| | | | | | | | | | | | | | 42 | 11,165,241 | |
| | C1573 S-501 C1573 S-501 | GSWP GSWP | Great Southern Wood Great Southern Wood | C1573 | WEAPGA44I WEAPGA44I | | 24775 24775 | PO1573 PO1573 | WEAVER ARROW/048 WEAVER ARROW/048 | KO1D CMB1D | KO1D CMB1D | Bundles Bundles | 2 40 | 1,880,245 9,204,991 | |
| | C1546 231 | GSWP | Great Southern Wood | C1546 | WEA048PG/ | | 24746 | 815739F | WEAVER ARROW/048 | CMB1D | CMB1D | Bundles | 42 | 11,165,236 | |
| | | | | | | | | | | | | | 42 | 11,165,241 | |
| | C1544 98-234 | GSWP | Great Southern Wood | C1544 | WEA048PG/ | | 24744 | 9157390 | WEAVER ARROW/048 | CMB1D | CMB1D | Bundles | 42 | 11,165,241 | |
| 04/12/05 | C1627 99-208 | GSWP | Great Southern Wood | C1627 | WEA048PG/ | | 24786 | 1827 | WEAVER ARROW/048 | KO1D | KO1D | Bundles | 42 | 11,165,241 | |
| | | | | | | | | | | | | | 42 | 11,165,145 | |
| | C1629 05-222 | GSWP | Great Southern Wood | C1629 | WEA048PG/ | | 24804 | 1629 | WEAVER ARROW/048 | KO1D | KO1D | Bundles | 42 | 11,165,145 | |
| | | | | | | | | | | | | | 42 | 11,165,145 | |
| | C1431 T457 Georgia Pacific | | Great Southern Wood | C1431 | SSR015PGA | | 24787 | 238550 | SANKO STREAM/15 | KO1D | KO1D | Bundles | 42 | 11,165,145 | |
| | | | | | | | | | | | | | 42 | 11,165,145 | |
| | C1569 1-225 | GSWP | Great Southern Wood | C1569 | WEA048PG/ | | 24801 | POB20187 | WEAVER ARROW/048 | CMB1D | CMB1D | Bundles | 42 | 11,165,241 | |
| | | | | | | | | | | | | | 42 | 11,165,241 | |
| | C1628 5-210 | GSWP | Great Southern Wood | C1628 | WEA048PG/ | | 24797 | | WEAVER ARROW/048 | KO1D | KO1D | Bundles | 42 | 11,165,241 | |
| | | | | | | | | | | | | | 42 | 11,165,145 | |

02/08/2006 09:40:59 AM

GENOA Breakbulk Management System

AIG001

**Delivery Breakdown**
SSA Gulfport
SSA - Port of Gulfport - West Pier Gulfport, MS 39501
From : 4/1/2005    To : 7/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Prob#/BL# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | C1389 539 | GSWP | Great Southern Wood | C1389 | SSR015PGCA | | 24809 | P01389 | SANKO STREAM/15 | RG1A | RG1A | Bundles | 25 | 16,024,188 | 25 16,024,188 |
| | C1630 98-231 | GSWP | Great Southern Wood | C1630 | WEA048PG/ | | 24793 | 1830 | WEAVER ARROW/048 | KO1D | KO1D | Bundles | 42 | 11,165,145 | 42 11,165,145 |
| | C1455 527 | GSWP | Great Southern Wood | C1455 | swn008pga8: | | 24814 | 804588 | SWAN ARROW/008 | C2DX | C2DX | Bundles | 42 | 11,165,146 | 42 11,165,146 |
| 04/13/005 | C1570 S-240 | GSWP | Great Southern Wood | C1570 | WEA048PG/ | | 24802 | PO920187 | WEAVER ARROW/048 | CMB1D | CMB1D | Bundles | 23 | 10,090,207 | 23 10,090,207 |
| | C1831 5-207 | GSWP | Great Southern Wood | C1831 | WEA048PG/ | | 24794 | 1631 | WEAVER ARROW/048 | KO1D | KO1D | Bundles | 42 | 11,165,241 | 42 11,165,241 |
| | C1430 223 | Georgia Pacific | Great Southern Wood | C1430 | SSR015PGA | | 24788 | 236549 | SANKO STREAM/15 | KO1D | KO1D | Bundles | 42 | 11,165,145 | 42 11,165,145 |
| | C1632 S-210 | GSWP | Great Southern Wood | C1632 | WEA048PG/ | | 24795 | 1832 | WEAVER ARROW/048 | KO1D | KO1D | Bundles | 42 | 11,165,145 | 42 11,165,145 |
| | C1432 207 | Georgia Pacific | Great Southern Wood | C1432 | SSR015PGA | | 24819 | 236551 | SANKO STREAM/15 | KO1D | KO1D | Bundles | 42 | 11,165,145 | 42 11,165,145 |
| | C1577 546 | GSWP | Great Southern Wood | C1577 | WEA048PG/ | | 24822 | PO1577 | WEAVER ARROW/048 | KO1D | KO1D | Bundles | 42 | 11,165,145 | 42 11,165,145 |
| | C1393 208 | GSWP | Great Southern Wood | C1393 | SSR015PGA | | 24747 | 9171108 | SANKO STREAM/15 | C2DX | C2DX | Bundles | 42 | 11,165,145 | 42 11,165,145 |
| | C1636 01-227 | GSWP | Great Southern Wood | C1626 | WEA048PG/ | | 24842 | 1636 | | KO1D | KO1D | Bundles | 23 | 10,090,207 | 23 10,090,207 |
| | | | | | | | | | | | | | 42 | 11,165,145 | 42 11,165,145 |

12/20/2006 09:41:02 AM

# Delivery Breakdown
## SSA Gulfport
### SSA - Port of Gulfport - West Pier Gulfport, MS 39501
From: 4/1/2005    To: 7/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | ProbillBL# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | C1119 05-136 | GSWP | Great Southern Wood | C1119 | KEA041PGA | | 24807 | P01119 | KESTREL ARROW/041 | R9D | R9D | Bundles | 42 | 15,423.325 | |
| | C1121 05-142 | GSWP | Great Southern Wood | C1121 | KEA041PGA | | 24806 | P01121 | KESTREL ARROW/041 | R5D | R5D | Bundles | 42 | 16,627.255 | |
| | C1581 01-532 | GSWP | Great Southern Wood | C1581 | WEA048PG/ | | 24826 | PO1581 | WEAVER ARROW/048 | KD1D | KD1D | Bundles | 42 | 16,627.255 | |
| | C1378 97-135 | GSWP | Great Southern Wood | C1378 | SSR015PGA | | 24798 | P01378 | SANKO STREAM/15 | B58 | B58 | Bundles | 42 | 11,165.145 | |
| | C1112 510 | GSWP | Great Southern Wood | C1112 | KEA041PGA | | 24550 | P01112 | KESTREL ARROW/041 | L608 | L608 | Bundles | 28 | 12,691.330 | |
| | C807 140 | GSWP | Great Southern Wood | C000000607 | KEA041PGA | | 24608 | P00607 | KESTREL ARROW/041 | BAL10A | BAL10A | Bundles | 38 | 17,537.920 | |
| | C1579 551 | GSWP | Great Southern Wood | C1579 | WEA048PG/ | | 24824 | PO1579 | WEAVER ARROW/048 | KD1D | KD1D | Bundles | 28 | 19,604.330 | |
| | C1580 515 | GSWP | Great Southern Wood | C1580 | WEA048PG/ | | 24825 | PO1580 | WEAVER ARROW/048 | KD1D | KD1D | Bundles | 42 | 11,165.145 | |
| | C1578 867146 | GSWP | Great Southern Wood | C1578 | WEA048PG/ | | 24823 | PO1578 | WEAVER ARROW/048 | KD1D | KD1D | Bundles | 42 | 11,165.145 | |
| | C1633 05-209 | GSWP | Great Southern Wood | C1633 | WEWA048P | | 24847 | 1633 | WEAVER ARROW/048 | KO1D | KD1D | Bundles | 42 | 11,165.145 | |
| | C1634 218 | GSWP | Great Southern Wood | C1634 | WEA048PG/ | | 24850 | 1634 | WEAVER ARROW/048 | KO1D | KD1D | Bundles | 42 | 11,165.145 | |
| | | | | | | | | | | | | | 42 | 11,165.145 | |

02/08/2006 09:41:03 AM

## Delivery Breakdown
### SSA Gulfport
SSA - Port of Gulfport - West Pier  Gulfport, MS 39501
From : 4/1/2005          To : 7/31/2005

| Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Prob#/BL# | CntrlID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C1576 01-534 | GSWP | Great Southern Wood | C1576 | WEA048PG/ | | 24821 | PO1576 | WEAVER ARROW/048 | KO1D | KO1D | Bundles | 42 | 11,165.145 | 11,165.145 |
| C1594 05-242 | GSWP | Great Southern Wood | C1594 | SSR015PGA | | 24748 | 917110C | SANKO STREAM/15 | C2DX | C2DX | Bundles | 23 | 10,090.207 | 10,090.207 |
| C1381 05-137 | GSWP | Great Southern Wood | C1381 | SSR015PGA | | 24833 | PO1381 | SANKO STREAM/15 | R9D | R9D | Bundles | 34 | 18,678.025 | |
| C1381 05-137 | GSWP | Great Southern Wood | C1381 | SSR015PGA | | 24833 | PO1381 | SANKO STREAM/15 | BRAR9D | BRAR9D | Bundles | 8 | 8,742.300 | |
| C1615 05-244 | GSWP | Great Southern Wood | C1615 | WEA048PG/ | | 24848 | 1835 | WEAVER ARROW/048 | KO1D | KO1D | Bundles | 42 | 15,423.325 | 11,165.145 |
| C1626 98-234 | GSWP | Great Southern Wood | C1626 | WEA048PG/ | | 24851 | 1626 | WEAVER ARROW/048 | R1D11 | R1D11 | Bundles | 42 | 11,160.000 | 11,160.000 |
| C1513 05240 | GSWP | Great Southern Wood | C1513 | AVA047CMP | | 24856 | po1513 | AVOCET ARROW/047 | 3443 - 19 X | LUMBER | Bundles | 28 | 19,647.780 | 19,647.780 |
| C1361  30 | PHILLIPS | Great Southern Wood | C1361 | SSR015FGA | | 24867 | 779354 | SANKO STREAM/15 | BRA-KO1D | BRA-KO1D | Bundles | 42 | 11,165.145 | 11,165.145 |
| C1639 05244 | GSWP | Great Southern Wood | C1639 | WEA048PG/ | | 24860 | PO1639 | WEAVER ARROW/048 | R5D | R5D | Bundles | 6 | 5,232.465 | |
| C1639 05244 | GSWP | Great Southern Wood | C1639 | WEA048PG/ | | 24860 | PO1639 | WEAVER ARROW/048 | R9D | R9D | Bundles | 27 | 16,460.000 | |
| C1639 05244 | GSWP | Great Southern Wood | C1639 | WEA048PG/ | | 24860 | PO1639 | WEAVER ARROW/048 | KO1D | KO1D | Bundles | 2 | 1,960.245 | |
| C1572 98-233 | GSWP | Great Southern Wood | C1572 | WEAPGA44I | | 24856 | PO920187 | WEAVER ARROW/048 | CMB1D | CMB1D | Bundles | 35 | 13,652.710 | 13,652.710 |
| | | | | | | | | | | | | 42 | 11,185.241 | 11,185.241 |

AIGOO'

# Delivery Breakdown
## SSA Gulfport
SSA - Port of Gulfport - West Pier Gulfport, MS 39501

From: 4/1/2005    To: 7/31/2005

| Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Prob/NBL# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C1376 98231 | GSWP | Great Southern Wood | C1376 | SSR015PGA | | 24736 | 919882E | SANKO STREAM/15 | BRA-K01D | BRA-K01D | Bundles | 42 | 11,165,146 42 11,165,145 | |
| C1571 05241 | GSWP | Great Southern Wood | C1571 | WEA048PGA | | 24857 | POB20167 | WEAVER ARROW/048 | CMB1D | CMB1D | Bundles | 42 | 11,165,241 42 11,165,241 | |
| C886 00-121 | GSWP | Great Southern Wood | C886 | SWN008PGA | | 24852 | POD986 | SWAN ARROW/008 | R3D | R3D | Bundles | 41 | 18,919,353 41 18,919,353 | |
| C576 99-118 | GSWP | Great Southern Wood | C000000576 | KEA041PGA | | 24861 | POO576 | KESTREL ARROW/041 | B58 | B58 | Bundles | 41 | 18,949,353 28 12,681,330 | |
| C1377 05-222 | GSWP | Great Southern Wood | C1377 | SSR015PGA | | 24737 | 816982F | SANKO STREAM/15 | BRA-K01D | BRA-K01D | Bundles | 28 | 12,681,330 42 11,165,145 | |
| C1025 98232 | GSWP | Great Southern Wood | C1625 | WEA048PGA | | 24859 | 1625 | WEAVER ARROW/048 | R1D11 | R1D11 | Bundles | 42 | 11,165,145 42 11,160,000 | |
| C888 208 | GSWP | Great Southern Wood | C888 | SWN008PGA | | 24873 | PD0888 | SWAN ARROW/008 | R3D | R3D | Bundles | 42 | 11,160,000 40 17,970,100 | |
| C1624 05207 | GSWP | Great Southern Wood | C1624 | WEA048PGA | | 24892 | P01624 | SANKO STREAM/15 WEAVER ARROW/048 | R1D11 | R1D11 | Bundles | 40 | 17,970,100 15 14,700,000 | |
| C1624 05207 | GSWP | Great Southern Wood | C1624 | SSR015PGA | | 24892 | P01624 | SANKO STREAM/15 WEAVER ARROW/048 | BRAR1D11 | BRAR1D11 | Bundles | 27 | 16,484,410 | |
| C1114 539 | GSWP | Great Southern Wood | C1114 | KEA041PGA | | 24876 | P01114 | KESTREL ARROW/041 | R889D | R889D | Bundles | 42 | 14,173,090 42 14,173,090 | |
| C1115 541 | GSWP | Great Southern Wood | C1115 | KEA041PGA | | 24877 | P01115 | KESTREL ARROW/041 | R9D | R9D | Bundles | 42 | 14,173,090 42 15,423,325 | |
| | | | | | | | | | | | | | 42 15,423,325 | |

GENOA Breakbulk Management System

AIG0014

FEB-09-2006 13:22  228/8599...    CSA PASC    #153E P.012 /045

## Delivery Breakdown

SSA Gulfport
SSA - Port of Gulfport - West Pier Gulfport, MS 39501
From : 4/1/2005          To : 7/31/2005

| Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Prob#/BL# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C1641 509 | GSWP | Great Southern Wood | C1641 | WEA048PG/ | | 24875 | PO1641 | WEAVER ARROW/048 | B58 | B58 | Bundles | 5 | 5,837,738 | |
| C1512PAS S 69219 | GSWP | Great Southern Wood | C1512PASS | SSR013PGA | | 24834 | 01512 | SANKO STREAM/013 | PP1KD | PP1KD | Bundles | 25 14,667,088 / 56 | 19,019,680 | |
| C1661PAS S 1-227 | GSWP | Great Southern Wood | C1661PASS | SSR013CMP | | 24944 | 0166f | SANKO STREAM/013 | 3445 - ALTO | LUMBER | Bundles | 2 | 3,337,500 | |
| C1681PAS S 123 | GSWP | Great Southern Wood | C1681PASS | SSR013PGA | | 24944 | 01661 | SANKO STREAM/013 | HD6/12 | HD6/12 | Bundles | 56 19,019,680 / 22 | 12,598,720 | |
| C1683PAS GSWP | GSWP | Great Southern Wood | C1683PASS | SSR013PGA | | 24943 | 01663 | SANKO STREAM/013 | HD6/08 | HD6/08 | Bundles | 24 15,906,220 / 38 | 17,537,820 | |
| C1582 5-504 | GSWP | Great Southern Wood | C1582 | WEA048PG/ | | 24827 | PO1582 | WEAVER ARROW/048 | KD1D | KD1D | Bundles | 38 | 17,537,820 | |
| C1454 01-532 | GSWP | Great Southern Wood | C1454 | AVO045CMF | | 24916 | 804578 | AVOCET ARROW/045 KESTREL ARROW/041 | ALTO | LUMBER | Bundles | 42 14,165,145 / 8 | 12,771,360 | |
| C1454 01-532 | GSWP | Great Southern Wood | C1454 | KEA041PGA | | 24918 | 804578 | AVOCET ARROW/045 KESTREL ARROW/041 | HD4/08 | HD4/08 | Bundles | 28 | 16,116,020 | |
| C1638 348L Watkins Trucking | | Great Southern Wood | C1638 | WEA048PG/ | | 24935 | 1638 | WEAVER ARROW/048 | KD1D | KD1D | Bundles | 36 18,887,380 / 42 | 11,165,145 | |
| | | | | | | | | | | | | 42 | 11,165,145 | |

02/08/2006 09:41:05 AM

GENOA Breakbulk Management System

AIG001

02/08/2008 09:41:06 AM

## Delivery Breakdown
### SSA Gulfport
SSA - Port of Gulfport - West Pier Gulfport, MS 39501

From : 4/1/2005    To : 7/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | ProBill/BL# | ContrlID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | C1637 469 | Watkins Trucking | Great Southern Wood | C1637 | WEA048PG/ | | 24901 | 1637 | WEAVER ARROW/048 | KO1D | KO1D | Bundles | 42 | 11,165.145 | 42 11,165.145 |
| | C1575 445 | Watkins Trucking | Great Southern Wood | C1575 | SSR015PGA | | 24938 | PO1575 | SANKO STREAM/15 WEAVER ARROW/048 | KO1D | KO1D | Bundles | 42 16,145.145 | 19 18,522.328 | |
| | C1575 445 | Watkins Trucking | Great Southern Wood | C1575 | WEA048PG/ | | 24938 | PO1575 | WEAVER ARROW/048 | KO1D | KO1D | Bundles | 23 | 12,542.818 | |
| 04/19/05 | C1648 404-L | Watkins Trucking | Great Southern..C1648 | C1648 | WEA048PG/ | | 24898 | PO1648 | WEAVER ARROW/048 | R9D | R9D | Bundles | 42 15,423.325 | 42 15,423.325 | |
| | C0448 98-19B | GSWP | Great Southern Wood | C000000048 | KEA041PGA | | 24924 | p00448 | KESTREL ARROW/041 | RG1A | RG1A | Bundles | 42 15,423.325 | 25 16,025.023 | |
| | C226 05-114 | GSWP | Great Southern Wood | C000000228 | SWN008PG/ | | 24926 | 01-P4003 | SWAN ARROW/008 | C2DX | C2DX | Bundles | 25 16,025.023 | 25 16,025.023 | |
| | C1732 452 | Watkins Trucking | Great Southern Wood | C1732 | SSR015PGA | | 24900 | P01732 | KESTREL ARROW/041 SANKO STREAM/15 | HD4/12 | HD4/12 | Bundles | 23 10,090.207 | 8 8,304.495 | |
| | C1732 452 | Watkins Trucking | Great Southern Wood | C1732 | KEA041PGA | | 24900 | P01732 | KESTREL ARROW/041 SANKO STREAM/15 | HD4/08 | HD4/08 | Bundles | 6 | 5,598.290 | |
| | C1732 452 | Watkins Trucking | Great Southern Wood | C1732 | SSR015PGA | | 24900 | P01732 | KESTREL ARROW/041 SANKO STREAM/15 | HD6/12 | HD6/12 | Bundles | 6 | 8,830.560 | |
| | C1732 452 | Watkins Trucking | Great Southern Wood | C1732 | SSR015PGA | | 24900 | P01732 | STREAM/15 SANKO KESTREL ARROW/041 | FGS3 | FGS3 | Bundles | 10 | 11,410.875 | |

28 14,292.220

Case 1:06-cv-00708-CSC     Document 22-3     Filed 05/30/2007     Page 67 of 171

# Delivery Breakdown

SSA Gulfport
SSA - Port of Gulfport - West Pier, Gulfport, MS 39501
From : 4/1/2005     To : 7/31/2005

| Vehicle ID | Carrier | Consignee | Delivery Order | Lot | ProblU/BL# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C1647 502 | Watkins Trucking | Great Southern Wood | C1647 | WEA048PG/ | | 24899 | PO1647 | WEAVER ARROW/048 | R90 | R90 | Bundles | 42 | 15,433.325 | |
| C1814 89-541 | GSWP | Great Southern Wood | C1814 | SSR01SPGA | | 24851 | 804744 | SANKO STREAM/15 | GS1DS | GS1DS | Bundles | 52 | 18,525.760 | |
| C1815 5-500 | GSWP | Great Southern Wood | C1815 | WEA048PG/ | | 24854 | 804745 | SANKO STREAM/15 WEAVER ARROW/048 | GS1DS | GS1DS | Bundles | 41 | 10,376.080 | |
| C1815 5-500 | GSWP | Great Southern Wood | C1815 | SSR01SPGA | | 24854 | 804745 | SANKO STREAM/15 WEAVER ARROW/048 | GS1DS | GS1DS | Bundles | 11 | 8,149.680 | |
| C1816 502 | GSWP | Great Southern Wood | C1816 | C2DX | | 24855 | 804746 | SWAN ARROW/008 | C2DX | C2DX | Bundles | 23 | 10,090.207 | |
| C1778 05-245 | GSWP | Great Southern Wood | C1778 | SWN008PG/ | | 24953 | P01778 | SWAN ARROW/008 STREAM/15 | C2DX | C2DX | Bundles | 4 | 6,972.210 | |
| C1778 05-245 | GSWP | Great Southern Wood | C1778 | SSR01SPGA | | 24953 | P01778 | SWAN ARROW/009 STREAM/15 | FGS2B | FGS2B | Bundles | 10 | 16,482.375 | |
| C1778 05-245 | GSWP | Great Southern Wood | C1778 | SSR01SPGA | | 24953 | P01778 | SWAN ARROW/008 STREAM/15 | HD6/12 | HD6/12 | Bundles | 4 | 5,927.040 | |
| C1778 05-245 | GSWP | Great Southern Wood | C1778 | SSR01SPGA | | 24953 | P01778 | SWAN ARROW/008 SANKO STREAM/15 | HD8/08 | HD6/-8 | Bundles | 6 | 5,893.965 | |

24   15,275.590

AIG001F3

**Delivery Breakdown**

SSA Gulfport

SSA - Port of Gulfport - West Pier Gulfport, MS 39501

From : 4/1/2005    To : 7/31/2005

| Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Probal/BL# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt. | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C1140 | GSWP | Great Southern Wood | C1140 | SSR013PGA | | 24995 | 1140 | SANKO STREAM/013 | HD6/12 | HD8/12 | Bundles | 22 | 12,598,720 | |
| C1140 | GSWP | Great Southern Wood | C1140 | SSR013PGA | | 24995 | 1140 | SANKO STREAM/013 | HD4/10 | HD4/10 | Bundles | 4 | 4,665,760 | |
| C1333 99134 | GSWP | Great Southern Wood | C1333PASS | SSR013PGA | | 24996 | 01333 | SANKO STREAM/013 | HD6/08 | HD6/08 | Bundles | 26 | 17,284,500 | |
| C1333 99134 | GSWP | Great Southern Wood | C1333PASS | SSR013PGA | | 24996 | 01333 | SANKO STREAM/013 | HD6/08 | HD6/08 | Bundles | 30 | 19,635,200 | |
| C1333 99134 | GSWP | Great Southern Wood | C1333PASS | SSR013PGA | | 24996 | 01333 | SANKO STREAM/013 | HD8/10 | HD8/10 | Bundles | 2 | 2,469,600 | |
| C1333 99134 | GSWP | Great Southern Wood | C1333PASS | SSR013CMP | | 24996 | 01333 | SANKO STREAM/013 | 3445 - ALTO | LUMBER | Bundles | 4 | 6,815,000 | |
| C903PASS 5113 | GSWP | Great Southern Wood | C903PASS | SSR013PGA | | 24997 | P00903 | SANKO STREAM/013 | HD4/08 | HD4/08 | Bundles | 36 | 18,719,800 | |
| C903PASS 5113 | GSWP | Great Southern Wood | C903PASS | SSR013PGA | | 24997 | P00903 | SANKO STREAM/013 | HD4/08 | HD4/08 | Bundles | 18 | 10,788,870 | |
| C903PASS 5113 | GSWP | Great Southern Wood | C903PASS | SSR013PGA | | 24997 | P00903 | SANKO STREAM/013 | HD6/08 | HD6/08 | Bundles | 19 | 18,788,960 | |
| C459PASS 459 | GSWP | Great Southern Wood | C459PASS | SSR013PGA | | 24998 | p00459 | SANKO STREAM/013 | R9D | R9D | Bundles | 37 | 15,587,830 | |
| | | | | | | | | | | | | 41 | 14,679,913 | |
| | | | | | | | | | | | | 41 | 14,679,913 | |

41 14,679,913

Delivery Breakdown
SSA Gulfport
SSA - Port of Gulfport - West Pier Gulfport, MS 39501
From : 4/1/2005     To : 7/31/2005

| Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Prob/Bill# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt. | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C1777 05-204 | GSWP | Great Southern Wood | C1777 | AVO045CMF | | 24959 | P01777 | AVOCET ARROW/047 AVOCET ARROW/045 SANKO STREAM/15 | ALTO | LUMBER | Bundles | 2 | 3,307,500 | |
| C1777 05-204 | GSWP | Great Southern Wood | C1777 | SSR015PGA | | 24959 | P01777 | AVOCET ARROW/047 AVOCET ARROW/045 SANKO STREAM/15 | HD4/10 | HD4/10 | Bundles | 1 | 1,166,445 | |
| C1777 05-204 | GSWP | Great Southern Wood | C1777 | AVO045CMF | | 24959 | P01777 | AVOCET ARROW/047 AVOCET ARROW/045 SANKO STREAM/15 | ALTO | LUMBER | Bundles | 8 | 9,578,520 | |
| C1777 05-204 | GSWP | Great Southern Wood | C1777 | AVO047CMF | | 24959 | P01777 | AVOCET ARROW/047 AVOCET ARROW/045 SANKO STREAM/15 | 3442 - 19 X | LUMBER | Bundles | 1 | 1,586,420 | |
| C1777 05-204 | GSWP | Great Southern Wood | C1777 | SSR015PGA | | 24959 | P01777 | AVOCET ARROW/047 AVOCET ARROW/045 SANKO STREAM/15 | HD4/12 | HD4/12 | Bundles | 16 | 12,385,319 | |
| C1783 510 | GSWP | Great Southern Wood | C1783 | SSR015PGA | | 24976 | P01783 | SANKO STREAM/15 | GS1DS | GS1DS | Bundles | 26 18,034,204 52 18,525,760 | | |

52 18,525,760

GENOA Breakbulk Management System

02/08/2006 09:41:09 AM

AIG0(...

**Delivery Breakdown**

SSA Gulfport
SSA - Port of Gulfport - West Pier Gulfport, MS 39501
From : 4/1/2005    To : 7/31/2005

02/08/2006 09:41:10 AM

| Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Probill/BL# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C1809 5904 | GSWP | Great Southern Wood | C1809 | KEA041CMP | | 24978 | P01809 | ALTO KESTREL ARROW/041 WEAVER ARROW/048 | ALTO | LUMBER | Bundles | 9 | 13,694,930 | 13,694,930 |
| C1781 545 | GSWP | Great Southern Wood | C1781 | SWN008PG/ | | 24979 | P01781 | SWAN ARROW/008 | C2DX | C2DX | Bundles | 18 | 17,388,860 | 17,388,860 |
| C1782 01-534 | GSWP | Great Southern Wood | C1782 | SWN008PG/ | | 24984 | P01782 | SWAN ARROW/008 | C2DX | C2DX | Bundles | 23 | 10,090,207 | 10,090,207 |
| C887 01-124 | GSWP | Great Southern Wood | C887 | SWN008PG/ | | 24969 | P00887 | SWAN ARROW/008 | R3D | R3D | Bundles | 23 | 10,090,207 | 10,090,207 |
| C1810 05-239 | GSWP | Great Southern Wood | C1810 | WEA048CMf | | 24958 | P01810 | WEAVER ARROW/048 | 5471 - 19 x | LUMBER | Bundles | 41 | 18,919,353 | 18,919,353 |
| C1812 97-408 | GSWP | Great Southern Wood | C1812 | KEA041CMP | | 24957 | P01812 | KESTREL ARROW/041 WEAVER ARROW/048 | ALTO | LUMBER | Bundles | 18 | 17,389,860 | 17,389,860 |
| | | | | | | | | | | | | 3 | 6,919,290 | 6,919,290 |
| C1812 97-408 | GSWP | Great Southern Wood | C1812 | WEA048CMf | | 24957 | P01812 | KESTREL ARROW/041 WEAVER ARROW/048 | 5470 - 19 x | LUMBER | Bundles | 1 | 2,306,430 | 2,306,430 |
| C1812 97-408 | GSWP | Great Southern Wood | C1812 | WEA048CMi | | 24957 | P01812 | KESTREL ARROW/041 WEAVER ARROW/048 | 3561 - 19 x | LUMBER | Bundles | 16 | 15,587,520 | 15,587,520 |
| C1350 05-128 | GSWP | Great Southern Wood | C1380 | SSR015PGA | | 24991 | P01380 | SANKO STREAM/15 | B58 | B58 | Bundles | 20 | 14,823,240 | 14,823,240 |
| | | | | | | | | | | | | 20 | 12,691,330 | 12,691,330 |
| | | | | | | | | | | | | 28 | 12,691,330 | 12,691,330 |

AIG001

**Delivery Breakdown**
SSA Gulfport
SSA - Port of Gulfport - West Pier Gulfport, MS 39501
From : 4/1/2005     To : 7/31/2005

| Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Prob/U/Blf | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C1811 971490 | GSWP | Great Southern Wood | C1811 | WEA048CMI | | 24975 | P01811 | WEAVER ARROW/048 | 3561 - 19 x | LUMBER | Bundles | 6 13,549,070 | | |
| C1383 05-112 | GSWP | Great Southern Wood | C1383 | SSR015PGA | | 24993 | P01383 | SANKO STREAM/015 | R9D | R9D | Bundles | 19 17,675,080 / 42 15,423,325 | | |
| C1382 05-110 | GSWP | Great Southern Wood | C1382 | SSR015PGA | | 24992 | P01382 | SANKO STREAM/015 | R9D | R9D | Bundles | 42 15,423,325 / 42 15,423,325 | | |
| C1846 611 Watkins Trucking | | Great Southern Wood | C1846 | WEA048PGA | | 24933 | P01646 | WEAVER ARROW/048 | R889D | R889D | Bundles | 42 15,423,325 / 42 15,423,325 | | |
| C1660PAS 5212 | GSWP | Great Southern Wood | C1660PASS | SSR013PGA | | 25009 | 1660 | SANKO STREAM/013 | HD6/08 | HD6/08 | Bundles | 42 14,173,080 / 38 17,537,620 | | |
| C1117 123 | GSWP | Great Southern Wood | C1117 | KEA041PGA | | 25000 | P01117 | KESTREL ARROW/041 | R9D | R9D | Bundles | 38 17,537,920 / 42 15,423,325 | | |
| C1664PAS 01 | GSWP | Great Southern Wood | C1664PASS | SSR013PGA | | 25010 | 1664 | SANKO STREAM/013 | GS1DS | GS1DS | Bundles | 42 15,423,325 / 24 17,781,120 | | |
| C1654PAS 01 | GSWP | Great Southern Wood | C1664PASS | SSR013PGA | | 25010 | 1664 | SANKO STREAM/013 | BRAR9D | BRAR9D | Bundles | 2 1,686,825 | | |
| C1664PAS 01 | GSWP | Great Southern Wood | C1664PASS | SSR013PGA | | 25010 | 1664 | SANKO STREAM/013 | PP1KD | PP1KD | Bundles | 28 16,110,280 | | |
| C1116 546 | GSWP | Great Southern Wood | C1116 | KEA041PGA | | 24699 | P01116 | KESTREL ARROW/041 | R9D | R9D | Bundles | 62 17,584,225 / 42 15,423,325 | | |
| | | | | | | | | | | | | 42 15,423,325 | | |

GENOA Breakbulk Management System

AIG00155

**Delivery Breakdown**
SSA Gulfport
SSA - Port of Gulfport - West Pier Gulfport, MS 39501
From : 4/1/2005      To : 7/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Proj/JBL/# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/22/2005 | C1386 403234 | GSWP | Great Southern Wood | C1386 | SSR015PGA | | 25001 | PO1386 | SANKO STREAM/15 | RB89D | RB89D | Bundles | 42 | 14,173.090 | |
| | C1385 05-137 | GSWP | Great Southern Wood | C1385 | SSR015PGA | | 24994 | PO1385 | SANKO STREAM/15 | R3D | R3D | Bundles | 30 | 10,653.866 | |
| | C1385 05-137 | GSWP | Great Southern Wood | C1385 | | | 24994 | PO1385 | SANKO STREAM/15 | | | Bundles | 12 | 11,391.030 | |
| | C1650 97-135 | GSWP | Great Southern Wood | C1650 | WEA048PG/ | | 25015 | PO1650 | WEAVER ARROW/048 | R9D | R9D | Bundles | 42 | 12,344.916 | |
| | | | | | | | | | | | | | 42 | 15,423.325 | |
| | C1649 03-108 | GSWP | Great Southern Wood | C1649 | WEA048PG/ | | 25018 | PO1649 | WEAVER ARROW/048 | R9D | R9D | Bundles | 42 | 15,423.325 | |
| | | | | | | | | | | | | | 42 | 15,423.325 | |
| 04/25/05 | C1644 522 | GSWP | Great Southern Wood | C1644 | WEA048PG/ | | 25022 | PO1644 | WEAVER ARROW/048 | B58 | B58 | Bundles | 42 | 15,421.325 | |
| | | | | | | | | | | | | | 27 | 11,523.783 | |
| | C1645 518 | GSWP | Great Southern Wood | C1645 | WEA048PG/ | | 25023 | PO1645 | WEAVER ARROW/048 | RB89D | RB89D | Bundles | 27 | 11,523.783 | |
| | | | | | | | | | | | | | 42 | 14,173.090 | |
| | C1819 1114 REBEL | | Great Southern Wood | C1819 | WEA048PG/ | | 25005 | 236689 | SANKO STREAM/15 WEAVER ARROW/048 | HD4/10 | HD4/10 | Bundles | 42 | 14,173.090 | |
| | | | | | | | | | | | | | 6 | 6,998.670 | |
| | C1819 1114 REBEL | | Great Southern Wood | C1819 | SSR015PGA | | 25005 | 236689 | SANKO STREAM/15 WEAVER ARROW/048 | HD4/10 | HD4/10 | Bundles | 24 | 17,994.680 | |
| | | | | | | | | | | | | | 30 | 14,993.250 | |

AIG0...J6

02/08/2006 09:41:13 AM

# Delivery Breakdown
## SSA Gulfport
### SSA - Port of Gulfport - West Pier, Gulfport, MS 39501
From : 4/1/2005    To : 7/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Prob/BIL/DL# | Contol ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/26/05 | C1975 539 | GSWP | Great Southern Wood | C1975 | SSR105PGA | | 25049 | 804903 | SANKO STREAM/15 WEAVER ARROW/048 | HD4/08 | HD4/08 | Bundles | 19 | 17,721.585 | |
| | C1975 539 | GSWP | Great Southern Wood | C1975 | | | 25049 | 804903 | | 3442 - 19 x | LUMBER | Bundles | 15 | 13,946.500 | |
| 05/27/05 | C1999 05-240 | GSWP | Great Southern Wood | C1999 | SSR015PGA | | 25056 | P01999 | SANKO STREAM/15 | BAL10A | BAL10A | Bundles | 28 | 19,604.330 | |
| | | | | | | | | | | | | | 28 | 19,604.330 | |
| | C1379 4-146 | GSWP | Great Southern Wood | C1379 | SSR015PGA | | 25045 | P01379 | SANKO STREAM/15 | B58 | B58 | Bundles | 42 | 15,423.325 | |
| | | | | | | | | | | | | | 28 | 12,691.330 | |
| | C1651 05-108 | GSWP | Great Southern Wood | C1651 | WEA048PGA | | 25039 | PO1651 | WEAVER ARROW/048 | R90 | R90 | Bundles | 34 | 11,667.886 | |
| | | | | | | | | | | | | | 42 | 15,423.325 | |
| | C2002 98-232 | GSWP | Great Southern Wood | C2002 | SSR015PGA | | 25055 | P02002 | SANKO STREAM/15 WEAVER ARROW/048 | HD4/08 | HD4/08 | Bundles | 10 | 9,327.150 | |
| | C2002 98-232 | GSWP | Great Southern Wood | C2002 | SSR015PGA | | 25055 | P02002 | SANKO STREAM/15 WEAVER ARROW/048 | HD4/12 | HD4/12 | Bundles | 14 | 19,581.154 | |
| | C2002 98-232 | GSWP | Great Southern Wood | C2002 | WEA048CMI | | 25055 | PO2002 | SANKO STREAM/15 WEAVER ARROW/048 | 3442 - 19 x | Bundles | Bundles | 6 | 9,578.520 | |
| | C1993 05-216 | GSWP | Great Southern Wood | C1993 | SWIN008PGI | | 25059 | P01993 | SWAN ARROW/008 | C2DX | C2DX | Bundles | 30 | 18,492.824 | |
| | | | | | | | | | | | | | 23 | 10,090.207 | |
| | C1991 05-242 | GSWP | Great Southern Wood | C1991 | SWN008PGI | | 25084 | P01991 | SWAN ARROW/008 | C2DX | C2DX | Bundles | 23 | 10,090.207 | |
| | | | | | | | | | | | | | 23 | 10,090.207 | |
| | | | | | | | | | | | | | 23 | 10,090.207 | |

GENOA Breakbulk Management System

AIG001

AIG00158

FEB.09.2006 15:24 228/5989854    CSA PASC    #1538 P.021/243

**Delivery Breakdown**
SSA Gulfport
SSA - Port of Gulfport - West Pier Gulfport, MS 39501
From : 4/1/2005          To : 7/31/2005

| Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Probill/BL# | Contrel ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C1992 99-218 | GSWP | Great Southern Wood | C1992 | SSR015PGA | | 25658 | P01992 | SWAN ARROW/008 SANKO STREAM/15 | C2DX | C2DX | Bundles | 6 | 10,458,315 | |
| C1992 99-218 | GSWP | Great Southern Wood | C1992 | SWN008PG/ | | 25658 | P01992 | SWAN ARROW/008 SANKO STREAM/15 | C2DX | C2DX | Bundles | 17 | 9,631,893 | |

23 10,090,208

GENOA Breakbulk Management System

02/08/2006 08:41:14 AM

AIG' '59

**Delivery Breakdown**

SSA Gulfport

SSA - Port of Gulfport I - West Pier Gulfport, MS 39501

From : 4/1/2005　　　　　To : 7/31/2005

| Vessel ID | Carrier | Consignee | Delivery Order | Lot | Prob/B/L# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C1521 510 | GSWP | Great Southern Wood | C1521 | SSR015PGA | 25071 | P01521 | | AVOCET ARROW/047 AVOCET ARROW/045 KESTREL ARROW/041 SANKO STREAM/15 | HD6/12 | HD6/12 | Bundles | 8 | 11,854,080 | |
| C1521 510 | GSWP | Great Southern Wood | C1521 | KEA041PGA | 25071 | P01521 | | AVOCET ARROW/047 AVOCET ARROW/045 KESTREL ARROW/041 SANKO STREAM/15 | HD408 | HD4/08 | Bundles | 6 | 5,596,280 | |
| C1521 510 | GSWP | Great Southern Wood | C1521 | SSR015PGA | 25071 | P01521 | | AVOCET ARROW/047 AVOCET ARROW/045 KESTREL ARROW/041 SANKO STREAM/15 | HD8/12 | HD8/12 | Bundles | 2 | 2,945,880 | |
| C1521 510 | GSWP | Great Southern Wood | C1521 | SAS015PGA | 25071 | P01521 | | AVOCET ARROW/047 AVOCET ARROW/045 KESTREL ARROW/041 SANKO STREAM/15 | HD4/12 | HD4/12 | Bundles | 5 | 6,995,412 | |
| C1521 510 | GSWP | Great Southern Wood | C1521 | AVA047CMP | 25071 | P01521 | | AVOCET ARROW/047 AVOCET ARROW/045 KESTREL ARROW/041 SANKO STREAM/15 AVOCET | 3443 - 19 X | LUMBER | Bundles | 1 | 1,909,530 | |
| C1521 510 | GSWP | Great Southern Wood | C1521 | AVA045CMP | 25071 | P01521 | | AVOCET ARROW/047 | ALTO | LUMBER | Bundles | 4 | 8,385,680 | |

GENOA Breakbulk Management System

2/20/2008 09:41:15 AM

AIG00160

# Delivery Breakdown

SSA Gulfport
SSA - Port of Gulfport - West Pier Gulfport, MS 39501

From : 4/1/2005          To : 7/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Prob#/BL# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|------|-----------|---------|-----------|----------------|-----|-----------|-----------|----------|---------------|-------|-----------|-----------|-------|----------|--------|
| 02/08/2006 09:41:18 AM | C1621 510 | GSWP | Great Southern Wood | C1621 | SAS015PGA | | 25071 | P01521 | ARROW/045 KESTREL ARROW/041 SANKO STREAM/16 AVOCET ARROW/047 AVOCET ARROW/045 KESTREL ARROW/041 SANKO STREAM/15 | HDB08 | HDB/-8 | Bundles | 2 | 1,964,855 | |

28 17,681,627

09/20/2006 09:41:17 AM

# Delivery Breakdown
### SSA Gulfport
SSA - Port of Gulfport - West Pier, Gulfport, MS 39501

From : 4/1/2005   To : 7/31/2005

| Vehicle ID | Carrior | Consignee | Delivery Order | Lot | Probill/BL# | Control ID | Cost Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt. | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C2009 549 | GSWP | Great Southern Wood | C2009 | WEA044CMI | | 25070 | P02009 | | 3446 - 19 x | LUMBER | Bundles | | | |
| C2009 549 | GSWP | Great Southern Wood | C2009 | SSR015PGA | | 25070 | P02009 | SWAN ARROW/008 KESTREL ARROW/041 SANKO STREAM/15 WEAVER ARROW/048 | HD6/12 | HD6/12 | Bundles | 7 | 10,372.320 | |
| C2009 549 | GSWP | Great Southern Wood | C2009 | SWN008PG/ | | 25070 | P02009 | SWAN ARROW/008 KESTREL ARROW/041 SANKO STREAM/15 WEAVER ARROW/048 | HD6/08 | HD6/08 | Bundles | 10 | 9,878.400 | |
| C2009 549 | GSWP | Great Southern Wood | C2009 | KEA041PGA | | 25070 | P02009 | SWAN ARROW/008 KESTREL ARROW/041 SANKO STREAM/15 WEAVER ARROW/048 | HD6/10 | HD6/10 | Bundles | 4 | 4,939.200 | |
| C1818 101 | REBEL | Great Southern Wood | C1818 | SSR015PGA | | 25560 | 236688 | SANKO STREAM/15 SWAN STREAM/15 WEAVER ARROW/048 | HD4/08 | HD4/08 | Bundles | 7 | 13,860.630 | |
| | | | | | | | | | | | | 28 | 19,080.550 | |
| | | | | | | | | | | | | 38 | 15,443.170 | |
| | | | | | | | | | | | | 38 | 15,443.170 | |

GENOA Breakbulk Management System

AIG001 2

## Delivery Breakdown
### SSA Gulfport
### SSA - Port of Gulfport - West Pier Gulfport, MS 39501
From : 4/1/2005    To : 7/31/2005

| Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Prod/Blf | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C2008 529 | GSWP | Great Southern Wood | C2008 | SSR015PGA | | 25069 | F02008 | SANKO STREAM/15 WEAVER ARROW/048 | HD04/12 | HD04/12 | Bundles | 12 | 16,768.989 | |
| C2008 529 | GSWP | Great Southern Wood | C2008 | WEA048CMI | | 25069 | F02008 | SANKO STREAM/15 WEAVER ARROW/048 | 3442-19 x | LUMBER | Bundles | 14 | 12,349.880 | |
| C1822 104 | unknown | Great Southern Wood | C1822 | SWN008PG/ | | 25083 | 236692 | AVOCET ARROW/045 SWAN ARROW/008 | HD06/10 | HD06/10 | Bundles | 26 | 19,138.869 | |
| | | | | | | | | | | | | 11 | 13,582.800 | |
| C1822 104 | unknown | Great Southern Wood | C1822 | AVO045CMF | | 25083 | 236692 | AVOCET ARROW/045 SWAN ARROW/008 | ALTO | LUMBER | Bundles | 19 | 11,421.250 | |
| C1821 106 | unknown | Great Southern Wood | C1821 | SWN008PG/ | | 25082 | 236691 | SWAN ARROW/008 | HD06/08 | HD06/08 | Bundles | 30 | 16,004.050 | |
| | | | | | | | | | | | | 38 | 17,537.920 | |
| C1817 293 | unknown | Great Southern Wood | C1817 | SSR015PGA | | 25075 | 236687 | KESTREL STREAM/15 SANKO ARROW/041 | HD04/08 | HD04/08 | Bundles | 38 | 17,537.920 | |
| C1817 293 | unknown | Great Southern Wood | C1817 | kea041pga3i | | 25075 | 236687 | KESTREL STREAM/15 SANKO ARROW/041 | HD04/08 | HD04/08 | Bundles | 19 | 17,721.585 | |
| C1388 512 | GSWP | Great Southern Wood | C1388 | SSR015PGA | | 25096 | P01388 | SANKO STREAM/15 | RSD | RSD | Bundles | 38 | 15,443.170 | |
| | | | | | | | | | | | | 42 | 16,627.265 | |
| C1387 500 | GSWP | Great Southern Wood | C1387 | SSR015PGA | | 25095 | P01387 | SANKO STREAM/15 | RSD | RSD | Bundles | 42 | 16,627.265 | |
| | | | | | | | | | | | | 42 | 16,627.255 | |

AIG001

## Delivery Breakdown
### SSA Gulfport
SSA - Port of Gulfport - West Pier Gulfport, MS 39501

From : 4/1/2005     To : 7/31/2005

| Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Prebill/BL# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C2003 S-222 | GSWP | Great Southern Wood | C2003 | SSR019PGA | | 25099 | P02003 | SWAN ARROW/008 | HD9/12 | HD6/12 | Bundles | 12 | 17,781,120 | |
| C2003 5-222 | GSWP | Great Southern Wood | C2003 | SWN008PGA | | 25099 | P02003 | SWAN ARROW/008 SANKO STREAM/15 SWAN ARROW/008 SANKO STREAM/15 | HD6/08 | HD6/08 | Bundles | 18 | 17,781,120 | |
| C2035 421 | GSWP | Great Southern Wood | C2035 | WEA048CMf | | 25079 | P02035 | WEAVER ARROW/048 | 3442 - 18 x | LUMBER | Bundles | 30 17,892,600 30 15,592,240 | 17,892,600 | |
| C2028 416 | GSWP | Great Southern Wood | C2026 | SSR019PGA | | 25080 | P2026 | SANKO STREAM/15 | HD4/08 | HD4/08 | Bundles | 30 17,892,600 38 15,443,170 | | |
| C2050PAS S 5209 | GSWP | Great Southern Wood | C2050PASS | SSR019PGA | | 25101 | 2050 | SANKO STREAM/013 | KO1D | KO1D | Bundles | 38 15,443,170 2 1,960,245 | | |
| C2050PAS S 5209 | GSWP | Great Southern Wood | C2050PASS | SSR019PGA | | 25101 | 2050 | SANKO STREAM/013 | BRA-KO1D | BRA-KO1D | Bundles | 2 1,960,245 | | |
| C2050PAS S 5209 | GSWP | Great Southern Wood | C2050PASS | SSR013CMP | | 25101 | 2050 | SANKO STREAM/013 | 12331 - | LUMBER | Bundles | 1 1,391,355 | | |
| C2050PAS S 5209 | GSWP | Great Southern Wood | C2050PASS | SSR013CMf | | 25101 | 2050 | SANKO STREAM/013 | 12332 - | LUMBER | Bundles | 1 1,733,130 | | |
| C2050PAS S 5209 | GSWP | Great Southern Wood | C2050PASS | SSR013CMP | | 25101 | 2050 | SANKO STREAM/013, | 12333 - | LUMBER | Bundles | 2 4,149,810 | | |
| C2050PAS 5209 | GSWP | Great Southern Wood | C2050PASS | SSR013PGA | | 25101 | 2050 | SANKO STREAM/013, | HD6/08 | HD6/08 | Bundles | 28 17,659,520 | | |
| C2037 51 | unknown | Great Southern Wood | C2037 | WEA048PGf | | 25094 | 656 | WEAVER ARROW/048 | HD4/08 | HD4/08 | Bundles | 36 18,854,305 38 15,443,170 | | |

38 15,443,170

AIG0^64

## Delivery Breakdown
### SSA Gulfport
SSA - Port of Gulfport - West Pier, Gulfport, MS 39501

From : 4/1/2005      To : 7/31/2005

| Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Prob#/B/L# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C1994 532 | GSWP | Great Southern Wood | Great Southern C1994 | SSR015PGA | | 25106 | P01994 | SANKO STREAM/15 | C2DX | C2DX | Bundles | 23 | 10,080.207 | 23 10,080.207 |
| C2019 96-232 | GSWP | Great Southern Wood | Great Southern C2019 | SSR015PGA | | 25102 | p02019 | SANKO STREAM/15 | HD8/12 | HD8/12 | Bundles | 26 | 18,296.440 | 26 18,296.440 |
| C1824 7395 Georgia Pacific | | Great Southern Wood | Great Southern C1824 | SSR015PGA | | 236694 | 236694 | SANKO STREAM/15 | HD4/08 | HD4/08 | Bundles | 38 | 15,443.170 | 38 15,443.170 |
| C2030 406 | GSWP | Great Southern Wood | Great Southern C2030 | SSR015PGA | | 25109 | P2030 | SANKO STREAM/15 | HD4/08 | HD4/08 | Bundles | 38 | 15,443.170 | 38 15,443.170 |
| C2028 423 | GSWP | Great Southern Wood | Great Southern C2028 | SSR015PGA | | 25108 | P2028 | SANKO STREAM/15 | HD4/08 | HD4/08 | Bundles | 38 | 15,443.170 | 38 15,443.170 |
| C1390 123 | GSWP | Great Southern Wood | Great Southern C1390 | SSR015PGA | | 25110 | P01390 | SANKO STREAM/15 | B58 | B58 | Bundles | 16 | 18,880.760 | 16 18,880.760 |
| C1390 123 | GSWP | Great Southern Wood | Great Southern C1390 | SSR015PGA | | 25510 | P01390 | SANKO STREAM/15 | R5D | R5D | Bundles | 16 | 13,953.240 | 16 13,953.240 |
| C1825 207 Georgia Pacific | | Great Southern Wood | Great Southern C1825 | SSR015PGA | | 25122 | 236695 | SANKO STREAM/15 | HD4/08 | HD4/08 | Bundles | 32 | 12,634.000 | 32 12,634.000 |
| C1391 505 | GSWP | Great Southern Wood | Great Southern C1391 | SSR015PGA | | 25111 | P01391 | SANKO STREAM/15 | R9D | R9D | Bundles | 8 | 6,747.300 | 8 6,747.300 |
| C1391 505 | GSWP | Great Southern Wood | Great Southern C1391 | SSR015PGA | | 25111 | P01391 | SANKO STREAM/15 | RG1A | RG1A | Bundles | 16 | 3,065.480 | 16 3,065.480 |
| C1391 505 | GSWP | Great Southern Wood | Great Southern C1391 | SSR015PGA | | 25111 | P01391 | SANKO STREAM/15 | R3D | R3D | Bundles | 4 | 4,127.185 | 4 4,127.185 |
| C1640 507 | GSWP | | C1640 | WEA048PG/ | | 25133 | PO1640 | WEAVER ARROW/048 | B58 | B58 | Bundles | 14 | 16,345.665 | 14 16,345.665 |
| C1640 507 | GSWP | | C1640 | WEA048PG/ | | 25133 | PO1640 | WEAVER ARROW/048 | R5D | R5D | Bundles | 20 | 17,441.550 | 20 17,441.550 |
| | | | | | | | | | | | | 28 13,928.965 | | |
| | | | | | | | | | | | | 34 13,787.215 | | |

AIG0^165

02/08/2006 09:41:21 AM

# Delivery Breakdown

SSA Gulfport

SSA - Port of Gulfport - West Pier Gulfport, MS 39501

From: 4/1/2005   To: 7/31/2005

| Vehicle ID | Carrier | Consignee | Delivery Order | Lot | ProdID/BL# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C1784 1-534 | GSWP | Great Southern Wood | C1784 | KEA041PGA | | 25024 | P01784 | KESTREL ARROW/041 SANKO STREAM/15 | HD4/08 | HD4/08 | Bundles | 18 | 15,788,870 | |
| C1784 1-534 | GSWP | Great Southern Wood | C1784 | SSR015PGA | | 25024 | P01784 | KESTREL ARROW/041 SANKO STREAM/15 | HD4/10 | HD4/10 | Bundles | 4 | 4,665,780 | |
| C1784 1-534 | GSWP | Great Southern Wood | C1784 | SSR015PGA | | 25024 | P01784 | KESTREL ARROW/041 SANKO STREAM/15 | HD4/12 | HD4/12 | Bundles | 8 | 8,394,495 | |
| C1784 1-534 | GSWP | Great Southern Wood | C1784 | SSR015PGA | | 25024 | P01784 | KESTREL SANKO ARROW/041 STREAM/15 | HD6/12 | HD6/12 | Bundles | 4 | 5,927,040 | |
| | | | | | | | | | | | | 32 | 15,776,185 | 35 15,443,170 |
| C2038 GM43 unknown | | Great Southern Wood | C2036 | WEA048PGA | | 25129 | 655 | WEAVER ARROW/048 | HD4/08 | HD4/08 | Bundles | 38 | 15,443,170 | 35 15,443,170 |
| C2034 416 | GSWP | Great Southern Wood | C2034 | WEA048PGA | | 25121 | P2034 | WEAVER ARROW/048 | HD4/01 | HD4/03 | Bundles | 38 | 15,443,470 | 24 17,954,660 |
| C1828 465 unknown | | Great Southern Wood | C1826 | WEA048PGA | | 25138 | 226896 | WEAVER ARROW/048 | HD4/10 | HD4/10 | Bundles | 8 | 9,578,520 | |
| C1828 485 unknown | | Great Southern Wood | C1826 | WEA048CMI | | 25138 | 226896 | WEAVER ARROW/048 | 3442 - 19 x | LUMBER | Bundles | 30 | 17,673,200 | 28 12,691,330 |
| C1843 5-507 | GSWP | Great Southern Wood | C1643 | WEA048PGA | | 25155 | P01643 | WEAVER ARROW/048 | B58 | B58 | Bundles | 28 | 12,891,330 | 28 12,691,330 |
| C1642 510 | GSWP | Great Southern Wood | C1642 | WEA048PGA | | 25156 | P01642 | WEAVER ARROW/048 | B58 | B58 | Bundles | 28 | 12,891,330 | 28 12,691,330 |

GENDA Breakbulk Management System

**AIG00166**

FEB.09.2006 15:26 27876969    CSA PASC    #1538 P.029/058

**Delivery Breakdown**
SSA Gulfport
SSA - Port of Gulfport - West Pier, Gulfport, MS 39501
From : 4/1/2005    To : 7/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Prob#/BL# | Control ID | Cust.Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | C2032 419 | GSWP | Great Southern Wood | C2032 | WEA048CMI | | 25120 | P02032 | SANKO STREAM/15 WEAVER ARROW/048 | 3441 - 19 x | LUMBER | Bundles | 16 | 19,216,575 | |
| | C2032 419 | GSWP | Great Southern Wood | C2032 | WEA048PG/ | | 25120 | P02032 | SANKO STREAM/15 WEAVER ARROW/048 | HD4/08 | HD4/08 | Bundles | 10 | 9,327,150 | |
| | C2032 419 | GSWP | Great Southern Wood | C2032 | SSR015PGA | | 25120 | P02032 | SANKO STREAM/15 WEAVER ARROW/048 | HD4/08 | HD4/08 | Bundles | 13 | 12,125,295 | |
| | | | | | | | | | | | | | 38 | 10,669,020 | |
| | C2120 5-242 | GSWP | Great Southern Wood | C2120 | WEA048CMI | | 25149 | P02120 | WEAVER ARROW/048 | 3446 - 19 x | Bundles | | 26 | 11,482,340 | |
| | C2119 6-244 | GSWP | Great Southern Wood | C2119 | WEA048CMI | | 25148 | P02119 | WEAVER ARROW/048 | 3443 - 19 x | LUMBER | Bundles | 26 | 19,847,780 | |
| | C1827 485 | unknown | Great Southern Wood | C1827 | SSR015PGA | | 25160 | 236697 | SANKO STREAM/15 | HD4/12 | HD4/12 | Bundles | 26 | 19,647,780 | |
| | C2128 6-209 | GSWP | Great Southern Wood | C2128 | WEA048CMI | | 25160 | P02128 | SANKO STREAM/15 WEAVER ARROW/048 | 3443 - 19 x | LUMBER | Bundles | 26 | 15,376,143 | |
| | | | | | | | | | | | | | 8 | 15,276,240 | |
| | C2128 5-209 | GSWP | Great Southern Wood | C2128 | SSR015PGA | | 25150 | P02128 | SANKO STREAM/15 WEAVER ARROW/048 | HD8/12 | HD8/12 | Bundles | 8 | 11,783,520 | |
| | C2128 5-209 | GSWP | Great Southern Wood | C2128 | SSR015PGA | | 25150 | P02128 | SANKO STREAM/15 WEAVER ARROW/048 | HD8/01 | HD8-3 | Bundles | 12 | 11,787,930 | |
| | | | | | | | | | | | | | 28 | 18,847,680 | |

AIG00167

02/08/2008 09:41:24 AM

# Delivery Breakdown
## SSA Gulfport
### SSA - Port of Gulfport - West Pier Gulfport, MS 39501
From : 4/1/2005
To : 7/31/2005

| Vehicle ID | Carrier | Consignee | Delivery Order | Lot | ProbNBL# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C2067 934749 | unknown | Great Southern Wood | C2067 | SSR015PGA | | 25154 | | SANKO STREAM/15 WEAVER ARROW/048 | HD4/06 | HD4/06 | Bundles | 30 | 11,002.625 | |
| C2067 934749 | unknown | Great Southern Wood | C2067 | WEA048PGA | | 25154 | | SANKO STREAM/15 WEAVER ARROW/048 | HD4/06 | HD4/06 | Bundles | 20 | 14,001.750 | |
| C09/009 C1828 465 | unknown | Great Southern Wood | C1828 | SWN008PGA | | 25182 | 236898 | SWAN ARROW/008 | HD6/08 | HD6/08 | Bundles | 50 | 15,004.375 | |
| | | | | | | | | | | | | 38 | 17,537.920 | |
| C1823 464 | FAIRFIELD | Great Southern Wood | C1823 | SSR015PGA | | 25181 | 236693 | SANKO STREAM/15 | HD6/12 | HD6/12 | Bundles | 26 | 18,525.760 | |
| C1995 01-534 | GSWP | Great Southern Wood | C1995 | SSR015PGA | | 25187 | P01995 | SANKO STREAM/15 | C2DX | C2DX | Bundles | 26 | 18,525.760 | |
| C01/005 C1829 510 | unknown | Great Southern Wood | C1829 | KEA041PGA | | 25195 | 236699 | SWAN ARROW/008 KESTREL ARROW/041 | HD6/10 | HD6/10 | Bundles | 23 | 10,090.207 | |
| | | | | | | | | | | | | 1 | 1,234.600 | |
| C1829 510 | unknown | Great Southern Wood | C1829 | SWN008PGA | | 25196 | 236699 | SWAN ARROW/008 KESTREL ARROW/041 | HD6/10 | HD6/10 | Bundles | 29 | 15,809.200 | |
| C2293 641 | GSWP | Great Southern Wood | C2293 | WEA048PGA | | 25195 | P02293 | WEAVER ARROW/048 | C2DX | C2DX | Bundles | 30 | 17,044.000 | |
| | | | | | | | | | | | | 23 | 10,090.207 | |
| | | | | | | | | | | | | 23 | 10,090.207 | |

GENOA Breakbulk Management System

AIG0^`68

AIG00169

# Delivery Breakdown
## SSA Gulfport
SSA - Port of Gulfport - West Pier Gulfport, MS 39501

From : 4/1/2005

To : 7/31/2005

Date: 8/08/2006 09:41:25 AM

| Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Prob/BL# | Consol ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C2127 472 | Walkins Trucking | Great Southern Wood | C2127 | WEA048PGA/ | | 25191 | P02127 | WEAVER ARROW/048 | HD6/12 | HD6/12 | Bundles | 4 | 5,827,040 | |
| C2127 472 | Walkins Trucking | Great Southern Wood | C2127 | WEA048CMI | | 25191 | P02127 | WEAVER ARROW/048 | 3446 - 19 x | LUMBER | Bundles | 6 | 11,880,540 | |
| C2127 472 | Walkins Trucking | Great Southern Wood | C2127 | WEA048PG/ | | 25191 | P02127 | WEAVER ARROW/048 | HD40B | HD40B | Bundles | 10 | 9,327,150 | |
| C2127 472 | Walkins Trucking | Great Southern Wood | C2127 | WEA048CMI | | 25191 | P02127 | WEAVER ARROW/048 | 3443 - 19 x | LUMBER | Bundles | 8 | 15,276,240 | |
| C1630 485 | Barnes & Berry | Great Southern Wood | C1630 | SSR016PGA | | 25199 | 236700 | SANKO STREAM/15 | HD6/12 | HD6/12 | Bundles | 28 | 12,410,970 | |
| | | | | | | | | | | | | 26 | 18,525,760 | |
| C2175 05212 | GSWP | Great Southern Wood | C2175 | SSP014PGA | | 25201 | P20175 | SANKO SPRING/014 | KD1D | KD1D | Bundles | 28 | 18,525,760 | |
| | | | | | | | | | | | | 42 | 11,165,145 | |
| C2270 05207 | GSWP | Great Southern Wood | C2270 | SSP014PGA | | 25218 | P02270 | SANKO SPRING/014 | R1D11 | R1D11 | Bundles | 42 | 11,165,145 | |
| | | | | | | | | | | | | 42 | 11,165,145 | |
| C2176 05229 | GSWP | Great Southern Wood | C2176 | SSP014PGA | | 25202 | C2176 | SANKO SPRING/014 | KD1D | KD1D | Bundles | 42 | 11,165,145 | |
| | | | | | | | | | | | | 42 | 11,165,145 | |
| C2276 05141 | GSWP | Great Southern Wood | C2276 | SSP014PGA | | 25210 | P02276 | SANKO SPRING/014 | B58 | B58 | Bundles | 42 | 11,165,145 | |
| | | | | | | | | | | | | 28 | 12,691,330 | |
| C2177 05241 | GSWP | Great Southern Wood | C2177 | SSP014PGA | | 25203 | P02177 | SANKO SPRING/014 | KD1D | KD1D | Bundles | 28 | 12,691,330 | |
| | | | | | | | | | | | | 42 | 11,165,145 | |
| C2181 01227 | GSWP | Great Southern Wood | C2181 | SSP014PGA | | 25225 | P02181 | SANKO SPRING/014 | KD1D | KD1D | Bundles | 42 | 11,165,145 | |
| | | | | | | | | | | | | 42 | 11,165,145 | |
| C2331 523 | GSWP | Great Southern Wood | C2331 | SSP014PGA | | 25236 | 2331 | SANKO SPRING/014 | CMB1D | CMB1D | Bundles | 42 | 11,165,145 | |
| | | | | | | | | | | | | 42 | 11,165,145 | |

AIG 70

**Delivery Breakdown**

SSA Gulfport

SSA - Port of Gulfport - West Pier, Gulfport, MS 39501

From: 4/1/2005    To: 7/31/2005

| Vehicle ID | Carrier | Consignee | Delivery Order | Lot | ProhibBL# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C2180 05216 | GSWP | Great Southern Wood | C2180 | SSP014PGA | | 25206 | P02180 | SANKO SPRING/014 | KD1D | KD1D | Bundles | 42 | 11,165.145 | |
| | | | | | | | | | | | | 42 | 11,165.145 | |
| C2179 05245 | GSWP | Great Southern Wood | C2179 | SSP014PGA | | 25205 | P02179 | SANKO SPRING/014 | KD1D | KD1D | Bundles | 42 | 11,165.145 | |
| | | | | | | | | | | | | 42 | 11,165.145 | |
| C2333 05501 | GSWP | Great Southern Wood | C2333 | SSP014PGA | | 25238 | 2333 | SANKO SPRING/014 | CMB1D | CMB1D | Bundles | 42 | 11,165.145 | |
| | | | | | | | | | | | | 42 | 11,165.145 | |
| C2182 05244 | GSWP | Great Southern Wood | C2182 | SSP014PGA | | 25228 | P02182 | SANKO SPRING/014 | KD1D | KD1D | Bundles | 42 | 11,165.145 | |
| | | | | | | | | | | | | 42 | 11,165.145 | |
| C2334 01534 | GSWP | Great Southern Wood | C2334 | SSP014PGA | | 25239 | 2334 | SANKO SPRING/014 | CMB1D | CMB1D | Bundles | 42 | 11,165.145 | |
| | | | | | | | | | | | | 42 | 11,165.145 | |
| C2183 88232 | GSWP | Great Southern Wood | C2183 | SSP014PGA | | 25254 | P02183 | SANKO SPRING/014 | KD1D | KD1D | Bundles | 42 | 11,165.145 | |
| | | | | | | | | | | | | 42 | 11,165.145 | |
| C2178 05209 | GSWP | Great Southern Wood | C2178 | SSP014PGA | | 25204 | P02178 | SANKO SPRING/014 | KD1D | KD1D | Bundles | 42 | 11,165.145 | |
| | | | | | | | | | | | | 42 | 11,165.145 | |
| C2332 126 | GSWP | Great Southern Wood | C2332 | SSP014PGA | | 25237 | 2332 | SANKO SPRING/014 | CMB1D | CMB1D | Bundles | 42 | 11,165.145 | |
| | | | | | | | | | | | | 42 | 11,165.145 | |
| C2165 467 | Barnes & Berry | Great Southern Wood | C2165 | SSP014PGA | | 25229 | 236652 | SANKO SPRING/014 | KD1D | KD1D | Bundles | 42 | 11,165.145 | |
| | | | | | | | | | | | | 42 | 11,165.145 | |
| C2274 206 | GSWP | Great Southern Wood | C2274 | SSP014PGA | | 25284 | P02274 | SANKO SPRING/014 | R1D11 | R1D11 | Bundles | 42 | 11,165.145 | |
| | | | | | | | | | | | | 42 | 11,165.145 | |
| C2164 5#6 | GSWP | Great Southern Wood | C2164 | SSP014PGA | | 25272 | 805051 | SANKO SPRING/014 | KD1D | KD1D | Bundles | 42 | 11,165.145 | |
| | | | | | | | | | | | | 42 | 11,165.145 | |

12/08/2006 09:41:26 AM

AIC 171

**Delivery Breakdown**
SSA Gulfport
SSA - Port of Gulfport - West Pier Gulfport, MS 39501
From : 4/1/2005
To : 7/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Prob/BL# | Contid ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C2336 | 095 | Sommer | Great Southern Wood | C2336 | SSP014PGA | 25252 | | 2336 | SANKO SPRING/014 | CMB1D | CMB1D | Bundles | 42 | 1,165.145 | 1,165.145 |
| C2271 5-240 | | GSWP | Great Southern Wood | C2271 | SSP014PGA | 25281 | P02271 | | SANKO SPRING/014 | R1D11 | R1D11 | Bundles | 42 | 1,165.145 | 1,165.145 |
| C2316 96-232 | | GSWP | Great Southern Wood | C2316 | SSP014PGA | 25286 | P02316 | | WEAVER ARROW/048 SANKO SPRING/014 | CMB1D | CMB1D | Bundles | 42 | 1,165.145 | 1,165.145 |
| C2316 96-232 | | GSWP | Great Southern Wood | C2316 | SSP014PGA | 25286 | P02316 | | WEAVER ARROW/048 SANKO SPRING/014 | 3442 - 19 x | LUMBER | Bundles | 20 | 19,602.450 | 602.450 |
| C2316 98-232 | | GSWP | Great Southern Wood | C2316 | WEA048CtAft | 25286 | P02316 | | WEAVER ARROW/048 SANKO SPRING/014 | HD408 | HD408 | Bundles | 6 | 9,578.520 | |
| C2163 512 | | GSWP | Great Southern Wood | C2163 | SSP014PGA | 25207 | 80S050 | | SANKO SPRING/014 | KD1D | KD1D | Bundles | 8 | 7,481.720 | |
| | | | | | | | | | | | | | 34 | 16,842.680 | |
| C2272 05242 | | GSWP | Great Southern Wood | C2272 | SSP014PGA | 25262 | P02272 | | SANKO SPRING/014 | R1D11 | R1D11 | Bundles | 42 | 1,165.145 | 1,165.145 |
| C2273 05222 | | GSWP | Great Southern Wood | C2273 | SSP014PGA | 25283 | P02273 | | SANKO SPRING/014 | R1D11 | R1D11 | Bundles | 42 | 1,165.145 | 1,165.145 |
| C2380 05220 | | GSWP | Great Southern Wood | C2380 | SSP014PGA | 25288 | 2380 | | SANKO SPRING/014 | R9D | R9D | Bundles | 42 | 1,165.145 | 1,165.145 |
| C2168 465 | | Barnes & Berry | Great Southern Wood | C2168 | SSP014PGA | 25259 | 235553 | | SANKO SPRING/014 | KD1D | KD1D | Bundles | 42 | 15,423.325 | 15,423.325 |
| | | | | | | | | | | | | | 42 | 1,165.145 | 1,165.145 |
| | | | | | | | | | | | | | 42 | 1,166.145 | |

4/18/2006 09:41:27 AM

AK 172

## Delivery Breakdown
### SSA Gulfport
SSA - Port of Gulfport - West Pier, Gulfport, MS 39501
From: 4/1/2005
To: 7/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Prob/Blt# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | C2308 | 900 unknown | Great Southern Wood | C2308 | SSP014PGA | | 25253 | 12021 | WEAVER SPRING/014 | L406 | L406 | Bundles | 20 | 14,001,120 | |
| | C2308 | 900 unknown | Great Southern Wood | C2308 | WEA048PGA | | 25253 | 12021 | WEAVER SPRING/048 | HD4/06 | HD4/06 | Bundles | 30 | 11,902,625 | |
| | C2277 03229 | GSWP | Great Southern Wood | C2277 | SSP014PGA | | 25285 | P02277 | SWAN ARROW/008 SANKO SPRING/014 | CMB1D | CMB1D | Bundles | 50 | 15,003,745 | |
| | C2277 03229 | GSWP | Great Southern Wood | C2277 | SWN008PGA | | 25265 | P02277 | SWAN ARROW/008 SANKO SPRING/014 | PP1KO | PP1KO | Bundles | 29 | 10,206,620 | |
| | C2345 99217 | GSWP | Great Southern Wood | C2345 | SSP014PGA | | 25283 | 2345 | SANKO SPRING/014 | CMB1D | CMB1D | Bundles | 49 | 19,809,070 | |
| | C2308 03200 | GSWP | Great Southern Wood | C2386 | SSP014PGA | | 25300 | P02366 | SANKO SPRING/014 | CMB1D | CMB1D | Bundles | 42 | 11,165,145 | |
| | C2381 98234 | GSWP | Great Southern Wood | C2381 | SSP014PGA | | 25309 | 2381 | SANKO SPRING/014 | R9D | R9D | Bundles | 42 | 15,423,325 | |
| | J05 C2340 2024 | unknown | Great Southern Wood | C2340 | SSP014PGA | | 25296 | 2340 | SANKO SPRING/014 | CMB1D | CMB1D | Bundles | 42 | 15,423,325 | |
| | C2185 510 | GSWP | Great Southern Wood | C2186 | SSP014PGA | | 25310 | P02186 | SANKO SPRING/014 | KO1D | KO1D | Bundles | 34 | 13,324,165 | |
| | C2186 510 | GSWP | Great Southern Wood | C2186 | SSP014PGA | | 25310 | P02186 | SANKO SPRING/014 | CMB1D | CMB1D | Bundles | 8 | 7,840,980 | |
| | | | | | | | | | | | | | 42 | 11,165,145 | |

**Delivery Breakdown**
SSA Gulfport
SSA - Port of Gulfport - West Pier Gulfport, MS 39501
From : 4/1/2005          To : 7/31/2005

| Vehicle ID | Carrier | Consignee | Delivery Order | Lot | ProbillBL# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C2188<br>01-339 | GSWP | Great Southern<br>Wood | C2188 | SSP014PGA | | 25319 | P02188 | SANKO<br>SPRING/014 | CMB1D | CMB1D | Bundles | 42 | 11,165,145 | |
| C2184<br>05-245 | GSWP | Great Southern<br>Wood | C2184 | SSP014PGA | | 25303 | P02184 | SANKO<br>SPRING/014 | KD1D | KD1D | Bundles | 42<br>42 | 11,165,145<br>11,165,145 | |
| C2168 487 | GSWP | Great Southern<br>Wood | C2168 | SSP014PGA | | 25292 | 236555 | SANKO<br>SPRING/014 | KD1D | KD1D | Bundles | 42<br>42 | 11,165,145<br>11,165,145 | |
| 6/17/05 C2190 322 | Watkins<br>Trucking | Great Southern<br>Wood | C2190 | SSP014PGA | | 25313 | P02190 | SANKO<br>SPRING/014 | KD1D | KD1D | Bundles | 42<br>42 | 11,165,145<br>11,165,145 | |
| C2189 452 | Watkins<br>Trucking | Great Southern<br>Wood | C2189 | SSP014PGA | | 25312 | P02189 | SANKO<br>SPRING/014 | CMB1D | CMB1D | Bundles | 42<br>42 | 11,165,145<br>11,165,145 | |
| C2169 465 | Bemus &<br>Berry | Great Southern<br>Wood | C2169 | SSP014PGA | | 25311 | 236556 | SANKO<br>SPRING/014 | CMB1D | CMB1D | Bundles | 42<br>42 | 11,165,145<br>11,165,145 | |
| C2193 505 | GSWP | Great Southern<br>Wood | C2193 | SSP014PGA | | 25332 | P02193 | SANKO<br>SPRING/014 | KD1D | KD1D | Bundles | 42<br>42 | 11,165,145<br>11,165,145 | |
| C2191 314 | Watkins<br>Trucking | Great Southern<br>Wood | C2191 | SSP014PGA | | 25314 | P02191 | SANKO<br>SPRING/014 | CMB1D | CMB1D | Bundles | 42<br>42 | 11,165,145<br>11,165,145 | |
| C2192 501 | Watkins<br>Trucking | Great Southern<br>Wood | C2192 | SSP014PGA | | 25315 | P02192 | SANKO<br>SPRING/014 | CMB1D | CMB1D | Bundles | 42<br>42 | 11,165,145<br>11,165,145 | |
| C1820 649 | FAIRFIELD | Great Southern<br>Wood | C1820 | SSR015PGA | | 25180 | 236690 | SANKO<br>STREAM/15 | HD4/12 | HD4/12 | Bundles | 42<br>42 | 11,165,146<br>16,376,143 | |
| C2185 208 | GSWP | Great Southern<br>Wood | C2185 | SSP014PGA | | 25304 | P02185 | SANKO<br>SPRING/014 | KD1D | KD1D | Bundles | 26<br>26 | 16,376,143<br>16,376,143 | |

42 11,165,145

08/08/2006 09:41:26 AM

AI  )174

**Delivery Breakdown**
SSA Gulfport
SSA - Port of Gulfport - West Pier  Gulfport, MS 39501
From : 4/1/2005    To : 7/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Product/BL# | Contid ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/18/05 | C2335 05504 | GSWP | Great Southern Wood | C2335 | SSP014PGA | 25273 | | 2335 | SANKO SPRING/014 | CMB1D | CMB1D | Bundles | 42 | I1,165.145 | 42 I1,165.145 |
| | C2194 505 | Watkins Trucking | Great Southern Wood | C2194 | SSP014PGA | 25339 | | P02194 | SANKO SPRING/014 | CMB1D | CMB1D | Bundles | 42 | I1,165.145 | 42 I1,165.145 |
| | C2292 492L | Watkins Trucking | Great Southern Wood | C2292 | SSR015PGA | 25342 | | P02292 | SANKO STREAM/15 WEAVER ARROW/008 | C2DX | C2DX | Bundles | 42 | I1,165.145 | 19 13,117.998 |
| | C2292 492L | Watkins Trucking | Great Southern Wood | C2292 | WEA048PGA | 25342 | | P02292 | SANKO STREAM/16 WEAVER ARROW/048 | C2DX | C2DX | Bundles | 4 | 8,972.210 | |
| | C2195 3634L | Watkins Trucking | Great Southern Wood | C2195 | SSP014PGA | 25340 | | P02195 | SANKO SPRING/014 | CMB1D | CMB1D | Bundles | 23 | 10,090.207 | 42 I1,165.145 |
| | C2170 3206 | unknown | Great Southern Wood | C2170 | SSP014PGA | 25354 | | 236557 | SANKO SPRING/014 | KD1D | KD1D | Bundles | 42 | I1,165.145 | 42 I1,165.145 |
| | C2384 05214 | GSWP | Great Southern Wood | C2384 | SSP014PGA | 25346 | | 506 | SANKO SPRING/014 | CMB1D | CMB1D | Bundles | 42 | I1,165.145 | 42 I1,165.145 |
| | C2275 479 | Watkins Trucking | Great Southern Wood | C2275 | SSP014PGA | 25341 | | P02275 | SANKO SPRING/014 | B58 | B58 | Bundles | 42 | I1,165.145 | 28 12,891.330 |
| | C2363 527 | GSWP | Great Southern Wood | C2363 | SSP014PGA | 25391 | | P02363 | SANKO SPRING/014 | CMB1D | CMB1D | Bundles | 28 | 12,891.330 | 42 I1,165.145 |
| | C2392 2025 | unknown | Great Southern Wood | C2392 | ssp014pga12 | 25378 | | 305224 | SANKO SPRING/014 | CMB1D | CMB1D | Bundles | 42 | I1,165.145 | 42 I1,165.145 |

42 I1,165.145
42 I1,165.145

02/8/2006 09:41:30 AM

GENOA Breakbulk Management System

AIC~2175

**Delivery Breakdown**

SSA Gulfport
SSA - Port of Gulfport - West Pier Gulfport, MS 39501
From : 4/1/2005    To : 7/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Prob#/Blk# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/23/05 | C2487 402 | GSWP | Great Southern Wood | C2487 | HD8/10 | | 25397 | PO2487 | AVOCET ARROW/047 KESTREL, ARROW/041 SANKO STREAM/15 | HD8/10 | HD8/10 | Bundles | 11 13,610.035 | |
| | C2487 402 | GSWP | Great Southern Wood | C2487 | HD8/10 | | 25397 | PO2487 | AVOCET ARROW/047 KESTREL ARROW/041 SANKO STREAM/15 | HD8/10 | HD8/10 | Bundles | 12 I4,738,220 | |
| | C2487 402 | GSWP | Great Southern Wood | C2487 | 3448 | | 25397 | PO2487 | AVOCET ARROW/047 KESTREL SANKO ARROW/041 SANKO STREAM/15 | 3448 - 19 X | LUMBER | Bundles | 7 11,421,900 | |
| | C2485 01419 | GSWP | Great Southern Wood | C2485 | HD8/08 | | 25386 | PO2485 | SANKO STREAM/15 | HD8/08 | HD8/8 | Bundles | 30 19,670.155 38 17,328.445 | |
| | C2393 548 | GSWP | Great Southern Wood | C2393 | SSP014PGA | | 25401 | 805293 | SANKO SPRING/014 | CMB1D | CMB1D | Bundles | 38 I7,328.445 42 I1,165.145 | |
| | C2338 521 | GSWP | Great Southern Wood | C2339 | SSP014PGA | | 25400 | 2338 | SANKO SPRING/014 | CMB1D | CMB1D | Bundles | 42 11,165.145 42 11,165.145 | |
| /05 C2167 3326 | unknown | | Great Southern Wood | C2167 | SSP014PGA | | 25394 | 236554 | SANKO SPRING/014 | KD1D | KD1D | Bundles | 42 I1,165.145 42 11,165.145 | |
| | C2337 501 | GSWP | Great Southern Wood | C2337 | SSP014PGA | | 25287 | 2337 | SANKO SPRING/014 | CMB1D | CMB1D | Bundles | 42 I1,165.146 42 11,165.145 | |
| | C2187 416 | Watkins Trucking | Great Southern Wood | C2187 | SSP014PGA | | 25409 | P02187 | SANKO SPRING/014 | CMB1D | CMB1D | Bundles | 42 I1,165.746 42 11,165.145 | |

42 I1,165.145

GENOA Breakbulk Management System

08/08/2006 09:41:31 AM

AIG00176

08/08/2006 09:41:32 AM

# Delivery Breakdown
## SSA Gulfport
### SSA - Port of Gulfport - West Pier Gulfport, MS 39501
From : 4/1/2005    To : 7/31/2005

| Vehicle ID | Carrier | Consignee | Delivery Order | Lot | ProbliB/L# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C2491 S-242 | GSWP | Great Southern Wood | C2491 | BAL10A | 25411 | | PO2491 | SANKO STREAM/15 | BAL10A | BAL10A | Bundles | 28 | 29,604,330 | 28 29,604,330 |
| C2362 494 | Watkins Trucking | Great Southern Wood | C2362 | SSP014PGA | 25410 | | PO2362 | SANKO STREAM/15 | CMB1D | CMB1D | Bundles | 42 | 11,165.145 | 42 11,165.145 |
| C2489 421 | GSWP | Great Southern Wood | C2489 | wea048.mp1 | 25413 | | PO2489 | SANKO STREAM/15 | 3440 - 19 x | LUMBER | Bundles | 7 | 13,659.975 | 7 13,659.975 |
| C2489 421 | GSWP | Great Southern Wood | C2489 | weaD48gga94' | 25413 | | PO2489 | WEAVER ARROW/048 SANKO STREAM/15 | HD8/12 | HD8/12 | Bundles | 4 | 5,881.760 | |
| C2489 421 | GSWP | Great Southern Wood | C2489 | ssp015pga4t | 25413 | | PO2489 | SANKO STREAM/15 WEAVER ARROW/048 | HD8/12 | HD8/12 | Bundles | 15 | 12,094.100 | |
| C2342 314 | Watkins Trucking | Great Southern Wood | C2342 | SSP014PGA | 25407 | 2342 | | SANKO SPRING/014 | CMB1D | CMB1D | Bundles | 26 | 15,646.835 | 42 11,165.145 |
| C2339 0SS | unknown | Great Southern Wood | C2339 | SSP014PGA | 25431 | 2339 | | SANKO SPRING/014 | CMB1D | CMB1D | Bundles | 42 | 11,165.145 | 42 11,165.145 |
| C2344 504 | Watkins Trucking | Great Southern Wood | C2344 | SSP014PGA | 25408 | 2344 | | SANKO SPRING/014 | CMB1D | CMB1D | Bundles | 42 | 11,165.145 | 42 11,165.145 |
| C2294 512 | GSWP | Great Southern Wood | C2294 | WEA048PGf | 25441 | PO2294 | | WEAVER ARROW/048 | C2DX | C2DX | Bundles | 42 | 11,165.145 | 42 11,165.145 |
| C2341 458 | Watkins Trucking | Great Southern Wood | C2341 | SSP014PGA | 25414 | 2341 | | SANKO SPRING/014 | CMB1D | CMB1D | Bundles | 23 | 10,090.207 | 23 10,090.207 |
| | | | | | | | | | | | | 42 | 11,165.145 | 42 11,165.145 |

02/08/2006 09:41:33 AM

## Delivery Breakdown
### SSA Gulfport
SSA - Port of Gulfport - West Pier, Gulfport, MS 39501

From : 4/11/2005    To : 7/31/2005

| Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Proba/BL# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C2478 S22 | GSWP | Great Southern Wood | C2478 | SSP014PGA | PO2478 | 25440 | PO2478 | WEAVER ARROW/048 SANKO SPRING014 | C20X | C20X | Bundles | 14 | 14,402,511 | |
| C2478 S22 | GSWP | Great Southern Wood | C2478 | WEA048PG/ | PO2478 | 25440 | PO2478 | WEAVER ARROW/048 SANKO SPRING014 | C20X | C20X | Bundles | 10 | 17,430,525 | |
| C2564 5-241 | GSWP | Great Southern Wood | C2564 | SWN008PG/ | | 25438 | 2564 | SWAN ARROW/008 SANKO STREAM/15 WEAVER ARROW/048 | HD6/08 | HD6/08 | Bundles | 24 | 15,833,036 | |
| | | | | | | | | | | | | 8 | 7,902,720 | |
| C2564 5-241 | GSWP | Great Southern Wood | C2564 | SSR015PGA | | 25430 | 2564 | SANKO STREAM/15 WEAVER ARROW/048 | HD6/08 | HD6/08 | Bundles | 4 | 3,951,360 | |
| C2564 5-241 | GSWP | Great Southern Wood | C2564 | WEA048PG/ | | 25438 | 2564 | SWAN ARROW/008 SANKO STREAM/15 WEAVER ARROW/048 | HD8/12 | HD8/12 | Bundles | 18 | 15,671,680 | |
| C2563 5-243 | GSWP | Great Southern Wood | C2563 | WEA048CMI | | 25437 | 2563 | WEAVER ARROW/048 | 3443 - 19 x | LUMBER | Bundles | 30 | 18,525,760 | |
| | | | | | | | | | | | Bundles | 1 | 1,909,530 | |
| C2563 5-243 | GSWP | Great Southern Wood | C2563 | WEA048PG/ | | 2563 | 2563 | WEAVER ARROW/048 | HD4/12 | HD4/12 | Bundles | 25 | 14,976,813 | |
| | | | | | | | | | | | | 26 | 16,888,343 | |

GENOA Breakbulk Management System

AIG '78

Delivery Breakdown
SSA Gulfport
SSA - Port of Gulfport - West Pier Gulfport, MS 39501
From : 4/1/2005
To : 7/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Prob/IIB/# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt. | Net Wt |
|------|-----------|---------|-----------|----------------|-----|-----------|-----------|----------|---------------|-------|-----------|-----------|-------|-----------|--------|
| | C2657 502 | Watkins Trucking | Great Southern Wood | C2657 | SSP014PGA | | 25468 | 2567 | WEAVER ARROW/048 SANKO SPRING/014 | C2DX | C2DX | Bundles | 8 | 13,844,292 | |
| | C2567 502 | Watkins Trucking | Great Southern Wood | C2567 | WEA048PGA | | 25488 | 2567 | WEAVER ARROW/048 SANKO SPRING/014 | HD6/12 | HD6/12 | Bundles | 14 | 10,744,640 | |
| | C2479 314 | Watkins Trucking | Great Southern Wood | C2479 | C2DX | | 25469 | P024479 | WEAVER ARROW/048 SANKO SPRING/014 | C2DX | C2DX | Bundles | 22 | 14,886,932 | |
| | | | | | | | | | | | | | 24 | 21,832,877 | |
| | C2606 5-216 | GSWP | Great Southern Wood | C2606 | SSP014CMP | | 25460 | P02606 | WEAVER ARROW/048 SANKO SPRING/014 | 3451 - 1 X 8 | LUMBER | Bundles | 24 | 11,832,877 | |
| | | | | | | | | | | | | | 16 | 11,524,550 | |
| | C2606 5-216 | GSWP | Great Southern Wood | C2606 | WEA048CMI | | 25460 | P02606 | WEAVER ARROW/048 SANKO SPRING/014 | 5470 - 19 × | LUMBER | Bundles | 3 | 6,919,290 | |
| | C2656 225 | GSWP | Great Southern Wood | C2656 | SSR015PGA | | 25459 | 2656 | SANKO STREAM/15 | BAL10A | BAL10A | Bundles | 19 | 8,443,850 | |
| | | | | | | | | | | | | | 28 | 19,604,330 | |
| | C2343 1263 unknown | | Great Southern Wood | C2343 | SSP014PGA | | 25447 | 2343 | SANKO SPRING/014 | CMB1D | CMB1D | Bundles | 28 | 19,604,330 | |
| | C2566 1139 unknown | | Great Southern Wood | C2566 | SSR015PGA | | 25443 | 2566 | SANKO STREAM/15 | HD6/08 | HD6/08 | Bundles | 42 | 11,185,145 | |
| | | | | | | | | | | | | | 36 | 15,562,240 | |
| | C2689 5-214 | GSWP | Great Southern Wood | C2689 | SSP014PGA | | 25449 | 538 | SANKO SPRING/014 | CMB1D | CMB1D | Bundles | 36 | 15,882,240 | |
| | C2172 7457 | Georgia Pacific | Great Southern Wood | C2172 | SSP014PGA | | 25465 | 255559 | SANKO SPRING/014 | KD1D | KD1D | Bundles | 42 | 11,165,145 | |
| | | | | | | | | | | | | | 42 | 11,165,145 | |

7/27/2005 09:41:34 AM

GENOA Breakbulk Management System

08/08/2006 09:41:35 AM

# Delivery Breakdown
## SSA Gulfport
SSA - Port of Gulfport - West Pier  Gulfport, MS 39501
From : 4/1/2005          To : 7/31/2005

| Vehicle ID | Carrier | Consignee | Delivery Order | Lot | ProBill/BL# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C2174 217 | Georgia Pacific | Great Southern Wood | C2174 | SSP014PGA | 25467 | 236561 | | SANKO SPRING/014 | KD1D | KD1D | Bundles | 42 | 1,165.145 | 1,165.145 |
| C2171 221 | Georgia Pacific | Great Southern Wood | C2171 | SSP014PGA | 25464 | 235558 | | SANKO SPRING/014 | KD1D | KD1D | Bundles | 42 | 1,165.145 | 1,165.145 |
| C2173 7461 | Georgia Pacific | Great Southern Wood | C2173 | SSP014PGA | 25468 | 236560 | | SANKO SPRING/014 | KD1D | KD1D | Bundles | 42 | 1,165.145 | 1,165.145 |
| C2654 443 | unknown | Great Southern Wood | C2654 | SSP014PGA | 25482 | 250376 | | SANKO SPRING/014 | RG1A | RG1A | Bundles | 42 | 1,165.146 | 1,165.146 |
| 08/31/05 C2654 | | | | | | | | | | | | 25 | 16,025.023 | 16,025.023 |
| 06/01/05 C2653 7488 | Georgia Pacific | Great Southern Wood | C2653 | SSP014PGA | 25492 | 250375 | | SANKO SPRING/014 | FGS1A | FGS1A | Bundles | 17 | 14,497.550 | 14,497.550 |
| C2653 7488 | Georgia Pacific | Great Southern Wood | C2653 | SSP014PGA | 25492 | 250375 | | SANKO SPRING/014 | RG1A | RG1A | Bundles | 8 | 11,528.007 | 11,528.007 |
| | | | | | | | | | | | | 25 | 10,025.557 | 10,025.557 |

AIG0001

Delivery Breakdown

SSA Gulfport

SSA - Port of Gulfport - West Pier Gulfport, MS 38501

From : 4/1/2005                    To : 7/31/2005

| Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Prob#/BL# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C2325  452 | Watkins Trucking | Great Southern Wood | C2325 | WEA048PG/ | 25470 | P02325 | | SWAN ARROW/008 WEAVER ARROW/048 SANKO SPRING/014 | HDG/12 | HDG/12 | Bundles | 4 | 5,927,040 | |
| C2325  452 | Watkins Trucking | Great Southern Wood | C2325 | SWN008PG/ | 25470 | P02325 | | SWAN ARROW/008 WEAVER ARROW/048 SANKO SPRING/014 | HD6/08 | HD6/08 | Bundles | 14 | 13,829,760 | |
| C2325  452 | Watkins Trucking | Great Southern Wood | C2325 | SSP014CMP | 25470 | P02325 | | SWAN ARROW/008 WEAVER ARROW/048 SANKO SPRING/014 | 3441 - 1 X 4 | LUMBER | Bundles | 1 | 1,281.105 | |
| C2325  452 | Watkins Trucking | Great Southern Wood | C2325 | WEA048PGA | 25470 | P02325 | | SWAN ARROW/008 WEAVER ARROW/048 SANKO SPRING/014 | HD4/08 | HD4/08 | Bundles | 10 | 9,327.150 | |
| C2325  452 | Watkins Trucking | Great Southern Wood | C2325 | WEA048CMI | 25470 | P02325 | | SWAN ARROW/008 WEAVER ARROW/048 SANKO SPRING/014 | 3443 - 19 x | LUMBER | Bundles | 4 | 7,638.120 | |
| C2680  5-008 | GSWP | Great Southern Wood | C2680 | SSP014PGA | 25486 | p02680 | | SANKO SPRING/014 | RB89D | RB89D | Bundles | 33 18,003.175 42 14,173.090 | | |
| | | | | | | | | | | | | 42 14,173.090 | | |

8/06/2006 09:41:36 AM

AIG(  31

**Delivery Breakdown**

SSA Gulfport

SSA - Port of Gulfport - West Pier Gulfport, MS 39501

From: 4/1/2005    To : 7/31/2005

| Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Probill/BL# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C2562 5-244 | GSWP | Great Southern Wood | Great Southern C2562 | WEA048PG/ | 25435 | 2562 | 2562 | WEAVER ARROW/048 SANKO SPRING/014, | HD8/12 | HD8/12 | Bundles | 4 | 5,891,760 | |
| C2562 5-244 | GSWP | Great Southern Wood | Great Southern C2562 | WEA048PG/ | 25436 | 2562 | 2562 | WEAVER ARROW/048 SANKO SPRING/014 | HD8/06 | HD8/8 | Bundles | 6 | 5,883,965 | |
| C2562 5-244 | GSWP | Great Southern Wood | Great Southern C2562' | WEA048CMf | 25436 | 2562 | 2562 | WEAVER ARROW/048 SANKO SPRING/014 | 3442 - 19 x | LUMBER | Bundles | 3 | 4,789,260 | |
| C2562 5-244 | GSWP | Great Southern Wood | Great Southern C2562 | SSP014CMP | 25436 | 2562 | 2562 | WEAVER ARROW/048 SANKO SPRING/014 | 3441 - 1 X 4 | LUMBER | Bundles | 22 | 18,184,310 | |
| C2749 9089 | unknown | Great Southern Wood | Great Southern C2749 | SSP014PGA | 25507 | 385492 | | SANKO SPRING/014 | R9D | R9D | Bundles | 36 | 14,759,295 | |
| C2495 W2 | unknown | Great Southern Wood | Great Southern C2495 | SSP014PGA | 25508 | mw-1214C | SANKO | SANKO SPRING/014 | L4/08 | L4/06 | Bundles | 41 | 14,579,913 | |
| C2495 W2 | unknown | Great Southern Wood | Great Southern C2495 | SSP014PGA | 25508 | mw-1214C | | SANKO SPRING/014 | HD4/06 | HD4/06 | Bundles | 15 | 10,500,840 | |
| C2495 W2 | unknown | Great Southern Wood | Great Southern C2495 | SSP014PGA | 25508 | mw-1214C | | SANKO SPRING/014 | HD4/06 | HD4/06 | Bundles | 35 | 14,503,656 | |
| C2895 05-244 | GSWP | Great Southern Wood | Great Southern C2895 | SSP014CMP | 25481 | P02695 | WEAVER | WEAVER ARROW/048 SANKO SPRING/014 | 3443 - 1 X 4 | LUMBER | Bundles | 50 | 15,004,496 | |
| C2695 05-244 | GSWP | Great Southern Wood | Great Southern C2695 | WEA048PG/f | 25481 | P02695 | | WEAVER ARROW/048 SANKO SPRING/014 | HD4/12 | HD4/12 | Bundles | 19 | 6,582,378 | |
| C2741 05-207 | GSWP | Great Southern Wood | Great Southern C2741 | SSP014PGA | 25496 | 2741 | 2741 | SANKO SPRING/014 | AF-4/08 | AF-4/08 | Bundles | 28 | 18,039,558 | |

|  |  |  |  |  | 44 | 14,878,680 |
|---|---|---|---|---|---|---|
|  |  |  |  |  | 44 | 14,878,680 |

GENOA Breakdown Management System

AIGO    2



## Delivery Breakdown

SSA Gulfport

SSA - Port of Gulfport - West Pier Gulfport, MS 39501

From : 4/1/2005          To : 7/31/2005

| Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Prod/ABL# | Conid ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C2881 05-4121 | GSWP | Great Southern Wood | C2881 | SSP014PCGA | | 29518 | P02881 | SANKO SPRINGO014 | R889D | R888D | Bundles | 42 | 14,173,090 | |

42 14,173,090

2/20/2006 09:41:38 AM

GENOA Breakbulk Management System

# Delivery Breakdown
### SSA Gulfport
SSA - Port of Gulfport - West Pier Gulfport, MS 39501

From : 4/1/2005    To : 7/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Product/BL# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/06/05 | C2565 05-512 | GSWP | Great Southern Wood | C2565 | SSR015PGA | 25529 | 2565 | | KESTREL ARROW/041 SANKO STREAM/15 WEAVER ARROW/048 SANKO SPRING/014 | HD6/08 | HD6/08 | Bundles | 4 | 3,951,360 | |
| | C2565 05-512 | GSWP | Great Southern Wood | C2565 | SSP014CMP | 25529 | 2565 | | KESTREL ARROW/041 SANKO STREAM/15 WEAVER ARROW/048 SANKO SPRING/014 | 3441 - 1 X 4  LUMBER | | Bundles | 7 | 8,967,735 | |
| | C2565 05-512 | GSWP | Great Southern Wood | C2565 | SSP014PGA | 25529 | 2565 | | KESTREL ARROW/041 SANKO STREAM/15 WEAVER ARROW/048 SANKO SPRING/014 | AF-4/08 | AF-4/08 | Bundles | 9 | 7,134,278 | |
| | C2565 05-512 | GSWP | Great Southern Wood | C2565 | WEA048PG/ | 25529 | 2565 | | KESTREL ARROW/041 SANKO STREAM/15 WEAVER ARROW/048 SANKO SPRING/014 | HD4/12 | HD4/12 | Bundles | 10 | 13,990,725 | |
| | C2565 05-512 | GSWP | Great Southern Wood | C2565 | KEA041PGA | 25529 | 2565 | | KESTREL ARROW/041 SANKO STREAM/15 WEAVER ARROW/048 SANKO SPRING/014 | HD6/10 | HD6/10 | Bundles | 2 | 2,469,600 | |

32   16,513,698

08/06/2006 09:41:38 A.M.

AIG00184

## Delivery Breakdown
### SSA Gulfport
SSA - Port of Gulfport - West Pier, Gulfport, MS 39501

From: 4/1/2005    To: 7/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Probill/BL# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/06/005 | C2568 03-545 | GSWP | Great Southern Wood | C2568 | SSP014PGA | | 25530 | 2568 | SANKO SPRING/014 | C2DX | C2DX | Bundles | 23 | 10,088.840 | 23 10,088.840 |
| | C2770 523 | GSWP | Great Southern Wood | C2770 | SSP014PGA | | 25557 | P2770 | SANKO SPRING/014 | AF-4/12 | AF-4/12 | Bundles | 10 | 11,095.975 | 10 11,095.975 |
| | C2770 523 | GSWP | Great Southern Wood | C2770 | SSP014CMP | | 25557 | P2770 | SANKO SPRING/014 | 3443 - 1 X 4 | LUMBER | Bundles | 16 | 10,552.480 | 16 10,552.480 |
| | C2776 05-244 | GSWP | Great Southern Wood | C2776 | SSP014PGA | | 25548 | P2776 | SANKO SPRING/014 | AF-4/12 | AF-4/12 | Bundles | 26 | 12,448.485 | 26 12,448.485 |
| | C2775 9-100 | GSWP | Great Southern Wood | C2775 | SSR015PGA | | 25547 | P2775 | SANKO STREAM/15 | HD6/08 | HD6/08 | Bundles | 30 | 15,687.925 | 30 15,687.925 |
| | C2769 521 | GSWP | Great Southern Wood | C2769 | SSP014PGA | | 25556 | P2769 | WEAVER ARROW/048 SANKO SPRING/014 | BAL01A | BAL10A | Bundles | 38 | 17,537.920 | 38 17,537.920 |
| | C2769 521 | GSWP | Great Southern Wood | C2769 | WEA048PG/ | | 25556 | P2769 | WEAVER ARROW/048 SANKO SPRING/014 | BAL10A | BAL10A | Bundles | 24 | 15,375,140 | 24 15,375,140 |
| 06/09/05 | C2821 06-901 | GSWP | Great Southern Wood | C2821 | SSP014PGA | | 25558 | | SANKO SPRING/014 | R9D | R9D | Bundles | 28 | 13,736.500 | 40 13,736.500 |
| 02/05/2006 09:41:39 AM | C2768 95 | SUNER EXPRESS | Great Southern Wood | C2768 | SSP014PGA | | 25564 | P02768 | SANKO SPRING/014 | AF-4/08 | AF-4/08 | Bundles | 40 | 13,736.500 | 40 13,736.500 |
| | | | | | | | | | | | | | 44 | 14,878.690 | 44 14,878.690 |
| | | | | | | | | | | | | | 44 | 14,878.680 | |

8/08/2006 09:41:40 AM

## Delivery Breakdown

SSA Gulfport

SSA - Port of Gulfport - West Pier Gulfport, MS 39501

From: 4/1/2005

To: 7/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Probill/Bl# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|------|-----------|---------|-----------|----------------|-----|-------------|-----------|----------|---------------|-------|-----------|-----------|-------|----------|--------|
| | C2486 99-417 | GSWP | Great Southern Wood | C2486 | SSR015PGA | | 25559 | PO2486 | SANKO STREAM/15 WEAVER ARROW/048 | HD8/08 | HD8/-8 | Bundles | 20 | 19,646,550 | |
| | C2488 99-417 | GSWP | Great Southern Wood | C2486 | WEA048PG/ | | 25559 | PO2486 | SANKO STREAM/15 WEAVER ARROW/048 | HD8/08 | HD8/-8 | Bundles | 10 | 9,823,275 | |
| | C2486 99-417 | GSWP | Great Southern Wood | C2486 | 3447 | | 25559 | PO2486 | SANKO STREAM/15 WEAVER ARROW/048 | 3447 - 19 x | LUMBER | Bundles | 8 | 10,478,160 | |

38 19,947,985

08/08/2006 09:41:41 AM

## Delivery Breakdown
### SSA Gulfport
SSA - Port of Gulfport - West Pier Gulfport, MS 39501

From: 4/1/2005     To: 7/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Prohibit BL# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/10/05 | C2696 503 | GSWP | Great Southern Wood | C2696 | WEA048PGA | | 25514 | P02696 | SANKO STREAM/15 WEAVER ARROW/048 SANKO SPRING/014 | HD8/12 | HD8/12 | Bundles | 4 | 5,891.760 | |
| | C2696 503 | GSWP | Great Southern Wood | C2696 | SSR015PGA | | 25514 | P02696 | SANKO STREAM/15 WEAVER ARROW/048 SANKO SPRING/014 | HD6/08 | HD6/08 | Bundles | 10 | 9,878.400 | |
| | C2696 503 | GSWP | Great Southern Wood | C2696 | SSP014PGA | | 25514 | P02696 | SANKO STREAM/15 WEAVER ARROW/048 SANKO SPRING/014 | AF-4/08 | AF-4/08 | Bundles | 16 | 12,683.160 | |
| | C2696 503 | GSWP | Great Southern Wood | C2696 | SSP014CMP | | 25514 | P02696 | SANKO STREAM/15 WEAVER ARROW/048 SANKO SPRING/014 | 3442 - 1 X 4 | LUMBER | Bundles | 1 | 1,596.420 | |
| | C2696 503 | GSWP | Great Southern Wood | C2696 | SSP014CMP | | 25514 | P02696 | SANKO STREAM/15 WEAVER ARROW/048 SANKO SPRING/014 | 3443 - 1 X 4 | LUMBER | Bundles | 3 | 5,728.560 | |

34   15,778.530

# Delivery Breakdown
## SSA Gulfport
### SSA - Port of Gulfport - West Pier Gulfport, MS 39501
From: 4/1/2005    To: 7/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Prob/NBL# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | C2748 6133 | GSWP | Great Southern Wood | C2748 | SSP014PGA | | 25558 | 2748 | WEAVER ARROW/048 SANKO SPRING/014 | HD8/12 | HD8/12 | Bundles | 2 | 2,945.880 | |
|  | C2748 6133 | GSWP | Great Southern Wood | C2748 | WEA048PG/ | | 25588 | 2748 | WEAVER ARROW/048 SANKO SPRING/014 | HD8/12 | HD8/12 | Bundles | 8 | 11,783.520 | |
|  | C2748 6133 | GSWP | Great Southern Wood | C2748 | SSP014CMP | | 25588 | 2748 | WEAVER ARROW/048 SANKO SPRING/014 | 3451 - 1 X 8 | LUMBER | Bundles | 11 | 18,548.135 | |
|  | C2490 04-144 | GSWP | Great Southern Wood | C2490 | BAL10A | | 25578 | PO2490 | SANKC STRE/...415 | BAL10A | BAL10A | Bundles | 21 | 13,277.535 | |
|  |  |  |  |  |  | | | | | | | | 28 | 19,604.330 | |
| 08/14/05 | C2714 01-104 | GSWP | Great Southern Wood | C2714 | SSR015PGA | | 25590 | 2714 | SAN-O STF.../AMN15 | BAL10A | BAL10A | Bundles | 28 | 19,604.330 | |
|  | C2790 263 | KEIM | Great Southern Wood | C2750 | SSP014PGA | | 25589 | 366443 | S-KO S' RING/014 | R9D | R9D | Bundles | 28 | 19,604.330 | |
|  |  |  |  |  |  | | | | | | | | 41 | 14,579.913 | |
|  |  |  |  |  |  | | | | | | | | 41 | 14,879.913 | |

# Delivery Breakdown
## SSA Gulfport
### SSA - Port of Gulfport - West Pier, Gulfport, MS 39501
From : 4/1/2005    To : 7/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Prob#/BL# | Contrd ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/15/05 | C2867 05-216 | GSWP | Great Southern Wood | C2867 | SSP014PGA | 25592 | P02867 | | WEAVER ARROW/048 SANKO SPRING/014 | BAL01A | BAL10A | Bundles | 6 | 6,343,785 | |
| | C2867 05-216 | GSWP | Great Southern Wood | C2867 | SSP014CMP | 25592 | P02867 | | WEAVER ARROW/048 SANKO SPRING/014 | HDG/12 | HDB/12 | Bundles | 4 | 5,927,040 | |
| | C2867 05-216 | GSWP | Great Southern Wood | C2867 | SSP014CMP | 25592 | P02867 | | WEAVER ARROW/048 SANKO SPRING/014 | 3446 - 1 X 6 | LUMBER | Bundles | 1 | 1,980,090 | |
| | C2867 05-216 | GSWP | Great Southern Wood | C2867 | SSP014CMP | 25592 | P02867 | | WEAVER ARROW/048 SANKO SPRING/014 | 3442 - 1 X 4 | LUMBER | Bundles | 6 | 9,578,520 | |
| C2867 05-216 | GSWP | Great Southern Wood | C2867 | SSP014PGA | 25592 | P02867 | | WEAVER ARROW/048 SANKO SPRING/014 | AF-8/12 | AF-8/12 | Bundles | 8 | 10,019,520 | |
| | C2715 9-100 | GSWP | Great Southern Wood | C2715 | WEA048PGA | 25601 | 2715 | | WEAVER ARROW/048 | BAL10A | BAL10A | Bundles | 28 | 19,604,330 | 19,604,330 |
| | C2816 5-110 | GSWP | Great Southern Wood | C2816 | SSP014PGA | 25596 | P02816 | | SANKO SPRING/014 | AF-8/12 | AF-8/12 | Bundles | 10 | 12,524,400 | |
| | C2816 5-110 | GSWP | Great Southern Wood | C2816 | SSP014PGA | 25596 | P02816 | | SANKO SPRING/014 | HDB/12 | HDB/12 | Bundles | 4 | 5,891,760 | |
| | C2816 5-110 | GSWP | Great Southern Wood | C2816 | SSP014CMP | 25596 | P02816 | | SANKO SPRING/014 | LUMBER | LUMBER | Bundles | 9 | 13,357,565 | |

23 13,848,855
28 19,604,330
23 14,773,725

AIG 189

**Delivery Breakdown**

SSA Gulfport

SSA - Port of Gulfport - West Pier, Gulfport, MS 39501

From : 4/1/2005          To : 7/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Probill/BL# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/16/05 | C2856 01-322 | GSWP | Great Southern Wood | C2856 | SSP014CMP | | 25602 | P02856 | WEAVER ARROW/048 SANKO SPRING/014 | 3451 - 1 X 8 | LUMBER | Bundles | 14 | 16,333.890 | |
| | C2856 01-322 | GSWP | Great Southern Wood | C2856 | WEA048PG/ | | 25602 | P02856 | WEAVER ARROW/048 SANKO SPRING/014 | HD808 | | Bundles | 4 | 3,929.310 | |
| | C2856 01-322 | GSWP | Great Southern Wood | C2856 | SSP014PGA | | 25602 | P02853 | WEAVER ARROW/048 SANKO SPRING/014 | AF-8/12 | AF-8/12 | Bundles | 4 | 5,009.760 | |
| 06/20/05 | C2924 423 | GSWP | Great Southern Wood | C2924 | SWN013PG/ | | 25649 | 2924 | SWAN ARROW/013 | B58 | B58 | Bundles | 28 | 12,691.330 | |
| 06/21/05 | C2950 05-137 | GSWP | Great Southern Wood | C2960 | SWN013PG/ | | 25639 | 2960 | SWAN ARROW/013 | R1D11 | R1D11 | Bundles | 28 | 12,691.330 | 12,691.330 |
| | C2858 05-500 | GSWP | Great Southern Wood | C2968 | SWND13PG/ | | 25644 | 2868 | SWAN ARROW/013 | CMB1D | CMB1D | Bundles | 42 | 11,165.145 | 11,165.145 |
| | C2998 446 | GSWP | Great Southern Wood | C2998 | SSP014PGA | | 25851 | 805688 | SWAN ARROW/013 SANKO SPRING/014 | AF-4/08 | AF-4/08 | Bundles | 1 | 792.898 | |
| | C2998 446 | GSWP | Great Southern Wood | C2998 | SWND13CMI | | 25551 | 805688 | SWAN ARROW/013 SANKO SPRING/014 | 3441 1 X 4 X | LUMBER | Bundles | 22 | 18,184.310 | |
| | C2998 446 | GSWP | Great Southern Wood | C2998 | SSP014PGA | | 25851 | 805688 | SWAN ARROW/013 SANKO SPRING/014 | AF-4/08 | AF-4/08 | Bundles | 15 | 11,890.463 | |
| | C2970 506 | GSWP | Great Southern Wood | C2970 | SWN013PG/ | | 25646 | 2970 | SWAN ARROW/013 | CMB1D | CMB1D | Bundles | 38 | 10,887.470 | |
| | | | | | | | | | | | | | 42 | 11,165.145 | 11,165.145 |

02/08/2006 09:41:44 AM                    GENOA Breakbulk Management System                    Page 51 of 80

AIGO    0

## Delivery Breakdown
### SSA Gulfport
SSA - Port of Gulfport - West Pier Gulfport, MS 39501
From : 4/1/2005
To : 7/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Prob#/BL# | ControlID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | C2969 123 | GSWP | Great Southern Wood | C2969 | SWNO13PG/ | | 25645 | 2989 | SWAN ARROW/013 | CMB1D | CMB1D | Bundles | 42 l1,165.145 | 42 l1,165.145 | |
| | C2971 517 | GSWP | Great Southern Wood | C2971 | SWNO13PG/ | | 25647 | 2971 | SWAN ARROW/013 | CMB1D | CMB1D | Bundles | 42 l1,165.145 | 42 l1,165.145 | |
| | C2967 01-321 | GSWP | Great Southern Wood | C2967 | SWNO13PG/ | | 25638 | 2967 | SWAN ARROW/013 | CMB1D | CMB1D | Bundles | 42 l1,165.145 | 42 l1,165.145 | |
| | C2488 03-405 | GSWP | Great Southern Wood | C2488 | HD8/10 | | 25412 | PO248B | SANKO STREAM/15 WEAVER ARROW/048 | HD8/10 | HD8/10 | Bundles | 24 l9,476.440 | 24 l9,476.440 | |
| | C2488 03-405 | GSWP | Great Southern Wood | C2488 | 3448 | | 25412 | PO248B | SANKO STREAM/15 WEAVER ARROW/048 | 3448 - 19 x | LUMBER | Bundles | 6 9,750.200 | | |
| 06/2/2005 | C2972 512 | GSWP | Great Southern Wood | C2972 | SWNO13PG/ | | 25676 | 2972 | SWAN ARROW/013 | CMB1D | CMB1D | Bundles | 30 l9,286.640 | 42 l1,165.145 | |
| | C2973 03-548 | GSWP | Great Southern Wood | C2973 | SWNO13PG/ | | 25679 | 2973 | SWAN ARROW/013 | CMB1D | CMB1D | Bundles | 42 l1,165.145 | 42 l1,165.145 | |
| | C2855 99-416 | GSWP | Great Southern Wood | C2855 | WEA048PG/ | | 25671 | P02855 | WEAVER ARROW/048 SANKO SPRING/014 | HD8/08 | HD8/8 | Bundles | 42 l1,165.145 | 34 l3,399.135 | |
| | C2855 99-416 | GSWP | Great Southern Wood | C2855 | SSP014CMP | | 25671 | P02855 | WEAVER ARROW/048 SANKO SPRING/014 | 6508 - 1 X B | LUMBER | Bundles | 1 4,407.795 | | |
| | C2925 408 | GSWP | Great Southern Wood | C2925 | SWNO13PG/ | | 25672 | 2925 | SWAN ARROW/013 | BS8 | BS8 | Bundles | 35 l7,806.930 28 l2,691.330 | 28 l2,691.330 | |

02/08/2006 09:41:45 AM

GENOA Breakbulk Management System

# Delivery Breakdown

SSA Gulfport

SSA - Port of Gulfport - West Pier, Gulfport, MS 39501

From : 4/1/2005     To : 7/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Prob/Bl# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/23/05 | C2931 404 | Watkins Trucking | Great Southern Wood | C2931 | SWN013PG/ | 25657 | 805687 | SWAN ARROW/013 | KD1D | | Bundles | 42 | 1,165.145 | 11,165.145 | |
| | C2943 3-205 | GSWP | Great Southern Wood | C2943 | SWN013PG/ | 25687 | 2943 | SWAN ARROW/013 | BRA-KD1D | BRA-KD1D | Bundles | 42 | 1,165.145 | 11,165.145 | |
| | C2942 1 | GSWP | Great Southern Wood | C2942 | SWN013PG/ | 25686 | 2942 | SWAN ARROW/013 | BRA-KD1D | BRA-KD1D | Bundles | 42 | 1,165.145 | 11,165.145 | |
| | C2944 99206 | GSWP | Great Southern Wood | C2944 | SWN013PG/ | 25688 | 2944 | SWAN ARROW/013 | BRA-KD1D | BRA-KD1D | Bundles | 42 | 1,165.145 | 11,165.145 | |
| | C2974 510 | GSWP | Great Southern Wood | C2974 | SWN013PG/ | 25689 | 2974 | SWAN ARROW/013 | CMB1D | CMB1D | Bundles | 42 | 1,165.145 | 11,165.145 | |
| | C2975 534 | GSWP | Great Southern Wood | C2975 | SWN013PG/ | 25690 | 2975 | SWAN ARROW/013 | CMB1D | CMB1D | Bundles | 42 | 1,165.145 | 11,165.145 | |
| | C2992 462 | Watkins Trucking | Great Southern Wood | C2992 | SWN013PG/ | 25685 | 2892 | SWAN ARROW/013 | CMB1D | CMB1D | Bundles | 42 | 1,165.145 | 11,165.145 | |
| | C2991 445 | Watkins Trucking | Great Southern Wood | C2991 | SWN013PG/ | 25684 | 2991 | SWAN ARROW/013 | CMB1D | CMB1D | Bundles | 42 | 1,165.145 | 11,165.145 | |
| 06/24/05 | C2947 01 | GSWP | Great Southern Wood | C2947 | SWN013PG/ | 25712 | 2947 | SWAN ARROW/013 | BRA-KD1D | BRA-KD1D | Bundles | 42 | 1,165.145 | 11,165.145 | |
| | C2929 L106 unknown | | Great Southern Wood | C2929 | SWN013PG/ | 25704 | 12022 | SWAN ARROW/013 SANKO SPRING/014 | L4/06 | L4/06 | Bundles | 42 | 14,001.750 | 14,001.750 | |
| | C2929 L106 unknown | | Great Southern Wood | C2929 | SSP014PGA | 25704 | 12022 | SWAN ARROW/013 SANKO SPRING/014 | HD4/06 | HD4/06 | Bundles | 30 | 11,003.134 | 11,003.134 | |

| | | | | | | | | | | | | | | 50 | 15,004.884 |

## Delivery Breakdown
### SSA Gulfport
SSA - Port of Gulfport - West Pier Gulfport, MS 39501

From : 4/1/2005   To : 7/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Prob#/BL# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | C2978 512 | GSWP | Great Southern Wood | C2978 | SWN013PG/ | 25707 | 2978 | | SWAN ARROW/013 | CMB1D | CMB1D | Bundles | 42 | 11,165,145 | |
| | C2946 5245 | GSWP | Great Southern Wood | C2946 | SWN013PG/ | 25711 | 2946 | | SWAN ARROW/013 | BRA-KD1D | BRA-KD1D | Bundles | 42 11, | 1,165,145 | |
| | | | | | | | | | | | | | 42 11, | 1,165,145 | |
| | C2945 | GSWP | Great Southern Wood | C2945 | SWN013PG/ | 25710 | 2945 | | SWAN ARROW/013 | BRA-KD1D | BRA-KD1D | Bundles | 42 11, | 1,165,145 | |
| | | | | | | | | | | | | | 42 11, | 1,165,145 | |
| | C2979 5540 | GSWP | Great Southern Wood | C2979 | SWN013PG/ | 25708 | 2979 | | SWAN ARROW/013 | CMB1D | CMB1D | Bundles | 42 11, | 1,165,146 | |
| | | | | | | | | | | | | | 42 11, | 1,165,145 | |
| | C2948 98232 | GSWP | Great Southern Wood | C2948 | SWN013PG/ | 25713 | 2948 | | SWAN ARROW/013 | BRA-KD1D | BRA-KD1D | Bundles | 42 11, | 1,165,145 | |
| | | | | | | | | | | | | | 42 11, | 1,165,145 | |
| | C2926 423 | GSWP | Great Southern Wood | C2928 | SWN013PG/ | 25698 | 2926 | | SWAN ARROW/013 | B58 | B58 | Bundles | 42 11, | 1,165,145 | |
| | | | | | | | | | | | | | 42 11, | 1,165,145 | |
| | C2977 549 | GSWP | Great Southern Wood | C2977 | SWN013PG/ | 25706 | 2977 | | SWAN ARROW/013 | CMB1D | CMB1D | Bundles | 28 12, | 12,891,330 | |
| | | | | | | | | | | | | | 28 12, | 12,691,330 | |
| | C2976 527 | GSWP | Great Southern Wood | C2976 | SWN013PG/ | 25705 | 2976 | | SWAN ARROW/013 | CMB1D | CMB1D | Bundles | 42 11, | 1,165,145 | |
| | | | | | | | | | | | | | 42 11, | 1,165,145 | |
| | C2949 5230 | GSWP | Great Southern Wood | C2949 | SWN013PG/ | 25728 | 2949 | | SWAN ARROW/013 | BRA-KD1D | BRA-KD1D | Bundles | 42 11, | 1,165,145 | |
| | | | | | | | | | | | | | 42 11, | 1,165,145 | |
| 06/27/05 | C2981 135 | GSWP | Great Southern Wood | C2961 | SWN013PG/ | 25730 | 2961 | | SWAN ARROW/013 | R1D11 | R1D11 | Bundles | 42 11, | 1,185,145 | |
| | | | | | | | | | | | | | 42 11, | 1,165,145 | |
| | C2959 102 | GSWP | Great Southern Wood | C2959 | SWN013PG/ | 25721 | 2859 | | SWAN ARROW/013 | R1D11 | R1D11 | Bundles | 42 11, | 1,165,146 | |
| | | | | | | | | | | | | | 36 15, | 15,284,410 | |
| | C2958 102 | GSWP | Great Southern Wood | C2959 | SWN013PG/ | 25721 | 2959 | | SWAN ARROW/013 | BRA-R1D11 | BRA-R1D11 | Bundles | 6 | 5,880,735 | |

42 11,165,145

AIG 193

**Delivery Breakdown**
SSA Gulfport
SSA - Port of Gulfport - West Pier Gulfport, MS 39501
From : 4/1/2005    To : 7/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Prob#/BL# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt. | Net Wt. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | C2980 01-634 | GSWP | Great Southern Wood | C2980 | SWN013PG/ |  | 25742 | 2980 | SWAN ARROW/013 | CMB1D | CMB1D | Bundles | 42 1,165,145 | 42 1,165,145 |  |
|  | C3019 05-229 | GSWP | Great Southern Wood | C3019 | SSP014PGA |  | 25622 | P03019 | SANKO STREAM/15 SANKO SPRING/014 | BAL01A | BAL10A | Bundles | 42 1,165,145 | 18 19,031,355 |  |
|  | C3019 05-229 | GSWP | Great Southern Wood | C3018 | SSR015PGA |  | 26622 | P03019 | SANKO STREAM/15 SANKO SPRING/014 | R3D | R3D | Bundles | 6 6,190,777 |  |  |
|  | C2930 418 unknown | GSWP | Great Southern Wood | C2930 | SWN013PG/ |  | 25724 | 12023 | SWAN ARROW/014 | L4/08 | L4/06 | Bundles | 24 15,222,132 | 50 15,004,375 |  |
|  | C2981 513 GSWP | GSWP | Great Southern Wood | C2981 | SWN013PG/ |  | 25743 | 2981 | SWAN ARROW/013 | CMB1D | CMB1D | Bundles | 50 15,004,376 | 42 1,165,145 |  |
|  | C2928 05-245 | GSWP | Great Southern Wood | C2928 | SWN013PG/ |  | 25716 | 2928 | SWAN ARROW/013 | B58 | B58 | Bundles | 42 14,185,145 | 28 12,691,330 |  |
|  | C2997 418 GSWP | GSWP | Great Southern Wood | C2997 | SWN013PG/ |  | 25741 | 2937 | SWAN ARROW/013 | R9D | R9D | Bundles | 28 12,691,330 | 42 15,423,325 |  |
| 06/28/05 | C2983 512 GSWP | GSWP | Great Southern Wood | C2983 | SWN013PG/ |  | 25785 | 2983 | SWAN ARROW/013 | CMB1D | CMB1D | Bundles | 42 15,421,325 | 42 1,165,145 |  |
|  | C2984 500 GSWP | GSWP | Great Southern Wood | C2884 | SWN013PG/ |  | 25766 | 2984 | SWAN ARROW/013 | CMB1D | CMB1D | Bundles | 42 1,165,145 | 42 1,165,145 |  |
|  | C2832 206 GSWP | GSWP | Great Southern Wood | C2932 | SWN013PG/ |  | 25744 | 236582 | SWAN ARROW/013 | KD1D | KD1D | Bundles | 42 1,165,145 | 42 1,165,145 |  |
|  | C3092 05-6132 GSWP | GSWP | Great Southern Wood | C3092 | SWN013PG/ |  | 25748 | 3092 | SWAN ARROW/013 | CMB1D | CMB1D | Bundles | 42 1,165,145 | 42 1,165,145 |  |

AIG'  '94

02/08/2006 09:41:50 AM

**Delivery Breakdown**
SSA Gulfport
SSA - Port of Gulfport - West Pier Gulfport, MS 39501
From : 4/1/2005        To : 7/31/2005

| Date 00/29/05 | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | ProhibitBL# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | C2934 219 | Georgia Pacific | Great Southern Wood | C2934 | SWN013PG/ | | 25770 | 236564 | SWAN ARROW/013 | KD1D | KD1D | Bundles | 42 | 11,165,145 | |
| C2937 7457 | | Georgia Pacific | Great Southern Wood | C2937 | SWN013PG/ | | 25774 | 236567 | SWAN ARROW/013 | KD1D | KD1D | Bundles | 42 | 11,165,145 | |
| | | | | | | | | | | | | | 42 | 11,165,145 | |
| C3091 6129 | | GSWP | Great Southern Wood | C3091 | SWN013PG/ | | 25747 | 3091 | SWAN ARROW/013 | CMB1D | CMB1D | Bundles | 42 | 11,165,145 | |
| | | | | | | | | | | | | | 42 | 11,165,145 | |
| C2962 05-138 | | GSWP | Great Southern Wood | C2962 | SWN013PG/ | | 25788 | 2982 | SWAN ARROW/013 | R1D11 | R1D11 | Bundles | 42 | 11,165,145 | |
| | | | | | | | | | | | | | 42 | 11,165,145 | |
| C2933 200 | | Georgia Pacific | Great Southern Wood | C2933 | SWN013PG/ | | 25760 | 236563 | SWAN ARROW/013 | KD1D | KD1D | Bundles | 42 | 11,165,145 | |
| | | | | | | | | | | | | | 42 | 11,165,145 | |
| C2950 05-242 | | GSWP | Great Southern Wood | C2950 | SWN013PG/ | | 25751 | 2950 | SWAN ARROW/013 | BRA-KD1D | BRA-KD1D | Bundles | 42 | 11,165,145 | |
| | | | | | | | | | | | | | 42 | 11,165,145 | |
| C2951 218 | | GSWP | Great Southern Wood | C2951 | SWN013PG/ | | 25732 | 2951 | SWAN ARROW/013 | BRA-KD1D | BRA-KD1D | Bundles | 42 | 11,165,145 | |
| | | | | | | | | | | | | | 42 | 11,165,145 | |
| C2954 05-222 | | GSWP | Great Southern Wood | C2954 | SWN013PG/ | | 25783 | 2954 | SWAN ARROW/013 | CMB1D | CMB1D | Bundles | 8 | 7,840,980 | |
| C2854 05-222 | | GSWP | Great Southern Wood | C2954 | SWN013PG/ | | 25783 | 2954 | SWAN ARROW/013 | BRA-KD1D | BRA-KD1D | Bundles | 34 | 3,324,165 | |
| | | | | | | | | | | | | | 42 | 11,165,145 | |
| C2936 7456 | | Georgia Pacific | Great Southern Wood | C2936 | SWN013PG/ | | 25773 | 236566 | SWAN ARROW/013 | KD1D | KD1D | Bundles | 42 | 11,165,145 | |
| | | | | | | | | | | | | | 42 | 11,165,145 | |
| C2958 123 | GSWP | | Great Southern Wood | C2958 | SWN013PG/ | | 25799 | 6805 | SWAN ARROW/013 | CMB1D | CMB1D | Bundles | 42 | 11,165,145 | |
| | | | | | | | | | | | | | 42 | 11,165,145 | |

GENOA Breakbulk Management System

**AIG00495**

Page 58 of 80

**Delivery Breakdown**
SSA Gulfport
SSA - Port of Gulfport - West Pier Gulfport, MS 39501
From : 4/1/2005    To : 7/31/2005

Date: 02/08/2006 09:41:51 AM

| Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Profil/BL# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt. | Net Wt. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C2772 505 GSWP | Great Southern Wood | C2772 | WEA046CMI | | 25800 | P2772 | WEAVER ARROW/048 SANKO SPRING/014 | 3448 - 19 x | LUMBER | Bundles | 3 | 4,895.100 | |
| C2772 505 GSWP | Great Southern Wood | C2772 | SSP014PGA | | 25800 | P2772 | WEAVER ARROW/048 SANKO SPRING/014 | 3442 - 1 X 4 | LUMBER | Bundles | 2 | 1,980.245 | |
| C2772 505 GSWP | Great Southern Wood | C2772 | WEA048PG/ | | 25800 | P2772 | WEAVER ARROW/048 SANKO SPRING/014 | GS1DS | GS1DS | Bundles | 3 | 2,222.640 | |
| C2772 505 GSWP | Great Southern Wood | C2772 | SSP014CMP | | 25800 | P2772 | WEAVER ARROW/048 SANKO SPRING/014 | | | Bundles | 10 | 15,984.200 | |
| C2772 505 GSWP | Great Southern Wood | C2772 | WEA048PG/ | | 25800 | P2772 | WEAVER ARROW/048 SANKO SPRING/014 | HD6/12 | HD6/12 | Bundles | 10 | 14,817.600 | |
| C2952 03229 | GSWP | Great Southern Wood | C2952 | SWN013PG/ | 25733 | 2952 | SWAN ARROW/013 | BRA-KO1D | BRA-KO1D | Bundles | 28 | 19,859.785 | |
| C2855 98232 | GSWP | Great Southern Wood | C2955 | SWN013PG/ | 25784 | 2955 | SWAN ARROW/013 | CMB1D | CMB1D | Bundles | 42 | 11,165.145 | |
| C2925 7396 | Georgia Pacific | Great Southern Wood | C2835 | SWN013PG/ | 25772 | 235565 | SWAN ARROW/013 | KO1D | KO1D | Bundles | 42 | 11,165.145 | |
| C2953 05243 | GSWP | Great Southern Wood | C2953 | SWN013PG/ | 25782 | 2953 | SWAN ARROW/013 | BRA-KO1D | BRA-KO1D | Bundles | 42 | 11,165.145 | |
| C3040 05241 | GSWP | Great Southern Wood | C3040 | swn013cmp4 | 25808 | 3040 | SWAN ARROW/013 | GS801D 110 | Fencing | Bundles | 42 | 11,210.521 | |

GENOA Breakbulk Management System

500196

## Delivery Breakdown
### SSA Gulfport
### SSA - Port of Gulfport - West Pier Gulfport, MS 39501
### From : 4/1/2005   To : 7/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | ProbNJ/BL# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|------|-----------|---------|-----------|----------------|-----|------------|-----------|----------|---------------|-------|-----------|-----------|-------|----------|--------|
| 08/30/05 | C2956 325 | GSWP | Great Southern Wood | C2956 | SWN013PG/ | 25810 | | 2956 | SWAN ARROW/013 | CMB1D | CMB1D | Bundles | 42 | 1,210.521 | |
| | C3042 5245 | GSWP | Great Southern Wood | C3042 | SWN013PG/ | 25812 | 3042 | | SWAN ARROW/013 | GS681D 110 | Fencing | Bundles | 42 | 1,210.521 | |
| | C3104 548 | GSWP | Great Southern Wood | C3104 | SSP014PGA | 25819 | 3104 | | SWAN ARROW/013 SANKO STREAM/15 SPRING/014 | AF-8/12 | AF-8/12 | Bundles | 42 | 1,210.521 | |
| | | | | | | | | | | | | | 1 | 1,252.440 | |
| | C3104 544 | GSWP | Great Southern Wood | C3104 | SWN013CMI | 25819 | 3104 | | SWAN ARROW/013 SANKO STREAM/15 SPRING/014 | 3446 1 X 6 X LUMBER | | Bundles | 10 | 19,800.900 | |
| | C3104 544 | GSWP | Great Southern Wood | C3104 | SWN013CMI | 25819 | 3104 | | SWAN ARROW/013 SANKO STREAM/15 SPRING/014 | 3443 1 X 4 X LUMBER | | Bundles | 2 | 4,107.291 | |
| | C3104 548 | GSWP | Great Southern Wood | C3104 | sspo014pga15 | 25819 | 3104 | | SWAN ARROW/013 SANKO STREAM/15 SPRING/014 | AF-4/08 | AF-4/08 | Bundles | 7 | 5,548.883 | |
| | C3104 548 | GSWP | Great Southern Wood | C3104 | SSR015PGA | 25819 | 3104 | | SWAN ARROW/013 SANKO STREAM/15 SPRING/014 | HD6/08 | HD6/08 | Bundles | 12 | 11,854.080 | |
| 02/08/2006 09:41:52 AM | C3044 222 | GSWP | Great Southern Wood | C3044 | SWN013CMI | 25814 | C3044 | | SWAN ARROW/013 SANKO STREAM/15 SANKO SPRING/014 | GS661D 110 | Fencing | Bundles | 32 | 12,561.693 | |
| | | | | | | | | | | | | | 42 | 1,210.521 | |

GENOA Breakbulk Management System

## Delivery Breakdown
SSA Gulfport
SSA - Port of Gulfport - West Pier Gulfport, MS 39501
From : 4/1/2005        To : 7/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Prob#/BL# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | C2939 7393 | Georgia Pacific | Great Southern Wood | C2939 | SWN013PG/ | | 25802 | 236569 | SWAN ARROW/013 | BRA-KD1D | BRA-KD1D | Bundles | 42 11,165,145 42 11,165,145 | | |
| | C2938 7392 | Georgia Pacific | Great Southern Wood | C2938 | SWN013PG/ | | 25801 | 236568 | SWAN ARROW/013 | BRA-KD1D | BRA-KD1D | Bundles | 6 5,880,735 | | |
| | C3045 206 | GSWP | Great Southern Wood | C3045 | SWN013CMI | | 25922 | 3045 | SWAN ARROW/013 | GS661D 110 | Fencing | Bundles | 42 11,165,145 42 11,210,521 | | |
| | C3041 5240 | GSWP | Great Southern Wood | C3041 | SWN013CMI | | 25811 | 3041 | SWAN ARROW/013 | GS661D 110 Fencing | Fencing | Bundles | 42 11,210,521 42 11,210,521 | | |
| | C3046 227 | GSWP | Great Southern Wood | C3046 | SWN013CMI | | 25823 | 3046 | SWAN ARROW/013 | GS661D 110 Fencing | Fencing | Bundles | 42 11,210,521 42 11,210,521 | | |
| | C2840 7488 | Georgia Pacific | Great Southern Wood | C2840 | SWN013PG/ | | 25803 | 236570 | SWAN ARROW/013 | R9D | R8D | Bundles | 42 11,185,146 36 10,352,860 | | |
| | C2993 5127 | GSWP | Great Southern Wood | C2993 | SWN013PG/ | | 25826 | 2993 | SWAN ARROW/013 | BRA-KD1D | BRA-KD1D | Bundles | 42 11,165,145 | | |
| | C2993 5127 | GSWP | Great Southern Wood | C2993 | SSP014PGA | | 25926 | 2993 | SWAN ARROW/013 SWAN ARROW/014 SANKO SPRING/014 | R9D | R9D | Bundles | 6 5,060,475 | | |
| | C3043 05241 | GSWP | Great Southern Wood | C3043 | SWN013PG/ | | 25913 | 3043 | SWAN ARROW/013 | GS681D 110 | Fencing | Bundles | 42 15,423,325 42 11,210,521 | | |
| 07/01/05 | C2964 140 | GSWP | Great Southern Wood | C2964 | SWN013PG/ | | 25837 | 2964 | SWAN ARROW/013 | R1D11 | R1D11 | Bundles | 42 11,210,521 42 11,165,145 42 11,165,145 | | |

02/03/2008 09:41:53 AM.

GENOA Breakbulk Management System

AIGN0198

**Delivery Breakdown**

SSA Gulfport

SSA - Port of Gulfport - West Pier Gulfport, MS 39501

From : 4/1/2005                To : 7/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | ProbNo/BLH | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|------|-----------|---------|-----------|----------------|-----|-----------|-----------|----------|---------------|-------|-----------|-----------|-------|----------|--------|
|  | C2094 | 6103 | GSWP | Great Southern Wood | C3094 | SWN013PG/ | 25629 | 3084 | SWAN ARROW/013 | CMB1D | CMB1D | Bundles | 42 | 1,165,145 |  |
|  | C2963 07-147 | GSWP | Great Southern Wood | C2963 | SWN013PG/ | 25838 | 2963 | SWAN ARROW/013 | R1D11 | R1D11 | Bundles | 42 | 1,165,145 | 42 | 1,165,145 |
|  | C3093 05-8133 | GSWP | Great Southern Wood | C3093 | SWN013PG/ | 25784 | 3093 | SWAN ARROW/013 | CMB1D | CMB1D | Bundles | 42 | 1,165,146 | 42 | 1,165,145 |
|  | C3120 01-423 | GSWP | Great Southern Wood | C3120 | SSP014PGA | 25828 | 3120 | SANKO SPRING/014 | RSD | RSD | Bundles | 42 | 1,165,146 | 41 | 15,755,178 |
| 07/05/05 | C2941 | 7458 | Georgia Pacific | Great Southern Wood | C2941 | SWN013PG/ | 25841 | 236571 | SWAN ARROW/013 | BRA-KD1D | BRA-KD1D | Bundles | 41 | 15,785,178 | 41 | 15,755,145 |
|  | C3099 5-245 | GSWP | Great Southern Wood | C3099 | SSP014PGA | 25855 | 3099 | SWAN ARROW/013 SANKO SPRING/014 | AF-4/03 | AF-4/08 | Bundles | 42 | 1,165,145 | 4 | 3,170,790 |
|  | C3099 5-245 | GSWP | Great Southern Wood | C3099 | SSP014CMP | 25855 | 3099 | SWAN ARROW/013 SANKO SPRING/014 | 3442 - 1 X 4 | LUMBER | Bundles | 3 | 4,789,260 |  |
|  | C3099 5-245 | GSWP | Great Southern Wood | C3099 | SSP014CMP | 25855 | 3099 | SWAN ARROW/013 SANKO SPRING/014 | 3446 - 1 X 6 | LUMBER | Bundles | 13 | 15,741,170 |  |
|  | C3099 5-245 | GSWP | Great Southern Wood | C3099 | SWN013CMI | 25855 | 3099 | SWAN ARROW/013 SANKO SPRING/014 | 3446 1 X 6 X | LUMBER | Bundles | 7 | 13,860,630 |  |
|  | C2965 5-136 | GSWP | Great Southern Wood | C2965 | SWN013PG/ | 25663 | 2965 | SWAN ARROW/013 | R1D11 | R1D11 | Bundles | 27 | 17,561,850 | 42 | 1,165,145 |
|  |  |  |  |  |  |  |  |  |  |  |  |  | 42 | 1,165,145 |  |

# Delivery Breakdown
## SSA Gulfport
SSA - Port of Gulfport - West Pier Gulfport, MS 38501
From : 4/1/2005     To : 7/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Prod/U/BL# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/06/05 | C3050 01-126 | GSWP | Great Southern Wood C3050 | | SWN013PG/ | 25869 | 3050 | | SWAN ARROW/013 | CMB1D | CMB1D | Bundles | 42 | 11,165.145 | |
| | C3246 5241 | GSWP | Great Southern Wood C3246 | | SWN013CMI | 25864 | 3246 | | SWAN ARROW/013 KESTREL SANKO STREAM/15 | GS8620 110 Fencing | | Bundles | 42 | 11,165.145 | |
| | | | | | | | | | | | | | 21 | 19,312.620 | |
| | C3246 5241 | GSWP | Great Southern Wood C3246 | | KEA041PGA | 25864 | 3246 | | SWAN ARROW/013 KESTREL SANKO STREAM/15 | HD6/10 | HD6/10 | Bundles | 4 | 4,939.200 | |
| | C3246 5241 | GSWP | Great Southern Wood C3246 | | SSR015PGA | 25864 | 3246 | | SWAN ARROW/013 KESTREL ARROW/041 SANKO STREAM/15 | HD6/08 | HD6/08 | Bundles | 4 | 3,951.360 | |
| | C3246 5241 | GSWP | Great Southern Wood C3246 | | SWN013CMI | 25864 | 3246 | | SWAN ARROW/013 KESTREL ARROW/041 SANKO STREAM/15 | 3443 1 X 4 X LUMBER | | Bundles | 3 | 6,160.936 | |
| | C2982 320 | Watkins Trucking | Great Southern Wood C2982 | | SWN013PG/ | 25855 | 2982 | | SWAN ARROW/013 | CMB1D | CMB1D | Bundles | 32 | 14,384.176 | |
| | C3049 121 | GSWP | Great Southern Wood C3049 | | SWN013PG/ | 25868 | 3049 | | SWAN ARROW/013 | CMB1D | CMB1D | Bundles | 42 | 11,165.145 | |
| 07/07/05 | C2985 215 | BUDDY MOORE | Great Southern Wood C2985 | | SWN013PG/ | 25877 | 2985 | | SWAN ARROW/013 | CMB1D | CMB1D | Bundles | 42 | 11,165.145 | |
| | | | | | | | | | | | | | 42 | 11,165.145 | |
| | | | | | | | | | | | | | 42 | 11,165.145 | |

AIG 300

**Delivery Breakdown**

SSA Gulfport

SSA - Port of Gulfport - West Pier Gulfport, MS 39501

From : 4/1/2005    To : 7/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Prob/BL# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packag'g | Units | Gross Wt | Net Wt |
|------|-----------|---------|-----------|----------------|-----|----------|-----------|----------|---------------|-------|-----------|----------|-------|----------|--------|
| | C2989 | GSWP | Great Southern Wood | C2989 | SWN013PG/ | | 25860 | 2989 | SWAN ARROW/013 | CMB1D | CMB1O | Bundles | 42 | 1,165,145 | |
| | C2988 547 | GSWP | Great Southern Wood | C2988 | SWN013PG/ | | 25879 | 2988 | SWAN ARROW/013 | CMB1D | CMB1O | Bundles | 42 | 1,165,145 | |
| | C2988 112 | GSWP | Great Southern Wood | C2988 | SWN013CMI | | 25873 | 3234 | SWAN ARROW/013 SANKO SPRING/014 | 3440 1 X 8 X | LUMBER | Bundles | 42 | 1,165,145 | |
| | C3234 112 | GSWP | Great Southern Wood | C3234 | SWN013CMI | | 25873 | 3234 | SWAN ARROW/013 SANKO SPRING/014 | 3551 1 X 4 X | LUMBER | Bundles | 10 | 2,248,450 | |
| | C3234 112 | GSWP | Great Southern Wood | C3234 | SWN013PG/ | | 25873 | 3234 | SWAN ARROW/013 SANKO SPRING/014 | 6508 - 1 X 8 | LUMBER | Bundles | 1 | 4,407,795 | |
| | C3234 112 | GSWP | Great Southern Wood | C3234 | SSP014CMP | | 25873 | 3234 | SWAN ARROW/013 SANKO SPRING/014 | 3561 - 1 X 4 | LUMBER | Bundles | 5 | 1,124,225 | |
| | C3053 99-18 | GSWP | Great Southern Wood | C3053 | SWN013PG/ | | 25886 | 3053 | SWAN ARROW/013 | CMB1D | CMB1D | Bundles | 17 | 3,731,895 | |
| | C2986 511 | Watkins Trucking | Great Southern Wood | C2986 | SWN013PG/ | | 25875 | 2986 | SWAN ARROW/013 | CMB1D | CMB1D | Bundles | 42 | 1,165,145 | |
| | C2987 491 | Watkins Trucking | Great Southern Wood | C2987 | SWN013PG/ | | 25876 | 2987 | SWAN ARROW/013 | CMB1D | CMB1D | Bundles | 42 | 1,165,145 | |
| 07/08/05 | C3122 423 | GSWP | Great Southern Wood | C3122 | SSP014PGA | | 2589D | 3122 | SANKO SPRING/014 | RSD | RSD | Bundles | 42 | 1,165,145 | |

41 15,755,178

AlGO~91

## Delivery Breakdown
### SSA Gulfport
SSA - Port of Gulfport - West Pier Gulfport, MS 39501

From : 4/1/2005      To : 7/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Prob#/BL# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | C3123 237 | GSWP | Great Southern Wood | C3123 | SSP01PGA | | 25891 | 3123 | SWAN ARROW/013 SANKO SPRING/014 SWAN ARROW/013 SANKO SPRING/014 | RSD | RSD | Bundles | 3 | 2,618,233 | |
| | | | | | | | | | | BRAR5D | BRAR5D | Bundles | 38 | 13,138,945 | |
| | C3112 521 | GSWP | Great Southern Wood | C3112 | SWN013PGi | | 25892 | 3112 | SWAN ARROW/013 | CMB1D | CMB1D | Bundles | 41 | 15,755,178 | |
| | | | | | | | | | | | | | 42 | 11,165,145 | |
| | C2771 538 | GSWP | Great Southern Wood | C2771 | SSR015PGA | | 25821 | P2771 | SANKO STREAM/15 | HD6/08 | HDS/08 | Bundles | 38 | 17,537,920 | |
| | | | | | | | | | | | | | 38 | 17,537,920 | |
| | C3111 403234 | GSWP | Great Southern Wood | C3111 | SWN013PGi | | 25889 | 3111 | SWAN ARROW/013 | CMB1D | CMB1D | Bundles | 42 | 11,165,145 | |
| | | | | | | | | | | | | | 42 | 11,165,145 | |
| | C3114 548 | GSWP | Great Southern Wood | C3114 | SWN013PGi | | 25894 | 3114 | SWAN ARROW/013 | CMB1D | CMB1D | Bundles | 42 | 11,165,145 | |
| | | | | | | | | | | | | | 42 | 11,165,145 | |
| | C3113 906 | GSWP | Great Southern Wood | C3113 | SWN013PGi | | 25893 | 3113 | SWAN ARROW/013 | CMB1D | CMB1D | Bundles | 42 | 11,165,145 | |
| | | | | | | | | | | | | | 42 | 11,165,145 | |
| 07/12/05 | C2866 04-145 | GSWP | Great Southern Wood | C2966 | SWN013PGi | | 25928 | 2966 | SWAN ARROW/013 | R1D11 | R1D11 | Bundles | 42 | 11,165,145 | |
| | | | | | | | | | | | | | 42 | 11,165,145 | |
| | C3116 512 | GSWP | Great Southern Wood | C3116 | SWN013PGi | | 25931 | 3116 | SWAN ARROW/013 | CMB1D | CMB1D | Bundles | 42 | 11,165,145 | |
| | | | | | | | | | | | | | 42 | 11,165,145 | |
| | C2994 05-159 | GSWP | Great Southern Wood | C2994 | SWN013PGi | | 25925 | 2994 | SWAN ARROW/013 | R9D | R9D | Bundles | 42 | 15,423,325 | |
| | | | | | | | | | | | | | 42 | 15,423,325 | |
| | C3051 5-138 | GSWP | Great Southern Wood | C3051 | SWN013PGi | | 25924 | 3051 | SWAN ARROW/013 | CMB1D | CMB1D | Bundles | 42 | 16,423,325 | |
| | | | | | | | | | | | | | 42 | 15,423,325 | |

42 11,165,145
42 11,165,145

02/08/2006 09:41:57 AM

GENOA Breakbulk Management System

AIC 202

## Delivery Breakdown
### SSA Gulfport
SSA - Port of Gulfport - West Pier Gulfport, MS 39501
From : 4/1/2005    To : 7/31/2005

| Date 07/13/05 | Vehicle ID C3511 7395 | Carrier Georgia Pacific | Consignee Great Southern Wood | Delivery Order C3511 | Lot SWN013CMI | Prob#/BL# 25947 | Control ID 254122 | Cust Ref VesselVoyage SWAN ARROW/013 | Marks 3443 1 X 4 X | Commodity LUMBER | Packaging Bundles | Units Gross Wt 26 13,394,792 | Net Wt 26 13,394,792 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | C3115 225 | BUDDY MOORE | Great Southern Wood | C3115 | SWN013PG/ | 25930 | 3115 | SWAN ARROW/013 | CMB1D | CMB1D | Bundles | 28 13,394,782 | 26 13,394,792 |
| | C3510 222 | Georgia Pacific | Great Southern Wood | C3510 | SWN013CMI | 25948 | 254121 | SWAN ARROW/013 | 3442 1 X 4 X | CMB1D | Bundles | 42 11,165,145 | 42 11,165,145 |
| | C3510 222 | Georgia Pacific | Great Southern Wood | C3510 | SSP014CM/P | 25948 | 254121 | SWAN ARROW/013 SANKO SPRING/014 SWAN ARROW/013 SANKO SPRING/014 | 3442 1 X 4 X | LUMBER | Bundles | 25 19,910,500 | 25 19,910,500 |
| | C3117 546 | GSWP | Great Southern Wood | C3117 | SWN013PG/ | 25932 | 3117 | SWAN ARROW/013 | CMB1D | CMB1D | Bundles | 5 7,982,100 | 5 7,982,100 |
| | C2995 124 | GSWP | Great Southern Wood | C2995 | SWN013PG/ | 25952 | 2995 | SWAN ARROW/013 | CMB1D | CMB1D | Bundles | 30 17,892,600 | 42 11,165,145 |
| | C3005 535 | GSWP | Great Southern Wood | C3065 | SWN013PG/ | 25897 | 805774 | SWAN ARROW/013 | R8D | R8D | Bundles | 42 15,423,325 | 42 15,423,325 |
| | C3119 533 | GSWP | Great Southern Wood | C3119 | SWN013PG/ | 25957 | 3119 | SWAN ARROW/013 | CMB1D | CMB1D | Bundles | 42 11,185,145 | 42 11,165,145 |
| | C3118 541 | GSWP | Great Southern Wood | C3118 | SWN013PG/ | 25956 | 3118 | SWAN ARROW/013 | CMB1D | CMB1D | Bundles | 42 11,185,145 | 42 11,165,145 |

02/08/2006 09:41:58 AM.

AIC    703

# Delivery Breakdown
## SSA Gulfport
SSA - Port of Gulfport - West Pier, Gulfport, MS 39501

From : 4/1/2005    To : 7/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | ProBill/BL# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt. Net Wt |
|------|-----------|---------|-----------|----------------|-----|-------------|------------|----------|---------------|-------|-----------|-----------|-------|------------------|
| | C3026 500 | GSWP | Great Southern Wood | C3026 | SSR015PGA | 25977 | P03026 | | SWAN ARROW/013 KESTREL ARROW/041 SANKO STREAM/15 WEAVER ARROW/048 SANKO SPRING/014 | HD6/08 | HD6/08 | Bundles | 12 | 1,654,080 |
| | C3026 500 | GSWP | Great Southern Wood | C3026 | SWN013CMI | 25977 | P03026 | | SWAN ARROW/013 KESTREL ARROW/041 SANKO STREAM/15 WEAVER ARROW/048 SANKO SPRING/014 | 3449 - 1 X 8 X | LUMBER | Bundles | 2 | 3,592,850 |
| | C3026 500 | GSWP | Great Southern Wood | C3026 | WEA048PGA | 25977 | P03026 | | SWAN ARROW/013 KESTREL ARROW/041 SANKO STREAM/15 WEAVER ARROW/048 SANKO SPRING/014 | HD6/8 | HD6/-8 | Bundles | 2 | 1,964,655 |
| | C3026 500 | GSWP | Great Southern Wood | C3026 | SSP014CMP | 25977 | P03026 | | SWAN ARROW/013 KESTREL ARROW/041 SANKO STREAM/15 WEAVER ARROW/048 SANKO SPRING/014 | 3446 - 1 X 6 | LUMBER | Bundles | 6 | 11,880,540 |
| | C3026 500 | GSWP | Great Southern Wood | C3026 | KEA041PGA | 25977 | P03026 | | SWAN ARROW/013 KESTREL | HD6/10 | HD6/10 | Bundles | 8 | 9,878,400 |

02/08/2006 09:41:50 AM

GENOA Breakbulk Management System

Page 85 of 80

# Delivery Breakdown

SSA Gulfport

SSA - Port of Gulfport - West Pier  Gulfport, MS 39501

From : 4/1/2005

To : 7/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Probill/BL# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|------|-----------|---------|-----------|----------------|-----|-------------|-----------|----------|---------------|-------|-----------|-----------|-------|---------|--------|
| 07/14/05 | C3483 602 | GSWP | Great Southern Wood | C3483 | | PEN053PGA | 25955 | P3483 | PENGUIN/053 | CMB1D | CMB1D | Bundles | 30 | 19,480.525 | |
| | | | | | | | | ARROW/041 SANKO STREAM/15 WEAVER ARROW/048 SANKO SPRING/014 | | | | | 42 | 11,165.145 | |
| | | | | | | | | | | | | | 42 | 14,165.145 | |

## Delivery Breakdown
### SSA Gulfport
SSA - Port of Gulfport - West Pier, Gulfport, MS 39501

From : 4/1/2005     To : 7/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | ProBill/BL# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net W |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | C3502 421 | GSWP | Great Southern Wood | C3502 | SSP014PGA | | 25989 | P3502 | SWAN ARROW/013 PENGUIN/053 WEAVER ARROW/048 SANKO SPRING/014 | AF-808 | AF-908 | Bundles | 1 | 834.588 | |
| | C3502 421 | GSWP | Great Southern Wood | C3502 | SSP014CMP | | 25989 | P3502 | SWAN ARROW/013 PENGUIN/053 WEAVER ARROW/048 SANKO SPRING/014 | 3447 - 1 X 8 | LUMBER | Bundles | 5 | 6,548.850 | |
| | C3502 421 | GSWP | Great Southern Wood | C3502 | WEA048PG/ | | 25989 | P3502 | SWAN ARROW/013 PENGUIN/053 WEAVER ARROW/048 SANKO SPRING/014 | HD808 | HD8/-8 | Bundles | 16 | 15,717.240 | |
| | C3502 421 | GSWP | Great Southern Wood | C3502 | SWN013CMI | | 25989 | P3502 | SWAN ARROW/013 PENGUIN/053 WEAVER ARROW/048 SANKO SPRING/014 | 3447 1 X 8 X | LUMBER | Bundles | 10 | 13,097.760 | |
| | C3502 421 | GSWP | Great Southern Wood | C3502 | PEN053CMP | | 25989 | P3502 | SWAN ARROW/013 PENGUIN/053 WEAVER ARROW/048 SANKO SPRING/014 | 1 X 8 X 8 - | LUMBER | Bundles | 6 | 7,858.620 | |
| | C2898 140 | GSWP | Great Southern Wood | C2896 | SWN013PG/ | | 25986 | 2996 | SWAN ARROW/013 | R9D | R9D | Bundles | 30 | 14,058.978 | |

38 14,058.978
42 15,423.325
42 15,423.325

AIG 206

**Delivery Breakdown**
SSA Gulfport
SSA - Port of Gulfport - West Pier Gulfport, MS 39501
From : 4/1/2005
To : 7/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Probill/BL# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | C3052 04-146 | GSWP | Great Southern Wood | C3052 | SWN013PG/ | 25923 | 3052 | SWAN ARROW/013 | CMB1D | CMB1D | Bundles | 42 | 11,165.145 | 42 11,165.145 |
| | C3121 03-405 | GSWP | Great Southern Wood | C312! | SSP014PGA | 25961 | 3121 | SANKO SPRING/014 | R5D | R5D | Bundles | 41 | 5,755.578 | 41 5,755.578 |
| | C2990 01-534 | GSWP | Great Southern Wood | C2990 | SWN013PG/ | 25954 | 2990 | SWAN ARROW/013 | CMB1D | CMB1D | Bundles | 41 | 5,755.578 | 41 5,755.578 |
| | C3124 423 | GSWP | Great Southern Wood | C3124 | SWN013PG/ | 25976 | 3124 | SWAN ARROW/013 | R5D | R5D | Bundles | 23 | 10,057.783 | 23 10,057.783 |
| | C3124 423 | GSWP | Great Southern Wood | C3124 | SWN013PG/ | 25976 | 3124 | SWAN ARROW/013 | BRAR5D | BRAR5D | Bundles | 18 | 15,697.395 | 18 15,697.395 |
| 07/15/05 | C3473 545 | GSWP | Great Southern Wood | C3473 | PEN053PGA | 25007 | P3473 | PENGUIN/053 | CMB1D | CMB1D | Bundles | 41 | 5,755.578 | 41 5,755.578 |
| | C3475 512 | GSWP | Great Southern Wood | C3475 | PEN053PGA | 26005 | P3475 | PENGUIN/053 | CMB1D | CMB1D | Bundles | 42 | 11,185.145 | 42 11,185.145 |
| | C3476 462 | Watkins Trucking | Great Southern Wood | C3476 | PEN053PGA | 26002 | P3478 | PENGUIN/053 | CMB1D | CMB1D | Bundles | 42 | 11,185.145 | 42 11,185.145 |
| | C3477 314 | Watkins Trucking | Great Southern Wood | C3477 | PEN053PGA | 26003 | P3477 | PENGUIN/053 | CMB1D | CMB1D | Bundles | 42 | 11,185.145 | 42 11,185.145 |
| | C3476 1280 unknown | | Great Southern Wood | C3476 | PEN053PGA | 26011 | P3476 | PENGUIN/053 | CMB1D | CMB1D | Bundles | 42 | 11,185.145 | 42 11,185.145 |
| | C3479 470 | Watkins Trucking | Great Southern Wood | C3479 | PEN053PGA | 25998 | P3479 | PENGUIN/053 | CMB1D | CMB1D | Bundles | 42 | 11,185.145 | 42 11,185.145 |
| | C3480 479 | Watkins Trucking | Great Southern Wood | C3480 | PEN053PGA | 25999 | P3480 | PENGUIN/053 | CMB1D | CMB1D | Bundles | 42 | 11,165.145 | 42 11,165.145 |

42 11,165.145

AIG00^^7

**Delivery Breakdown**
SSA
SSA - Port of Gulfport - West Pier, Gulfport, MS 39501
From: 4/1/2005    To: 7/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Prob#/BL# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/18/05 | C3482 05-500 | GSWP | Great Southern Wood | C3482 | PEN053PGA | | 26037 | P3482 | PENGUIN/053 | CMB1D | CMB1D | Bundles | 42 | 11,165.145 | 42 11,165.145 |
| | C3447 7481 | Georgia Pacific | Great Southern Wood | C3447 | PEN053PGA | | 26021 | 250861 | PENGUIN/053 | KO1D | | Bundles | 42 | 11,165.145 | 42 11,165.145 |
| | C3474 05-504 | GSWP | Great Southern Wood | C3474 | PEN053PGA | | 26033 | P3474 | PENGUIN/053 | CMB1D | CMB1D | Bundles | 42 | 11,165.145 | 42 11,165.145 |
| | C3481 540 | GSWP | Great Southern Wood | C3481 | PEN053PGA | | 26036 | P3481 | PENGUIN/053 | CMB1D | CMB1D | Bundles | 42 | 11,165.145 | 42 11,165.145 |
| | C3255 98-515 | GSWP | Great Southern Wood | C3255 | SWN013PG/ | | 26035 | 3255 | SWAN ARROW/013 | SWAN | | Bundles | 42 | 11,165.145 | 42 11,165.145 |
| | C3255 98-516 | GSWP | Great Southern Wood | C3255 | SWN013CMI | | 26035 | 3255 | SWAN ARROW/019 | SWAN | | Bundles | 28 | 7,443.430 | |
| | C3255 98-515 | GSWP | Great Southern Wood | C3255 | SWN019PG/ | | 26035 | 3255 | SWAN ARROW/019 | | Fencing | Bundles | 5 | 4,806.014 | |
| | C3255 98-515 | GSWP | Great Southern Wood | C3255 | SWN013CMI | | 26035 | 3255 | SWAN ARROW/013 | RGD | RGD | Bundles | 2 | 1,686.825 | |
| | C3434 05-207 | GSWP | Great Southern Wood | C3434 | SWN01CMP | | | P3434 | PENGUIN/053 | GS661D | Fencing | Bundles | 39 | 11,956.629 | 4 7,920.360 |
| | C3443 210 | Georgia Pacific | Great Southern Wood | C3443 | PEN053PGA | | 26017 | 250857 | PENGUIN/053 | GS661D 110 | KO1D | Bundles | 42 | 0,178.693 | 42 0,178.693 |
| | C3444 217 | Georgia Pacific | Great Southern Wood | C3444 | PEN053PGA | | 26018 | 250858 | PENGUIN/053 | KO1D | KO1D | Bundles | 42 | 11,165.145 | 42 11,165.145 |
| | C3448 2457 | Georgia Pacific | Great Southern Wood | C3446 | PEN053PGA | | 26020 | 250860 | PENGUIN/053 | KO1D | KO1D | Bundles | 42 | 11,165.145 | 42 11,165.145 |

02/08/2006 09:42:03 AM

GENOA Breakbulk Management System

AIGP^208

## Delivery Breakdown
### SSA - Port of Gulfport - West Pier, Gulfport, MS 39501
### SSA Gulfport
From : 4/1/2005     To : 7/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Prob/Bill/LPF | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C3433 05-214 | GSWP | | Great Southern Wood | C3433 | PEN053CMF | | 26028 | P3433 | PENGUIN053 | GS061D | Fencing | Bundles | 42 | 10,178.693 | 42 10,178.693 |
| C3484 526 | GSWP | | Great Southern Wood | C3484 | PEN053PGA | | 26054 | P3484 | PENGUIN053 | CMB1D | CMB1D | Bundles | 42 | 11,165.145 | 42 11,165.145 |
| C3435 226 | GSWP | | Great Southern Wood | C3435 | PEN053CMP | | 26030 | P3435 | PENGUIN053 | GS061D | Fencing | Bundles | 42 | 10,178.693 | 42 10,178.693 |
| TRADEX674 508 | unknown | | Great Southern Wood | TRADEX674 | PEN053CMP | | 26052 | | PENGUIN053 | 1 X 4 X 10 | LUMBER | Bundles | 30 | 17,892.600 | 30 17,892.600 |
| 07/19/05 C3445 224 | GSWP | Georgia Pacific | Great Southern Wood | C3445 | PEN053PGA | | 26019 | 250859 | PENGUIN053 | KO1D | KO1D | Bundles | 42 | 11,165.145 | 42 11,165.145 |
| C3489 516 | GSWP | | Great Southern Wood | C3489 | PEN053PGA | | 26038 | P3489 | PENGUIN053 | C2DX | C2DX | Bundles | 23 | 10,089.809 | 23 10,089.809 |
| C3487 470 | Watkins Trucking | | Great Southern Wood | C3487 | PEN053PGA | | 26048 | P3487 | PENGUIN053 | CMB1D | CMB1D | Bundles | 23 | 10,089.909 | 23 10,089.909 |
| C3488 493 | Watkins Trucking | | Great Southern Wood | C3488 | PEN053PGA | | 26049 | P3488 | PENGUIN053 | C2DX | C2DX | Bundles | 42 | 11,165.145 | 42 11,165.145 |
| C3437 05-245 | GSWP | | Great Southern Wood | C3437 | PEN053CMP | | 26032 | P3437 | PENGUIN053 | Fencing | Fencing | Bundles | 23 | 10,089.909 | 42 10,089.909 |
| C3491 456 | Watkins Trucking | | Great Southern Wood | C3491 | PEN053PGA | | 26039 | P3491 | PENGUIN053 | CMB1D | CMB1D | Bundles | 42 | 10,176.680 | 12 11,761.470 |
| C3491 456 | Watkins Trucking | | Great Southern Wood | C3491 | PEN053PGA | | 26039 | P3491 | PENGUIN053 | C2DX | C2DX | Bundles | 16 | 17,888.632 | 28 19,650.102 |

**Delivery Breakdown**
SSA Gulfport
SSA - Port of Gulfport - West Pier, Gulfport, MS 39501
From : 4/1/2005     To : 7/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Prob/U/BL# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|------|-----------|---------|-----------|----------------|-----|-----------|-----------|----------|---------------|-------|-----------|-----------|-------|----------|--------|
| 07/2/2005 | C3503 406 | GSWP | Great Southern Wood | C3503 | SSP10HPGA | | 25982 | P3503 | SANKO SPRING/014 | AF-8/08 | AF-8/08 | Bundles | 43 | 15,888,424 | 43 | 15,886,424 |
| | C3449 | Georgia Pacific | Great Southern Wood | C3449 | PEN053PGA | | 25976 | 250863 | PENGUIN/053 | KD1D | KD1D | Bundles | 42 | 11,165,145 | 42 | 11,165,145 |
| | C3448 207 | Georgia Pacific | Great Southern Wood | C3448 | PEN053PGA | | 25975 | 250862 | PENGUIN/053 | KD1D | KD1D | Bundles | 42 | 11,165,145 | 42 | 11,165,145 |
| | C3459 400 | EVERGREEN TRUCKING | Great Southern Wood | C3459 | PEN053PGA | | 26078 | 254007 | PENGUIN/053 | CMB1D | CMB1D | Bundles | 42 | 11,165,145 | 42 | 11,165,145 |
| | C3460 407 | EVERGREEN TRUCKING | Great Southern Wood | C3460 | PEN053PGA | | 26079 | 254008 | PENGUIN/053 | CMB1D | CMB1D | Bundles | 42 | 11,165,145 | 42 | 11,165,145 |
| | C3438 98-232 | GSWP | Great Southern Wood | C3438 | PEN053CMP | | 26061 | P3438 | PENGUIN/053 | GS661D | Fencing | Bundles | 42 | 11,165,145 | 42 | 11,165,145 |
| | C3499 512 | Watkins Trucking | Great Southern Wood | C3499 | PEN053PGA | | 26097 | P3499 | PENGUIN/053 | CMB1D | CMB1D | Bundles | 42 | 10,179,893 | 42 | 10,179,893 |
| | C3499 512 | Watkins Trucking | Great Southern Wood | C3499 | PEN053CMP | | 26097 | P3499 | PENGUIN/053 | GS441D | GS441D | Bundles | 34 | 13,324,165 | 8 | 12,365,000 |
| 07/21/05 | C3451 7458 | Georgia Pacific | Great Southern Wood | C3451 | PEN053PGA | | 26100 | 250865 | PENGUIN/053 | KD1D | KD1D | Bundles | 42 | 5,893,365 | 42 | 11,165,145 |
| | C3450 7458 | Georgia Pacific | Great Southern Wood | C3450 | PEN053PGA | | 26099 | 250864 | PENGUIN/053 | KD1D | KD1D | Bundles | 42 | 11,165,145 | 42 | 11,165,145 |
| | C3441 05-207 | GSWP | Great Southern Wood | C3441 | PEN053PGA | | 26082 | P3441 | PENGUIN/053 | KD1D | KD1D | Bundles | 42 | 11,165,145 | 42 | 11,165,145 |

AIGn00210

**Delivery Breakdown**

SSA Gulfport

SSA - Port of Gulfport - West Pier, Gulfport, MS 39501

From : 4/1/2005    To : 7/31/2005

| Date | Vehcile ID | Carrier | Consignee | Delivery Order | Lot | Prod'l/BL# | Contrac ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net W |
|------|------------|---------|-----------|----------------|-----|-----------|-----------|----------|---------------|-------|-----------|-----------|-------|----------|-------|
| | C3439 98-233 | GSWP | Great Southern Wood | C3439 | PEN053CMP | 20562 | P3439 | PENGUIN053 | GS661D | GS661D | Bundles | 38 19,209.293 | | |
| | C3439 98-233 | GSWP | Great Southern Wood | C3439 | PEN053PGA | 26062 | P3439 | PENGUIN053 | KO1D | KO1D | Bundles | 4 3,920.490 | | |
| | C3442 98-216 | GSWP | Great Southern Wood | C3442 | PEN053PGA | 26083 | P3442 | PENGUIN053 | KO1D | KO1D | Bundles | 42 13,128.783 | | |
| | C3485 05-550 | GSWP | Great Southern Wood | C3485 | PEN053PGA | 26106 | P3485 | PENGUIN053 | CMB1D | CMB1D | Bundles | 42 11,165.145 | | |
| | C3440 05-241 | GSWP | Great Southern Wood | C3440 | PEN053PGA | 26081 | P3440 | PENGUIN053 | KO1D | KO1D | Bundles | 42 11,165.145 | | |
| 07/22/05 | C3504 549 | GSWP | Great Southern Wood | C3504 | PEN053PGA | 26125 | P3504 | PENGUIN053 | R1D11 | R1D11 | Bundles | 42 11,165.145 | | |
| | C3490 03-200 | GSWP | Great Southern Wood | C3490 | PEN053PGA | 26121 | P3490 | PENGUIN053 | C2DX | C2DX | Bundles | 42 11,165.145 | | |
| | C3486 526 | GSWP | Great Southern Wood | C3486 | PEN053PGA | 26126 | P3486 | PENGUIN053 | CMB1D | CMB1D | Bundles | 23 10,089.909 | | |
| 07/25/05 | C3500 01 | unknown | Great Southern Wood | C3500 | PEN053PGA | 26137 | 12024 | SWAN ARROW/013 PENGUIN053 | L4/06 | L4/06 | Bundles | 42 11,165.145 | | |
| | C3500 01 | unknown | Great Southern Wood | C3500 | SWN013PG/ | 26137 | 12024 | SWAN ARROW/013 PENGUIN053 | L4/06 | L4/06 | Bundles | 30 11,002.625 | | |
| | C3496 05-238 | GSWP | Great Southern Wood | C3498 | PEN053PGA | 26144 | P3496 | PENGUIN053 | BAL10A | BAL10A | Bundles | 59 16,004.376 | | |

26 19,604.330

28 19,604.330

A' 9211

## Delivery Breakdown
### SSA Gulfport
SSA - Port of Gulfport - West Pier, Gulfport, MS 39501

From : 4/1/2005      To : 7/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Prob/l/BL# | Control ID | Cust.Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | C3515 5-207 | GSWP | Great Southern Wood | C3515 | SWN013CMI | 26143 | | P3515 | SWAN ARROW/013 WEAVER ARROW/048 | 3442 1 X 4 X | 3442 | Bundles | 8 | 12,771,350 | |
| | C3515 5-207 | GSWP | Great Southern Wood | C3515 | SWN013CMI | 26143 | | P3515 | SWAN ARROW/013 WEAVER ARROW/048 | 3443 1 X 4 X | 3443 | Bundles | 8 | 16,429,164 | |
| | C3515 5-207 | GSWP | Great Southern Wood | C3515 | WEA048PGA | 26143 | | P3515 | SWAN ARROW/048 WEAVER ARROW/048 | HDS08 | HDS08 | Bundles | 14 | 13,829,760 | |
| | C3553 106 | unknown | Great Southern Wood | C3553 | PEN053PGA | 26148 | | P3553 | PENGUIN/053 | CMB1D | CMB1D | Bundles | 30 | 13,030,284 | 42 11,165,145 |
| | C3514 05-4111 | GREENBUSH | Great Southern Wood | C3514 | PEN053PGA | 28159 | | P3514 | SWAN ARROW/013 PENGUIN/053 | CMB1D | CMB1D | Bundles | 28 | 17,643,430 | 42 11,165,145 |
| | C3514 05-4111 | GREENBUSH | Great Southern Wood | C3514 | SWN013CMI | 26159 | | P3514 | SWAN ARROW/013 PENGUIN/053 | 3446 1 X 6 X | 3446 | Bundles | 5 | 9,900,450 | |
| | TRADEX67 3 542 | unknown | Great Southern Wood | TRADEX673 | PEN053CMP | 28162 | | | PENGUIN/053 | 1 X 4 X 10 | 3442 | Bundles | 33 | 17,343,880 | 30 17,892,600 |
| 07/26/2005 | C3551 543 | GSWP | Great Southern Wood | C3551 | PEN053PGA | 28176 | | P3551 | PENGUIN/053 | CMB1D | CMB1D | Bundles | 30 | 17,892,600 | |
| | C3507 S9213 | GSWP | Great Southern Wood | C3507 | PEN053PGA | 26149 | | P3507 | PENGUIN/053 | R1D11 | R1D11 | Bundles | 42 | 11,165,145 | 42 11,165,145 |

02/08/2005 09:42:07 AM

AIG^^212

## Delivery Breakdown
### SSA Gulfport
SSA - Port of Gulfport - West Pier Gulfport, MS 39501
From : 4/1/2005    To : 7/31/2005

02/08/2006 09:42:08 AM

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Prob#/BL# Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | C3539 98-236 | GSWP | Great Southern Wood | C3539 | SWN0013CMI | 26172 | P3639 | SWAN ARROW/013 KESTREL ARROW/041 WEAVER ARROW/048 | 3446 1 X 6 X 3446 | 3446 | Bundles | 8 | 15,840,720 | |
| | C3639 98-236 | GSWP | Great Southern Wood | C3639 | KEA041PGA | 26172 | P3639 | SWAN ARROW/013 KESTREL ARROW/041 WEAVER ARROW/048 | HD6/10 | HD6/10 | Bundles | 8 | 9,678,400 | |
| | C3639 98-236 | GSWP | Great Southern Wood | C3639 | WEA048PGA | 26172 | P3639 | SWAN ARROW/013 KESTREL ARROW/041 WEAVER ARROW/048 | HD6/08 | HD6/08 | Bundles | 16 | 5,805,440 | |
| | C3505 547 | GSWP | Great Southern Wood | C3505 | PEN052PGA | 26177 | P3505 | PENGUIN/053 | R1D11 | R1D11 | Bundles | 32 | 19,524,560 | |
| | C3506 505 | GSWP | Great Southern Wood | C3506 | PEN053PGA | 26178 | P3506 | PENGUIN/053 | R1D11 | R1D11 | Bundles | 42 | 11,165,145 | 42 11,165,145 |
| | C3509 05214 | GSWP | Great Southern Wood | C3509 | PEN063PGA | 26151 | P3509 | PENGUIN/053 | R1D11 | R1D11 | Bundles | 42 | 11,165,145 | 42 11,165,145 |

42 11,165,145
42 11,165,145

A 00213

# Delivery Breakdown
## SSA Gulfport
### SSA - Port of Gulfport - West Pier  Gulfport, MS 39501
From: 4/1/2005    To: 7/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Prod#/BL# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | C3638 05-239 | GSWP | Great Southern Wood | Great Southern C3638 | PEN053CMF | 26171 | p3638 | | SWAN ARROW/013 PENGUIN/053 | 1 X 4 X 8 | 3441 | Bundles | 8 | 10,248,840 | |
| | C3638 05-239 | GSWP | Great Southern Wood | Great Southern C3638 | SWN013CMI | 26171 | p3638 | | SWAN ARROW/013 PENGUIN/053 | 3442 1 X 4 X | 3442 | Bundles | 3 | 4,789,260 | |
| | C3638 05-239 | GSWP | Great Southern Wood | Great Southern C3638 | SWN013CMI | 28171 | p3638 | | SWAN ARROW/013 PENGUIN/053 | 3443 1 X 4 X | 3443 | Bundles | 9 | 18,492,809 | |
| | C3638 05-239 | GSWP | Great Southern Wood | Great Southern C3638 | PEN053CMF | 26171 | p3638 | | SWAN ARROW/013 PENGUIN/053 | 1 X 4 X 12 | 3443 | Bundles | 8 | 15,276,240 | |
| | C3512 114 | GSWP | Great Southern Wood | Great Southern C3512 | SWN013CMI | 26168 | P3512 | | SWAN ARROW/013 PENGUIN/053 | 3449 1 X 8 X | 3449 | Bundles | 28 | 48,797,149 | |
| | | | | | | | | | | | | | 4 | 7,605,700 | |
| | C3512 114 | GSWP | Great Southern Wood | Great Southern C3512 | PEN053CMP | 26168 | P3512 | | SWAN ARROW/013 PENGUIN/053 | 1 X 8 X 12 | 3449 | Bundles | 21 | 10,979,925 | |
| | C3552 111 | unknown | Great Southern Wood | Great Southern C3552 | PEN053PGA | 28147 | C3552 | | PENGUIN/053 | CMB1D | CMB1D | Bundles | 26 | 18,785,826 | |
| | | | | | | | | | | | | | 42 | 11,165,145 | |
| | C3531 15 | unknown | Great Southern Wood | Great Southern C3501 | PEN053PGA | 26181 | 12025 | | PENGUIN/053 | L4/08 | L4/06 | Bundles | 50 | 15,004,375 | |
| | C3549 403234 | GSWP | Great Southern Wood | Great Southern C3549 | PEN043PGA | 26174 | P3549 | | PENGUIN/053 | CMB1D | CMB1D | Bundles | 50 | 15,004,375 | |
| 07/27/05 | C3550 5503 | GSWP | Great Southern Wood | Great Southern C3550 | PEN053PGA | 26175 | P3550 | | PENGUIN/053 | CMB1D | CMB1D | Bundles | 42 | 11,165,145 | |
| | | | | | | | | | | | | | 42 | 11,165,145 | |
| | C3452 7393 Georgia Pacific | | Great Southern Wood | Great Southern C3452 | PEN053PGA | 26197 | 250866 | | PENGUIN/053 | KD1D | KD1D | Bundles | 42 | 11,165,145 | |
| | | | | | | | | | | | | | 42 | 11,165,145 | |

02/09/2006 09:42:09 AM

AIG0?14

## Delivery Breakdown
### SSA Gulfport
### SSA - Port of Gulfport - West Pier Gulfport, MS 39501
From : 4/1/2005     To : 7/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Probill/BL# | Control ID | Cust. Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | C3455 1023 | unknown | Great Southern Wood | C3455 | PEN0529GA | 26187 | 254003 | | PENGUIN0053 | KO1D | KO1D | Bundles | 42 | 1,165.145 | 1,165.145 |
| | C2865 502 | GSWP | Great Southern Wood | C2865 | SSP014PGA | 26185 | P02865 | | SPRING014 | SANKO ARROW/013 | BAL.01A | BAL.10A | Bundles | 42 | 1,165.145 | 1,165.145 |
| | | | | | | | | | | SANKO STREAM/15 | | | | 26 | 19,604.330 | 19,604.330 |
| | C3245 523 | GSWP | Great Southern Wood | C3245 | SWN013CMI | 26034 | 3245 | | SWAN ARROW/013 | 3443 1 X 4 X | 3443 | Bundles | 28 | 19,604.330 | |
| | | | | | | | | | WEAVER | | | | 5 | 10,268.227 | 10,268.227 |
| | C3245 523 | GSWP | Great Southern Wood | C3245 | WEA048CMI | 26034 | 3245 | | STREAM/15 SANKO ARROW/013 SWAN ARROW/048 | 3444 - 19 x | 3444 | Bundles | 7 | 9,291.870 | |
| | C3245 523 | GSWP | Great Southern Wood | C3245 | SSR015PGA | 26004 | 3245 | | WEAVER STREAM/15 SANKO ARROW/013 SWAN ARROW/048 | HD6/08 | HD6/08 | Bundles | 3 | 2,863.520 | |
| | C3245 523 | GSWP | Great Southern Wood | C3245 | SWN015CMI | 26034 | 3245 | | WEAVER STREAM/15 SANKO ARROW/048 SWAN ARROW/013 | 3445 1 X 6 X     3446 | | Bundles | 8 | 11,880.540 | |
| | C3245 523 | GSWP | Great Southern Wood | C3245 | SWN013PG/ | 26034 | 3245 | | WEAVER STREAM/15 SANKO ARROW/013 SWAN ARROW/048 | CMB1D | CMB1D | Bundles | 6 | 5,880.735 | |
| | C2927 551 | GSWP | Great Southern Wood | C2927 | SWN013PG/ | 26184 | 2927 | | SWAN ARROW/013 WEAVER STREAM/15 SANKO ARROW/048 | B58 | B58 | Bundles | 27 | 10,284.892 | |

02/08/2005 09:42:10 AM

GENOA Breakbulk Management System

27 10,284.892
28 12,691.330

28 12,691.330

AIG00^`5

**Delivery Breakdown**

SSA - Port of Gulfport - West Pier Gulfport, MS 39501

SSA Gulfport

From : 4/1/2005    To : 7/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Prob#/Bl# | Control ID | Cust Ref. | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|------|-----------|---------|-----------|----------------|-----|-----------|-----------|-----------|---------------|-------|-----------|-----------|-------|----------|--------|
| | C3640 534 | GSWP | Great Southern Wood | C3640 | SWN013CMI | 26186 | P3640 | | SWAN ARROW/013 PENGUIN/053 WEAVER ARROW/048 | 3442 1 X 4 X  3442 | | Bundles | 8 | 12,771.360 | |
| | C3640 534 | GSWP | Great Southern Wood | C3640 | WEA048PG/ | 26186 | P3640 | | SWAN ARROW/013 PENGUIN/053 WEAVER ARROW/048 | HD608 | HD608 | Bundles | 10 | 9,878.400 | |
| | C3640 534 | GSWP | Great Southern Wood | C3640 | SWN013CMI | 26186 | P3640 | | SWAN ARROW/013 PENGUIN/053 WEAVER ARROW/048 | 3446 1 X 6 X  3446 | | Bundles | 6 | 11,880.540 | |
| | C3640 534 | GSWP | Great Southern Wood | C3640 | PEN053PGA | 26186 | P3640 | | SWAN ARROW/013 PENGUIN/053 WEAVER ARROW/048 | CMB1D | CMB1D | Bundles | 6 | 5,880.735 | |
| | C3506 5-207 | GSWP | Great Southern Wood | C3506 | PEN053PGA | 26150 | P3506 | | PENGUIN/053 | R1D11 | R1D11 | Bundles | 30 | 10,411.025 |  42 11,165.145 |
| | C3436 245 | GSWP | Great Southern Wood | C3436 | PEN052CMP | 26031 | P3436 | | PENGUIN/053 | GS661D | GS661D | Bundles | 42 | 11,165.145  42 10,178.693 | |
| 07/28/2005 | C3463 222 | Georgia Pacific | Great Southern Wood | C3463 | PEN053PGA | 26208 | 250867 | | PENGUIN/053 | CMB1D | CMB1D | Bundles | 42 | 0,178.690  42 11,165.145 | |
| | C3464 7458 | Georgia Pacific | Great Southern Wood | C3464 | PEN053PGA | 26209 | 250888 | | PENGUIN/053 | CMB1D | CMB1D | Bundles | 42 | 11,165.145  42 11,165.145 | |
| | C3454 26 | unknown | Great Southern Wood | C3454 | PEN053PGA | 26214 | 254002 | | PENGUIN/053 | KD1D | KD1D | Bundles | 42 | 11,165.145  42 11,165.145  42 11,165.145 | |

02/08/2006 09:42:11 AM

GENOA Breakbulk Management System

**AIG00△**

02/08/2006 09:42:12 AM

# Delivery Breakdown
## SSA Gulfport
SSA - Port of Gulfport - West Pier Gulfport, MS 39501

From : 4/1/2005    To : 7/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Prob#/BL# | Contrd ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt. | Net W. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | C3492 500 | GSWP | Great Southern Wood | C3492 | PEN053PGA | 26183 | P3492 | | PENGUIN/053 | B58 | B58 | Bundles | 28 | 12,691,330 | |
| | C3752 01-549 | GSWP | Great Southern Wood | C3752 | PEN053CMP | 26228 | 806228 | | PENGUIN/053 | 1 X 4 X 8 | 3441 | Bundles | 3 | 3,843,315 | |
| | C3752 01-549 | GSWP | Great Southern Wood | C3752 | PEN053PGA | 20228 | 806228 | | PENGUIN/053 | AF-4/08 | AF-4/08 | Bundles | 40 | 11,707,900 | |
| 07/23/05 | C3453 5208 | unknown | Great Southern Wood | C3453 | PEN053PGA | 26217 | 254001 | | PENGUIN/053 | KO1D | KO1D | Bundles | 43 | 16,555,215 | |
| | C3877 425 | GSWP | Great Southern Wood | C3877 | PEN053CMP | 26120 | P3877 | | PENGUIN/053 | 1 X 4 X 14 - | 3561 | Bundles | 17 | 17,822,365 | |
| | C3877 426 | GSWP | Great Southern Wood | C3877 | PEN053CMP | 26120 | P3677 | | PENGUIN/053 | 1 X 4 X 8 | 3441 | Bundles | 8 | (0,248,840 | |
| | C3456 5197 | unknown | Great Southern Wood | C3456 | PEN053PGA | 26218 | 254004 | | PENGUIN/053 | KO1D | KO1D | Bundles | 26 | 18,071,205 | |
| | C3466 223 | Georgia Pacific | Great Southern Wood | C3466 | PEN053PGA | 26234 | 250870 | | PENGUIN/053 | CMB1D | CMB1D | Bundles | 42 | 11,165,145 | |

42 11,165,145

AIG00217

# Delivery Breakdown

SSA - Port of Gulfport
SSA Gulfport
SSA - Port of Gulfport - West Pier Gulfport, MS 39501

From : 4/1/2005    To : 7/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Probill/B/L# | Control ID | Cust Ref | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net W |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | C3749 01-124 | GSWP | Great Southern Wood | Great Southern C3749 | WEA04BPG/ | | 28230 | P3749 | ARROW/013 PENGUIN/053 WEAVER ARROW/048 SANKO SPRING/014 SWAN | HD8/10 | HD8/10 | Bundles | 1 | 1,228,185 | |
| | C3749 01-124 | GSWP | Great Southern Wood | Great Southern C3749 | SSP014CMP | | 28230 | P3749 | ARROW/013 PENGUIN/053 WEAVER ARROW/048 SANKO SPRING/014 SWAN | 3448 - 1 X 8 | 3448 | Bundles | 3 | 4,895,100 | |
| | C3749 01-124 | GSWP | Great Southern Wood | Great Southern C3749 | PEN053CMP | | 26230 | P3749 | ARROW/013 PENGUIN/053 WEAVER ARROW/048 SANKO SPRING/014 SWAN | 1 X 4 X 12 | 3443 | Bundles | 8 | 15,276,240 | |
| | C3749 01-124 | GSWP | Great Southern Wood | Great Southern C3749 | SWN013CMI | | 26230 | P3749 | ARROW/013 PENGUIN/053 WEAVER ARROW/048 SANKO SPRING/014 SWAN | 3446 1 X 6 X  3446 | | Bundles | 6 | 11,880,540 | |
| | | GSWP | Great Southern Wood | Great Southern C3749 | WEA04BPG/ | | 28230 | P3749 | ARROW/013 PENGUIN/053 WEAVER ARROW/048 SANKO SPRING/014 SWAN | HD8/08 | HD8/8 | Bundles | 4 | 3,929,310 | |
| | | GSWP | Great Southern Wood | Great Southern C3749 | SSP014PGA | | 26230 | P3749 | ARROW/013 PENGUIN/053 WEAVER ARROW/048 SANKO SPRING/014 | AF-8/08 | AF-8/08 | Bundles | 1 | 834,568 | |

02/08/2006 09:42:13 AM

GENOA Breakbulk Management System

AIG00  8

#1539 I.031 / 032

**Delivery Breakdown**
SSA Gulfport
SSA - Port of Gulfport - West Pier Gulfport, MS 39501
From : 4/1/2005        To : 7/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Lot | Prod#/BL# | Control ID | Cust. Ref. | Vessel/Voyage | Marks | Commodity | Packaging | Units | Gross Wt | Net Wt |
|------|-----------|---------|-----------|----------------|-----|-----------|-----------|------------|---------------|-------|-----------|-----------|-------|----------|--------|
| | C3461 5203 unknown | | Great Southern Wood | C3461 | | | 26220 | 254009 | PENGUIN/0053 | CMB1D | CMB1D | Bundles | 23 | 18,043,943 | |
| | C3458 2772 unknown | | Great Southern Wood | C3458 | | | 26219 | 254006 | PENGUIN/0053 | CMB1D | CMB1D | Bundles | 42 | 11,165,145 | |
| | C3462 5007 unknown | | Great Southern Wood | C3462 | | | 28221 | 254010 | PENGUIN/0053 | CMB1D | CMB1D | Bundles | 42 | 11,165,145 | |
| | | | | | | | | | | | | | 42 | 11,165,145 | |
| | | | | | | | | | | | | | 42 | 11,165,145 | |

Total Vehicles 502

| | Units | Gross Wt | Net Wt |
|--|-------|----------|--------|
| Total | 19,027 | 47,833,463 | |

**AIG0n219**

Delivery Breakdown for Great Southern Wood (in Metric Tons)

Delivery Breakdown for Great Southern Wood
(in Metric Tons)
SSA Gulfport
SSA - Port of Gulfport- West Pier Gulfport, MS 39501
From: 8/1/2005    To: 10/31/2005

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | Probill/Truck Bill | Conv'c ID | Cust Ref | Vessel/Voyage | Commodity | Packaging | Marks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/1/2005 9:42:13 AM | C3493 05-537 | GSWP | Great Southern Wood | C3493 | | 26250 | P3493 | PENGUIN053 | B58 | Bundles | B58 |
| 8/1/2005 10:35:21 AM | C3644 5-240 | GSWP | Great Southern Wood | C3644 | | 28239 | P3644 | PENGUIN053 | 3686 | Bundles | 2 X 4 X 12 |
| 8/1/2005 10:35:21 AM | C3644 5-240 | GSWP | Great Southern Wood | C3644 | | 26239 | P3644 | PENGUIN053 | 3687 | Bundles | 2 X 4 X 14 |
| 8/1/2005 11:49:42 AM | C3643 05-230 | GSWP | Great Southern Wood | C3643 | | 26238 | p3643 | PENGUIN053 | 3686 | Bundles | 2 X 4 X 12 |
| 8/1/2005 11:49:42 AM | C3643 05-230 | GSWP | Great Southern Wood | C3643 | | 26238 | p3643 | PENGUIN053 | 3685 | Bundles | 2 X 4 X 10 |
| 8/1/2005 11:49:42 AM | C3643 05-230 | GSWP | Great Southern Wood | C3643 | | 28238 | p3643 | PENGUIN055 | 3684 | Bundles | 2 X 4 X 8 3 |
| 8/1/2005 1:18:47 PM | C3646 5-245 | GSWP | Great Southern Wood | C3646 | | 26241 | P3646 | PENGUIN055 | 7034 | Bundles | 2 X 6 X 14 |
| 8/1/2005 1:18:47 PM | C3646 5-245 | GSWP | Great Southern Wood | C3646 | | 26241 | P3646 | PENGUIN053 | 7033 | Bundles | 2 X 6 X 12 |
| 8/1/2005 1:38:35 PM | C2751 629 | unknown | Great Southern Wood | C2751 | | 26235 | 3E6494 | SPRING/014 | R9D | Bundles | R9D |
| 8/1/2005 1:59:44 PM | C3494 527 | GSWP | Great Southern Wood | C3494 | | 26251 | P3494 | PENGUIN053 | B59 | Bundles | B58 |
| 8/1/2005 2:23:25 PM | C3645 05-222 | GSWP | Great Southern Wood | C3645 | | 26240 | P3645 | PENGUIN053 | 7033 | Bundles | 2 X 6 X 12 |
| 8/1/2005 2:23:25 PM | C3645 05-222 | GSWP | Great Southern Wood | C3645 | | 26240 | P3645 | PENGUIN053 | 3888 | Bundles | 2 X 4 X 16 |
| 8/1/2005 2:23:25 PM | C3645 05-222 | GSWP | Great Southern Wood | C3645 | | 26240 | P3645 | PENGUIN053 | 3687 | Bundles | 2 X 4 X 14 |
| 8/1/2005 2:58:15 PM | C3647 5-242 | GSWP | Great Southern Wood | C3647 | | 28242 | P3647 | PENGUIN053 | 3687 | Bundles | 2 X 3 X 14 |
| 8/1/2005 2:58:15 PM | C3647 5-242 | GSWP | Great Southern Wood | C3647 | | 28242 | P3647 | PENGUIN053 | 4815 | Bundles | 2 X 8 X 14 |
| 8/1/2005 2:58:15 PM | C3647 5-242 | GSWP | Great Southern Wood | C3647 | | 28242 | P3647 | PENGUIN053 | 4295 | Bundles | 2 X 8 X 12 |
| 8/1/2005 2:58:15 PM | C3647 5-242 | GSWP | Great Southern Wood | C3647 | | 26242 | P3647 | PENGUIN053 | 3684 | Bundles | 2 X 8 X 7 |
| 8/1/2005 2:58:15 PM | C3647 5-242 | GSWP | Great Southern | C3647 | | 26242 | P3647 | PENGUIN053 | 7035 | Bundles | 2 X 6 X 16 |
| 8/1/2005 2:58:15 PM | C3647 5-242 | GSWP | Great Southern | C3647 | | 26242 | P3647 | PENGUIN053 | 7034 | Bundles | 2 X 6 X 14 |

AIG0C    1

Delivery Breakdown for Great Southern Wood (in Metric Tons)

| Date/Time | | | Wood | | | | | | Bundles |
|---|---|---|---|---|---|---|---|---|---|
| 8/1/2005 3:26:33 PM | GSWP | C3497 622 | Great Southern Wood | C3497 | 26252 | P3497 | PENGUIN053 | R9D | R9D |
| 8/1/2005 4:38:03 PM | GSWP | C3648 5207 | Great Southern Wood | C3648 | 26243 | P3648 | PENGUIN053 | 4297 | 2 X 8 X 16- |
| 8/1/2005 4:38:03 PM | GSWP | C3648 5207 | Great Southern Wood | C3648 | 26243 | P3648 | PENGUIN050 | 4815 | 2 X 8 X 14 |
| 8/2/2005 10:47:00 AM | GSWP | C3837 05-207 | Great Southern Wood | C3837 | 26286 | P3837 | PENGUIN053 | AF-4/09 | AF-4/08 |
| 8/2/2005 11:11:59 AM | GSWP | C3513 98539 | Great Southern Wood | C3513 | 26272 | p3513 | PENGUIN053 | 3441 | 1 X 4 X 6-: |
| 8/2/2005 11:11:59 AM | GSWP | C3513 98539 | Great Southern Wood | C3513 | 26272 | p3513 | PENGUIN053 | 3443 | 1 X 4 X 12 |
| 8/2/2005 11:11:59 AM | GSWP | C3513 98539 | Great Southern Wood | C3513 | 26272 | p3513 | WEAVER0048 | 3444 | 3444 - 19 x 2440 |
| 8/2/2005 11:11:59 AM | GSWP | C3513 98539 | Great Southern Wood | C3513 | 26272 | p3513 | WEAVER0048 | HD608 | HD608 |
| 8/2/2005 11:34:51 AM | GSWP | C3498 96-515 | Great Southern Wood | C3498 | 26273 | P3498 | PENGUIN053 | R9D | R9D |
| 8/2/2005 1:16:54 PM | GSWP | C3839 217 | Great Southern Wood | C3839 | 26268 | P3839 | PENGUIN053 | 3446 | 1 X 6 X 12 |
| 8/2/2005 1:18:54 PM | GSWP | C3839 217 | Great Southern Wood | C3939 | 26268 | P3939 | SWAN013 | 3446 | 3446 1 X 6 |
| 8/2/2005 1:19:03 PM | GSWP | C3841 510 | Great Southern Wood | C3841 | 26271 | P3841 | SWAN013 | 3442 | 3442 1 X 4 |
| 8/2/2005 1:18:03 PM | GSWP | C3841 510 | Great Southern Wood | C3841 | 26271 | P3841 | PENGUIN053 | 3443 | 1 X 4 X 12 |
| 8/2/2005 1:19:03 PM | GSWP | C3841 510 | Great Southern Wood | C3841 | 26271 | P3841 | WEAVER0048 | HD608 | HD608 |
| 8/2/2005 1:19:03 PM | GSWP | C3841 510 | Great Southern Wood | C3841 | 26271 | P3841 | AVCCET/047 | 3445 | 3445 - 19 > 3050 |
| 8/2/2005 1:19:03 PM | GSWP | C3841 510 | Great Southern Wood | C3841 | 26271 | P3841 | KESTREL/041 | HD6/10 | HD6/10 |
| 8/2/2005 1:19:03 PM | GSWP | C3841 510 | Great Southern Wood | C3941 | 26271 | P3941 | PENGUIN053 | 3446 | 1 X 6 X 12 |
| 8/2/2005 2:58:59 PM | Georgia Pacific | C3465 7395 | Great Southern Wood | C3465 | 26269 | 250869 | PENGUIN053 | CMB10 | CMB10 |
| 8/2/2005 3:57:36 PM | GSWP | C3495 518 | Great Southern Wood | C3495 | 26270 | P3495 | PENGUIN053 | BAL10A | BAL10A |
| 8/2/2005 3:59:48 PM | GSWP | C3838 204 | Great Southern Wood | C3838 | 26267 | P3838 | PENGUIN053 | 3443 | 1 X 4 X 12 |
| 8/3/2005 8:29:51 AM | Georgia Pacific | C3468 7393 | Great Southern Wood | C3468 | 26278 | 250872 | PENGUIN053 | CMB1D | CMB1D |

Delivery Breakdown for Great Southern Wood (in Metric Tons)

| Date | Order | Customer | Mill | Code | Num1 | Num2 | Carrier | Product | UOM | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/3/2005 10:11:30 AM | C3840 05-244 | GSWP | Great Southern Wood | C3840 | 26265 | P3840 | PENGUIN053 | 3449 | Bundles | 1 X 8 x 12 |
| 8/3/2005 10:11:30 AM | C3840 05-244 | GSWP | Great Southern Wood | C3840 | 26265 | P3840 | SWAN013 | 3442 | Bundles | 3442 1 X 4 |
| 8/3/2005 10:11:30 AM | C3840 05-244 | GSWP | Great Southern Wood | C3840 | 26265 | P3840 | WEAVER046 | HD6/08 | Bundles | HD6/08 |
| 8/3/2005 10:11:30 AM | C3840 05-244 | GSWP | Great Southern Wood | C3840 | 26264 | P3979 | WEAVER048 | HD8/10 | Bundles | HD8/10 |
| 8/3/2005 11:30:05 AM | C3679 237 | GSWP | Great Southern Wood | C3679 | 26277 | 250871 | PENGUIN053 | CMB1D | Bundles | CMB1D |
| 8/3/2005 11:54:32 AM | C3467 200 | Georgia Pacific | Great Southern Wood | C3467 | 26279 | 250873 | PENGUIN053 | CMB1D | Bundles | CMB1D |
| 8/3/2005 1:35:14 PM | C3469 7458 | Georgia Pacific | Great Southern Wood | C3469 | 26278 | 250873 | PENGUIN053 | CMB1D | Bundles | CMB1D |
| 8/4/2005 2:30:34 PM | C3470 9 | unknown | Great Southern Wood | C3470 | 26285 | 250874 | SPRING014 | R8D | Bundles | R8D |
| 8/5/2005 1:34:28 PM | C2752 8885 | BOYD TRUCKING | Great Southern Wood | C2752 | 26294 | 366495 | PENGUIN053 | CMB1D | Bundles | CMB1D |
| 8/8/2005 10:41:50 AM | C3471 7393 | Georgia Pacific | Great Southern Wood | C3471 | 26310 | 250875 | PENGUIN053 | CMB1D | Bundles | CMB1D |
| 8/8/2005 8:37:05 AM | C3990 05-214 | GSWP | Great Southern Wood | C3990 | 26339 | 3990 | KESTREL045 | KD1D | Bundles | KD1D |
| 8/10/2005 9:27:25 AM | C3991 223 | GSWP | Great Southern Wood | C3991 | 26344 | 3991 | KESTREL045 | KD1D | Bundles | KD1D |
| 8/10/2005 10:16:37 AM | C3991 223 | GSWP | Great Southern Wood | C3991 | 26338 | 3990 | KESTREL045 | KD1D | Bundles | KD1D |
| 8/10/2005 11:20:05 AM | C3989 220 | GSWP | Great Southern Wood | C3989 | 26338 | 3989 | KESTREL045 | GS661D | Bundles | GS661D |
| 8/10/2005 11:20:16 AM | C3987 5-245 | GSWP | Great Southern Wood | C3987 | 26336 | 3987 | KESTREL045 | GS661D | Bundles | GS661D |
| 8/10/2005 11:23:11 AM | C3988 05-207 | GSWP | Great Southern Wood | C3988 | 26337 | 3988 | KESTREL045 | GS661D | Bundles | GS661D |
| 8/10/2005 11:29:58 AM | C4018 5-216 | GSWP | Great Southern Wood | C4018 | 26333 | P04018 | KESTREL045 | PP1KD | Bundles | PP1KD |
| 8/10/2005 11:29:58 AM | C3986 05-244 | GSWP | Great Southern Wood | C3986 | 26335 | 3986 | SWAN013 | CMB1D | Bundles | CMB1D |
| 8/10/2005 11:54:07 AM | C4026 5-908 | GSWP | Great Southern Wood | C4026 | 26347 | 4026 | KESTREL045 | BAL10A | Bundles | BAL10A |
| 8/10/2005 1:50:24 PM | C3992 05-241 | GSWP | Great Southern Wood | C3992 | 26345 | 3992 | KESTREL045 | KD1D | Bundles | KD1D |
| 8/11/2005 9:11:57 AM | C3472 206 | Georgia Pacific | Great Southern Wood | C3472 | 26349 | 250876 | PENGUIN053 | CMB1D | Bundles | CMB1D |
| 8/11/2005 9:50:22 | C3993 5-216 | GSWP | Great Southern | C3993 | 26365 | 3993 | KESTREL045 | KD1D | Bundles | KD1D |

AIG00. ~

## Delivery Breakdown for Great Southern Wood (in Metric Tons)

| AM | | | Wood | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 8/11/2005 11:05:35 AM | C3994 5-242 | GSWP | Great Southern Wood | C3994 | 26556 | 3994 | KESTREL/045 KO1D | Bundles | KO1D |
| 8/11/2005 11:34:41 AM | C4019 5-242 | GSWP | Great Southern Wood | C4019 | 26532 | P04019 | KESTREL/045 PP1KD | Bundles | PP1KD |
| 8/11/2005 11:34:41 AM | C4019 5-242 | GSWP | Great Southern Wood | C40.. | ..19 | P04019 | KESTREL/045 FGS2B | Bundles | FGS2B |
| 8/11/2005 11:45:10 AM | C4074 2497 | unknown | Great Southern Wood | C4074 | 26364 | 5212 | SWAN/013 3444 | Bundles | 3444 - 1 X 6 |
| 8/11/2005 11:45:10 AM | C4074 2497 | unknown | Great Southern Wood | C4074 | 26364 | 5212 | PENGUIN/053 3444 | Bundles | 1 X 6 X 8 - |
| 8/11/2005 11:45:10 AM | C4074 2497 | unknown | Great Southern Wood | C4074 | 26364 | 6212 | WEAVER/048 HD608 | Bundles | HD608 |
| 8/11/2005 1:20:14 PM | C3996 05-245 | GSWP | Great Southern Wood | C3995 | 26357 | 3995 | KESTREL/045 KO1D | Bundles | KO1D |
| 8/11/2005 1:20:14 PM | C3995 05-245 | GSWP | Great Southern Wood | C3995 | 26357 | 3995 | KESTREL/045 CMB1D | Bundles | CMB1D |
| 8/11/2005 1:45:45 PM | C0009 516 | GSWP | Great Southern Wood | C0009 | 26375 | 4009 | KESTREL/045 CMB1D | Bundles | CMB1D |
| 8/11/2005 1:45:45 PM | C0024 98234 | GSWP | Great Southern Wood | C4024 | 26376 | 4024 | KESTREL/045 FGS1A | Bundles | FGS1A |
| 8/11/2005 2:07:34 PM | C4010 01-534 | GSWP | Great Southern Wood | C4010 | 26379 | 4010 | KESTREL/045 CMB1D | Bundles | CMB1D |
| 8/11/2005 3:32:16 PM | C4060 227 | GSWP | Great Southern Wood | C4060 | 26381 | p4060 | KESTREL/045 CMB1D | Bundles | CMB1D |
| 8/11/2005 4:04:01 PM | C4065 7172 | GSWP | Great Southern Wood | C4065 | 26389 | P04065 | KESTREL/045 CMB1D | Bundles | CMB1D |
| 8/12/2005 10:55:40 AM | C4062 5-240 | GSWP | Great Southern Wood | C4062 | 26386 | P04062 | KESTREL/045 CMB1D | Bundles | CMB1D |
| 8/12/2005 10:55:56 AM | C4066 5-207 | GSWP | Great Southern Wood | C4066 | 26390 | P04066 | KESTREL/045 CMB1D | Bundles | CMB1D |
| 8/12/2005 11:17:58 AM | C4064 5-216 | GSWP | Great Southern Wood | C4064 | 26388 | P4064 | KESTREL/045 CMB1D | Bundles | CMB1D |
| 8/12/2005 1:42:26 PM | C4063 223 | GSWP | Great Southern Wood | C4063 | 26387 | P04063 | KESTREL/045 CMB1D | Bundles | CMB1D |
| 8/12/2005 2:01:19 PM | C4025 5-239 | GSWP | Great Southern Wood | C4025 | 26368 | 4025 | KESTREL/045 BAL10A | Bundles | BAL10A |
| 8/12/2005 3:16:13 PM | C4059 01-203 | GSWP | Great Southern Wood | C4059 | 26411 | P04089 | KESTREL/045 R1D11 | Bundles | R1D11 |
| 8/15/2005 12:01:24 PM | C4061 5-210 | GSWP | Great Southern Wood | C4061 | 26380 | P04061 | KESTREL/045 CMB1D | Bundles | CMB1D |
| 8/15/2005 1:15:07 PM | C4068 5216 | GSWP | Great Southern Wood | C4068 | 26410 | P04068 | KESTREL/045 R1D11 | Bundles | R1D11 |

AIG002

## Delivery Breakdown for Great Southern Wood (in Metric Tons)

| Date/Time | Col1 | Col2 | Company | Col4 | Col5 | Col6 | Col7 | Unit |
|---|---|---|---|---|---|---|---|---|
| 8/15/2005 1:47:00 PM | C4057 5-244 | GSWVP | Great Southern Wood | C4057 | 26409 | P4057 | KESTREL/D45 R1D11 | Bundles R1D11 |
| 8/15/2005 1:47:00 PM | C4057 5-244 | GSWVP | Great Southern Wood | C4057 | 26409 | P4057 | KESTREL/D45 BRAR1D11 | Bundles BRAR1D1 |
| 8/15/2005 3:01:12 PM | C4107 5-243 | GSWVP | Great Southern Wood | C4107 | 26435 | P04107 | SPRING/D14 AF-6/08 | Bundles AF-6/08 |
| 8/15/2005 3:01:12 PM | C4107 5-243 | GSWVP | Great Southern Wood | C4107 | 26435 | P04107 | PENGUIN/D53 3444 | Bundles 1 X 6 X 8 - |
| 8/15/2005 3:31:51 PM | C3998 476 | Watkins Trucking | Great Southern Wood | C3998 | 26443 | 3998 | CMB1D | CMB1D |
| 8/15/2005 3:37:08 PM | C3999 516L | Watkins Trucking | Great Southern Wood | C3999 | 26444 | 3999 | CMB1D | CMB1D |
| 8/16/2005 1:24:10 PM | C3996 503 | GSWP | Great Southern Wood | C3996 | 26432 | 3996 | C2DX | C2DX |
| 8/16/2005 1:28:01 PM | C4017 544 | GSWVP | Great Southern Wood | C4017 | 26436 | 4017 | KESTREL/D45 C2DX | Bundles C2DX |
| 8/16/2005 2:05:18 PM | C4106 231 | GSWVP | Great Southern Wood | C4106 | 26449 | p04106 | PENGUIN/D53 AF-4/08 | Bundles AF-/408 |
| 8/16/2005 2:05:18 PM | C4106 231 | GSWVP | Great Southern Wood | C4106 | 26449 | p04106 | PENGUIN/D53 3443 | Bundles 1 X 4 X 12 |
| 8/16/2005 2:05:18 PM | C4106 231 | GSWVP | Great Southern Wood | C4106 | 26449 | p04106 | PENGUIN/D53 3444 | Bundles 1 X 6 X 8 - |
| 8/16/2005 2:05:18 PM | C4106 231 | GSWVP | Great Southern Wood | C4106 | 26449 | p04106 | PENGUIN/D53 3446 | Bundles 1 X 6 X 12 |
| 8/16/2005 3:45:49 PM | C4108 212 | GSWP | Great Southern Wood | C4108 | 26466 | P04108 | AF-8/12 | Bundles AF-8/12 |
| 8/16/2005 3:45:49 PM | C4108 212 | GSWP | Great Southern Wood | C4108 | 26466 | P04108 | SPRING/D14 | Bundles 1 X 8 X 12 |
| 8/16/2005 3:45:49 PM | C4108 212 | GSWP | Great Southern Wood | C4108 | 26466 | P04108 | PENGUIN/D53 3449 | Bundles 1 X 8 X 12 |
| 8/16/2005 3:45:49 PM | C4108 212 | GSWP | Great Southern Wood | C4108 | 26466 | P04108 | PENGUIN/D53 3448 | Bundles 1 X 6 X 12 |
| 8/16/2005 3:45:49 PM | C4108 212 | GSWP | Great Southern Wood | C4108 | 26466 | P04108 | HDG/10 | Bundles HDG/10 |
| 8/16/2005 3:45:49 PM | C4109 212 | GSWP | Great Southern Wood | C4109 | 26466 | P04108 | SANKO/15 | Bundles |
| 8/16/2005 3:45:49 PM | C4108 212 | GSWP | Great Southern Wood | C4108 | 26466 | P04108 | PENGUIN/D53 3443 | Bundles 1 X 4 X 12 |
| 8/16/2005 3:45:49 PM | C4108 212 | GSWP | Great Southern Wood | C4108 | 26466 | P04108 | SWAN/013 3442 | Bundles 1 X 4 X 12 |
| 8/16/2005 3:45:49 PM | C4108 212 | GSWP | Great Southern Wood | C4108 | 26466 | P04108 | AVOCET/047 3445 | Bundles 3445 - 19 |
| 9/16/2005 3:45:49 PM | C4108 212 | GSWP | Great Southern Wood | C4108 | 26466 | P04108 | 3445 | Bundles 3445 3050 |
| 8/17/2005 11:26:56 AM | C3997 518 | GSWP | Great Southern Wood | C3997 | 26660 | 3997 | KESTREL/045 CMB1D | Bundles CMB1D |
| 8/17/2005 1:21:29 PM | C41257 5215 | GSWP | Great Southern Wood | C41257 | 26476 | | SWAN/013 GS461D | Bundles GS461D 1 |
| 8/17/2005 2:35:35 | C41256 | GSWP | Great Southern | C41256 | 26475 | | SANKO/15 R3D | Bundles R3D |

AlGor  4

Delivery Breakdown for Great Southern Wood (in Metric Tons)

| Date/Time | Code | Line | Commodity | Container | Number | Sub | Vessel | Type | Unit | Size |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/17/2005 2:35:35 PM | C41256 05244 | GSWP | Great Southern Wood | C41256 | 26475 | | SWAN013 | GS461D | Bundles | GS461D 1' |
| 8/17/2005 3:20:35 PM | C4016 5337 | GSWP | Great Southern Wood | C4016 | 26459 | 4016 | KESTREL045 | C2DX | Bundles | C2DX |
| 8/18/2005 8:35:04 AM | C41258 5-222 | GSWP | Great Southern Wood | C41258 | 26477 | | PENGUIN053 | GS461D | Bundles | GS461D |
| 8/18/2005 8:35:04 AM | C41258 5-222 | GSWP | Great Southern Wood | C41258 | 26477 | | SWAN013 | GS461D | Bundles | GS461D 1' |
| 8/18/2005 10:19:37 AM | C41259 05-209 | GSWP | Great Southern Wood | C41259 | 26478 | | PENGUIN053 | GS461D | Bundles | GS461D |
| 8/18/2005 11:51:24 AM | C41260 05-214 | GSWP | Great Southern Wood | C41260 | 26485 | | KESTREL045 | GS461D | Bundles | GS461D |
| 8/18/2005 11:51:24 AM | C41260 05-214 | GSWP | Great Southern Wood | C41260 | 26485 | | KESTREL045 | GS461D | Bundles | GS461D |
| 8/18/2005 1:55:04 PM | C4001 527 | GSWP | Great Southern Wood | C4001 | 26516 | 4001 | KESTREL045 | CMB1D | Bundles | CMB1D |
| 8/18/2005 2:00:28 PM | C4002 5-134 | GSWP | Great Southern Wood | C4002 | 26517 | 4002 | KESTREL045 | CMB1D | Bundles | CM31D |
| 8/18/2005 4:13:32 PM | C4000 263 | unknown | Great Southern Wood | C4000 | 26196 | 4000 | KESTREL045 | CMB1D | Bundles | CMB1D |
| 8/18/2005 4:13:50 PM | C41281 5-245 | GSWP | Great Southern Wood | C41281 | 26486 | | SWAN013 | CMB1D | Bundles | R5D |
| 8/18/2005 4:48:39 PM | C41282 99-208 | GSWP | Great Southern Wood | C41282 | 26484 | | SWAN013 | R5D | Bundles | R5D |
| 8/18/2005 8:59:59 AM | C4006 509 | GSWP | Great Southern Wood | C4006 | 26535 | 4006 | KESTREL045 | CMB1D | Bundles | CMB1D |
| 8/19/2005 9:14:52 AM | C3067 204 | GSWP | Great Southern Wood | C3067 | 25970 | 805773 | SWAN013 | CMB1D | Bundles | CMB1D |
| 8/19/2005 9:25:26 AM | C41265 5-216 | GSWP | Great Southern Wood | C41265 | 26532 | | KESTREL045 | PP1KD | Bundles | PP1KD |
| 8/19/2005 10:01:57 AM | C41264 5-212 | GSWP | Great Southern Wood | C41264 | 26531 | | KESTREL045 | PP1KD | Bundles | PP1KD |
| 8/19/2005 10:21:45 AM | C4004 1-529 | GSWP | Great Southern Wood | C4004 | 26533 | 4004 | KESTREL045 | CMB1D | Bundles | CMB1D |
| 8/19/2005 10:22:59 AM | C41263 5-207 | GSWP | Great Southern Wood | C41263 | 26530 | | SWAN013 | R5D | Bundles | R5D |
| 8/19/2005 10:28:11 AM | C4005 5507 | GSWP | Great Southern Wood | C4005 | 26534 | 4005 | KESTREL045 | CMB1D | Bundles | CMB1D |
| 8/19/2005 11:08:59 AM | C4007 98-511 | GSWP | Great Southern Wood | C4007 | 26536 | 4007 | KESTREL045 | CMB1D | Bundles | CMB1D |
| 8/19/2005 11:51:53 AM | C4136 98-231 | GSWP | Great Southern Wood | C4136 | 26529 | p04136 | KESTREL045 | PP1KD | Bundles | PP1KD |

AIG0℃˜ 5

Delivery Breakdown for Great Southern Wood (in Metric Tons)

| Date/Time | Code | Carrier | Company | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 8/19/2005 11:51:53 AM | C4136 98-231 | GSWP | Great Southern Wood | 26529 | p04136 | KESTREL045 | BRA-KO1D | Bundles | BRA-KO1C |
| 8/19/2005 11:51:53 AM | C4136 98-231 | GSWP | Great Southern Wood | 26529 | p04136 | PENGUIN053 | 3446 | Bundles | 1 X 6 X 12 |
| 8/19/2005 11:51:53 AM | C4136 98-231 | GSWP | Great Southern Wood | 26528 | p04136 | SANKO/15 | HD6r10 | Bundles | HD6r10 |
| 8/19/2005 11:51:53 AM | C4136 98-231 | GSWP | Great Southern Wood | 26529 | p04136 | KESTREL045 | GS461D | Bundles | GS461D |
| 8/19/2005 1:58:32 PM | C4008 517 | GSWP | Great Southern Wood | 26537 | 4008 | KESTREL045 | CMB1D | Bundles | CMB1D |
| 8/19/2005 2:35:38 PM | C4003 504 | Watkins Trucking | Great Southern Wood | 26510 | 4003 | KESTREL045 | CMB1D | Bundles | R144D |
| 8/22/2005 11:07:49 AM | C4020 505 | GSWP | Great Southern Wood | 26557 | 4020 | KESTREL045 | R144D | Bundles | R144D |
| 8/22/2005 11:07:49 AM | C4020 505 | GSWP | Great Southern Wood | 26557 | 4020 | KESTREL045 | GS441D | Bundles | GS441D |
| 8/22/2005 11:07:49 AM | C4020 505 | GSWP | Great Southern Wood | 26557 | 4020 | KESTREL045 | CM31D | Bundles | CMB1D |
| 8/22/2005 11:17:33 AM | C4015 98539 | GSWP | Great Southern Wood | 26556 | 4015 | KESTREL045 | CMB1D | Bundles | CMB1D |
| 8/22/2005 3:02:38 PM | C4014 01-534 | GSWP | Great Southern Wood | 26555 | 4014 | KESTREL045 | CMB1D | Bundles | CMB1D |
| 8/22/2005 3:31:35 PM | C4012 72 | SUMER EXPRESS | Great Southern Wood | 26553 | 4012 | KESTREL045 | CMB1D | Bundles | CMB1D |
| 8/22/2005 3:47:41 PM | C4013 57 | SUMER EXPRESS | Great Southern Wood | 26554 | 4013 | KESTREL045 | CMB1D | Bundles | CMB1D |
| 8/23/2005 10:10:17 AM | C4173 5-537 | GSWP | Great Southern Wood | 26614 | P04173 | KESTREL046 | BRAR9D | Bundles | BRAR9D |
| 8/23/2005 10:18:01 AM | C4172 501 | GSWP | Great Southern Wood | 26613 | P04172 | KESTREL045 | BRAR9D | Bundles | BRAR9D |
| 8/23/2005 10:48:58 AM | C4072 548 | GSWP | Great Southern Wood | 26607 | P04072 | KESTREL045 | R1D11 | Bundles | R1D11 |
| 8/23/2005 10:54:57 AM | C4109 08 | GSWP | Great Southern Wood | 26609 | P04109 | PENGUIN053 | 3446 | Bundles | 1 X 6 X 12 |
| 8/23/2005 10:54:57 AM | C4109 08 | GSWP | Great Southern Wood | 26609 | P04109 | PENGUIN053 | AF-4/03 | Bundles | AF-4/08 |
| 8/23/2005 11:51:27 AM | C4087 7460 | Georgia Pacific | Great Southern Wood | 26591 | 250878 | KESTREL045 | CMB1D | Bundles | CMB1D |
| 8/23/2005 12:00:03 PM | C4021 510 | GSWP | Great Southern Wood | 26602 | 4021 | KESTREL045 | GS441D | Bundles | GS441D |
| 8/23/2005 12:00:03 PM | C4021 510 | GSWP | Great Southern Wood | 26602 | 4021 | KESTREL045 | CR15DRA | Bundles | CR15DRA |
| 8/23/2005 1:39:58 PM | C4022 547 | GSWP | Great Southern | 26603 | 4022 | KESTREL045 | CR15DRA | Bundles | CR15DRA |

## Delivery Breakdown for Great Southern Wood (in Metric Tons)

| PM | | | Wood | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8/23/2005 1:57:31 PM | C4023 125 | GSWP | Great Southern Wood | 2604 | 4023 | KESTREL045 CR15DRA | Bundles | CR15DRA |
| 8/23/2005 2:02:29 PM | C4070 535 | GSWP | Great Southern Wood | 2605 | P04070 | KESTREL045 R1D11 | Bundles | R1D11 |
| 8/23/2005 2:55:42 PM | C4011 522L | Watkins Trucking | Great Southern Wood | 2615 | 4011 | KESTREL045 CMB1D | Bundles | CMB1D |
| 8/23/2005 3:04:31 PM | C4071 502 | GSWP | Great Southern Wood | 2606 | P04071 | KESTREL045 R1D11 | Bundles | R1D11 |
| 8/23/2005 3:55:08 PM | C4073 500 | GSWP | Great Southern Wood | 2608 | P04073 | KESTREL045 RB89D | Bundles | RB89D |
| 8/23/2005 3:59:52 PM | C4170 529 | GSWP | Great Southern Wood | 2611 | P04170 | KESTREL045 BRAR9D | Bundles | BRAR9D |
| 8/23/2005 4:50:53 PM | C4171 540 | GSWP | Great Southern Wood | 2612 | P04171 | KESTREL045 BRAR9D | Bundles | BRAR9D |
| 8/23/2005 4:55:07 PM | C3457 105 | unknown | Great Southern Wood | 2559 | 254005 | PENGUIN053 KD1D | Bundles | KD1D |
| 8/23/2005 4:55:07 PM | C3457 105 | unknown | Great Southern Wood | 2558 | 254005 | PENGUIN053 CMB1D | Bundles | CMB1D |
| 8/24/2005 10:18:47 AM | C4088 207 | Georgia Pacific | Great Southern Wood | 2625 | 250879 | KESTREL045 CMB1D | Bundles | CMB1D |
| 8/24/2005 10:41:40 AM | C4175 541 | GSWP | Great Southern Wood | 2630 | P04175 | PENGUIN053 3443 | Bundles | 1 X 4 X 12 |
| 8/24/2005 11:37:10 AM | C4174 520 | GSWP | Great Southern Wood | 2629 | P04174 | KESTREL045 BRAR9D | Bundles | BRAR9D |
| 8/24/2005 2:34:05 PM | C4110 545 | GSWP | Great Southern Wood | 2610 | P04110 | PENGUIN053 3443 | Bundles | 1 X 4 X 12 |
| 8/25/2005 10:58:25 AM | C4286 1700 | Nuss Lumber | Great Southern Wood | 2649 | MW-12374 | KESTREL045 L4D6 | Bundles | L4D6 |
| 8/25/2005 11:52:54 AM | C4090 7395 | Georgia Pacific | Great Southern Wood | 2664 | 250881 | KESTREL045 CMB1D | Bundles | CMB1D |
| 8/25/2005 2:12:14 PM | C4089 7396 | Georgia Pacific | Great Southern Wood | 2663 | 250880 | KESTREL045 CMB1D | Bundles | CMB1D |
| 8/25/2005 2:35:57 PM | C2039 125 | GSWP | Great Southern Wood | 2662 | 804939 | WEAVER054 GS1DS | Bundles | GS1DS |
| 8/26/2005 1:28:57 PM | C4091 219 | Georgia Pacific | Great Southern Wood | 2657 | 250882 | KESTREL045 CMB1D | Bundles | CMB1D |
| 8/26/2005 1:28:57 PM | C4091 219 | Georgia Pacific | Great Southern Wood | 2657 | 250882 | KESTREL045 BRA-KD1D | Bundles | BR4-KD1D |
| 8/31/2005 11:24:00 AM | C4086 219 | Georgia Pacific | Great Southern Wood | 2590 | 250877 | KESTREL045 CMB1D | Bundles | CMB1D |

AIG00

Delivery Breakdown for Great Southern Wood (in Metric Tons)

DOWNLOAD AS CSV FILE

AIG0    8

Delivery Breakdown for Great Southern Wood (in Metric Tons)

**Delivery Breakdown for Great Southern Wood**
(in Metric Tons)
SSA Gulfport
SSA - Port of Gulfport - West Pier Gulfport, MS 39501
From: 8/1/2005    To: 10/31/2005

DEFENDANT'S EXHIBIT

| Date | Vehicle ID | Carrier | Consignee | Delivery Order | ProBill/Truck Bill | Control ID | Cust Ref | Vessel/Voyage | Commodity | Packaging | Marks | Units | Gross Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/1/2005 9:42:13 AM | C3493 05-537 | GSWP | Great Southern Wood | C3493 | | 26250 | P3493 | PENGUIN/053 | B58 | Bundles | B58 | 28 | 14.826 | 14.826 |
| 8/1/2005 10:35:21 AM | C3844 5-240 | GSWP | Great Southern Wood | C3844 | | 26239 | P3844 | PENGUIN/053 | 3886 | Bundles | 2X4X12-3886 | 14 | 18.816 | 18.816 |
| 8/1/2005 10:35:21 AM | C3844 5-240 | GSWP | Great Southern Wood | C3844 | | 26239 | P3844 | PENGUIN/053 | 3887 | Bundles | 2X4X14-3887 | 1 | 1.566 | 1.566 |
| 8/1/2005 11:49:42 AM | C3843 05-230 | GSWP | Great Southern Wood | C3843 | | 26238 | p3843 | PENGUIN/053 | 3886 | Bundles | 2X4X12-3886 | 3 | 4.032 | 4.032 |
| 8/1/2005 11:49:42 AM | C3843 05-230 | GSWP | Great Southern Wood | C3843 | | 26239 | p3843 | PENGUIN/053 | 3885 | Bundles | 2X4X10-3885 | 5 | 5.610 | 5.610 |
| 8/1/2005 11:49:42 AM | C3843 05-230 | GSWP | Great Southern Wood | C3843 | | 26238 | p3843 | PENGUIN/053 | 3884 | Bundles | 2X4X8-3884 | 12 | 10.788 | 10.788 |
| 8/1/2005 1:18:47 PM | C3846 5-245 | GSWP | Great Southern Wood | C3846 | | 26241 | P3846 | PENGUIN/053 | 7034 | Bundles | 2X6X14-7034 | 6 | 9.744 | 9.744 |
| 8/1/2005 1:18:47 PM | C3846 5-245 | GSWP | Great Southern Wood | C3846 | | 26241 | P3846 | PENGUIN/053 | 7033 | Bundles | 2X6X12-7033 | 8 | 11.144 | 11.144 |
| 8/1/2005 1:38:35 PM | C2751 829 | unknown | Great Southern Wood | C2751 | | 26235 | 386494 | SPRING/014 | R9D | Bundles | R9D | 41 | 15.633 | 15.633 |
| 8/1/2005 1:59:44 PM | C3494 927 | GSWP | Great Southern Wood | C3494 | | 26251 | P3494 | PENGUIN/053 | B58 | Bundles | B58 | 28 | 14.826 | 14.826 |
| 8/1/2005 2:23:25 PM | C3845 05-222 | GSWP | Great Southern Wood | C3845 | | 26240 | P3845 | PENGUIN/053 | 7033 | Bundles | 2X6X12-7033 | 9 | 12.537 | 12.537 |
| 8/1/2005 2:23:25 PM | C3845 05-222 | GSWP | Great Southern Wood | C3845 | | 26240 | P3845 | PENGUIN/053 | 3888 | Bundles | 2X4X16-3888 | 3 | 5.364 | 5.364 |
| 8/1/2005 2:23:25 PM | C3845 05-222 | GSWP | Great Southern Wood | C3845 | | 26240 | P3846 | PENGUIN/053 | 3887 | Bundles | 2X4X14-3887 | 2 | 3.132 | 3.132 |
| 8/1/2005 2:58:15 PM | C3647 5-242 | GSWP | Great Southern Wood | C3647 | | 26242 | P3647 | PENGUIN/053 | 4815 | Bundles | 2X8X14-4815 | 2 | 3.202 | 3.202 |
| 8/1/2005 2:58:15 PM | C3647 5-242 | GSWP | Great Southern Wood | C3647 | | 26242 | P3647 | PENGUIN/053 | 4295 | Bundles | 2X8X12-4295 | 4 | 5.190 | 5.190 |
| 8/1/2005 2:58:16 PM | C3647 5-242 | GSWP | Great Southern Wood | C3647 | | 26242 | P3647 | PENGUIN/053 | 7035 | Bundles | 2X6X16-7035 | 6 | 11.124 | 11.124 |
| 8/1/2005 2:58:15 PM | C3647 5-242 | GSWP | Great Southern Wood | C3647 | | 26242 | P3647 | PENGUIN/053 | 7034 | Bundles | 2X6X14-7034 | 1 | 1.824 | 1.824 |

Delivery Breakdown for Great Southern Wood (in Metric Tons)

| DateTime | | | Wood | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/1/2005 3:26:33 PM | C3497 622 | GSWP | Great Southern Wood | C3497 | 26252 | P3497 | PENGUIN/053 R9D | Bundles | R9D | 42 | 16.085 |
| 8/1/2005 4:38:03 PM | C3648 5207 | GSWP | Great Southern Wood | C3648 | 28243 | P3648 | PENGUIN/053 4297 | Bundles | 2 X 8 X 16 -4297 | 3 | 5.484 |
| 8/1/2005 4:38:03 PM | C3648 5207 | GSWP | Great Southern Wood | C3848 | 28243 | P3848 | PENGUIN/053 4815 | Bundles | 2 X 8 X 14 - 4815 | 5 | 8.005 |
| 8/2/2005 10:47:00 AM | C3837 05-207 | GSWP | Great Southern Wood | C3837 | 28286 | P3837 | PENGUIN/053 AF-410B | Bundles | AF-410B | 44 | 15.818 |
| 8/2/2005 11:11:59 AM | C3513 98539 | GSWP | Great Southern Wood | C3513 | 28272 | p3513 | PENGUIN/053 3441 | Bundles | 1 X 4 X 8 -3441 | 18 | 10.458 |
| 8/2/2005 11:11:59 AM | C3513 98539 | GSWP | Great Southern Wood | C3513 | 28272 | p3513 | PENGUIN/053 3443 | Bundles | 1 X 4 X 12 -3443 | 3 | 2.598 |
| 8/2/2005 11:11:59 AM | C3513 98539 | GSWP | Great Southern Wood | C3513 | 28272 | p3513 | WEAVER/048 3444 | Bundles | 3444 - 19 x 140 x 2440 | 11 | 8.622 |
| 8/2/2005 11:11:59 AM | C3513 98539 | GSWP | Great Southern Wood | C3513 | 28272 | p3513 | WEAVER/048 HD6/08 | Bundles | HDS/08 | 3 | 1.344 |
| 8/2/2005 11:34:51 AM | C3498 99-315 | GSWP | Great Southern Wood | C3498 | 28273 | P3498 | PENGUIN/053 R9D | Bundles | RBD | 42 | 16.065 |
| 8/2/2005 1:18:54 PM | C3839 217 | GSWP | Great Southern Wood | C3839 | 28268 | P3839 | PENGUIN/053 3446 | Bundles | 1 X 8 X 12 3446 | 21 | 18.858 |
| 8/2/2005 1:18:54 PM | C3839 217 | GSWP | Great Southern Wood | C3839 | 28268 | P3839 | SWAN/013 3446 | Bundles | 3446 1 X 8 X 12 | 4 | 3.592 |
| 8/2/2005 1:19:03 PM | C3841 510 | GSWP | Great Southern Wood | C3841 | 28271 | P3841 | SWAN/013 3442 | Bundles | 3442 1 X 4 X 10 | 6 | 4.344 |
| 8/2/2005 1:19:03 PM | C3841 610 | GSWP | Great Southern Wood | C3841 | 28271 | P3841 | PENGUIN/053 3443 | Bundles | 1 X 4 X 12 -3443 | 6 | 5.196 |
| 8/2/2005 1:19:03 PM | C3841 510 | GSWP | Great Southern Wood | C3841 | 28271 | P3841 | WEAVER/048 HD6/08 | Bundles | HD6/08 | 6 | 2.688 |
| 8/2/2005 1:19:03 PM | C3841 510 | GSWP | Great Southern Wood | C3841 | 28271 | P3841 | AVOCET/047 3445 | Bundles | 3445 - 19 X 140 X 3050 | 1 | 0.750 |
| 8/2/2005 1:19:03 PM | C3841 510 | GSWP | Great Southern Wood | C3841 | 28271 | P3841 | KESTREL/041 HD6/10 | Bundles | HD6/10 | 3 | 1.880 |
| 8/2/2005 1:19:03 PM | C3841 510 | GSWP | Great Southern Wood | C3841 | 28271 | P3841 | PENGUIN/053 3446 | Bundles | 1 X 8 X 12 3445 | 7 | 8.296 |
| 8/2/2005 2:58:59 PM | C3465 7396 | Georgia Pacific | Great Southern Wood | C3465 | 28289 | 250889 | PENGUIN/053 CMB1D | Bundles | CMB1D | 42 | 18.669 |
| 8/2/2005 3:57:36 PM | C3495 518 | GSWP | Great Southern Wood | C3495 | 28270 | P3495 | PENGUIN/055 BAL10A | Bundles | BAL10A | 28 | 13.426 |
| 8/2/2005 3:59:48 PM | C3838 204 | GSWP | Great Southern Wood | C3838 | 28287 | P3838 | PENGUIN/053 3443 | Bundles | 1 X 4 X 12 -3443 | 25 | 21.650 |
| 8/3/2005 8:29:51 AM | C3468 7393 | Georgia Pacific | Great Southern Wood | C3468 | 28278 | 250872 | PENGUIN/053 CMB1D | Bundles | CMB1D | 42 | 18.669 |

# Delivery Breakdown for Great Southern Wood (in Metric Tons)

| Date/Time | Ref | Carrier | Customer | Code | No. | PO | Vessel/Code | Unit | Size | Qty | Tons |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/3/2005 10:11:30 AM | C3840 05-244 | GSWP | Great Southern Wood | C3840 | 26205 | P3840 | PENGUIN/013 3449 | Bundles | 1 X 8 X 12-3449 | 8 | 7.985 |
| 8/3/2005 10:11:30 AM | C3840 05-244 | GSWP | Great Southern Wood | C3840 | 26205 | P3840 | SWAN/013 3442 | Bundles | 3442 1 X 4 X 10 | 6 | 4.344 |
| 8/3/2005 10:11:30 AM | C3840 05-244 | GSWP | Great Southern Wood | C3840 | 26285 | P3840 | WEAVER/048 HD8/08 | Bundles | HD8/08 | 16 | 7.188 |
| 8/3/2005 11:30:05 AM | C3679 237 | GSWP | Great Southern Wood | C3679 | 26284 | P3679 | WEAVER/048 HD8/10 | Bundles | HD8/10 | 28 | 16.163 |
| 8/3/2005 11:54:32 AM | C3467 200 | Georgia Pacific | Great Southern Wood | C3467 | 26277 | 250871 | PENGUIN/053 CMB1D | Bundles | CMB1D | 42 | 18.669 |
| 8/3/2005 1:35:14 PM | C3469 7458 | Georgia Pacific | Great Southern Wood | C3469 | 26279 | 250873 | PENGUIN/053 CMB1D | Bundles | CMB1D | 42 | 18.669 |
| 8/4/2005 2:30:34 PM | C3470 9 | unknown | Great Southern Wood | C3470 | 26285 | 250874 | PENGUIN/053 CMB1D | Bundles | CMB1D | 42 | 18.669 |
| 8/5/2005 1:34:28 PM | C2752 8888 | BOYD TRUCKING | Great Southern Wood | C2752 | 26294 | 300495 | SPRING/014 R9D | Bundles | R9D | 41 | 15.693 |
| 8/8/2005 10:41:50 AM | C3471 7393 | Georgia Pacific | Great Southern Wood | C3471 | 26310 | 250875 | PENGUIN/053 CMB1D | Bundles | CMB1D | 42 | 18.669 |
| 8/10/2005 8:37:05 AM | C3990 05-214 | GSWP | Great Southern Wood | C3990 | 26339 | 3990 | KESTREL/045 KD1D | Bundles | KD1D | 42 | 18.669 |
| 8/10/2005 9:27:25 AM | C3991 223 | GSWP | Great Southern Wood | C3991 | 26344 | 3991 | KESTREL/045 KD1D | Bundles | KD1D | 42 | 18.669 |
| 8/10/2005 10:16:37 AM | C3989 220 | GSWP | Great Southern Wood | C3989 | 26338 | 3999 | KESTREL/045 GS881D | Bundles | GS881D | 2 | 1.040 |
| 8/10/2005 10:16:37 AM | C3989 220 | GSWP | Great Southern Wood | C3989 | 26338 | 3989 | KESTREL/045 KD1D | Bundles | KD1D | 40 | 17.780 |
| 8/10/2005 11:20:05 AM | C3987 5-245 | GSWP | Great Southern Wood | C3987 | 26338 | 3987 | KESTREL/045 GS881D | Bundles | GS881D | 42 | 21.846 |
| 8/10/2005 11:20:16 AM | C3988 05-207 | GSWP | Great Southern Wood | C3988 | 26337 | 3988 | KESTREL/045 GS881D | Bundles | GS881D | 42 | 21.846 |
| 8/10/2005 11:23:11 AM | C4018 5-216 | GSWP | Great Southern Wood | C4018 | 26333 | P04018 | KESTREL/045 PP1KD | Bundles | PP1KD | 56 | 17.896 |
| 8/10/2005 11:28:58 AM | C3986 05-244 | GSWP | Great Southern Wood | C3986 | 26335 | 3986 | SWAN/013 CMB1D | Bundles | CMB1D | 4 | 1.778 |
| 8/10/2005 11:28:58 AM | C3986 05-244 | GSWP | Great Southern Wood | C3986 | 26335 | 3986 | KESTREL/045 GS881D | Bundles | GS881D | 38 | 16.765 |
| 8/10/2005 11:54:07 AM | C4028 5-908 | GSWP | Great Southern Wood | C4028 | 26347 | 4026 | KESTREL/045 BAL10A | Bundles | BAL10A | 28 | 13.426 |
| 8/10/2005 1:50:24 PM | C3992 05-241 | GSWP | Great Southern Wood | C3992 | 26346 | 3992 | KESTREL/045 KD1D | Bundles | KD1D | 42 | 18.669 |
| 8/11/2005 9:11:57 AM | C3472 206 | Georgia Pacific | Great Southern Wood | C3472 | 26349 | 250876 | PENGUIN/053 CMB1D | Bundles | CMB1D | 42 | 18.669 |
| 8/11/2005 9:50:22 AM | C3993 5-216 | GSWP | Great Southern Wood | C3993 | 26305 | 3993 | KESTREL/045 KD1D | Bundles | KD1D | 42 | 18.669 |

Delivery Breakdown for Great Southern Wood (in Metric Tons)

| | | | Wood | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/11/2005 11:05:35 AM | C3994 5-242 | GSWP | Great Southern Wood | C3994 | 28366 | 3994 | KESTREL/045 KD1D | KD1D | Bundles | 42 | 18.669 |
| 8/11/2005 11:34:41 AM | C4019 5-242 | GSWP | Great Southern Wood | C4019 | 26332 | P04010 | KESTREL/045 PP1KD | PP1KD | Bundles | 30 | 9.480 |
| 8/11/2005 11:34:41 AM | C4019 5-242 | GSWP | Great Southern Wood | C4019 | 26332 | P04019 | KESTREL/045 FGS2B | FGS2B | Bundles | 10 | 7.475 |
| 8/11/2005 11:45:10 AM | C4074 2497 | unknown | Great Southern Wood | C4074 | 28384 | 5212 | SWAN/013 3444 | 3444 1 X 8 X 8 | Bundles | 10 | 11.438 |
| 8/11/2005 11:45:10 AM | C4074 2497 | unknown | Great Southern Wood | C4074 | 28384 | 5212 | PENGUIN/053 3444 | 1 X 8 X 8 - 3444 | Bundles | 8 | 4.084 |
| 8/11/2005 11:45:10 AM | C4074 2497 | unknown | Great Southern Wood | C4074 | 26564 | 5212 | WEAVER/048 HD608 | HD608 | Bundles | 11 | 4.928 |
| 8/11/2005 1:20:14 PM | C3986 05-245 | GSWP | Great Southern Wood | C3995 | 28367 | 3995 | KESTREL/045 KD1D | KD1D | Bundles | 34 | 15.113 |
| 8/11/2005 1:20:14 PM | C3995 05-245 | GSWP | Great Southern Wood | C3995 | 26367 | 3995 | KESTREL/045 BRA-KD1D | BRA-KD1D | Bundles | 8 | 3.550 |
| 8/11/2005 1:45:48 PM | C4009 518 | GSWP | Great Southern Wood | C4009 | 28375 | 4009 | KESTREL/045 CMB1D | CMB1D | Bundles | 42 | 18.669 |
| 8/11/2005 2:07:34 PM | C4024 08234 | GSWP | Great Southern Wood | C4024 | 28378 | 4024 | KESTREL/045 FGS1A | FGS1A | Bundles | 25 | 16.338 |
| 8/11/2005 3:32:16 PM | C4010 01-534 | GSWP | Great Southern Wood | C4010 | 26381 | 4010 | KESTREL/045 CMB1D | CMB1D | Bundles | 42 | 18.669 |
| 8/11/2005 4:04:01 PM | C4060 227 | GSWP | Great Southern Wood | C4060 | 26389 | p4060 | KESTREL/045 CMB1D | CMB1D | Bundles | 42 | 18.669 |
| 8/12/2005 10:55:40 AM | C4065 7172 | GSWP | Great Southern Wood | C4065 | 26389 | P04065 | KESTREL/045 CMB1D | CMB1D | Bundles | 42 | 18.669 |
| 8/12/2005 10:55:58 AM | C4062 6-240 | GSWP | Great Southern Wood | C4062 | 26396 | P04062 | KESTREL/045 CMB1D | CMB1D | Bundles | 42 | 18.669 |
| 8/12/2005 11:17:58 AM | C4066 5-207 | GSWP | Great Southern Wood | C4066 | 26390 | P04060 | KESTREL/045 CMB1D | CMB1D | Bundles | 42 | 18.669 |
| 8/12/2005 1:42:26 PM | C4064 5-216 | GSWP | Great Southern Wood | C4084 | 28388 | P4084 | KESTREL/045 CMB1D | CMB1D | Bundles | 42 | 18.669 |
| 8/12/2005 2:01:10 PM | C4063 223 | GSWP | Great Southern Wood | C4063 | 26387 | P04063 | KESTREL/045 CMB1D | CMB1D | Bundles | 42 | 18.669 |
| 8/12/2005 3:16:13 PM | C4025 5-239 | GSWP | Great Southern Wood | C4025 | 26398 | 4025 | KESTREL/045 BAL10A | BAL10A | Bundles | 28 | 13.420 |
| 8/15/2005 12:01:24 PM | C4089 01-203 | GSWP | Great Southern Wood | C4069 | 28411 | P04059 | KESTREL/045 R1D11 | R1D11 | Bundles | 42 | 18.669 |
| 8/15/2005 1:15:07 PM | C4061 5-210 | GSWP | Great Southern Wood | C4061 | 26390 | P04091 | KESTREL/045 CMB1D | CMB1D | Bundles | 42 | 18.669 |
| 8/15/2005 1:27:19 PM | C4058 5216 | GSWP | Great Southern Wood | C4058 | 26410 | P04068 | KESTREL/045 R1D11 | R1D11 | Bundles | 42 | 18.669 |

## Delivery Breakdown for Great Southern Wood (in Metric Tons)

| Date/Time | Carrier | Company | Code | Code | No. | P-Code | Shipper | Desc | | Desc | Count | Tons |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/15/2005 1:47:00 PM | GSWP | Great Southern Wood | C4067 5-244 | C4067 | 25409 | P4067 | KESTREL/045 | R1D11 | Bundles | R1D11 | 12 | 5.334 |
| 8/15/2005 1:47:00 PM | GSWP | Great Southern Wood | C4067 5-244 | C4067 | 28409 | P4067 | KESTREL/045 | BRAR1D11 | Bundles | BRAR1D11 | 30 | 13.335 |
| 8/15/2005 3:01:12 PM | GSWP | Great Southern Wood | C4107 5-243 | C4107 | 26435 | P04107 | SPRING/014 | AF-8/06 | Bundles | AF-8/08 | 22 | 8.382 |
| 8/15/2005 3:01:12 PM | GSWP | Great Southern Wood | C4107 5-243 | C4107 | 28435 | P04107 | PENGUIN/053 | 3444 | Bundles | 1 X 6 X 8 - 3444 | 18 | 9.143 |
| 8/15/2005 3:31:51 PM | Watkins Trucking | Great Southern Wood | C3998 476 | C3998 | 26443 | 3998 | KESTREL/045 | CMB1D | Bundles | CMB1D | 42 | 18.680 |
| 8/15/2005 3:37:08 PM | Watkins Trucking | Great Southern Wood | C3999 516L | C3999 | 28444 | 3999 | KESTREL/045 | CMB1D | Bundles | CMB1D | 42 | 18.689 |
| 8/16/2005 1:24:10 PM | GSWP | Great Southern Wood | C3996 503 | C3996 | 28432 | 3996 | KESTREL/045 | CMB1D | Bundles | CMB1D | 42 | 18.869 |
| 8/16/2005 1:28:01 PM | GSWP | Great Southern Wood | C4017 544 | C4017 | 28438 | 4017 | KESTREL/045 | C2DX | Bundles | C2DX | 23 | 18.182 |
| 8/16/2005 2:05:18 PM | GSWP | Great Southern Wood | C4106 231 | C4106 | 26449 | p04106 | PENGUIN/053 | AF-4/08 | Bundles | AF-4/08 | 12 | 4.314 |
| 8/16/2005 2:05:18 PM | GSWP | Great Southern Wood | C4106 231 | C4106 | 28449 | p04106 | PENGUIN/053 | 3443 | Bundles | 1 X 4 X 12 -3443 | 3 | 2.598 |
| 8/16/2005 2:05:18 PM | GSWP | Great Southern Wood | C4106 231 | C4106 | 26440 | p04106 | PENGUIN/053 | 3444 | Bundles | 1 X 6 X 8 - 3444 | 6 | 3.046 |
| 8/16/2005 2:05:18 PM | GSWP | Great Southern Wood | C4106 231 | C4106 | 26449 | p04106 | PENGUIN/053 | 3446 | Bundles | 1 X 8 X 12 3446 | 10 | 8.980 |
| 8/16/2005 3:45:49 PM | GSWP | Great Southern Wood | C4108 212 | C4108 | 28466 | P04108 | SPRING/014 | AF-8/12 | Bundles | AF-8/12 | 1 | 0.568 |
| 8/16/2005 3:45:49 PM | GSWP | Great Southern Wood | C4108 212 | C4108 | 28466 | P04108 | PENGUIN/053 | 3449 | Bundles | 1 X 8 X 12 -3449 | 4 | 3.540 |
| 8/16/2005 3:45:49 PM | GSWP | Great Southern Wood | C4108 212 | C4108 | 26466 | P04108 | PENGUIN/053 | 3446 | Bundles | 1 X 6 X 12 3446 | 6 | 5.388 |
| 8/16/2005 3:45:49 PM | GSWP | Great Southern Wood | C4108 212 | C4108 | 28466 | P04108 | SANKO/15 | HD6/10 | Bundles | HD6/10 | 2 | 1.120 |
| 8/16/2005 3:45:49 PM | GSWP | Great Southern Wood | C4108 212 | C4108 | 26666 | P04108 | PENGUIN/053 | 3443 | Bundles | 1 X 4 X 12 -3443 | 6 | 5.199 |
| 8/16/2005 3:45:49 PM | GSWP | Great Southern Wood | C4108 212 | C4108 | 26668 | P04108 | SWAN/013 | 3442 | Bundles | 3442 1 X 4 X 10 | 3 | 2.172 |
| 8/16/2005 3:45:49 PM | GSWP | Great Southern Wood | C4108 212 | C4108 | 26656 | P04108 | AVOCET/047 | 3445 | Bundles | 3445 - 19 X 140 X 3050 | 1 | 0.750 |
| 8/17/2005 11:26:58 AM | GSWP | Great Southern Wood | C3997 519 | C3997 | 28660 | 3997 | KESTREL/046 | CMB1D | Bundles | CMB1D | 42 | 18.680 |
| 8/17/2005 1:21:29 PM | GSWP | Great Southern Wood | C41257 5215 | C41257 | 26476 | | SWAN/013 | GS461D | Bundles | GS461D 110 | 42 | 27.343 |
| 8/17/2005 2:35:35 PM | GSWP | Great Southern Wood | C41256 | C41256 | 28475 | | SANKO/15 | R3D | Bundles | R3D | 6 | 2.808 |

## Delivery Breakdown for Great Southern Wood (in Metric Tons)

| PM | D5244 | | Wood | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/17/2005 2:35:35 PM | C41256 05244 | GSWP | Great Southern Wood | C41256 | 26475 | | | | | | 30 | 23.437 |
| 8/17/2005 3:20:35 PM | C4016 5337 | GSWP | Great Southern Wood | C4016 | 28459 | 4016 | | | | | 23 | 18.182 |
| 8/18/2005 6:35:04 AM | C41258 5-222 | GSWP | Great Southern Wood | C41258 | 26477 | | PENGUIN/053 | GS461D | Bundles | GS461D | 8 | 3,919.251 |
| 8/18/2005 8:35:04 AM | C41258 5-222 | GSWP | Great Southern Wood | C41258 | 28477 | | SWAN/013 | GS461D | Bundles | GS461D 110 | 34 | 22.135 |
| 8/18/2005 10:18:57 AM | C41259 05-209 | GSWP | Great Southern Wood | C41259 | 28478 | | PENGUIN/053 | GS461D | Bundles | GS461D | 42 | 20,576.065 |
| 8/18/2005 11:51:24 AM | C41260 05-214 | GSWP | Great Southern Wood | C41260 | 26485 | | KESTREL/045 | GS461D | Bundles | GS461D | 16 | 8.322 |
| 8/18/2005 11:51:24 AM | C41260 05-214 | GSWP | Great Southern Wood | C41260 | 26485 | | PENGUIN/053 | GS461D | Bundles | GS461D | 26 | 12,737.594 |
| 8/18/2005 1:55:04 PM | C4001 527 | GSWP | Great Southern Wood | C4001 | 28516 | 4001 | KESTREL/046 | CMB1D | Bundles | CMB1D | 42 | 18.669 |
| 8/18/2005 2:00:28 PM | C1002 5-134 | GSWP | Great Southern Wood | C4002 | 28517 | 4002 | KESTREL/045 | CMB1D | Bundles | CMB1D | 42 | 18.669 |
| 8/18/2005 4:13:32 PM | C4000 263 | unknown | Great Southern Wood | C4000 | 28496 | 4000 | KESTREL/045 | CMB1D | Bundles | CMB1D | 42 | 18.809 |
| 8/18/2005 4:13:50 PM | C41261 5-245 | GSWP | Great Southern Wood | C41261 | 28488 | | SWAN/013 | RSD | Bundles | RSD | 42 | 16.611 |
| 8/18/2005 4:48:39 PM | C41262 99-209 | GSWP | Great Southern Wood | C41262 | 28484 | | SWAN/013 | RSD | Bundles | RSD | 42 | 16.611 |
| 8/18/2005 8:59:59 PM | C4008 509 | GSWP | Great Southern Wood | C4008 | 28535 | 4006 | KESTREL/045 | CMB1D | Bundles | CMB1D | 42 | 18.669 |
| 8/19/2005 9:14:52 AM | C3067 204 | GSWP | Great Southern Wood | C3067 | 28970 | B05773 | SWAN/013 | CMB1D | Bundles | CMB1D | 42 | 18.669 |
| 8/19/2005 9:25:28 AM | C41265 5-216 | GSWP | Great Southern Wood | C41265 | 28532 | | KESTREL/045 | PP1KD | Bundles | PP1KD | 56 | 17.696 |
| 8/19/2005 10:01:57 AM | C41264 5-212 | GSWP | Great Southern Wood | C41264 | 28531 | | KESTREL/045 | PP1KD | Bundles | PP1KD | 56 | 17.696 |
| 8/19/2005 10:21:45 AM | C4004 1-529 | GSWP | Great Southern Wood | C4004 | 28533 | 4004 | KESTREL/045 | CMB1D | Bundles | CMB1D | 42 | 18.669 |
| 8/19/2005 10:22:59 AM | C41263 5-207 | GSWP | Great Southern Wood | C41263 | 28530 | | SWAN/013 | RSD | Bundles | RSD | 42 | 16.611 |
| 8/19/2005 10:28:11 AM | C4005 5507 | GSWP | Great Southern Wood | C4005 | 28534 | 4005 | KESTREL/045 | CMB1D | Bundles | CMB1D | 42 | 18.669 |
| 8/19/2005 11:05:59 AM | C4007 99-511 | GSWP | Great Southern Wood | C4007 | 28538 | 4007 | KESTREL/045 | CMB1D | Bundles | CMB1D | 42 | 18.669 |
| 8/19/2005 11:51:53 AM | C4138 98-231 | GSWP | Great Southern Wood | C4138 | 28529 | p04138 | KESTREL/045 | PP1KD | Bundles | PP1KD | 2 | 0.632 |

Delivery Breakdown for Great Southern Wood (in Metric Tons)

| Date | Ref | Carrier | Customer | Code | No. 1 | No. 2 | Line 1 | Line 2 | Unit | Item | Qty | Weight |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/19/2005 11:51:53 AM | C4136 98-231 | GSWP | Great Southern Wood | C4136 | 28529 | p04136 | KESTREL/045 | BRA-KO1D | Bundles | BRA-KO1D | 2 | 0.889 |
| 8/19/2005 11:51:53 AM | C4136 98-231 | GSWP | Great Southern Wood | C4136 | 28529 | p04136 | PENGUIN/053 | 3446 | Bundles | 1 X 6 X 12 3446 | 5 | 4.490 |
| 8/19/2005 11:51:53 AM | C4136 98-231 | GSWP | Great Southern Wood | C4136 | 28529 | p04136 | SANKO/15 | HD6/10 | Bundles | HD6/10 | 6 | 3.360 |
| 8/19/2005 11:51:53 AM | C4136 98-231 | GSWP | Great Southern Wood | C4136 | 28529 | p04136 | KESTREL/045 | GS481D | Bundles | GS461D | 18 | 9.383 |
| 8/19/2005 1:58:32 AM | C4008 517 | GSWP | Great Southern Wood | C4008 | 28537 | 4008 | KESTREL/045 | CMB1D | Bundles | CMB1D | 42 | 18.669 |
| 8/19/2005 2:35:38 PM | C4003 504 | Watkins Trucking | Great Southern Wood | C4003 | 28510 | 4003 | KESTREL/045 | CMB1D | Bundles | CMB1D | 42 | 18.660 |
| 8/22/2005 11:07:49 AM | C4020 505 | GSWP | Great Southern Wood | C4020 | 28557 | 4020 | KESTREL/045 | R144D | Bundles | R144D | 3 | 1.720 |
| 8/22/2005 11:07:49 AM | C4020 505 | GSWP | Great Southern Wood | C4020 | 28557 | 4020 | KESTREL/045 | GS441D | Bundles | GS441D | 2 | 1.040 |
| 8/22/2005 11:07:49 AM | C4020 505 | GSWP | Great Southern Wood | C4020 | 28557 | 4020 | KESTREL/045 | CMB1D | Bundles | CMB1D | 32 | 14.224 |
| 8/22/2005 11:17:33 AM | C4015 98539 | GSWP | Great Southern Wood | C4015 | 28556 | 4015 | KESTREL/045 | CMB1D | Bundles | CMB1D | 42 | 18.669 |
| 8/22/2005 3:02:38 PM | C4014 01-534 | GSWP | Great Southern Wood | C4014 | 28555 | 4014 | KESTREL/045 | CMB1D | Bundles | CMB1D | 42 | 18.669 |
| 8/22/2005 3:31:35 PM | C4012 72 | SUMER EXPRESS | Great Southern Wood | C4012 | 28553 | 4012 | KESTREL/045 | CMB1D | Bundles | CMB1D | 42 | 18.669 |
| 8/22/2005 3:47:41 PM | C4013 57 | SUMER EXPRESS | Great Southern Wood | C4013 | 28554 | 4013 | KESTREL/045 | CMB1D | Bundles | CMB1D | 42 | 18.669 |
| 8/23/2005 10:10:17 AM | C4173 5-537 | GSWP | Great Southern Wood | C4173 | 28514 | P04173 | KESTREL/045 | BRAR9D | Bundles | BRAR9D | 40 | 15.300 |
| 8/23/2005 10:18:01 AM | C4172 601 | GSWP | Great Southern Wood | C4172 | 28513 | P04172 | KESTREL/045 | BRAR9D | Bundles | BRAR9D | 40 | 15.300 |
| 8/23/2005 10:48:56 AM | C4072 548 | GSWP | Great Southern Wood | C4072 | 28607 | P04072 | KESTREL/045 | R1D11 | Bundles | R1D11 | 42 | 18.669 |
| 8/23/2005 10:54:57 AM | C4109 00 | GSWP | Great Southern Wood | C4109 | 26909 | P04109 | PENGUIN/053 | 3446 | Bundles | 1 X 6 X 12 3446 | 6 | 5.388 |
| 8/23/2005 10:54:57 AM | C4109 08 | GSWP | Great Southern Wood | C4109 | 26609 | P04109 | PENGUIN/053 | AF-4/08 | Bundles | AF-4/08 | 32 | 11.504 |
| 8/23/2005 11:51:27 AM | C4087 7480 | Georgia Pacific | Great Southern Wood | C4087 | 28591 | 250878 | KESTREL/045 | CMB1D | Bundles | CMB1D | 42 | 18.669 |
| 8/21/2005 12:00:03 AM | C4021 510 | GSWP | Great Southern Wood | C4021 | 26602 | 4021 | KESTREL/045 | GS441D | Bundles | GS441D | 1 | 0.520 |
| 8/23/2005 12:00:03 PM | C4021 510 | GSWP | Great Southern Wood | C4021 | 26602 | 4021 | KESTREL/045 | CR15DRA | Bundles | CR15DRA | 17 | 17.340 |
| 8/23/2005 1:39:58 PM | C4022 547 | GSWP | Great Southern Wood | C4022 | 26603 | 4022 | KESTREL/045 | CR15DRA | Bundles | CR15DRA | 19 | 19.380 |

Delivery Breakdown for Great Southern Wood (in Metric Tons)

| Date/Time | Code | Supplier | Wood | Code | Number | Ref | Product | Item | Pack | Item | Count | Tons |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/23/2005 1:57:31 PM | C4023 125 | GSWP | Great Southern Wood | C4023 | 26804 | 4023 | KESTREL/045 | CR15DRA | Bundles | CR15DRA | 19 | 19.380 |
| 8/23/2005 2:02:29 PM | C4070 635 | GSWP | Great Southern Wood | C4070 | 26805 | P04070 | KESTREL/045 | R1D11 | Bundles | R1D11 | 42 | 18.669 |
| 8/23/2005 2:55:42 PM | C4011 522L | Watkins Trucking | Great Southern Wood | C4011 | 26815 | 4011 | KESTREL/045 | CMB1D | Bundles | CMB1D | 42 | 18.860 |
| 8/23/2005 3:04:31 PM | C4071 502 | GSWP | Great Southern Wood | C4071 | 26606 | P04071 | KESTREL/045 | R1D11 | Bundles | R1D11 | 42 | 18.669 |
| 8/23/2005 3:55:08 PM | C4073 500 | GSWP | Great Southern Wood | C4073 | 26608 | P04073 | KESTREL/045 | RB89D | Bundles | RB89D | 30 | 15.498 |
| 8/23/2005 3:59:52 PM | C4170 529 | GSWP | Great Southern Wood | C4170 | 28811 | P04170 | KESTREL/045 | BRAR9D | Bundles | BRAR9D | 40 | 15.300 |
| 8/23/2005 4:00:53 PM | C4171 540 | GSWP | Great Southern Wood | C4171 | 26612 | P04171 | KESTREL/045 | BRAR9D | Bundles | BRAR9D | 40 | 15.300 |
| 8/23/2005 4:55:07 PM | C3457 106 | unknown | Great Southern Wood | C3457 | 26558 | 254005 | PENGUIN/053 | KC1D | Bundles | KC1D | 38 | 16.891 |
| 8/23/2005 4:55:07 PM | C3457 108 | unknown | Great Southern Wood | C3457 | 26558 | 254005 | PENGUIN/053 | CMB1D | Bundles | CMB1D | 4 | 1.778 |
| 8/24/2005 10:18:47 AM | C4088 207 | Georgia Pacific | Great Southern Wood | C4088 | 26925 | 260870 | KESTREL/046 | CMB1D | Bundles | CMB1D | 42 | 18.669 |
| 8/24/2005 10:41:40 AM | C4175 541 | GSWP | Great Southern Wood | C4175 | 26930 | P04175 | PENGUIN/053 3443 | 1 X 4 X 12 -3443 | Bundles | 1 X 4 X 12 -3443 | 25 | 21.650 |
| 8/24/2005 11:37:10 AM | C4174 520 | GSWP | Great Southern Wood | C4174 | 26829 | P04174 | KESTREL/046 BRAR9D | BRAR9D | Bundles | BRAR9D | 40 | 15.300 |
| 8/24/2005 2:34:05 PM | C4110 545 | GSWP | Great Southern Wood | C4110 | 26610 | P04110 | PENGUIN/053 3443 | 1 X 4 X 12 -3443 | Bundles | 1 X 4 X 12 -3443 | 25 | 21.050 |
| 8/25/2005 10:58:25 AM | C4286 1700 | Nuss Lumber | Great Southern Wood | C4286 | 26649 | MW-12374 | KESTREL/045 L406 | L406 | Bundles | L406 | 50 | 15.875 |
| 8/25/2005 11:52:54 AM | C4090 7395 | Georgia Pacific | Great Southern Wood | C4090 | 26684 | 250881 | KESTREL/045 CMB1D | CMB1D | Bundles | CMB1D | 42 | 18.669 |
| 8/25/2005 2:12:14 PM | C4089 7396 | Georgia Pedific | Great Southern Wood | C4089 | 26883 | 250880 | KESTREL/045 CMB1D | CMB1D | Bundles | CMB1D | 42 | 18.669 |
| 8/25/2005 2:35:57 PM | C2039 125 | GSWP | Great Southern Wood | C2039 | 26662 | 604939 | WEAVER/048 GS1DS | GS1DS | Bundles | GS1DS | 52 | 17.472 |
| 8/26/2005 1:28:67 PM | C4091 219 | Georgia Pacific | Great Southern Wood | C4091 | 26657 | 260882 | KESTREL/045 CMB1D | CMB1D | Bundles | CMB1D | 10 | 4.445 |
| 8/26/2005 1:28:57 PM | C4091 218 | Georgia Pacific | Great Southern Wood | C4091 | 28557 | 250882 | KESTREL/046 BRA-KD1D | BRA-KD1D | Bundles | BRA-KD1D | 32 | 14.224 |
| 8/31/2005 11:24:00 AM | C4086 219 | Georgia Pacific | Great Southern Wood | C4086 | 26590 | 260877 | KESTREL/045 CMB1D | CMB1D | Bundles | CMB1D | 42 | 18.888 |
| | | | | | | | | | | | 4337 | 39,323.496 |

Delivery Breakdown for Great Southern Wood (in Metric Tons)

📥 DOWNLOAD AS CSV FILE

**LᴸᴸᴸC LUSK, LUSK,**
**DOWDY & CALDWELL, P.C.**
ATTORNEYS AND COUNSELORS AT LAW

DONALD D. LUSK (1943-2006)
KENNETH A. DOWDY
PAYTON C. LUSK
LESLIE A. CALDWELL*
DAVID L. DEAN

*also admitted to Georgia Bar

March 30, 2007
Via e-mail

2101 HIGHLAND AVENUE
SUITE 410
BIRMINGHAM, ALABAMA 35205
(205) 933-7090
FAX: (205) 933-7099

EMP. ID: 63-1171807

Blane Crutchfield, Esquire
HAND ARENDALL, L.L.C.
P. O. Box 123
Mobile, AL 36601

Re:    Great Southern v. American Home Assurance Co., Inc.
       Our File: 7039-068

Dear Blane:

In keeping with the Court's Uniform Scheduling Order, the plaintiff hereby discloses the identity of Mr. Jack Taylor, who may be used at trial to present expert testimony.  Mr. Taylor's report is attached hereto.  Please call should you have any questions or concerns.

With warm personal regards I remain,

Yours very truly,

Kenneth A. Dowdy

KAD;ls

Attachment



DEFENDANT'S
EXHIBIT

15

## JACK A. TAYLOR
### BIRMINGHAM, ALABAMA 35242-6210

HOME OFFICE: (205) 702-4151
BSC OFFICE:   (205) 226-4822

FAX: (205) 702-4194
E-MAIL: JTAYLOR@BSC.EDU

March 29, 2007

Mr. Kenneth A. Dowdy, Esq.
Lusk, Lusk, Dowdy & Caldwell, P.C.
2101 Highland Ave.
Suite 410
Birmingham, AL 35205

RE: *Great Southern Wood Preserving, Inc. v. American Home Assurance Company, et al.*

Dear Mr. Dowdy:

You asked me to review the transactions related to the claims by Great Southern Wood Preserving Inc. under the Marine Open Cargo Policy issued by American Home Assurance Company. Following is my report with respect to these transactions.

## I. QUALIFICATIONS

I am the Joseph S. Bruno Professor of Retailing at Birmingham-Southern College in Birmingham, Alabama. I have a Ph.D. and teach marketing, legal environment of business, and related courses at Birmingham-Southern. I teach in both the undergraduate and graduate programs. I have a JD degree and I am licensed to practice law in the state of Alabama. I also teach insurance law at Birmingham School of Law. I have attached a copy of my curriculum vitae to this report.

I have been involved in the insurance industry since 1974. I have professional insurance designations including a CLU (Chartered Life Underwriter), CPCU (Chartered Property Casualty Underwriter), an RHU (Registered Health Underwriter), and an F.L.M.I. (Fellow, Life Management Institute). I have served as a consultant and testified as an expert on many insurance cases. I have qualified as an insurance expert and have provided testimony in state and federal courts. I have testified for both the plaintiff and the defendant. I have attached a list of the cases in which I have given testimony either in deposition or at trial during the past four years.

I am familiar with the customs and practices of the insurance industry, including those related to the matters on which I am offering opinions in this case. Each of my opinions is expressed to a reasonable degree of professional certainty and is based on the material I have reviewed, the information available to me as of this date, and my education, training and experience in the insurance industry.

1

It is my understanding that discovery has not been completed and that additional information may become available. My opinions may change, or supplemental opinions may be added if additional information becomes available through discovery, deposition or otherwise. In this event, I will provide a supplemental report.

I am being compensated at a rate of $225.00 per hour plus expenses for my services in this case.

## II. MATERIAL REVIEWED

Complaint,
Answer of American Home Assurance Company et al.,
Marine Open Cargo Policy No. 88590C,
Letter dated July 7, 2006 from Selena K. Ho to Kenneth A. Dowdy, and
Documents bates stamped AIG00001 to AIG01657.

## III. GENERAL INFORMATION

### A. Ocean Marine Insurance

Ocean Marine Insurance is designed to cover various hazards related to the movement of goods. The first and obvious protection that can be provided is for the goods themselves. Risks are unavoidable in the shipment of goods. Goods are generally handled many times during shipment, and Marine Insurance is designed to provide coverage throughout this process.

Goods are first loaded at the origination point onto a land vehicle (truck or train, for instance). They may then be held in a port before being loaded onto the ship. Upon arrival at the destination port, the goods must be inspected or cleared before they are released to the buyer. This may require that the goods be temporarily held or stored until they are inspected and cleared for release to the buyer. Once released, the buyer has dominion and control of the goods and is free to transfer the goods to the buyer's premises.

### B. Marine Cargo Open Policy

A marine cargo open policy is a continuous contract of insurance between an insurance company and the assured. It automatically covers all of the assured's goods in transit as long as the policy remains in force.

The policy specifies:
- The general description of the goods.
- The countries or places to or from which the goods will be insured.
- The maximum value payable under the policy.
- How the goods will be valued.
- The conditions of insurance.
- The assured agrees to declare details of all shipments that fall within the scope of the policy, and the insurance company agrees to insure such shipments according to the terms and conditions of the policy.

2

## IV. FACTS AND BACKGROUND OF THE CASE

### A. The American Home Assurance Company Marine Open Cargo Policy

American Home Assurance Company (American Home) issued Marine Open Cargo Policy No. 88590C to Great Southern Wood Preserving, Inc. (Great Southern). The Policy had an effective date of June 2, 2005.

On or about August 27 or 28, 2005, a shipment of unfinished lumber arrived at the Port of Gulfport in Gulfport, Mississippi. The shipment consisted of 100 tractor-trailer loads of lumber[1]. The lumber was temporarily placed in the Mississippi State Port Authority Warehouse in Gulfport waiting inspection and release by the appropriate government authority. Inspection and release of the lumber was required before Great Southern could move it to its processing plant.

A shipment of 90 tractor-trailer loads of lumber was received 24 days before the storm of which 24 loads remained in the warehouse on August 29, 2005. Another 16.5 tractor-trailer loads of lumber remained in the warehouse from a shipment received on or about July 6, 2005.

On August 29, 2005, before the inspection and release of the August 27/28 shipment to Great Southern, Hurricane Katrina destroyed the Mississippi State Port Authority Warehouse. This resulted in the loss of all of the unfinished lumber, including the just arrived shipment. Great Southern subsequently made claims for the lost lumber under Marine Open Cargo Policy No. 88590C.

### B. American Home's Denial

Great Southern was notified by a letter dated July 7, 2006 that American Home was denying coverage under Policy No. 88590C for the losses claimed.[2] The letter states in part the following:

> The losses presented in these claim occurred on August 29, 2006, when the Mississippi State Port Authority Warehouse in Gulfport, Mississippi where the lumber products were stored was destroyed by Hurricane Katrina. Given that these losses did not occur during the ocean voyage, but during a period of storage after discharge of the vessels, we direct your attention to the following provisions of the Policy:
>
> 19) WAREHOUSE TO WAREHOUSE
>
> This insurance attaches from the time the goods leave the Warehouse and/or Store at the place named in the Declaration and/or Certificate for the commencement of the transit and continues during the ordinary course of transit, including customary transshipment, if any, until the goods are discharged over side from the overseas vessel at the final port. Thereafter the insurance continues whilst the goods are in transit and/or awaiting transit

---

[1] See letter dated July 21, 2006 to Selena Ho.
[2] The letter was sent by Certified Mail to Plaintiff's attorney, Kenneth A. Dowdy, Lusk, Lusk, Dowdy & Caldwell, P.C.

until delivered to the final warehouse at the destination named in the policy or until the expiry of 15 days (or 30 days, if the destination to which the goods are insured is outside the limits of the port) whichever shall first occur. The time limits referred to above to be reckoned from midnight of the day on which the discharge over side of the goods hereby insured from the overseas vessel is completed. Held covered at a premium to be agreed in the event of transshipment, if any, other than as above and/or in the event of delay in excess of the above time limits arising from circumstances beyond the control of the ASSURED.

It is necessary for the ASSURED to give prompt notice to these ASSURERS when they become aware of an event for which they are 'held covered' under this Policy and the right to such cover is dependent on the compliance with this obligation.

We note that the Policy is a Marine Open Cargo Policy and does not provide separate warehouse coverage, nor was such coverage ever requested.

I have reviewed Policy No. 88590C and found that the "final warehouse at the destination named in the policy" is not named in the Policy. It is clear that the lumber delivered on or about August 27 or 28, 2005, was destroyed before ". . . the expiry of 15 days (or 30 days, if the destination to which the goods are insured is outside the limits of the port) whichever shall first occur" and before being inspected and released to the control of Great Southern. Further, the evidence is that on August 29, 2005 at least part of the remaining unfinished lumber fell within the extended time period. Finally, the last sentence of the first paragraph clearly contemplates and allows for coverage arising from circumstances beyond the control of the assured (Great Southern).

## IV. OPINIONS, BASIS, AND SUPPORTING FACTS

My opinions are expressed to a reasonable degree of professional certainty and are based on the material I reviewed, the information available to me as of this date, and my education, training and experience in the insurance industry. For convenience, the basis and supporting facts discussed above are incorporated in my opinions as applicable.

1. Based on the material and evidence I reviewed, it is my opinion that the lumber received on or about August 27 or 28, 2005, had not reached its final warehouse destination and was covered under Policy No.88590C at the time of loss.

2. Based on the material and evidence I reviewed, it is my opinion that the lumber received prior to August 27 or 28, 2005 and still in temporary storage in the Gulfport Warehouse on August 29, 2005, had not reached its final warehouse destination and was covered under Policy No.88590C. Coverage for this category of lumber would be covered under Policy provision 19) WAREHOUSE TO WAREHOUSE:
   ". . . whilst the goods are in transit and/or awaiting transit until delivered to the final warehouse at the destination named in the policy or until the expiry of 15 days (or 30 days, if the destination to which the goods are insured is outside the limits of the port) whichever shall first occur."

4

3. Based on the material and evidence I reviewed, it is my opinion that American Home's denial of Great Sothern's claims as discussed above was improper and the claims are payable under the terms of Policy No.88590C.

Sincerely,

Jack A. Taylor, Ph.D.

Jack A. Taylor
6300 Timberwolf Trail
Birmingham, Alabama 35242

Birmingham-Southern College
P.O. Box 549023
Birmingham, Alabama 35254

BSC:    (205) 226-4822
Home:    (205) 702-4151
FAX:    (205) 702-4194
E-Mail    jtaylor@bsc.edu

**EDUCATION:**    Ph.D. 1992 (Administration-Health Services; Specialization in Marketing) - University of Alabama at Birmingham.

J.D. 1985 - Birmingham School of Law.  Summa Cum Laude & Valedictorian.

Post Graduate Studies 1980 (Marketing) - University of Memphis.

M.B.A. 1976 (Management) - Illinois State University.

B.S.B.A. 1973 (Marketing) - University of Central Florida.

A.A. 1971 - Freed-Hardeman University.

**PROFESSIONAL
DESIGNATIONS:**    CPCU (Chartered Property Casualty Underwriter) 2004 - AICPCU.

PCM (Professional Certified Marketer) 2001 - American Marketing Association.

CLU (Chartered Life Underwriter) 1982 - The American College.

RHU (Registered Health Underwriter) 1982 - National Association of Health Underwriters.

FLMI (Fellow, Life Management Institute) 1979 - Life Office Management Association.

Principles of Health Insurance I & II, 1976 - Health Insurance Association of America.

**EXPERIENCE:**

**ACADEMIC**
1995 - Present    Birmingham School of Law - Birmingham, Alabama.
PROFESSOR OF INSURANCE LAW.

1988 - Present    Birmingham-Southern College - Birmingham, Alabama.
JOSEPH S. BRUNO PROFESSOR OF RETAILING, Division of Graduate and Business Programs - Endowed professorship.  Teach undergraduate and graduate courses in Marketing and related areas.  Previously taught courses in Insurance.  Discipline Coordinator for Business Administration Program (Marketing, Management, and Finance).

1979 - 1980    Freed-Hardeman University - Henderson, Tennessee.
INSTRUCTOR, DEPARTMENT OF BUSINESS - Taught courses in Business Law, Economics, Finance, Insurance, Management, and Marketing.

1989 - 1992    Faulkner University - Birmingham, Alabama.
ADJUNCT PROFESSOR - Executive B.B.A. program.  Taught courses in Business Law, Ethics, Management, Marketing, and General Business.

1981 - 1982
and
1987 - 1988    Birmingham-Southern College - Birmingham, Alabama.
ADJUNCT PROFESSOR - Taught courses in Insurance, Marketing and related areas.

1

**BUSINESS**
**1982 - 1987**    Protective Life Insurance Company - Birmingham, Alabama.
DIRECTOR, AGENCY ADMINISTRATION - Administrator of the home office agency department.
Responsible for approving agent appointments and financing; production and contract validation;
budget variance analysis.   Coordinator on legal matters involving company representatives.
Responsible for negotiating and drafting contracts, agreements and other documents, and for
monitoring and collecting agent balances.  Departmental liaison with corporate management and
operational departments.  Assisted in managing and coordinating corporate wide marketing activities.

American Foundation Life Insurance Company - Birmingham, Alabama.
VICE PRESIDENT, MARKETING SERVICES - Responsible for advanced sales support, marketing
and sales support activities including development of sales material, field communication, procedure
manuals, and recruiting material.  Developed and conducted sales and product seminars. (Company
bought by Protective Life in 1983).

**1980 - 1982**    Vulcan Life Insurance Company - Birmingham, Alabama.
**and**    VICE PRESIDENT AGENCY ADMINISTRATION - Administrator of the home office agency
**1977 - 1979**  department.  Coordinated all marketing activities.  Designed and developed sales, marketing and
recruiting material.  Wrote and implemented numerous procedure manuals and reorganization
programs.  Worked with outside consultants in the areas of marketing, research, administration,
contract drafting and collecting agent balances.  Developed and implemented long and short-range
marketing plans.  Manager, Policyholder Service Department.  Liaison between agency force and
home office operational departments.

**1974 - 1976**    State Farm Insurance Companies - Bloomington, Illinois.
SENIOR UNDERWRITER, HEALTH INSURANCE - Responsible for underwriting (risk evaluation)
medical and disability insurance.

**LEGAL**
**1987 - 1988**    Bradley, Arant, Rose & White - Birmingham, Alabama.
ATTORNEY - Property abstract examination and writing title opinions.

**OTHER**
**ACTIVITIES:**    Board of Directors, Alabama Retail Association.

Consulting on insurance company operations, agency management, administration, sales and
marketing, and work flow.  Areas of emphasis include life, medical, disability, liability, and property
and casualty insurance.  Projects for insurance and other organizations include market analysis,
marketing research, development and implementation of management and marketing plans and
strategies, design of sales and marketing material, and development of documents and forms.
Consulting and speaking on customer service.

**BOOK REVIEWS**
**& CONTRIBUTING**
**EDITOR:**    Life and Health Insurance Marketing, 1998.  Life Office Management Association.  Second Edition.

Agency Administration Course Manual, 1996.  Life Office Management Association.
New text for LOMA's Associate, Insurance Administration Program.

Risk Management and Insurance, 1996.  West Publishing Company.  Seventh Edition.

Intro to Managed Care, 1995.  Life Office Management Association.  New textbook.

Law for Business, 1991.  West Publishing Company.  Second Edition.

**DISSERTATION:**    An Examination of External Sources of Information Used By Primary Care Physicians in the Selection
of a Referral Specialist.  University of Alabama at Birmingham.  1992.

2

PUBLICATIONS:  Sources of Referral Information: A Marketing Analysis of Physician Behavior. <u>Health Care Management Review</u>, (coauthor), Summer 1998.

Injuries and loss of earnings. <u>The Alabama Lawyer</u>, (coauthor), May 1996.

The Beginning and the Essence of Insurance. <u>Business to Business Inc.</u>, Winter 95 - 96.

So You Have an Unhappy Customer, Now What Do You Do? <u>Business to Business Inc.</u>, October 1995.

Managing Customer Expectations: The Key To Satisfaction. <u>Business to Business Inc.</u>, August 1995.

Service Excellence: Take The Customer By Surprise. <u>Business to Business Inc.</u>, June 1995.

How to Run Your Customer Off By Really Trying. <u>Business to Business Inc.</u>, April 1995.

Influencing Physician Referrals. <u>Journal of Health Care Marketing</u>, (coauthor), Fall 1994.

Product Line Management in Hospitals: An Exploratory Study of Management Change. <u>Hospital & Health Services Administration</u>, (coauthor), Fall 1990.

Life Insurance for You and Your Clients. <u>The Practical Lawyer</u>, July 1988.

Life Insurance for You and Your Clients. <u>The Audio Lawyer</u>, August 1, 1988.

The Simple Rules of Self-Motivation. <u>Insurance Sales</u>, March 1982.

The Realities of the Brokerage Market. <u>Insurance Sales</u>, October 1981.

PROFESSIONAL
LICENSES:  MEMBER:
    Alabama State Bar
    Birmingham Bar Association

  LICENSED TO PRACTICE LAW:
    State of Alabama
    United States District Court for the Northern District of Alabama
    United States Court of Appeals for the Eleventh Circuit

AWARDS:  BIRMINGHAM SCHOOL OF LAW
    Valedictorian
    Governor's Award - Outstanding Senior Scholar for Four Years
    Sanders Award - Top Student in All Real Property and Title Courses
    Outstanding Senior
    Outstanding Sophomore
    Outstanding Freshman

PERSONAL:  Married; two children.

REFERENCES:  Furnished upon request.

February 2006

Dr. JACK A. TAYLOR
CASE LISTING

March 29, 2007

The following is a list of cases in which I have testified as an expert at trial or by deposition in the past four years.

2003 Case: Diana Dean Martin Liverman et al. v. J. C. Penney Life Insurance Company et al.
  Firm: Starnes & Atchison, LLP
  For: Defendant
  Activity: Deposition
  Court: Circuit Court of Green County, Alabama
  Case No. CV – 1999 – 000146

  Case: Marlon R. Wade v. Nationwide Mutual Fire Insurance Company
  Firm: Hare, Clement & Duck, P.C.
  For: Defendant
  Activity: Deposition
  Court: United States District Court for the Southern District of Alabama, Southern Division
  Case No. 1:01 - CV – 000804 - WS - C

  Case: Mae Clark v. Blue Cross and Blue Shield of Alabama
  Firm: Balch & Bingham LLP
  For: Defendant
  Activity: Deposition
  Court: Circuit Court of Etowah County, Alabama
  Case No. CV - 1997 - 000210

  Case: Paula F. Chancey v. Fidelity & Guaranty Life Insurance Company
  Firm: Starnes & Atchison LLP
  For: Defendant
  Activity: Deposition
  Court: U.S. District Court for the Middle District of Alabama, Southern Division
  Case No. 1:02 - CV – 00914 - WHA - VPM

  Case: Sandra Pabon v. Nationwide Mutual Fire Insurance Company
  Firm: Hare, Clement & Duct, P.C.
  For: Defendant
  Activity: Testified at trial
  Court: Circuit Court of Jefferson County, Alabama
  Case No. CV - 1997 - 004687

  Case: Sarah and Allen Cooper v. State Farm Fire and Casualty Co. et al.
  Firm: Yearout and Traylor, P.C.
  For: Plaintiff
  Activity: Deposition
  Court: Circuit Court of Jefferson County, Alabama
  Case No. CV - 2001 - 007529

Case:      Burlington Insurance Company v. Morris Concrete
Firm:      Porterfield, Harper & Mills
For:       Plaintiff/Counter-Defendant (Burlington Ins. Co. Declaratory Judgment)
Activity:  Deposition
Court:     United States District Court for the Southern District of Alabama, Southern Division
Case No.   1:02 - CV - 00686 - WS - C

Case:      Clayton Shelburn et al. v. Keith Linhart, et al.
Firm:      Sandberg, Phoenix & von Gontrad, P.C.
For:       Defendant
Activity:  Deposition
Court:     Missouri Circuit Court Twenty-Second Judicial Circuit City of St. Louis
Case No.   22002 – 07356

Case:      Joy Hall v. UNUM Life Insurance Company of America
Firm:      Bunch & James
For:       Plaintiff
Activity:  Deposition
Court:     United States District Court for the Northern District of Alabama, Northwestern Division
Case No.   3:02 - CV - 01749 - RDP

Case:      Jay Food Corporation v. Nationwide Property and Casualty Insurance Company
Firm:      Hare, Clement & Duck
For:       Defendant
Activity:  Testified at trial
Court:     The Circuit Court of the First Judicial District of Hind County, Mississippi
Case No.   2510056

Case:      John L. Pack et al. v. Provident American Life & Health Insurance Co.
Firm:      Steptoe & Johnson
For:       Defendant
Activity:  Deposition
Court:     The United States District Court for the Southern District of West Virginia at Bluefield
Case No.   1:02 - CV - 00023

2004     Case:      James Robert Smith, IV v. SAFECO
         Firm:      Don F. Wiginton
         For:       Plaintiff
         Activity:  Deposition
         Court:     The Circuit Court for the Tenth Judicial Circuit in and for Jefferson County, Alabama
         Case No.   CV - 2002 - 000785

         Case:      Linda Womack v. Continental General Insurance Company
         Firm:      McKinney & Stringer
         For:       Defendant
         Activity:  Deposition
         Court:     The United States District Court for the Western District of Oklahoma
         Case No.   5:03 - CV - 00111 - HE

Case:      Infinity National Insurance Company v. Bethany Terrell
Firm:      Roberts & Fish
For:       Defendant/ Plaintiff (For Declaratory Relief)
Activity:  Deposition
Court:     The Circuit Court of Tuscaloosa County, Alabama
Case No.   CV - 2001 - 001674

Case:      Howard Half v. Metropolitan Life Insurance Company
Firm:      Thorp, Reed & Armstrong
For:       Defendant
Activity:  Testified at trial
Court:     The Court of Common Pleas of Allegheny County, Pennsylvania
Case No.   GD951763

Case:      Mary T. Lasko v. Metropolitan Life Insurance Company
Firm:      Thorp, Reed & Armstrong
For:       Defendant
Activity:  Testified at trial
Court:     The Court of Common Pleas of Allegheny County, Pennsylvania
Case No.   GD9515438

Case:      Decorator Warehouse, LLC v. Pritchett-Moore, Inc. & Walter Gary
Firm:      Owens and Millsaps, LLP
For:       Plaintiff
Activity:  Deposition
Court:     The Circuit Court of Tuscaloosa County, Alabama
Case No.   CV - 2003 - 000429

Case:      Rosenfeld, LLC, et al. v. Nationwide Mutual Fire Insurance Co. et al.
Firm:      Hare, Clement & Duck, P.C.
For:       Defendant
Activity:  Deposition
Court:     The Circuit Court of Tuscaloosa County, Alabama
Case No.   CV - 2003 - 000007

Case:      Lowery Printing, Inc. v. The Ohio Casualty Company, et al.
Firm:      Friedman, Leak & Bloom
For:       Defendant
Activity:  Deposition
Court:     The Circuit Court for the Tenth Judicial Circuit of Alabama
Case No.   CV - 2002 - 001250

Case:      Karen Leidholt Ketchum, as Personal Representative for the Estate of Marguerite Leindholt
           Deceased, and the Leidholt Family Trust v. Conseco Life Insurance Co.
Firm:      Burr & Forman
For:       Defendant
Activity:  Deposition
Court:     United States District Court Northern District of Alabama
Case No.   CV - 2003 - 002793

3

| 2005 | Case: | Cathy L. Brockelsby and Bruce Brockelsby v. Continental General Insurance Company and Harold Hulett |
|---|---|---|
| | Firm: | Hinshaw & Culbertson, LLP |
| | For: | Defendant |
| | Activity: | Deposition |
| | Court: | The Circuit Court for the Seventh Judicial Circuit Sangamon County, Illinois |
| | Case No. | 2002 - L3 - 70 |
| | | |
| | Case: | Christopher P. Crotty v. General American Life Insurance Company, Ernest R. Reeves v. General American Life Insurance Company |
| | Firm: | Armstrong Teasdale, LLP |
| | For: | Defendant |
| | Activity: | Deposition (One deposition for both cases) |
| | Court: | The Circuit Court for St. Louis, State of Missouri |
| | Case No. | 22032 - 00202 |
| | | |
| | Case: | Charlotte Palmer, surviving spouse of Jimmy Palmer, deceased v. Mutual of Omaha Insurance Company, Kent Houck and Budo D. Perry |
| | Firm: | McKinney & Stringer |
| | For: | Defendant |
| | Activity: | Deposition |
| | Court: | The United States District Court for the Eastern District of Oklahoma |
| | Case No. | 6:04 - CV - 00361-RAW |
| | | |
| | Case: | Jerry Wise, et al. v. Kansas City Life Insurance Company |
| | Firm: | Daniel Coker Horton & Bell, P.A. |
| | For: | Defendant |
| | Activity: | Deposition |
| | Court: | The United States District Court for the Northern District of Mississippi Western Division |
| | Case No. | 3:03 CV - 107 - D - A |
| | | |
| | Case: | Jerry Wise, et al. v. Kansas City Life Insurance Company |
| | Firm: | Daniel Coker Horton & Bell, P.A. |
| | For: | Defendant |
| | Activity: | Testified at trial |
| | Court: | The United States District Court for the Northern District of Mississippi Western Division |
| | Case No. | 3:03 CV - 107 - D - A |
| | | |
| | Case: | Edward Beliunas and Paulette Beliunas v. Metropolitan Life Insurance Company |
| | Firm: | McCarter & English |
| | For: | Defendant |
| | Activity: | Testified at trial |
| | Court: | The Court of Common Pleas of Allegheny County, Pennsylvania |
| | Case No. | GD - 95 - 012297 |
| | | |
| 2006 | Case: | Charles T. Easterly and Marjorie E. Easterly v. Metropolitan Life Insurance Co. et al. |
| | Firm: | Frost Brown Todd, L.L.C. |
| | For: | Defendant |
| | Activity: | Deposition |
| | Court: | Commonwealth of Kentucky Fayette Circuit Court Fourth Division |
| | Case No. | CV - 99 - CIV - 3811 |

4

| | |
|---|---|
| Case: | Charles T. Easterly and Marjorie E. Easterly v. Metropolitan Life Insurance Co. et al. |
| Firm: | Frost Brown Todd, L.L.C. |
| For: | Defendant |
| Activity: | Testified at trial |
| Court: | Commonwealth of Kentucky Fayette Circuit Court Fourth Division |
| Case No. | CV - 99 - CIV - 3811 |

| | |
|---|---|
| Case: | Northport Health Services, Inc. and Northport Health Services of Florida, LLC v. Acordia Southeast, Inc., at al. |
| Firm: | Burr & Forman LLP |
| For: | Plaintiff |
| Activity: | Deposition |
| Court | Circuit Court of Tuscaloosa County, Alabama |
| Case No. | CV – 2004 - 000343 |

| | |
|---|---|
| Case: | Insurance Products Marketing, Inc. and Donald Feldman v. Conseco Life Insurance Co. et al. |
| Firm: | Burr & Forman LLP |
| For: | Defendant |
| Activity: | Deposition |
| Court | United States District Court of South Carolina Beaufort Division |
| Case No. | 9:04 - 22261 - 23 |

| | |
|---|---|
| Case: | James Hall v. Guideone Insurance Co. et al. |
| Firm: | Philip W. Thomas, P.A. |
| For: | Defendant |
| Activity: | Deposition |
| Court | The Circuit Court of Union County Mississippi |
| Case No. | 2006 - 072 |

| | |
|---|---|
| Case: | Kenneth R. Guifoyle and Masako Hikida v. Blue Cross and Blue Shield of South Carolina |
| Firm: | Montgomery, Patterson, Potts & Willard |
| For: | Defendant |
| Activity: | Deposition |
| Court | The Court of Common Pleas; State of South Carolina, County of Richland |
| Case No. | 2005 - CP - 40 – 2427 |

| | |
|---|---|
| Case: | Ted Forwood, et al, v American General Life Insurance Co., et al. |
| Firm: | Maynard, Cooper & Gayle, P.C. |
| For: | Defendant |
| Activity: | Deposition |
| Court | The Circuit Court of Mobile County, Alabama |
| Case No. | CV - 04 – 797 |

| | |
|---|---|
| Case: | Fireman's Fund Insurance Co. v Christian Cheerleaders Association |
| Firm: | Sirote & Permutt, P.C. |
| For: | Defendant |
| Activity: | Deposition |
| Court | The Circuit Court of St. Clair County, Alabama Southern Judicial Division at Pell City |
| Case No. | |

5

| | |
|---|---|
| Case: | Beatrice Thompson v Columbus Life Insurance Company, et al. |
| Firm: | Thorndal, Armstrong, Delk, Balkenbush & Eisinger |
| For: | Defendant |
| Activity: | Deposition |
| Court | United States District Court District of Nevada |
| Case No. | CV – S - 05 – 0630 – KJD - LRL |

| | |
|---|---|
| Case: | James Hall v. Guideone Insurance Co. et al. |
| Firm: | Philip W. Thomas, P.A. |
| For: | Defendant |
| Activity: | Testified at trial |
| Court | The Circuit Court of Union County Mississippi |
| Case No. | 2006 - 072 |

| | |
|---|---|
| Case: | Reginald Martin Agency, Inc. et al, v. Conseco Medical Insurance Co. et al. |
| Firm: | Burr & Forman LLP |
| For: | Defendant |
| Activity: | Deposition |
| Court | United States District Court Southern District of Indiana Indianapolis Division |
| Case No. | 1:04-CV-1587-TAB-RLY |

| | |
|---|---|
| Case: | Patrick D. Roberson d/b/a Southeastern v. American Resources Insurance Co. , Inc. et al. |
| Firm: | Hare, Clement & Duck |
| For: | Plaintiff, counterclaim |
| Activity: | Deposition |
| Court | The Circuit Court of Jefferson County, Bessemer Division |
| Case No. | CV-04-1382 |

2007

| | |
|---|---|
| Case: | Jimmy L. Hobbs v. Walters Industries, Inc. et al. |
| Firm: | A.W. Bolt |
| For: | Plaintiff |
| Activity: | Deposition |
| Court | The Arbitration Tribunal of the American Arbitration Association |
| Case No. | 30-160-238-06 |

6

FROM



GReaT SOUTHERN
WOOD PRESERVING.

March 8, 2005

Mr Brian Brumfield
AIG Companies
300 S Riverside Plaza
Suite 2100
Chicago, Il 60661

RE:    Great Southern Wood
       Property and Casualty Insurance Program

Dear Mr Brumfield:

The purpose of this letter is to confirm our appointment of the Hilb Rogal & Hobbs
Transportation Group, Dan Morton as our exclusive Broker of Record for your insurance
company and the marketing of our insurance program

I am requesting that you immediately begin working with the Hilb Rogal & Hobbs
Transportation Group to secure complete proposals for this program  In case there could
be any misunderstanding, I am specifically requesting that you waive any waiting period
regarding the effective date of this Broker of Record appointment.

We appreciate your cooperation and immediate attention to this request  We also
appreciate your interest in our insurance program and look forward to receiving your
proposals

Sincerely,

**DEFENDANT'S
EXHIBIT**

16

P O. Box 610    ABBEVILLE ALABAMA    36310    334-585-2291
www.greatsouthernwood com

-----Original Message-----
**From:** Morton, Daniel [mailto:Daniel.Morton@HRH.com]
**Sent:** Wednesday, June 28, 2006 12:18 PM
**To:** Ho, Selena
**Cc:** Farrell, Susan; Sidney Belcher
**Subject:** GSWP Claim
**Importance:** High

Selena -

I believe the spreadsheet Mr. Reeb needs is attached.  If not, let us know and we'll get him
whatever he needs.  He asked us some questions, answers to them are below:

(1)(a)  The bundles of lumber are generally delivered to our Mobile plant, but our Texas plant and
other plants may receive lumber as well.  We also sell and ship to some outside customers, but
the vast majority of product goes to GSW plants.

(1)(b)  Lumber leaves the facility depending on inventory needs at our plants and availability of
trucks.

(2)  See MS Port Authority Contract


**Daniel Morton**

**Hilb Rogal & Hobbs**

**425 N Martingale, Suite 1100**

**Schaumburg, IL  60173**

**P) 847-330-3684**

**F) 847-413-9445**

---

**From:** Sidney Belcher [mailto:sbelcher@gswp.net]
**Sent:** Wednesday, June 28, 2006 12:11 PM
**To:** Morton, Daniel
**Subject:** Delivery Breakdown Report
**Importance:** High

I have attached the 8/01/05 – 10/31/05 Delivery Breakdown Report.

SB



DEFENDANT'S
EXHIBIT

_17_

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| GREAT SOUTHERN WOOD PRESERVING, INC., | * | |
| | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil No. 1:06-cv-00708- |
| CSC | * | |
| AMERICAN HOME ASSURANCE | * | |
| CO., AIG, AMERICAN INTERNATIONAL | * | |
| UNDERWRITERS CORP., AMERICAN | * | |
| INTERNATIONAL MARINE AGENCY, | * | |
| | * | |
| Defendants. | * | |

## ROBERT SCIACHETANO DECLARATION

STATE OF ILLINOIS     )
COUNTY OF COOK     )

    1.    My name is Robert Sciachetano.  In 2005, I was a Senior Underwriter with American International Marine Agency, managing agent for AIG.  I have personal knowledge of the matters stated herein.

    2.    In April 2005, Great Southern's insurance broker, Hilb, Rogal & Hobbs, requested a quote from AIG for various lines of insurance coverage, including Ocean Marine Cargo Insurance and Inland Truck Transportation.

3.    By letter dated March 8, 2005, Great Southern designated Hilb, Rogal & Hobbs as its broker of record.  The Great Southern March 8, 2005 letter is attached hereto as Exhibit 1.

4.    The broker's submission indicated with specificity the types and amounts of coverage requested and delineated coverage particulars for "cargo," referencing inland truck transportation and "ocean cargo" which specified:  "Domestic Transit – No Coverage."  Excerpts from the broker's submission are attached hereto as Exhibit 2.

5.    In conjunction with its submission, the broker also submitted a declarations page from a prior Great Southern cargo policy issued by Travelers Insurance Co.  The Travelers' declaration page provided "no coverage" for domestic transit.

6.    AIG's ocean cargo quote was accepted and thereafter American Home Assurance Co. ("American Home") issued Marine Open Cargo Policy number 88590C to Great Southern with an effective date of June 2, 2005.  The policy is attached hereto as Exhibit 3.

7.    American Home performed a loss control review dated July 22, 2005 concerning Great Southern.  The loss control review was provided to Great Southern's insurance broker on July 26, 2005 via e-mail.  That e-mail stated that although the review discussed inland transit exposure, the ocean marine cargo policy did "not cover inland transit shipments wholly within the United States."  The July 26, 2005 email from underwriter Robert Sciachetano to broker Georgia DeHart is attached hereto as Exhibit 4.

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.

Executed on this 30th day of May, 2007.

ROBERT SCIACHETANO

# Exhibit 1

Exhibit 1

FROM                                    (FRI)APR 15 2005 17:30 ST 17:26   0 6310230019 P 11



GREAT SOUTHERN
WOOD PRESERVING

March 8, 2005

Mr Brian Brumfield
AIG Companies
300 S Riverside Plaza
Suite 2100
Chicago, Il 60661

RE:    Great Southern Wood
       Property and Casualty Insurance Program

Dear Mr Brumfield:

The purpose of this letter is to confirm our appointment of the Hilb Rogal & Hobbs
Transportation Group, Dan Morton as our exclusive Broker of Record for your insurance
company and the marketing of our insurance program

I am requesting that you immediately begin working with the Hilb Rogal & Hobbs
Transportation Group to secure complete proposals for this program  In case there could
be any misunderstanding, I am specifically requesting that you waive any waiting period
regarding the effective date of this Broker of Record appointment

We appreciate your cooperation and immediate attention to this request  We also
appreciate your interest in our insurance program and look forward to receiving your
proposals

Sincerely,

P O. Box 610    ABBEVILLE ALABAMA    36310    334-585-2291
www.greatsouthernwood.com

# Exhibit 2

Exhibit 2



hilb rogal & hobbs

Georgia DeHart
425 North Martingale Road, Suite 1100
Schaumburg, IL 60173
Phone:  847/330-3695
Fax:      847/413-9445
E-Mail: Georgia.Dehart@hrh.com

# MEMO

| To: | Joe Suretta | From: | Georgia DeHart |
|---|---|---|---|
| | AIG | Date: | 4/7/2005 |
| Re: | Great Southern Wood Preserving | CC: | |

☐ **Urgent**     x **For Review**     ☐ **Please Comment**     ☐ **Please Reply**     ☐ **Please Recycle**

● **Comments:** Hi!  I have attached our submission for your review and consideration.  It is a 6-2 ex-date.  This is the account that you and Dan has discussed at length.

Risk is located in Alabama and is a wood treatment operation.  They currently are insured under a Westchester specialty program for property and general liability.  We are going to quoting a large deductible program for this risk and will be proposing for the following lines of coverage.  AL, GL, WC, Property, Cont Equip, Cargo and Ocean Marine, Fine Arts, EDP and Umbrella.  We would like to provide quotes from AIG for as many lines of coverage as possible and would appreciate your steering this submission to the appropriate underwriters.  I have included the current program pricing for all lines of coverage and the various deductibles and carriers.  We have had a marketing evaluation preformed by our loss control specialist and his report and overview is included for your review.

I have included the Material Data Safety Sheet and consumer info sheets on the chemicals that are used in the treating of the wood so that you can underwrite the completed ops/products exposure.  I think everything that you need is included with the exception of the WC Historical payroll.  I am missing payroll for a couple states for 3 of the years but expect to have shortly.  I will e-mail to you when it is received.  Also in regards to missing years on the various loss summaries (property etal) I will be obtaining a letter from the insured stating no know losses except those already stated on the summary.  Full loss runs are included for all AL, GL and WC coverages.

We have a very good shot at writing this whole account.  They want to go to a large deductible program and their current program will not allow them to do that.  Dan has a strong relationship with the safety director as he has worked with him in the past and the owner is very interested in what we have to offer.

Please call Dan or I if you need anything further.

*Georgia*

# GREAT SOUTHERN WOOD  PRESERVING

# GREENBUSH LOGISTICS INCORPORATED

## P.O. BOX 610

## ABBEVILLE, AL 36310



hilb rogal & hobbs

Submission 6-2-05

Dan Morton, Vice President
(847)-330-3684

Georgia DeHart, Marketing Consultant
(847)-330-3695

# GREAT SOUTHERN WOOD PRESERVING

## CARGO–OCEAN CARGO

### CARGO

| | |
|---|---|
| Limits | $100,000 Per Vehicle |
| Deductible | $   5,000 |
| Revenue | $9,000,000 |

Commodities Hauled:  Lumber, Building Materials, Steel Coils, Pipe and Shingles

Current rate          $ .26 per $100

---

### OCEAN CARGO

Foreign Limits A.  Any one Vessel and Connection Conveyances
  1.  Under deck while stowed on board $2,500,000
  2.  On deck while stowed       $250,000
B.  Any One aircraft  - No coverage
C.  Any One Package-First Class or registered $ 5,000
D.  Any one Metal Barge - No coverage
E.  Any one Truck or Rail car - No Coverage

Domestic Transit          No coverage

Deductible          $10,000

Current rate          $ .15 per $100          17,000,000 x .15 = $25,500



## OCEAN MARINE CARGO POLICY DECLARATIONS

These Declarations, Coverage Forms, and Endorsements complete the Policy.

| INSURED AND MAILING ADDRESS | POLICY NUMBER |
|---|---|
| Great Southern Wood Preserving, Inc.<br>Hwy. 43-N<br>Abbeville, AL 36310 | **QTJ-MOC 274D195-3-03** |
| | ATTACHMENT<br>To attach on all shipments of lawful goods and merchandise originating on and after:<br><br>06/02/03 |

**I. PROPERTY INSURED:**

To attach upon all shipments of lawful goods and merchandise consisting of:
Unfinished lumber shipped in packaging suitable to withstand the ordinary rigors of international and domestic transit.

**II. FOREIGN TRANSIT LIMITS OF LIABILITY**

| | |
|---|---|
| A. Any one Vessel and Connecting Conveyances: | |
| (1)   Under Deck while stowed on board one Vessel | $2,500,000 |
| (2)   On Deck while stowed on board one Vessel | $250,000 |
| B. Any one Aircraft and Connecting Conveyances | No Coverage |
| C. Any one Package shipped by First Class or Registered Mail,<br>Ordinary or Registered or Governmental Parcel Post | $5,000 |
| D. Any one Metal Barge or Any One Tow | No Coverage |
| E. Any one Truck or Rail Car | No Coverage |

**III. DOMESTIC TRANSIT LIMITS OF LIABILITY**

| | |
|---|---|
| A. Any one Domestic Truck or Rail Car | No Coverage |
| B. Any one Domestic Aircraft and Connecting Conveyances | No Coverage |
| C. Any one Domestic Inland or Coastwise Water Carrier | No Coverage |

**IV. DEDUCTIBLES**

| | |
|---|---|
| A. Foreign Transit | $10,000 |
| B. Domestic Transit | N/A |

**V. ENDORSEMENTS/SCHEDULES**

| TITLE | NUMBER |
|---|---|
| Annual Deposit Premium And Minimum Premium  Endorsement | Endorsement 1 |
| War Risk Coverage | Endorsement 2 |
| S. R. & C. C. Endorsement | Endorsement 3 |
| Ocean Cargo Seepage and Pollution Exclusion Endorsement | Endorsement 4 |
| Concealed Damage | Endorsement 5 |
| Profit-Sharing Endorsement | Endorsement 6 |
| Valuation Clause – Selling Price And CIF + 10% | Endorsement 7 |
| Terrorism Risk Insurance Act of 2002 Disclosure | OCE102-3 03 03 |
| Cap On Losses From Certified Acts of Terrorism | OCE108 02 03 |
| Rate Schedule | OCRS-1 (1/02) |
| Vessel Classification Table | |
| Additionals for Overage Vessels | |

| The premium for this policy is: | $25,500 |
|---|---|

Agent:  McGriff, Seibels & Williams, Inc.  59591

**READ YOUR POLICY CAREFULLY.**

OMOEC-1 (06/02)

# Exhibit 3

Exhibit 3

# MARINE OPEN CARGO POLICY NO. 88590C

## of the

# AMERICAN HOME ASSURANCE COMPANY
## (A CAPITAL STOCK INSURANCE COMPANY)
### 70 PINE STREET, NEW YORK, N. Y. 10270

### ISSUED TO
### GREAT SOUTHERN WOOD PRESERVING, INC., ET AL
### U.S. HIGHWAY 431 NORTH
### ABBEVILLE, ALABAMA 36310

### NOTICE - PLEASE READ YOUR ENTIRE POLICY.

1. This Policy covers automatically on all shipments which come within its scope. It is important that all such shipments be reported as soon as known and the valuation thereof declared as soon as ascertained.

2. Your attention is called to the basis of insured value as set forth in the Valuation Clause, (Clause number 10). The insured value should always be in accordance with the basis specified therein unless otherwise agreed with the Company prior to shipment.

3. Any damage to the goods should be noted on the receipt given to the carrier if possible; and in any event as soon as it is known that the shipment has sustained loss or damage, written claim should be filed with the carrier. Such steps may be necessary to preserve your rights and the Company's rights of subrogation against the carrier.

4. In the event of any known or reported loss or damage you should promptly notify the Company, or the office of the American International Marine Agency that issued this policy, to protect the interests of all concerned. If no such party is available, then prompt notice should be given to the nearest Correspondent of the American Institute of Marine Underwriters or to the nearest accredited representative of Lloyd's, London.

Page 1

Rev. 03/02

AIG00818

# MARINE OPEN CARGO POLICY INDEX

| Clause | Page # |
|---|---|
| ACCUMULATION (12) | 5 |
| ADDITIONAL TERMS & CONDITIONS, IF ANY (18) | 7 |
| ASSIGNMENT VOID (48) | 15 |
| ASSURED (1) | 3 |
| ATTACHMENT AND CANCELLATION (2) | 3 |
| AVERAGE TERMS AND CONDITIONS (17) | 6 |
| BILL OF LADING, ETC. (25) | 10 |
| BOTH TO BLAME CLAUSE (24) | 10 |
| BROKER AS AGENT FOR ASSURED (40) | 13 |
| CARRIER CLAUSE (9) | 4 |
| CERTIFICATE AUTHORITY (38) | 12 |
| CONSTRUCTIVE TOTAL LOSS CLAUSE (35) | 12 |
| CONVEYANCES (7) | 4 |
| CRAFT CLAUSE (8) | 4 |
| DECLARATIONS (37) | 12 |
| DELAY CLAUSE (52c) | 17 |
| DELIBERATE DAMAGE/POLLUTION HAZARD CLAUSE (30) | 11 |
| DEVIATION CLAUSE (6) | 4 |
| ERRORS AND OMISSIONS (39) | 13 |
| EXPLOSION CLAUSE (29) | 11 |
| FREE OF CAPTURE AND SEIZURE WARRANTY (F.C.& S.) (52a) | 16 |
| FREE OF PARTICULAR AVERAGE (15) | 6 |
| GENERAL AVERAGE CLAUSE (33) | 11 |
| GENERAL AVERAGE CONTRIBUTORY CLAUSE (34) | 11 |
| GEOGRAPHIC LIMITS (5) | 4 |
| GOODS INSURED (3) | 3 |
| GOVERNING LAW (53) | 17 |
| GROUNDING CLAUSE (31) | 11 |
| ILLICIT TRADE (4) | 4 |
| IMPORT DUTY (51) | 15 |
| INCHMAREE CLAUSE (32) | 11 |
| LABELS CLAUSE (28) | 10 |
| LANDING. WAREHOUSING & | |
| FORWARDING CHARGES (22) | 9 |
| LIMIT OF LIABILITY (11) | 5 |
| LOADING OF GRAIN, PETROLEUM AND HEAVY CARGOES (26) | 10 |
| MACHINERY CLAUSE (27) | 10 |
| MARINE EXTENSION CLAUSE (20) | 8 |
| NORMAL LOSS (43) | 13 |
| NOTICE OF LOSS (41) | 13 |
| NUCLEAR EXCLUSION CLAUSE - CARGO - (4/1/91) (52d) | 17 |
| OTHER INSURANCE (50) | 15 |
| PARAMOUNT WARRANTIES (52) | 16 |
| PARTIAL LOSS (44) | 14 |
| PAYMENT OF LOSS (45) | 14 |
| PERILS WATERBORNE (14) | 6 |
| PREMIUM PAYMENTS (36) | 12 |
| PROOFS OF LOSS (42) | 13 |
| PROVISIONS REQUIRED BY LAW TO BE STATED IN THIS POLICY (54) | 17 |
| RETURNED SHIPMENTS (23) | 9 |
| SCHEDULE OF RATES | 18 |
| SHORE CLAUSE (16) | 6 |
| SOUTH AMERICAN CLAUSE (21) | 9 |
| STRIKES, RIOTS & CIVIL COMMOTIONS ENDORSEMENT - (02/21/03) TRIA FORM | 19 |
| STRIKES. RIOTS AND CIVIL COMMOTIONS WARRANTY (S.R. & C.C.) (52b) | 16 |
| SUBROGATION AND IMPAIRMENT OF SUBROGATION (49) | 15 |
| SUE AND LABOR CLAUSE (46) | 14 |
| TIME FOR SUIT (47) | 14 |
| VALUATION (10) | 5 |
| VALUE AT RISK (13) | 5 |
| WAR RISK ONLY OPEN POLICY (CARGO) - (12/2/93) | 20 |
| WAREHOUSE TO WAREHOUSE (19) | 8 |

Rev. 03/02

AIG00819

## 1) ASSURED

**THE AMERICAN HOME ASSURANCE COMPANY** (hereinafter referred to as the Company or as the ASSURERS) in consideration of premiums to be paid at the rates set forth herein, or as may be endorsed hereon, does insure **GREAT SOUTHERN WOOD PRESERVING, INC., ET AL, U.S. HIGHWAY 431 NORTH, ABBEVILLE, ALABAMA 36310** (hereinafter referred to as the ASSURED) subject to all the terms, conditions, exceptions and warranties hereinafter set forth.

## 2) ATTACHMENT AND CANCELLATION

This Policy and the coverage granted hereunder to be deemed continuous and to attach and cover in respect of all insured goods and/or merchandise shipped on and after **JUNE 2, 2005** and will continue in force until cancelled by either party giving the other, or its agent, thirty (30) days written notice, or unless otherwise mutually agreed upon or otherwise provided for herein, or unless otherwise voided by reason of breach of warranty, misrepresentation or concealment.

Notwithstanding anything herein to the contrary, the Company may effect immediate cancellation of this Policy by giving written notice thereof at any time when any premium has been due and unpaid for a period of thirty (30) days.

However, such cancellation(s), shall not affect any risks which are in due course of transit and which have attached prior to such notice of cancellation.

## 3) GOODS INSURED

Upon lawful goods and/or merchandise suitably packed for export, consisting principally of **UNFURNISHED LUMBER** and similar merchandise usual and incidental to the business of the ASSURED, shipped under deck and/or on deck by the ASSURED, (a) being the property of the ASSURED, or that of others in which the ASSURED may have an insurable interest, or for which the ASSURED may hold or receive instructions to effect insurance, provided such instructions be given in writing prior to shipment, and before any known or reported loss or accident; and/or (b) consigned to the ASSURED, or to others for the account or control of the ASSURED, being the property of the ASSURED or that of others in which the ASSURED may have an insurable interest or for which the ASSURED may hold or receive instructions to effect insurance, provided such instructions be given in writing prior to shipment, and before any known or reported loss or accident; but excluding shipments sold by the ASSURED on F.O.B., F.A.S., Cost and Freight, or similar terms whereby the ASSURED is not obligated to furnish marine insurance and also excluding such shipments as are bought by the ASSURED on C.I.F. terms, or other terms which include marine insurance.

Page 3

AIG00820

**4) ILLICIT TRADE**

Warranted free from any charge, expense, damage or loss which may arise in consequence of a seizure or detention, for, or on account of any illicit or prohibited trade, or any trade in articles contraband of war, or in the violation of any port rule or regulation.

**5) GEOGRAPHIC LIMITS**

At and from ports and/or places in **THE WORLD** to ports and/or places in **THE WORLD** direct or via other ports and/or places, with privilege of transshipment by land and/or water, but excluding shipments to or from Nigeria, Cuba, Iraq and North Korea (and/or to or from those countries which the Government of the United States currently forbids trade, if different from the above), also excluding Inland Transit worldwide.

**6) DEVIATION CLAUSE**

This insurance shall not be vitiated by any unintentional error in description of vessel, voyage or interest, or by deviation, overcarriage, change of voyage, transshipment or any other interruption of the ordinary course of transit, from causes beyond the control of the ASSURED. It is agreed however, that any such error, deviation or other occurrence mentioned above shall be reported to this Company as soon as known to the ASSURED, and additional premium paid if required.

**7) CONVEYANCES**

(a) Per Iron and/or Steel Steamer or Steamers and/or Iron and/or Steel Vessel or Vessels propelled by power (excluding sailing vessels, with or without auxiliary power, except as connecting conveyances) and connecting conveyances;
(b) By aircraft and connecting conveyances;
(c) By approved iron and/or steel barge, other than as a connecting conveyance;
(d) By truck, trailer or rail car, other than as connecting conveyances.

**8) CRAFT CLAUSE**

This insurance also to cover during any special or supplementary lighterage provided written notice be given the ASSURERS in all such cases when such facts are known to the ASSURED and additional premium to be paid if and as required, with each craft and/or lighter to be deemed a separate insurance. This insurance shall not be prejudiced by any agreement exempting lightermen from liability.

**9) CARRIER CLAUSE**

Warranted that this insurance shall not inure, directly or indirectly, to the benefit of any carrier or bailee.

Page 4

Rev. 03/02

AIG00821

## 10) VALUATION

Valued at amount of invoice, including all charges included in the invoice and including prepaid or advance freight and/or freight payable "vessel lost or not lost", not included in the charges included in the invoice, plus **10 %**. Foreign currency is to be converted into United States currency at Banker's sight rate of exchange on the date of issuance of each invoice and/or credit and/or draft.

## 11) LIMIT OF LIABILITY

This insurance shall not attach or cover and these Assurers shall not be liable for more than **$2,500,000.** by any one conveyance or, in any one place or, at any one time or, in any one disaster or accident or; as specified in the following sub-limits, or unless otherwise specified elsewhere herein.

(a) **$250,000.** for On Deck shipments, when subject to an On Deck Bill of Lading;
(b) **$Not Covered** by any one aircraft (except when used as a connecting conveyance) ;
(c) **$Not Covered** by any one truck, trailer or rail car (except when used as a connecting conveyance);
(d) **$Not Covered** by any one approved iron and/or steel barge (except when used as a connecting conveyance), nor for more than **$Not Covered** in any one tow.
(e) **$   5,000.** for any one package shipped by mail or parcel post.

## 12) ACCUMULATION

Should there be an accumulation of shipments in respect of which the insured value exceeds the limits expressed in this Policy by reason of an interruption of transit, or by reason of a casualty, or at a transshipping point, or on a connecting conveyance, the ASSURERS shall hold covered such excess amount and shall be liable for the full amount at risk (but in no event for more then double the applicable limit of liability) provided such accumulation is beyond the control of the Assured and provided written notice be given to the ASSURERS in all such cases as soon as the fact becomes known to the ASSURED.

## 13) VALUE AT RISK

In the event that the total value at risk exceeds the applicable Limit of Liability set forth herein, these Assurers shall nevertheless be entitled to receive premium on the full value at risk. The acceptance of such premiums by the Assurer shall in no way alter or increase the applicable Limits of Liability, but the Assurer shall be liable for the full amount of loss up to, but not exceeding such Limit of Liability. In the event of loss which exceeds the applicable Limit of Liability, any deductible will be subtracted from the applicable Limit of Liability and not from the full amount of loss.

Rev. 03/02

AIG00822

**14)   PERILS WATERBORNE**

Touching the adventures and perils which the ASSURERS are contented to bear and take upon themselves while the goods and/or merchandise are waterborne (notwithstanding any extension of coverage provided under this Policy, unless otherwise specifically agreed) they are of the Seas, Fires, Assailing Thieves, Jettisons, Barratry of the Master and Mariners, and all other like perils losses and misfortunes that have or shall come to the hurt, detriment or damage of the said goods or any part thereof, except as may be otherwise specifically provided for herein or endorsed hereon.

NOTE: For perils insured against while the goods are on docks, wharves or elsewhere on shore and/or during land transportation within the coverage of this Policy, see Clause 16.

**15)   FREE OF PARTICULAR AVERAGE**

Warranted free from Particular Average unless the Vessel or craft be stranded, sunk, or burnt, but notwithstanding this warranty these ASSURERS are to pay any loss of or damage to the interest insured which may reasonably be attributed to fire, collision or contact of the vessel and/or craft and/or conveyance with any external substance (ice included) other than water, or to discharge of cargo at port of distress. The foregoing warranty, however, shall not apply where broader terms of Average are provided for hereon or in the certificate or policy to which these clauses are attached.

**16)   SHORE CLAUSE**

Unless broader terms and conditions have been provided for in Clause 17 or elsewhere herein; where this insurance by its terms covers while on docks, wharves, or elsewhere on shore, and/or during land transportation, it shall include the risks of collision, derailment, overturning or other accident to the conveyance, fire, lightning, sprinkler leakage, cyclones, hurricanes, earthquakes, floods (meaning the rising of navigable waters) and/or collapse or subsidence of docks or wharves, even though the insurance be otherwise Free of Particular Average.

**17)   AVERAGE TERMS AND CONDITIONS**

**(a) SHIPMENTS UNDER DECK.** Except while on deck of the ocean vessel and subject to an On Deck Bill of Lading, shipments of **UNFURNISHED LUMBER**, suitably packed for export, are insured, against All Risks of physical loss or damage from any external cause, irrespective of percentage, but excluding those risks excepted by the Free of Capture and Seizure Warranty and the Strikes, Riots, and Civil Commotions Warranty contained herein, unless such risks are specifically assumed hereunder by endorsement.

**(b) SHIPMENTS ON DECK.**   Shipments of **UNFURNISHED LUMBER**, suitably packed for export, which are shipped on deck subject to an On Deck Bill of Lading are insured, Warranted free from Particular Average unless caused by the stranding, sinking, burning and/or collision of the vessel: but to pay the insured value of any merchandise and/or goods jettisoned and/or washed overboard, irrespective of percentage. Notwithstanding the foregoing, merchandise and/or goods shipped on deck subject to an Under Deck bill of lading, without the knowledge and consent of the Assured, shall be treated as under deck cargo and insured as per Clause 17 (a) above.

Rev. 03/02

AIG00823

Notwithstanding the above, all insured goods shipped in fully enclosed containers which are stowed on deck, are insured subject to the provisions of this policy applying to under deck shipments, provided such goods are subject to an Under Deck or an optional Under Deck/On Deck Bill of Lading.

**(c) SHIPMENTS BY AIRCRAFT.** Shipments of **NOT COVERED** by aircraft, suitably packed for export, are insured against All Risks of physical loss or damage from any external cause, irrespective of percentage, but excluding those risks excepted by the Free of Capture and Seizure Warranty and the Strikes, Riots, and Civil Commotions Warranty contained herein, unless such risks are specifically assumed hereunder by endorsement. Also warranted free of claim for loss or damage due to changes in atmospheric pressure and/or temperature. Whenever the words "ship", "vessel", "seaworthiness", "ship owner", or "vessel owner" appear in this Policy (except in Clause 7 "Conveyance" and Clause 11 "Limit of Liability"), they are deemed to include also the words "aircraft", "air worthiness" or "aircraft owner".

**(d) SHIPMENTS BY BARGE.** Shipments of **NOT COVERED** via approved iron and/or steel Barge (other than as a connecting conveyance), suitably packed for export, are insured Warranted free from Particular Average unless caused by the vessel and/or interest insured being stranded sunk, burnt, on fire or in collision with another ship or vessel or with ice or with any substance other than water, but liable for jettison and/or washing overboard irrespective of percentage.

**(e) SHIPMENTS BY MAIL.** Shipments of **UNFURNISHED LUMBER** by mail or parcel post, suitably packed for export, while in the custody of postal authorities, are insured against All Risks of physical loss or damage from any external cause, irrespective of percentage, but excluding those risks excepted by the Free of Capture and Seizure Warranty and the Strikes, Riots, and Civil Commotions Warranty contained herein, unless such risks are specifically assumed hereunder by endorsement.

It is understood and agreed that a certificate of mailing will be secured from the Postal Authorities for each package shipped by ordinary mail or parcel post if possible. Shipments are to be made in accordance with United States Postal Service rules or regulations, or in accordance with the rules and regulations of the postal authorities of the country where mailed, if such mailing occurs outside the United States. When permitted, mail shipments are to be sent by Government insured parcel post or, if this is not possible, by registered parcel post if permissible. The ASSURED agrees that each package shipped by Government insured parcel post will be insured with the Government for the maximum amount of insurance allowed by the Government.

**18)    ADDITIONAL TERMS & CONDITIONS, IF ANY
DEDUCTIBLE:
EACH CLAIM SHALL BE SUBJECT TO A DEDUCTIBLE OF $10,000.00 ANY ONE ACCIDENT OR OCCURRENCE EXCLUDING GENERAL AVERAGE AND SALVAGE CHARGES.**

Rev. 03/02

AIG00824

## 19)   WAREHOUSE TO WAREHOUSE

This insurance attaches from the time the goods leave the Warehouse and/or Store at the place named in the Declaration and/or Certificate for the commencement of the transit and continues during the ordinary course of transit, including customary transshipment, if any, until the goods are discharged overside from the overseas vessel at the final port. Thereafter the insurance continues whilst the goods are in transit and/or awaiting transit until delivered to the final warehouse at the destination named in the policy or until the expiry of 15 days (or 30 days, if the destination to which the goods are insured is outside the limits of the port) whichever shall first occur. The time limits referred to above to be reckoned from midnight of the day on which the discharge overside of the goods hereby insured from the overseas vessel is completed. Held covered at a premium to be agreed in the event of transshipment, if any, other than as above and/or in the event of delay in excess of the above time limits arising from circumstances beyond the control of the ASSURED.

It is necessary for the ASSURED to give prompt notice to these ASSURERS when they become aware of an event for which they are "held covered" under this Policy and the right to such cover is dependent on the compliance with this obligation.

## 20)   MARINE EXTENSION CLAUSE

I. This insurance attaches from the time the goods leave the Warehouse at the place named in the Policy, Certificate or Declaration for the commencement of the transit and continues until the goods are delivered to the final Warehouse at the destination named in the Policy, Certificate or Declaration, or a substituted destination as provided in Clause III hereunder.

II. This insurance specially to cover the goods during deviation, delay, forced discharge, re-shipment, transshipment and any other variation of the adventure arising from the exercise of a liberty granted to the shipowner or charterer under the contract of affreightment

III. In the event of the exercise of any liberty granted to the shipowner or charterer under the contract of affreightment whereby such contract is terminated at a port or place other than the original insured destination, the insurance continues until the goods are sold and delivered at such port or place; or, if the goods be not sold but are forwarded to the original insured destination or to any other destination this insurance continues until the goods have arrived at final warehouse as provided in Clause I.

IV. If while this insurance is still in force and before the expiry of 15 days from midnight of the day on which the discharge overside of the goods hereby insured from the overseas vessel at the final port of discharge is completed, the goods are re-sold (not being a sale within the terms of Clause III) and are to be forwarded to a destination other than that covered by this insurance, the goods are covered hereunder while deposited at such port of discharge until again in transit or until the expiry of the aforementioned 15 days whichever shall first occur. If a sale is effected after the expiry of the aforementioned 15 days while this insurance is still in force the protection afforded hereunder shall cease as from the time of the sale.

V. Held covered at a premium to be arranged in case of change of voyage or of any omission or error in the description of the interest, vessel or voyage.

Rev. 03/02

AIG00825

VI. This insurance shall in no case be deemed to extend to cover loss damage or expense proximately caused by delay or inherent vice or nature of the subject matter insured.

VII. It is a condition of this insurance that there shall be no interruption or suspension of transit unless due to circumstances beyond the control of the ASSURED.

None of the foregoing subdivisions of this Clause 20 shall be construed as in any way enlarging any of the other terms and conditions of this Policy (except in so far as any of the provisions of Clause 19. of this Policy are inconsistent herewith), it being particularly understood and agreed that the F.C.& S. Warranty remains in full force and effect and that nothing in the foregoing shall be construed as extending this insurance to cover any risks of war or consequences of hostilities.

## 21)    SOUTH AMERICAN CLAUSE

Notwithstanding anything contained elsewhere herein to the contrary (particularly the Marine Extension Clause and the Warehouse to Warehouse Clause) the insurance provided hereunder for all shipments to South America shall continue to cover for sixty (60) days [ninety (90) days on shipments via the Magdalena River] after completion of discharge of the overseas vessel at port of destination or until the goods are delivered to the final Warehouse at destination, whichever may first occur, and shall then terminate.

The time limit above to be reckoned from midnight of the day on which the discharge of the insured goods from the overseas vessel is completed.

## 22)    LANDING, WAREHOUSING & FORWARDING CHARGES

Notwithstanding any Average warranty contained herein, these ASSURERS agree to pay any landing, warehousing, forwarding or special charges when they are incurred by reason of a peril insured against. Also to pay the insured value of any package or packages which may be totally lost in loading, transshipment or discharge.

## 23)    RETURNED SHIPMENTS

In the event of refusal or inability of the ASSURED, or the consignee at the destination named in the policy, certificate or declaration, to accept delivery of goods and/or merchandise which have been insured by this Policy, then this Policy is extended to cover such goods and/or merchandise when reshipped in its original packing to the original point of origin. It being understood and agreed that notice must be given to the ASSURER by the ASSURED as soon as refusal of acceptance is known to them, and prior to any further movement of the said goods and/or merchandise to any destination other than that named in the policy, certificate or declaration. Such goods and/or merchandise being held covered at rates, terms and conditions to be agreed.

AIG00826

### 24)  BOTH TO BLAME CLAUSE

Where goods are shipped under a Bill of Lading containing the so-called "Both to Blame Collision" Clause, these ASSURERS agree as to all losses covered by this insurance, to indemnify the ASSURED for this Policy's proportion of any amount (not exceeding the amount insured) which the ASSURED may be legally bound to pay to the shipowners under such clause. In the event that such liability is asserted, the ASSURED agrees to notify these ASSURERS who shall have the right at their own cost and expense to defend the ASSURED against such claim.

### 25)  BILL OF LADING ETC., CLAUSE

The ASSURED is not to be prejudiced by the presence of the negligence clause and/or latent defect clause in the Bill of Lading and/or Charter Party. The seaworthiness of the vessel as between the ASSURED and these ASSURERS is hereby admitted and the wrongful act or misconduct of the shipowner or his servants causing a loss is not to defeat the recovery by an innocent ASSURED if the loss in the absence of such wrongful act or misconduct would have been a loss recoverable on the Policy. With leave to sail with or without pilots, and to tow and assist vessels or craft in all situations, and to be towed.

### 26)  LOADING OF GRAIN, PETROLEUM AND HEAVY CARGOES

Warranted by the ASSURED that vessels to be loaded with Grain, Petroleum and/or heavy cargoes shall be loaded under the inspection of a surveyor appointed or approved by the Company for that purpose and his certificate as to proper loading and seaworthiness must be obtained before the sailing of such vessels or the insurance under this Policy in respect of such cargo to be void.

### 27)  MACHINERY CLAUSE

When the property insured under this Policy includes a machine, article, interest or set consisting when complete for sale or use of several parts, then in case of loss or damage covered by this insurance to any part of such machine, article, interest or set, these ASSURERS shall be liable only for the proportion of the insured value of the part lost or damaged, or at the ASSURED'S option, for the cost and expense, including labor and forwarding charges, of replacing or repairing the lost or damaged part; but in no event shall these ASSURERS be liable for more than the insured value of the complete machine, article, interest or set.

### 28)  LABELS CLAUSE

In case of damage affecting labels, capsules or wrappers, these ASSURERS, if liable therefor under the terms of this Policy, shall not be liable for more than an amount sufficient to pay the cost of new labels, capsules or wrappers, and the cost of reconditioning the goods, but in no event shall these ASSURERS be liable for more than the insured value of the damaged merchandise.

Rev. 03/02

AIG00827

**29)   EXPLOSION CLAUSE**

Including the risk of explosion, howsoever or wheresoever occurring during the currency of this insurance unless excluded by the F.C. & S. Warranty or the S.R. & C.C. Warranty set forth herein or unless proximately caused by the inherent vice or nature of the subject matter insured or by the personal negligence or act of the ASSURED.

**30)   DELIBERATE DAMAGE/POLLUTION HAZARD CLAUSE**

This Policy is extended to cover, but only while the property insured is on board a waterborne conveyance, loss of or damage to said property directly caused by governmental authorities acting for the public welfare to prevent or mitigate a pollution hazard or threat thereof, provided that the accident or occurrence creating the situation which required such governmental action would have resulted in a recoverable claim under this Policy (subject to all its terms, conditions and warranties) if the property insured would have sustained physical loss or damage as a direct result of such accident or occurrence. This agreement shall not increase the Limits of Liability provided for in this Policy.

**31)   GROUNDING CLAUSE**

Grounding in canals, harbors, or tidal rivers not to be deemed a stranding within the meaning of this Policy or any amendment thereof; but the ASSURERS to pay for any loss or damage to the goods or merchandise which may be proved to have resulted directly therefrom and which would be recoverable under the terms of this Policy if caused by stranding.

**32)   INCHMAREE CLAUSE**

This insurance is also specially to cover any loss of or damage to the interest insured hereunder, through the bursting of boilers, breakage of shafts or through any latent defect in the machinery, hull or appurtenances, or from faults or errors in the navigation and/or management of the vessel by the master, mariners, mates, engineers or pilots.

**33)   GENERAL AVERAGE CLAUSE**

General Average and Salvage Charges payable according to United States laws and usage and/or as per Foreign Statements and/or as per York-Antwerp Rules (as prescribed in whole or in part) if in accordance with the Contract of Affreightment.

**34)   GENERAL AVERAGE CONTRIBUTORY CLAUSE**

The Company shall be liable for only such proportion of General Average and Salvage Charges as the sum hereby insured (less Particular Average for which this Company is liable hereunder, if any) bears to the contributory value of the goods or merchandise insured hereunder.

Rev. 03/02

AIG00828

**35)  CONSTRUCTIVE TOTAL LOSS CLAUSE**

No recovery for a Constructive Total Loss shall be had hereunder unless the property insured is reasonably abandoned on account of its actual total loss appearing to be unavoidable, or because it cannot be preserved from actual total loss without an expenditure which would exceed its insured value when the expenditure had been incurred.

**36)  PREMIUM PAYMENTS**

Premiums at the rates specified in the schedule attached hereto or as otherwise agreed shall be paid in cash and due immediately upon attachment of the risk; and the Company shall be entitled to premium on all shipments covered by the Policy, whether reported or not.

**37)  DECLARATIONS**

The ASSURED by the acceptance of this Policy warrants and agrees to report all shipments in respect of which insurance is provided hereunder to the Company, or the office of the American International Marine Agency which issued this policy as soon as known to the ASSURED, or as soon thereafter as may be practicable. Should the ASSURED willfully fail to report shipments covered by this Policy, then the Policy as to all subsequent shipments shall at the Company's option become null and void. The Company or its agents shall be permitted to examine the books, accounts and records of the ASSURED for the purpose of tabulating and verifying all shipments in respect of which insurance is provided hereunder.

**38)  CERTIFICATE AUTHORITY**

Authority is hereby granted the ASSURED to countersign and issue the form of Certificate of Insurance or Special Marine Policy furnished by the ASSURERS for any or all shipments in respect of which insurance is provided hereunder and in consideration thereof the ASSURED warrants that no Certificate or Special Marine Policy will be issued with terms thereon varying from the conditions of this Policy and/or any written instructions that are or may be given by the ASSURERS and/or the office of the American International Marine Agency that issued this policy.

The ASSURED further warrants and agrees to mail or deliver a full and complete copy of each Certificate or Special Marine Policy issued, on the day of issuance of the Certificate or Special Marine Policy or as soon thereafter as may be practicable, to the Company, or to the office of the American International Marine Agency that issued this policy. If the ASSURED issues a Certificate of Insurance or Special Marine Policy without incorporating the applicable deductible set forth in the policy, if any, the ASSURED agrees to reimburse this Company, for the full amount of any loss that this Company pays under such Certificate of Insurance or Special Marine Policy, including all loss adjustment expenses up to the amount of the deductible. If the ASSURED issues a Certificate of Insurance or Special Marine Policy with terms varying from the conditions of this Policy and/or any written instructions given by the ASSURER or their agents, the ASSURED agrees to reimburse the Company for the full amount of the loss that the Company pays, including loss adjustment expenses caused by such variation under such Certificate of Insurance or Special Marine Policy. The Assured further agrees that all such reimbursements shall be due and payable to the Company, within 60 days of presentation to the Assured.

Page 12

AIG00829

**39)  ERRORS AND OMISSIONS**

It is agreed that this insurance shall not be prejudiced by any unintentional delay or inadvertent omission in reporting hereunder, or any unintentional error in the description of the interest, vessel or voyage, if prompt notice be given the ASSURERS in all such cases as soon as said delay and/or omission and/or error becomes known to the ASSURED and adjustment of premium be made if and as required.

**40)  BROKER AS AGENT FOR ASSURED**

If the laws of the state in which this policy is issued permit, it is agreed that the Assured's Broker **HILB ROGAL & HOBBS, 425 NORTH MARTINGALE ROAD, SUITE 1100, SCHAUMBURG, ILLINOIS 60173**, who caused this insurance to be written, or any substituted broker, shall be deemed to be and continue to be the Agent of the ASSURED for all purposes in connection with this insurance, including but not limited to, receiving notice of cancellation or for accepting or rejecting any proposed modification or alteration in the terms of this Policy. Any such notice given to the said Agent of any such cancellation, modification or alteration agreed to by the said Agent shall have the same effect as if given to, or agreed to by, the ASSURED. This agency shall continue until written notice of revocation by the ASSURED shall have been received by the ASSURERS, or by the office of the American International Marine Agency that issued this policy.

If the laws of the state in which this policy is issued do not recognize the Broker as Agent for the Assured, then all such notices of cancellation, modification or alteration shall be mailed by the Assurers directly to the last known mailing address of the Assured with copies to the Agent of record.

**41)  NOTICE OF LOSS**

Warranted by the ASSURED that all claims for loss of, or damage to, the goods and/or merchandise insured hereunder shall be promptly reported to the Company or to the office of the American International Marine Agency that issued this policy.

**42)  PROOFS OF LOSS**

Proofs of loss and all bills for expenses must be approved by the Settling Agent of this Company, if there be one at or near the place where the loss occurs or the expenses are incurred or, if there be none in the vicinity, by the Correspondent of the American Institute of Marine Underwriters, or the nearest accredited representative of Lloyd's, London, and such agent or correspondent must be represented on all surveys.

**43)  NORMAL LOSS**

In the event of claim under this insurance for loss of and/or damage to merchandise and/or goods upon which there is a normal or usual loss, it is hereby mutually agreed that the claim shall be adjusted and the insured value of the part or parts lost or damaged shall be arrived at in the adjustment of the claim on the basis of expected outturn, whether or not the deduction of normal loss be provided in this insurance or be a trade custom.

Rev. 03/02

AIG00830

**44)    PARTIAL LOSS**

In all cases of partial loss or damage caused by perils insured against, the loss shall be determined by a separation of the damaged portion of the insured property from the sound portion, and the amount of loss determined by;

a) an agreed estimate (by survey) of the percentage of damage of such damaged portion, in which event the ASSURED will receive such percentage of the insured value of the damaged merchandise; or, if such agreement is not practicable,

b) then such damaged portion shall be sold either at public auction or by private sale (whichever the Company shall deem most advisable) for the account of the owner of the property, in which event the amount of the loss shall be the difference between the net amount so realized by the auction or sale and the insured value of the portion so sold.

**45)    PAYMENT OF LOSS**

In case of loss or other claim, such loss or claim to be paid in funds current in the United States to the ASSURED or order, or to bank, or bankers as their interests may appear, within thirty (30) days after submission to the Company or to its agent of proper proof of loss and proper proof of interest in the goods or merchandise so involved (the amount of premium, if unpaid, and all other indebtedness due the Company by the ASSURED being first deducted). In the event that payment is required in other than United States currency, the rate of exchange shall be that in effect on the date the claim is settled.

**46)    SUE AND LABOR CLAUSE**

In case of any loss or misfortune, it shall be lawful and necessary for the ASSURED, his or their factors, servants and assigns to sue, labor and travel for, in and about the defense, safeguard and recovery of the goods and merchandise insured hereunder, or any part thereof, without prejudice to this insurance, to the charges whereof this Company will contribute according to the rate and quantity of the sum hereby insured; nor shall the acts of the ASSURED or this Company in recovering, saving and preserving the property insured, in case of disaster, be considered a waiver or an acceptance of an abandonment.

**47)    TIME FOR SUIT**

It is a condition precedent to any action, suit or proceeding for the recovery of any claim upon, under, or by virtue of this Policy that such action, suit or proceeding shall be commenced within twelve (12) months next after the date of the accident, disaster or event causing loss of, or damage to, the insured goods or giving rise to a claim for sue and labor expenses or, in case of a claim for General Average contribution, salvage and/or special charges, next after the date of actual payment thereof by the ASSURED. Provided however, that if by the laws of the State or other place within which this Policy or any certificate thereunder is issued or where the action, suit or proceeding is instituted, such limitation is invalid, then any such claim shall become barred and void unless such action, suit or proceeding shall be commenced within the shortest limit of time permitted by the laws of such State or place to be fixed herein for the bringing of such suit, action or proceeding.

Page 14

**AIG00831**

**48)  ASSIGNMENT VOID**

Warranted by the ASSURED that the assignment of this Policy or any insurable interest therein or the subrogation of any rights thereunder, if any, to any party without the consent of the Company shall render the insurance affected by such assignment or subrogation void.

**49)  SUBROGATION AND IMPAIRMENT OF SUBROGATION**

It is agreed that upon payment of any loss, the ASSURED shall assign and subrogate to this Company all their rights against carriers, bailees and other third parties to the extent of such payments and shall permit suit to be brought in the ASSURED'S name (but at this Company's expense), and the ASSURED further agrees to render all reasonable assistance in the prosecution of said suit or suits.

It is further a condition of this insurance that if the ASSURED or their assigns have entered or shall enter into any agreement whereby any carrier, bailee or other third party is released from its liability for any loss, and/or waive, compromise, settle or otherwise impair any right of claim against such third party, to which this Company would be subrogated upon payment of a loss; then this Company shall be free from liability with respect to such loss, but premium shall not be affected.

**50)  OTHER INSURANCE**

a) If an interest insured hereunder is covered by other insurance, which attached prior to the coverage provided by this Policy, then this Company shall be liable only for the amount in excess of such prior insurance; and this Company shall return the premium upon so much of the sum by it insured as it shall be exonerated from by such prior insurance.

b) If an interest insured hereunder is covered by other insurance which attached subsequent to the coverage provided by this Policy, then this Company shall nevertheless be liable for the full amount of the insurance, without right to claim contribution from such subsequent insurers, and shall accordingly be entitled to retain the premium it received in the same manner as if no such subsequent insurance had been made.

c) Other insurance upon the property with the same attachment date as the coverage's provided by this Policy, shall be deemed simultaneous, and this Company will be liable only for a ratable contribution to the loss or damage, in proportion to the amount for which this Company would otherwise be liable under this Policy, and will return to the ASSURED an amount of premium proportionate to such reduction of liability.

**51)  IMPORT DUTY**

This insurance also covers subject to policy terms of Average, the risk of partial loss by reason of perils insured against on the duties imposed on goods imported into the United States and/or Canada and insured hereunder, it being understood and agreed, however, that when the risk upon the goods continues beyond the time of landing from the overseas vessel, the increased value, consequent upon the payment of such duties, shall attach as an additional insurance upon the goods from the time such duty is paid or becomes due, to the extent of the amount thereof actually paid or payable.
Any limit of liability expressed in this policy shall be applied separately to such increased value.
The ASSURED warrants that on all risks insured hereunder a separate amount shall be reported

Page 15

AIG00832

sufficient to cover the said duty, upon which the rate of premium shall be an agreed percentage of the merchandise rate.

The ASSURED will, in all cases use reasonable efforts to obtain an abatement or refund of duties paid or claimed in respect of goods lost damaged or destroyed. It is further agreed that the ASSURED shall, when this Company elects, surrender the merchandise to the customs authorities and recover duties thereon as provided by law, in which event the claim under this policy shall be only for a total loss of the merchandise so surrendered and expenses.

This insurance on duty and/or increased value shall terminate at the end of the import movement covered under this policy (including the Warehouse to Warehouse and Marine Extension Clause if incorporated therein), but nothing contained in these clauses shall alter or affect any coverage granted elsewhere in the policy during the storage or transit subsequent thereto.

## 52)  PARAMOUNT WARRANTIES

The following Warranties set forth in Clause 52(a - d) shall be paramount and shall not be modified or superseded by any other provision included herein or stamped or endorsed hereon unless such other provision refers specifically to the risks excluded by such Warranties and expressly assumes the said risks.

### 52 (a) FREE OF CAPTURE AND SEIZURE WARRANTY (F.C.& S.)

Notwithstanding anything herein contained to the contrary, this insurance is warranted free from capture, seizure, arrest, restraint, detainment, confiscation, preemption, requisition or nationalization, and the consequences thereof or any attempt thereat, whether in time of peace or war and whether lawful or otherwise; also warranted free, whether in time of peace or war, from all loss, damage or expense caused by any weapon of war employing atomic or nuclear fission and/or fusion or other reaction or radioactive force or matter or by any mine or torpedo, also warranted free from all consequences of hostilities or warlike operations (whether there be a declaration of war or not), but this warranty shall not exclude collision or contact with aircraft, rockets or similar missiles or with any fixed or floating object (other than a mine or torpedo), stranding, heavy weather, fire or explosion unless caused directly (and independently of the nature of the voyage or service which the vessel concerned or, in the case of a collision, any other vessel involved therein is performing) by a hostile act by or against a belligerent power; and for the purposes of this warranty "power" includes any authority maintaining naval, military or air forces in association with a power.

Further warranted free from the consequences of civil war, revolution, rebellion, insurrection, or civil strife arising therefrom, or from the consequences of the imposition of martial law, military or usurped power, or piracy.

### 52 (b) STRIKES, RIOTS AND CIVIL COMMOTIONS WARRANTY (S.R. & C.C.)

Notwithstanding anything herein contained to the contrary, this insurance is warranted free from loss, damage or expense caused by or resulting from:

(1) strikes, lockouts labor disturbances, riots, civil commotions, or the acts of any person or persons taking part in any such occurrences or disorders,

Page 16

AIG00833

(2) vandalism, sabotage or malicious act, which shall be deemed also to encompass the act or acts of one or more persons whether or not agents of a sovereign power, carried out for political, terroristic or ideological purposes and whether any loss, damage or expense resulting therefrom is accidental or intentional.

## 52 (c) DELAY CLAUSE

Warranted free of claim for loss of market or for loss, damage or deterioration arising from delay, whether caused by a peril insured against or otherwise, unless expressly assumed in writing hereon.

## 52 (d) NUCLEAR EXCLUSION CLAUSE - CARGO (AIMU, APRIL 1, 1991)

Notwithstanding anything to the contrary herein, it is hereby understood and agreed that this Policy shall not apply to any loss, damage or expense due to or arising out of, directly or indirectly, nuclear reaction, radiation or radioactive contamination, regardless of how it was caused. However, subject to all provisions of this Policy, if this Policy insures against fire, then direct physical damage to the property insured located within the United States, or any territory of the United States or Puerto Rico by fire directly caused by the above excluded perils, is insured, provided that the nuclear reaction, radiation, or radioactive contamination was not caused, whether directly or indirectly, by any of the perils excluded by the F.C. & S. Warranty of this Policy (Clause 52 (a) above).

Nothing in this Clause shall be construed to cover any loss, damage, liability or expense caused by nuclear reaction, radiation or radioactive contamination arising directly or indirectly from the fire mentioned above.

## 53)   GOVERNING LAW

All questions of liability arising under this Policy are to be governed by the law and customs of England, except in the United States and its territories and possessions, where the law and customs of the United States will prevail.

## 54)   PROVISIONS REQUIRED BY LAW TO BE STATED IN THIS POLICY:

This Policy is in a capital stock corporation.

**IN WITNESS WHEREOF**, this Insurance Company has executed and attested these presents; but this Policy shall not be valid unless countersigned by a duly authorized representative of the Company.

Secretary

President

Countersigned at **CHICAGO, ILLINOIS**
this 6TH day of **JUNE, 2005**

By:

Authorized Representative

Page 17

AIG00834

## SCHEDULE OF RATES

Attached to and forming part of Policy No. 88590C of the AMERICAN HOME ASSURANCE COMPANY
Dated: JUNE 2, 2005, issued to **GREAT SOUTHERN WOOD PRESERVING, INC., ET AL**

(1) The following are the present rates of premium of this Company applying to Under Deck shipments on metal-hulled, self-propelled vessels which are not over 20 years of age nor less than 1000 net registered tons and which are classed A1 American Record or equivalent by a Member of the International Association of Classification Societies; or

(2) Vessels over 20 years of age which are approved by this Company, and which are not less than 1000 net registered tons and classed as in (1) above, but only while operating in their regular trades;

> but in either case excluding vessels built;
> (a) for service on the Great Lakes;
> (b) solely for military or naval service; or
> (c) for the carriage of dry bulk or liquid bulk cargoes, and which are more than 15 years of age,
>     unless specifically approved by this Company.

Rates to be fixed by this Company at the time of declaration of risk for shipments not specified herein in respect of which insurance is provided under the policy. Transshipments at rates to be agreed.

The rates below are subject to change on thirty (30) days notice.

VESSEL - STEAMER SHIPMENTS PER ABOVE, UNDER DECK - DIRECT.
AIRCRAFT - VIA CERTIFICATED AIRCRAFT

RATES FOR UNFURNISHED LUMBER, SUITABLY PACKED FOR EXPORT, PER POLICY TERMS AND CONDITIONS.

RATES FROM PORTS AND OR PLACES AS BELOW TO PORTS AND OR PLACES AS BELOW;

| AT/FROM: | TO: | MARINE: |
| --- | --- | --- |
| THE WORLD | THE WORLD | 0.09 PER $100.00 OF ANNUAL VALUES SHIPPED |

WAR AND S.R. & C.C. RATES (EXCEPT FOR AREAS OF THE WORLD "ON APPLICATION") ARE INCLUDED IN THE MARINE RATE.

DUTY, NOT COVERED.

All other terms and conditions remaining unchanged.

Dated: JUNE 6, 2005

By: _____
Authorized Representative

Page 18

AIG00835

**American Institute (AIMU)**

**Endorsement for Open Policies (Cargo)**
**STRIKES, RIOTS & CIVIL COMMOTIONS (MARCH 1, 2002)**

To be attached to and form a part of Policy No. 88590C of the AMERICAN HOME ASSURANCE COMPANY

Insuring GREAT SOUTHERN WOOD PRESERVING, INC., ET AL

S.R. & C. C. Endorsement (Form No. 11)

THIS INSURANCE ALSO COVERS:

(1) Physical loss of or damage to property insured directly caused by strikers, locked-out workmen, or persons taking part in labor disturbances or riots or civil commotions;

(2) Physical loss of or damage to the property insured directly caused by vandalism, sabotage or malicious acts; and,

(3) Physical loss of or damage to the property insured directly caused by the act or acts of one or more persons, whether or not agents of a sovereign power, carried out for political, terroristic or ideological purposes and whether any loss, damage or expense resulting therefrom is accidental or intentional; PROVIDED that any claim to be recoverable under this subsection (3) be not excluded by the F.C. & S. Warranty in the Policy to which this endorsement is attached. Notwithstanding the foregoing, coverage under this subsection (3) is conditional upon the property insured being in the ordinary course of transit and, in any event, **shall terminate:**

(a) As per the Warehouse to Warehouse Clause, Marine Extension Clause, 60 Day South American Clause and any other clauses relating to duration of transit contained in or endorsed onto the Policy; or,

(b) on delivery to the consignee's or other final warehouse or place of storage at the destination named herein; or,

(c) on delivery to any warehouse or place of storage, whether prior to or at the destination named herein, which the Assured elects to use either for storage other than in the ordinary course of transit or for allocation or distribution; or,

(d) in respect of marine transits, on the expiry of 60 days after completion of discharge overside of the property insured from the vessel at the port of discharge; or,

(e) in respect of air transits, on the expiry of 30 days after unloading the property insured from the aircraft at the place of discharge;

whichever shall first occur.

While the property insured is at risk under the terms and conditions of this insurance within the United States of America, the Commonwealth of Puerto Rico, the U.S. Virgin Islands and Canada, this insurance is extended to cover physical loss of or damage to the property insured directly caused by acts committed by an agent of any government, party or faction engaged in war, hostilities or other warlike operations, provided such agent is acting secretly and not in connection with any operation of military or naval armed forces in the country where the described property is situated.

Nothing in this endorsement shall be construed to cover any loss, damage or expense directly or indirectly arising from, contributed to or caused by any of the following, whether due to a peril insured against or otherwise:

(a) change in temperature or humidity;

(b) the absence, shortage, or withholding of power, fuel, or labor of any description whatsoever during any strike, lockout, labor disturbance, riot or civil commotion;

(c) loss of market or loss, damage or deterioration arising from delay;

(d) hostilities, warlike operations, civil war, revolution, rebellion or insurrection, or civil strife arising therefrom, except to the limited extent that the acts of certain agents acting secretly have been expressly covered above; or,

(e) nuclear reaction, radiation or radioactive contamination.

The Assured agrees to report all shipments attaching under this cover and to pay premiums therefore at the rates established by the Assurer from time to time.

This endorsement may be canceled by either party upon forty-eight hours written, telegraphic or telefaxed notice to the other party, but such cancellation shall not affect any risks which have already attached hereunder.

Effective with respect to shipments made on or after JUNE 2, 2005

All other terms and conditions remaining unchanged.

Dated: JUNE 6, 2005                                          By: _____

                                                                  Authorized Representative

**Rev. 03/02**

AIG00836

American Institute (AIMU)
   WAR RISK OPEN POLICY (CARGO)          **AMERICAN HOME ASSURANCE COMPANY**
   (DECEMBER 2, 1993)                        NEW YORK, NEW YORK   A CAPITAL STOCK COMPANY FOUNDED 1853

THIS POLICY OF INSURANCE WITNESSETH, that in consideration of premiums as agreed to be paid, the Assurer does make insurance and cause **GREAT SOUTHERN WOOD PRESERVING, INC., ET AL** to be insured, lost or not lost, for account of whom it may concern, against War Risks only, in accordance with the terms and conditions hereinafter set forth.

To apply to shipments made on or after **JUNE 2, 2005,**
This Company shall not be liable hereunder for more than **$2,500,000.** by any one vessel.
In cases where the total value(s) at risk on any one vessel exceed(s) the limit of liability as set forth in this Policy, the Assured agrees, nevertheless, to report to the Assurer full value(s) at risk and to pay premium thereon at the agreed rates. The Assured further agrees that acceptance of such reports and premium by the Assurer shall not serve to revoke or to overrule the limit of liability set forth in this Policy; however, subject to the limit of liability, the Assurer in accepting these reports does agree to pay partial losses covered by this Policy without reduction by reason of any coinsurance which otherwise may have existed in the absence of this special agreement.

Subject to the provisions of Clause 4 of this Policy, should there be an accumulation of interests exceeding the above limit of liability by reason of any interruption of transit beyond the control of the Assured or by reason of any casualty, and/or after the interests have been discharged from the incoming overseas Vessel at an intermediate port or place for on-carriage from that or any other port or place by another overseas Vessel, and/or on the on-carrying overseas Vessel, this Policy shall attach for the full amount at risk (but in no event for more than twice the Policy limit which would be applicable to any one Vessel) provided written notice be given to this Assurer as soon as known to the Assured.

This Policy shall cover only those shipments which are insured against marine risks under Policy No. 88590C of this Company, it being agreed that the description of such shipments, the valuations thereof, the voyage, the designation of the overseas Vessel (which shall be construed to include aircraft if included under the marine policy) on which the goods are to be carried and the ports and/or places of loading and discharge, as reported under the said Policy against marine risks, shall be deemed incorporated herein.  Notwithstanding the foregoing, this policy shall not cover purely domestic shipments by air between points in the United States of America (excluding Alaska and Hawaii).

Any loss payable hereunder shall be payable in funds current in the United States, to the order of Assured or Order thirty days after full proofs of loss and proofs of interest have been filed with the Assurer.

1.(a) This insurance is only against the risks of capture, seizure, destruction or damage by men-of-war, piracy, takings at sea, arrests, restraints, detainments and other warlike operations and acts of kings, princes and peoples in prosecution of hostilities or in the application of sanctions under international agreements, whether before or after declaration of war and whether by a belligerent or otherwise, including factions engaged in civil war, revolution, rebellion or insurrection, or civil strife arising therefrom; the imposition of martial law, military or usurped power, and including the risks of aerial bombardment, floating or stationary mines and stray or derelict torpedoes. Warranted not to abandon (on any ground other than physical damage to ship or cargo) until after condemnation of the property insured.

(b)  This insurance also covers, but only while the property insured is on board a waterborne conveyance, loss of or damage to said property directly caused by governmental authorities acting for the public welfare to prevent or mitigate a pollution hazard or threat thereof, provided that the accident or occurrence creating the situation which required such governmental action would have resulted in a recoverable claim under this Policy (subject to all of its terms, conditions and warranties) if the property insured would have sustained physical loss or damage as a direct result of such accident or occurrence.

2. Warranted free from any claim based upon loss of, or frustration of, the insured voyage or adventure caused by arrests, restraints or detainments.

3. This insurance does not cover any loss, damage or expense directly or indirectly arising from, contributed to, or caused by any of the following, whether due to a peril insured against or otherwise:

(a) Commandeering, preemption, requisition or nationalization by the government (defacto or otherwise) of the country to or from which the goods are insured.

(b) Seizure or destruction under quarantine, environmental or customs regulations.

(c) Delay, deterioration and/or loss of market.

(d) Nuclear reaction, radiation or radioactive contamination, regardless of how it was caused.

4. (a) The insurance against the risks enumerated in Clause 1, except the risks of floating or stationary mines and stray or derelict torpedoes, floating or submerged referred to in (b) below, shall not attach to the interest hereby insured or to any part thereof:

(i) prior to being on board an overseas Vessel (For the purpose of this Clause 4 an overseas Vessel shall be deemed to mean a Vessel carrying the interest from one port or place to another where such voyage involves a sea passage by that Vessel);

(ii) after being discharged overside from an overseas Vessel at the intended port or place of discharge,
or
after the expiry of 15 days from midnight of the day of arrival of the overseas Vessel at the intended port or place of discharge, whichever shall first occur;

(iii) after expiry of 15 days from midnight of the day of arrival of the overseas Vessel at an intermediate port or place to discharge the interest for on-carriage from that or any other port or place by another overseas Vessel. During the said period of 15 days the insurance remains in force whether the interest is awaiting transit or in transit between the overseas Vessels.

(iv) For the purposes of this Clause 4 arrival at the intended port or place of discharge shall be deemed to mean that time when the overseas Vessel first

Rev. 03/02

AIG00837

berths, anchors, moors or is secured in an area subject to regulation by the authorities of such port or place.

(b) The insurance against the risks of floating or stationary mines and stray or derelict torpedoes, floating or submerged, attaches as the interest hereby insured is first loaded on a lighter, craft or vessel after leaving the warehouse at point of shipment in transit for the destination declared hereunder, and ceases to attach as the interest is finally landed from the vessel, craft or lighter prior to delivery to warehouse at such destination.

(c) If the contract of affreightment is terminated at a port or place other than the destination named therein such port or place shall be deemed the intended port or place of discharge for the purpose of this Clause 4.

(d) Shipments by mail, if covered by this Policy, are insured continuously from the time of leaving the sender's premises until delivered to the place of address.

(e) Shipments by air (other than by air mail), if covered by this Policy are insured subject to the same terms and conditions as shipments by overseas Vessel.

(f) It is a condition of this insurance that the Assured shall act with reasonable dispatch in all circumstances within their control.

(g) If anything contained in this Policy shall be inconsistent with this Clause 4 it shall to the extent of such inconsistency be null and void.

5. This insurance shall not be vitiated by deviation, overcarriage, change of voyage, or by any error or unintentional omission in the description of interest, vessel or voyage, provided the same be communicated to the Assurer as soon as known to the Assured and an additional premium paid if required.

6. And in case of any loss or misfortune, it shall be lawful and necessary to and for the Assured, his or their factors, servants and assigns, to sue, labor and travel for, in and about the defense, safeguard and recovery of the said goods, and merchandises, or any part thereof, without prejudice to this insurance; nor shall the acts of the Assured or Assurers, in recovering, saving and preserving the property insured, in case of disaster, be considered a waiver or an acceptance of an abandonment; and to the charges whereof, the said Assurers will contribute according to the rate and quantity of the sum hereby insured.

7. General Average and Salvage Charges payable according to United States laws and usage and/or as per Foreign Statement and/or as per York-Antwerp Rules (as prescribed in whole or in part) if in accordance with the Contract of Affreightment.

8. It is agreed that the reports of shipments made under the Policy against marine risks mentioned above shall be deemed to be reports under this Policy also, and the Assured agrees to pay premiums on all shipments insured under this Policy at the war risk rates of the Assurer as fixed from time to time.

9. No claim shall be payable hereunder which arises from collision, contact with any fixed or floating object (other than a mine or torpedo), stranding, heavy weather or fire unless caused directly (and independently of the nature of the voyage or service which the Vessel concerned or, in the case of a collision, any other Vessel involved therein, is performing) by a hostile act by or against a belligerent power; and for the purpose of this paragraph "power" includes any authority maintaining naval, military or air forces in association with a power.

10. No recovery for a Constructive Total Loss shall be had hereunder unless the property insured is reasonably abandoned on account of its actual total loss appearing to be unavoidable, or because it cannot be preserved from actual total loss without an expenditure which would exceed its value if the expenditure had been incurred.

11. It is agreed that this Policy is a separate and wholly independent contract and is not subject to any terms or conditions of the Policy against marine risks above mentioned (whether physically attached thereto or not) except as such terms or conditions shall have been expressly incorporated herein by reference.

12. This insurance may be cancelled by either party upon forty-eight hours written, telegraphic or telefaxed notice to the other party, but such cancellation shall not affect any shipment on which this insurance has attached under the terms of Clause 4 hereof prior to the effective date of such notice. Shipments on which this insurance has not so attached but for which, prior to the effective date of such notice, bills of lading have been issued and (in the case of exports) Certificates or special policies have been issued and negotiated, shall be covered from the time of loading on the overseas Vessel, as provided in Clause 4, at the rates of the Assurer, provided that, prior to said effective date, such shipments were at the risk of the Assured and were covered under the said Policy against marine risks.

In the event of loss which may give rise to a claim under this Policy, prompt notice shall be given to this Company.

This Policy shall not be valid unless countersigned by a duly authorized representative of the Company.

_Elizabeth M. Turk_

Secretary

By: _____

Authorized Representative

Countersigned at CHICAGO, ILLINOIS
This 6TH day of JUNE, 2005

Rev. 03/02

AIG00838

Endorsement No. _____1_____

Name of Assured _____Great Southern Wood Preserving, Inc., et al_____

Attached to and forming part of Marine Open Cargo Policy
No. ____88590C____ of the_ American Home Assurance Company _____

### ANNUAL MARINE MINIMUM & DEPOSIT PREMIUM

In consideration of the issuance of this policy from June 2, 2005 through July 31, 2005, an Annual Marine Minimum & Deposit Premium of $26,250.00 ($22,167.00 Marine, $4,083.00 War) shall be payable on June 2, 2005.

The Assured agrees to report all shipments covered under this policy on an annual basis and the Assurer to calculate premium thereon at the rates indicated in the rate schedule.  When the premium so earned exceeds the minimum premium charged any additional premium shall be due and payable to these Assurers.

No portion of the above premium is refundable in the event of cancellation, either by the Assured or the Assurer.

All other terms and conditions remaining unchanged.

Dated: June 6, 2005

By:_____
Authorized Representative
American International Marine Agency

AIG00839

Endorsement No. _____2_____

Name of Assured _____Great Southern Wood Preserving, Inc., et al_____

Attached to and forming part of Marine Open Cargo Policy
No. _____88590C_____of the_American Home Assurance Company_____

Effective June 2, 2005, it is hereby understood and agreed the following is added to this policy:

**AIMU**
**EXTENDED RADIOACTIVE CONTAMINATION EXCLUSION CLAUSE WITH U.S.A. ENDORSEMENT**
**(March 1, 2003)**

**This clause shall be paramount and shall override anything contained in this insurance inconsistent therewith.**

I.    In no case shall this insurance cover loss damage liability or expense directly or indirectly caused by or contributed to by or arising from:

   1.1    ionizing radiations from or contamination by radioactivity from any nuclear fuel or from any nuclear waste or from the combustion of nuclear fuel.

   1.2    the radioactive, toxic, explosive or other hazardous or contaminating properties of any nuclear installation, reactor or other nuclear assembly or nuclear component thereof.

   1.3    any weapon or device employing atomic or nuclear fission and/or fusion or other like reaction or radioactive force or matter.

   1.4    the radioactive, toxic, explosive or other hazardous or contaminating properties of any radioactive matter. The exclusion in this sub-clause does not extend to radioactive isotopes, other than nuclear fuel, when such isotopes are being prepared, carried, stored, or used for commercial, agricultural, medical, scientific or other similar peaceful purposes.


**RADIOACTIVE CONTAMINATION EXCLUSION CLAUSE (U.S.A. ENDORSEMENT)**

This insurance is subject to the Extended Radioactive Contamination Exclusion Clause (March 1, 2003) provided that:

   if fire is an insured peril

   and

   where the subject matter insured or, in the case of a reinsurance, the subject matter insured by the original insurance, is within the U.S.A., its islands, onshore territories or possessions

   and

   a fire arises directly or indirectly from one or more of the causes detailed in Sub-Clauses 1.1, 1.2, and 1.4 of the Extended Radioactive Contamination Exclusion Clause March 1, 2003 any loss or damage arising directly from that fire shall, subject to the provisions of this insurance (reinsurance), be covered, EXCLUDING however any loss damage liability or expense caused by nuclear reaction, nuclear radiation, or radioactive contamination arising directly or indirectly from that fire.

All other terms and conditions remaining unchanged.

Dated: June 6, 2005                    By:_____

                                        Authorized Representative
                                American International Marine Agency

Endorsement No. _____3_____

Name of Assured _____Great Southern Wood Preserving. Inc., et al_____

Attached to and forming part of Marine Open Cargo Policy
No. _____88590C_____ of the _American Home Assurance Company_____

Effective June 2, 2005, it is hereby understood and agreed the following is added to this policy:

**AIMU**
**CHEMICAL, BIOLOGICAL, BIO-CHEMICAL, AND ELECTROMAGNETIC EXCLUSION**
**CLAUSE**
**(March 1, 2003)**

**This clause shall be paramount and shall override anything contained in this insurance inconsistent therewith.**

In no case shall this insurance cover loss, damage, liability or expense directly or indirectly caused by or contributed to or arising from an actual or threatened act involving a chemical, biological, bio-chemical or electromagnetic weapon, device, agent or material when used in an intentionally hostile manner.

**AIMU U.S. ECONOMIC AND TRADE SANCTIONS CLAUSE**

Whenever coverage provided by this policy would be in violation of any U.S. economic or trade sanctions such as, but not limited to, those sanctions administered and enforced by the U.S. Treasury Department's Office of Foreign Assets Control ("OFAC"), such coverage shall be null and void.

Similarly, any coverage relating to or referred to in any certificates or other evidences of insurance or any claim that would be in violation of U.S. economic or trade sanctions as described above shall also be null and void.

All other terms and conditions remaining unchanged.

Dated: June 6, 2005                    By:_____
                                          Authorized Representative
                                      American International Marine Agency

AIG00841

# Exhibit 4

Exhibit 4

**Sciachetano, Robert**

| | |
|---|---|
| **From:** | Sciachetano, Robert |
| **Sent:** | Tuesday, July 26, 2005 10:24 AM |
| **To:** | 'DeHart, Georgia' |
| **Subject:** | Great southern Wood Preserving Loss Control |

Georgia,

We have received back our loss control review which is very positive (see attached).

Although the review covers the inland transit exposure our marine policy does not cover inland transit shipments wholly within the United States.

Regards,
Rob



Report # 4536.pdf
(350 KB)

Robert Sciachetano
AIMA Chicago
300 S Riverside 20th Floor
Chicago IL 60606
Direct Telephone: (312) 930-5398
Fax: (312) 930-5388
Robert.Sciachetano@aig.com

1

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| GREAT SOUTHERN WOOD PRESERVING, INC., | * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil No. 1:06-cv-00708-CSC |
| AMERICAN HOME ASSURANCE CO., AIG, AMERICAN INTERNATIONAL UNDERWRITERS CORP., AMERICAN INTERNATIONAL MARINE AGENCY, | * * * * * | |
| Defendants. | * | |

## SELENA HO DECLARATION

STATE OF ILLINOIS      )
COUNTY OF COOK       )

1.     My name is Selena Ho.  I am an Assistant Vice President and Regional Claims Manager with AI Marine Adjusters, Inc., an adjusting entity for the AIG group of companies ("AIG").  I have personal knowledge of the matters stated herein.

2.     On August 31, 2005, Great Southern reported a loss of lumber as a result of Hurricane Katrina.  Although the lumber had reportedly been shipped from various ports of origin in South America, all of the lumber included in the claim was stored in a warehouse in Gulfport, Mississippi.

3.     American Home conducted an investigation of the claim based on customary and prudent practices in the insurance industry.

4.     Following receipt of notice of the claim, American Home retained SGS North American/Marine Services, an independent marine surveyor, to investigate the claim. SGS North American/Marine Services inspected the site of the loss and assisted in obtaining shipping documents and other relevant information.

5.     American Home also corresponded directly with Great Southern, its lawyers and insurance brokers in its effort to investigate the claim.

1

6.     As a result of the investigation, American Home determined that in addition to the four (4) shipments at issue in this case, Great Southern submitted claims for eight (8) separate shipments which had been shipped from ports of origin before the June 2, 2005 effective date of the policy.  By letter dated May 24, 2006, the claims for these pre-policy shipments were denied.  The May 24, 2006 denial letter is attached hereto as Exhibit 1.

7.     Great Southern reported that all of the lumber had been stored in warehouse space leased to Great Southern by the Mississippi State Port Authority.  The Gulfport, Mississippi warehouse lease is attached hereto as Exhibit 2.

8.     Under the warehouse lease, Great Southern assumed all responsibility for the care, custody, control and protection of the lumber.  See Lease Agree., § F.

9.     Great Southern reported that the warehouse was used to store lumber while awaiting distribution by Great Southern.  Great Southern's practice was to remove the lumber from the Gulfport warehouse and direct it to Great Southern treatment plants, depending on its inventory needs and the availability of trucks, or to sell the lumber to outside customers and ship the lumber directly from the Gulfport warehouse.  Broker Dan Morton's June 28, 2006 email noting direct sales from Gulfport, and discretionary dispatch of lumber by Great Southern, is attached hereto as Exhibit 3.

10.     Great Southern provided documents showing the length of storage time for lumber which was the subject of the claim as well as prior shipments.  These documents reflected that the duration of storage time varied with some lumber remaining in the warehouse for several months prior to being shipped by Great Southern to its treatment plants or being sold to third parties.

11.     The shipping documents provided by Great Southern reflected that the lumber was shipped from South American ports for delivery at the port of Gulfport, Mississippi.  The ocean carrier's freight invoices submitted by Great Southern also showed the destination as Gulfport, Mississippi with no on-carriage charges or destination.  The commercial invoices for the lumber also show Gulfport, Mississippi as the "destination."

12.     The documents and information provided by Great Southern revealed that the lumber which was subject of the claim had been received into the custody and control of Great Southern at its final destination and was no longer in the ordinary course of transit at the time of the loss.

13.     On May 23, 2006 American Home issued a letter to Great Southern reserving its rights with respect to coverage under the policy.

14.    On July 7, 2006, American Home issued a letter declining coverage for the shipments at issue in this case under the policy. The July 7, 2006 letter is attached hereto as Exhibit 4.

15.    The July 7, 2006 denial letter explained:

The information submitted establishes that Great Southern used the warehouse at the pier as a storage facility for its lumber after vessel discharge, and the lumber was removed by Great Southern from the warehouse as it was needed at Great Southern's various processing facilities.

We have also been advised that occasionally the material was sold and shipped to customers directly from the Gulfport warehouse. The spreadsheets we received indicate that it typically takes Great Southern 90 days or longer to remove the lumber delivered by a particular vessel completely from the Gulfport warehouse. The contract between Great Southern and the Mississippi State Port Authority establishes that Great Southern had contracted for assigned space at the warehouse in Gulfport, and Great Southern assumed all responsibility for the care, custody, control and protection of the cargo. SSA is the designated stevedore, cargo handler and terminal operator on behalf of Great Southern. In addition, all of the bills of lading show that the place of delivery is the Port of Gulfport, and the space designated for "Place of delivery by on carrier" is blank. The Commercial invoices for each shipment show the "destination" as Gulfport.

These facts establish that Great Southern exercised full dominion and control over the lumber once it was discharged from the vessels and placed into the warehouse in Gulfport. Therefore, the ordinary course of transit had ceased, and the lumber had been delivered to its final destination warehouse within the meaning of the Policy.

We conclude there is no coverage for these losses under the Policy because the losses occurred after coverage under the Policy had ceased.

(July 7, 2006 Den. Let.).

16.    Following the denial, Great Southern's broker advised that Great Southern had obtained replacement coverage with Lloyds of London. Under the new coverage, Great Southern obtained additional coverage for goods after delivery to its port warehouse facility. In advising American Home of the new policy, Great Southern's broker noted: "No gaps in coverage in case another hurricane type loss." See Broker Georgia DeHart's July 20, 2006 email acknowledging the gaps in coverage is attached hereto as Exhibit 5.

3

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.

Executed on this 30th day of May, 2007.

SELENA HO

# Exhibit 1

Exhibit 1



# AI MARINE ASSOCIATES OF ILLINOIS, INC.

FAX 312-930-5388

300 SOUTH RIVERSIDE PLAZA
CHICAGO, ILLINOIS 60606-6613

TELEPHONE 312-930-6955

May 24, 2006

<u>**VIA FACSIMILE AND FIRST CLASS MAIL**</u>

Kenneth A. Dowdy, Esq.
Lusk, Lusk, Dowdy & Caldwell, P.C.
2101 Highland Ave.
Suite 410
Birmingham, AL 35205

Re:    Policy No.:              88590C
       Policy Inception Date: 6/2/05
       Claim No.:              0061214
       Date of Loss:          8/29/05

Dear Mr. Dowdy:

Our office has been investigating the above claims, including the documents submitted by you
on behalf of the insured, Great Southern Wood Preserving, Inc. ("Great Southern") on March 30,
2006. This is to advise that American Home hereby denies coverage under Marine Open Cargo
Policy No. 88590C ("the Policy") for the claims which you and your client have presented for
lumber products which were carried on the following vessels:

| VESSEL | B/L No. | B/L Date | Arrival Date |
|--------|---------|----------|--------------|
| Kestrel Arrow (v. 39) | KEA039CMP102 | 5/10/04 | |
| Sanko Stream (v.15) | GBULSSR015PGA49B | 3/6/05 | 3/27/05 |
| Weaver Arrow (v. 48) | WEA048CMP104 | 3/1/05 | 4/1/05 |
| Weaver Arrow (v. 48) | GBULWEA048PGA47B | 3/13/05 | 4/1/05 |
| Sanko Spring (v. 14) | GBULSSP014PGA13B | 4/12/05 | 5/7/05 |
| Sanko Spring (v.14) | SSP014CMP201 | 4/6/05 | 5/7/05 |
| Swan Arrow (v. 13) | SWND13CMP401 | 5/18/05 | 6/14/05 |
| Swan Arrow (v. 13) | GBULSWN013PGA42B | 5/24/05 | 6/14/05 |

It is our understanding that Great Southern purchased lumber from various parts of South
America, which it transported by ocean vessels to Gulfport, Mississippi, and then deposited in a
warehouse in Gulfport following discharge from the vessels. The warehouse and all of Great
Southern's lumber products stored therein were totally destroyed by the forces of Hurricane
Katrina. Great Southern now seeks to recover under the Policy for the loss of the lumber
products which were carried under the above-referenced bills of lading and vessels.

Paragraph 2 of the Policy, entitled "Attachment and Cancellation", provides as follows:

> This Policy and the coverage granted hereunder to be deemed continuous and to attach and cover in respect of all insured goods and/or merchandise shipped on and after June 2, 2005...

Based on the foregoing provision, there is nor coverage for any lumber products which were carried on a vessel which commenced its voyage before June 2, 2005. As you know, the Bill of Lading ("B/L") date is the date for the commencement of the transportation. All of the above-referenced shipments of lumber were shipped before June 2, 2005, and, therefore, do not fall within the coverage of the Policy.

Please be advised that no past, present or future action of American Home or its agents in investigating or considering these claims for coverage can or should be deemed as a waiver or modification of this Denial of Coverage, or of any policy terms, warranties and conditions and any rights it has under the applicable law. However, we invite you to provide any information which you believe may be relevant to American Home's consideration of these claims, and we will respond in due course.

Very truly yours,

Selena K. Ho
Assistant Vice President
Regional Claims Manager

cc:    Susan W. Farrell - Hilb Rogal & Hobbs

# Exhibit 2

Exhibit 2

# ORIGINAL



## MISSISSIPPI STATE PORT AUTHORITY AT GULFPORT

## SPACE ASSIGNMENT AGREEMENT

This AGREEMENT is made this 1st day of August 2005 by and between the Mississippi State Port Authority (hereinafter referred to as "MSPA"), P.O. Box 40, One Hancock Plaza, Suite 1401, Gulfport, Mississippi 39502, and whose FAX is (228) 865-4320; and

**Great Southern Wood Preserving**
**P.O. Box 610**
**Abbeville, AL 36310**
**334-585-2253**

(hereafter referred to as "Customer").

The parties agree that:

**A.     Space Assignment.**  Subject to the terms and conditions set forth herein and the rules and regulations established within the MSPA Port Terminal Tariff No. 4, as amended from time to time, or any successor Tariff, MSPA assigns to Customer certain space at the Port of Gulfport (hereinafter "Assigned Space") for the handling and storage of cargo.

The Assigned Space consists of sufficient covered storage area within the Port of Gulfport to accommodate the receipt and storage of up to 3,000 tons of cargo monthly.  In consideration of this space, Great Southern Wood Preserving will guarantee a three month volume of 3,000 short tons of lumber at a wharfage rate of $1.70 per short ton. Great Southern Wood Preserving will pay to the Port $1.70 per ton of any short fall from the three month tonnage guarantee.

The Customer shall pay to MSPA, in accordance with established MSPA accounting and billing procedures.  Charges for cargo handling from the assigned space to load out to truck or rail shall be billed separately by the stevedore as designated in Paragraph G of the Agreement.

**B.     Use.**  The Assigned Space shall only be used for the receipt and <u>short-term storage</u> of lumber and related products in support of the cargo operations of the Customer at the Port of Gulfport.

**C.     Term.**   The assignment shall commence on July 1, 2005 and shall expire on December 31, 2005.

**D.     Free Time.**   Free time shall be in the amount of forty-five (45) days from the date of receipt of each shipment from vessel.

**E.    Demurrage.**  Following free time the Customer shall pay to MSPA demurrage as set forth in MSPA Tariff No. 4, as amended, from time to time, or any successor tariff.

If the party responsible for payment of demurrage is other than the Customer, then the responsible party must be identified and must be acceptable to the Mississippi State Port Authority. The party responsible for payment of demurrage is:

_____

**F.    Care, Custody, and Control.**    The sole responsibility for the care, custody, control and protection of customer's cargo shall be the Customer or, as appropriate, the person designated as the Responsible Party.  The Mississippi State Port Authority has no responsibility for the care, custody, control or protection of Customer's cargo.  If the party responsible for the care, custody, control and protection of Customer's cargo is someone other than the Customer, then please identify the responsible party for care, custody, and control.

**G.    Stevedore.**  Customer shall use a stevedore, cargo handler, and terminal operator that has been, or is granted, a permit by the Mississippi State Port Authority Board of Commissioners for handling cargo at the Port of Gulfport.  The designated Stevedore is:

| | |
|---|---|
| **P & O Ports** | **Stevedoring Services of America** |
| P.O. Box 4241 | P.O. Box 1960 |
| Gulfport, MS 39502 | Gulfport, MS  39502 |
| 228-5663-1009 | 228-863-3922 |

The Stevedore shall be responsible for payment of all license and usage fees directly to the MSPA on behalf of the Customer.  If the Stevedore fails to pay the usage fees, the Customer shall be responsible for payment of all fees assessed in accordance with the Port Terminal Tariff.

**H.    Placement of Cargo.**     Customer's cargo shall only be placed within the Assigned Space.  If cargo is placed outside the assigned space, it shall nevertheless be subject to all of the provisions of this Agreement except Customer shall immediately move its cargo from the non-assigned space to the Assigned Space upon the directions from the Operations Director of the MSPA.  Failure to remove the cargo may result in the MSPA sustaining substantial damages.

**I.    Removal of Cargo.**     Failure to clear all cargo and equipment from the Assigned Space at the expiration of this Agreement will result in the Port assessing a penalty equal to five times (5x) the published wharf demurrage rate.  Further, upon order from the Executive Director of the MSPA, Customer's cargo shall be removed from the Assigned Space and from the property of MSPA.  In this regard, Customer acknowledges that he MSPA has limited space for the storage or placement of cargo and, accordingly, that a failure to move Customer's cargo from the Assigned Space upon expiration of free time period and upon orders of the Executive Director may result in substantial damages due to

the liability of the MSPA to handle scheduled vessel calls at the Port of Gulfport because the Assigned Space is needed for the loading or unloading of other cargo. Therefore, if Customer does not comply with the orders of the Executive Director to move its cargo as required herein, MSPA may, but is not obligated to, move Customer's cargo and such movement may be off MSPA property, all at Customer's cost and expense, in order to mitigate the damages the MSPA may otherwise sustain.

**J.    Attorneys Fees.**    Upon a breach of this Agreement by either party, the prevailing party (whether by negotiation settlement or suit) shall be entitled to its reasonable attorneys fees from the non-prevailing party.

**K.    Special Provisions.**    No special provisions shall apply to this Space Assignment:

CUSTOMER:

By: _____

Title: _____

Date: _____

PARTY RESPONSIBLE FOR CARE, CUSTODY AND CONTROL (Paragraph F) if different from Customer:

By: _____

Title: _____

Date: _____

PARTY RESPONSIBLE FOR PAYMENT OF DEMURRAGE (Paragraph E) if different from Customer:

By: _____

Title: _____

Date: _____

MISSISSIPPI STATE PORT AUTHORITY

By: _David McNeil_

Operations Division

Date: _Aug. 9, 2004_

APPROVED:

By: _Donald C. Allen_

Executive Director

Date: _8/9/05_

# Exhibit 3

Exhibit 3

-----Original Message-----
**From:** Morton, Daniel [mailto:Daniel.Morton@HRH.com]
**Sent:** Wednesday, June 28, 2006 12:18 PM
**To:** Ho, Selena
**Cc:** Farrell, Susan; Sidney Belcher
**Subject:** GSWP Claim
**Importance:** High

Selena -

I believe the spreadsheet Mr. Reeb needs is attached. If not, let us know and we'll get him whatever he needs. He asked us some questions, answers to them are below:

(1)(a)  The bundles of lumber are generally delivered to our Mobile plant, but our Texas plant and other plants may receive lumber as well. We also sell and ship to some outside customers, but the vast majority of product goes to GSW plants.

(1)(b)  Lumber leaves the facility depending on inventory needs at our plants and availability of trucks.

(2)  See MS Port Authority Contract


**Daniel Morton**

**Hilb Rogal & Hobbs**

425 N Martingale, Suite 1100

Schaumburg, IL  60173

P) 847-330-3684

F) 847-413-9445

**From:** Sidney Belcher [mailto:sbelcher@gswp.net]
**Sent:** Wednesday, June 28, 2006 12:11 PM
**To:** Morton, Daniel
**Subject:** Delivery Breakdown Report
**Importance:** High

I have attached the 8/01/05 - 10/31/05 Delivery Breakdown Report.

SB

# Exhibit 4

Exhibit 4



**AI Marine Adjusters, Inc.**
300 South Riverside Plaza, Suite 2100
Chicago, IL  60606-6613
312.930.6955
312.930.5388 fax

July 7, 2006

Kenneth A. Dowdy, Esq.
LUSK, LUSK, DOWDY & CALDWELL, P.C.
2101 Highland Ave.
Suite 410
Birmingham, AL  35205

**VIA CERTIFIED MAIL**
**7001 2510 0005 2927 5204**

Re:    Policy No.:          88590C

Policy Inception Date:  06/2/05

Claim No.:          0061343 (Sanko Stream, V. 1 )
0061346 (Sanko Stream, V. 19)
0068147 (Penguin Arrow, V. 53)
0068148 (Kestel Arrow, V. 45)

Date of Loss:        08/29/05

Dear Mr. Dowdy:

Our office has been investigating the above claims, including the documents most recently
submitted by you on behalf of your client, Great Southern Wood Preserving, Inc. ("Great
Southern") on March 30, 2006, and by the Assured's broker, Mr. Morton, on June 28, 2006.
This is to notify you that American Home Assurance Company ("American Home") hereby
denies coverage under Policy No. 88590C for the above-referenced claims.

From the bills of lading and other materials which were provided to us, we identified the
following shipments as having commenced on or after the June 2, 2005, inception date of the
policy:

| VESSEL | B/L No. | B/L Date | Arrival Date |
|---|---|---|---|
| PENGUIN ARROW (V. 53) | PEN053CMP104 | 6/8/05 | 7/6/05 |
| PENGUIN ARROW (V. 53) | GBULPEN053PGA29B | 6/15/05 | 7/6/05 |
| KESTEL ARROW (V. 45) | GBULKEA045PGA32B | 7/12/05 | 8/5/05 |
| KESTEL ARROW (V. 45) | GBULKEA045PGA33B | 7/12/05 | 8/5/05 |
| SANKO STREAM (V. 19) | SSR019CMP106 | 7/27/05 | 8/25/05 |
| SANKO STREAM (V. 19) | GBULSSR019PGA20B | 8/5/05 | 8/25/05 |

**AIG00001**

Services Provided by Members of
American International Group, Inc.

The losses presented in these claim occurred on August 29, 2006, when the Mississippi State Port Authority Warehouse in Gulfport, Mississippi where the lumber products were stored was destroyed by Hurricane Katrina. Given that these losses did not occur during the ocean voyage, but during a period of storage after discharge of the vessels, we direct your attention to the following provisions of the Policy:

> 19)    WAREHOUSE TO WAREHOUSE
>
> This insurance attaches from the time the goods leave the Warehouse and/or Store at the place named in the Declaration and/or Certificate for the commencement of the transit and continues during the ordinary course of transit, including customary transshipment, if any, until the goods are discharged over side from the overseas vessel at the final port. Thereafter the insurance continues whilst the goods are in transit and/or awaiting transit until delivered to the final warehouse at the destination named in the policy or until the expiry of 15 days (or 30 days, if the destination to which the goods are insured is outside the limits of the port) whichever shall first occur. The time limits referred to above to be reckoned from midnight of the day on which the discharge over side of the goods hereby insured from the overseas vessel is completed. Held covered at a premium to be agreed in the event of transshipment, if any, other than as above and/or in the event of delay in excess of the above time limits arising from circumstances beyond the control of the ASSURED.
>
> It is necessary for the ASSURED to give prompt notice to these ASSURERS when they become aware of an event for which they are 'held covered' under this Policy and the right to such cover is dependent on the compliance with this obligation.

We note that the Policy is a Marine Open Cargo Policy and does not provide separate warehouse coverage, nor was such coverage ever requested.

The information submitted establishes that Great Southern used the warehouse at the pier as a storage facility for its lumber after vessel discharge, and the lumber was removed by Great Southern from the warehouse as it was needed at Great Southern's various processing facilities. We have also been advised that occasionally the material was sold and shipped to customers directly from the Gulfport warehouse. The spreadsheets we received indicate that it typically takes Great Southern 90 days or longer to remove the lumber delivered by a particular vessel completely from the Gulfport warehouse. The contract between Great Southern and the Mississippi State Port Authority establishes that Great Southern had contracted for assigned space at the warehouse in Gulfport, and Great Southern assumed all responsibility for the care, custody, control and protection of the cargo. SSA is the designated stevedore, cargo handler and terminal operator on behalf of Great Southern. In addition, all of the bills of lading show that the place of delivery is the Port of Gulfport, and the space designated for "Place of delivery by on

2                                                    **AIG00002**

carrier" is blank. The Commercial invoices for each shipment show the "destination" as Gulfport.

These facts establish that Great Southern exercised full dominion and control over the lumber once it was discharged from the vessels and placed into the warehouse in Gulfport. Therefore, the ordinary course of transit had ceased, and the lumber had been delivered to its final destination warehouse within the meaning of the Policy.

We conclude there is no coverage for these losses under the Policy because the losses occurred after coverage under the Policy had ceased.

Please be advised that no past, present or future action of American Home or its agents in investigating or considering these claims for coverage can or should be deemed as a waiver or modification of this Denial of Coverage, or of any policy terms, warranties and conditions and any rights it has under the applicable law, and American Home shall not be estopped from asserting any such rights, policy terms, warranties and conditions. However, we invite you to provide any information which you believe may be relevant to American Home's consideration of these claims, and we will respond in due course.


Very truly yours,
AI MARINE ADJUSTERS, INC.


Selena K. Ho
Assistant Vice President
Regional Claims Manager

cc:    Susan W. Farrell
       Hilb Rogal & Hobbs
       425 N. Martingdale Road
       Suite 1100
       Schaumburg, IL 60173

       AIMA – Underwriting

       Rob Sciachetano – AI Marine Agency of Illinois, Inc.


**AIG00003**

3

# Exhibit 5

Exhibit 5

-----Original Message-----
From: DeHart, Georgia
To: Sciachetano, Robert
Sent: 7/20/2006 1:12 PM
Subject: GSWP

Please non-renew your ocean cargo policy. Insured placed his coverage with Lloyds of London.  They wrote a stock throughput coverage policy which covers their stock from original import country through warehousing at ports in the states and treatment plants until product is delivered to customers. Covers ocean exposure, stock coverage and transportation perils all under one policy.  No gaps in coverage in case another hurricane type loss occurred. Thanks!


Georgia A. DeHart


HRH-hilb rogal & hobbs

425 N. Martingale Drive

Suite 1100

Schuamburg, Il 60173

847-330-3695 Telephone

847-413-9445 Fax

# LUSK, LUSK, DOWDY & CALDWELL, P.C.
### ATTORNEYS AND COUNSELORS AT LAW

DONALD D. LUSK (1943-2006)
KENNETH A. DOWDY
PAYTON C. LUSK
LESLIE A. CALDWELL*
DAVID L. DEAN

*also admitted to Georgia Bar

2101 HIGHLAND AVENUE
SUITE 410
BIRMINGHAM, ALABAMA 35205
(205) 933-7090
FAX: (205) 933-7099

EMP. ID: 63-1171807

July 21, 2006
via overnight delivery

Ms. Selena Ho
AIG Marine Adjuster, Inc.
300 South Riverside Plaza, Suite 2100
Chicago, IL 60606-6613

RE:    Great Southern Wood Preserving, Inc. - Hurricane Katrina Losses
       Our File:                  7039-068
       Policy No.:                88590C
       Policy Inception Date:     06/02/05
       Claim Nos.:                0061343 (Sanko Stream v. 19)
                                  0061346 (Sanko Stream v. 19)
                                  0068147 (Penguin Arrow v. 53)
                                  0068148 (Kestrel Arrow v. 45)
       Date of Loss:              08/29/05

Dear Ms. Ho:

I was disappointed to receive your July 7, 2006 denying the above-referenced claims made by Great Southern Wood Preserving under the Marine Open Cargo Policy (No. 88590C) issued by American Home Assurance Company. I believe you have misinterpreted relevant portions of the subject policy to the detriment of Great Southern and you have introduced irrelevant information in an effort to justify your denial of the claim. The policy in question provides coverage for the lumber delivered by Sanko Stream v. 19 and Kestrel Arrow v. 45 and lost during Hurricane Katrina.

In your July 7 letter, you discuss information you believe relevant to the coverage inquiry, including allegations that "Great Southern used the warehouse at the pier as a storage facility;" that "it typically takes Great Southern 90 days or longer to remove the lumber delivered by a particular vessel completely from the Gulfport warehouse;" that "the bills of lading show that the place of delivery is the Port of Gulfport, and the space designated for 'Place of delivery by on carrier' is blank." Great Southern finds this information irrelevant to the coverage inquiry. However, since you believe this information supports your denial of coverage, I want to provide a response.

As to your first point, the amount lumber received on a vessel equates to generally 30-250 tractor-trailer loads. Logistically, it takes time to move this amount of lumber; therefore, a storage facility was leased to shelter the wood and move it from the pier.

**AIG00004**

Ms. Selena Ho
July 21, 2006
Page two

—————————————

As to your second point, the lumber received on the three vessels in question had been in port less than 60 days at the time of the storm, and the majority of the lumber had been in port less than 30 days. The Sanko Stream v. 19 delivered 100 tractor-trailer loads of lumber four days before the storm and of those 100 loads none were able to be transported out of the port. The Kestrel Arrow v. 45 delivered 90 tractor-trailer loads of lumber 24 days before the storm, and at the time the storm made landfall, approximately 24 loads remained in the port. The Penguin Arrow v. 53 delivered 31 tractor-trailer loads of lumber on July 6, 2005 and at the time of the storm, 16.5 loads remained at the port. In total, there were approximately 164.5 tractor-trailer loads of lumber present in the warehouse at the time of landfall and of those 164.5 loads, 92% of those loads had been received less than 30 days before the storm made landfall. The lumber shipments noted in this letter were actively being transported from the port to their final destinations.

As to your third point, while the place of delivery and destination on the bill of lading was listed as "Gulfport," this is merely a ship reference to the domestic port, or ports, where the delivery will be made. The Sanko Stream v. 19 docked and unloaded at Port Manatee, Florida, Gulfport, Mississippi, and Lake Charles, Louisiana during its voyage. Therefore, the bill of lading for the lumber in question referenced only Gulfport along with the amount of lumber to be delivered.

As to your fourth point, the "Place of delivery by on carrier" portion of the bills of lading is blank because that information is unimportant to the sellers of the wood in question or the operators the ship carrying the wood in question. Their only inquiry would be the amount of lumber to be offloaded at a designated port.

Great Southern disagrees with your position that the losses in question occurred after the coverage ceased. I respectfully demand that you rescind your previous denial of these claims. Your immediate attention to this matter will be appreciated.

Sincerely,

Kenneth A. Dowdy
:ls

cc:    James W. Rane
       M. Greg Rane
       Sid Belcher, Esq.
       Dan Morton

AIG00005