IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GREAT SOUTHERN WOOD PRESERVING, INC., | *<br>*<br>* |
| Plaintiff, | *<br>* |
| v. | *   Civil No. 1:06-CV-00708-CSC<br>* |
| AMERICAN HOME ASSURANCE CO., AIG, AMERICAN INTERNATIONAL UNDERWRITERS CORP., AMERICAN INTERNATIONAL MARINE AGENCY, | *<br>*<br>*<br>*<br>* |
| Defendants. | |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

Pursuant to Section 3 of the Court's Rule 16(b) Scheduling Order, the Plaintiff informs the Court as follows:

1.  Counsel for the parties conducted a face-to-face conference on Tuesday, June 19, 2006, regarding possible settlement of this case. The parties were not able to settle the case. Should the case not be settled within the next sixty (60) days, the parties believe that mediation may be beneficial in resolving the case.

Respectfully submitted this 26th day of June, 2007.

/s/Kenneth A. Dowdy
Kenneth A. Dowdy (KAD015)
Attorney for Plaintiff
Lusk, Lusk, Dowdy & Caldwell, P.C.
2101 Highland Avenue
Suite 410
Birmingham, Alabama 35205
kad@lusklaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that I have on this 26th day of July, 2007, electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Blane Crutchfield, Esquire
bcrutchfield@handarendall.com

Louis C. Norvell, Esquire
lnorvell@handarendall.com

            s/Kenneth A. Dowdy