IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| GREAT SOUTHERN WOOD PRESERVING, INC., | * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil No. 1:06-cv-00708-CSC |
| AMERICAN HOME ASSURANCE CO., AIG, AMERICAN INTERNATIONAL UNDERWRITERS CORP., AMERICAN INTERNATIONAL MARINE AGENCY, | * * * * * | |
| Defendants. | | |

## DEFENDANTS' CONFLICT DISCLOSURE STATEMENT

COME NOW Defendants in the above-captioned matter, and in accordance with the order of this Court, make the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

American International Group, Inc., which is commonly known as AIG, is a publicly traded company. Back O'Beyond, Inc. holds more than 10% of the shares of American International Group, Inc.

American International Underwriters Corp. is a wholly owned subsidiary of American International Group, Inc.

American Home Assurance Co. is a wholly owned subsidiary of AIG Commercial Insurance Group, Inc.

American International Marine Agency, Inc. is a wholly-owned subsidiary of C.V. Starr & Co., Inc.

      s/Louis C. Norvell
BLANE H. CRUTCHFIELD (CRUTB4243)
LOUIS C. NORVELL (NORVL4585)
Attorneys for Defendants
American Home Assurance Company, AIG,
American International Underwriters Corporation,
and American International Marine Agency

1

2

OF COUNSEL:

HAND ARENDALL, L.L.C.
P. O. Box 123
Mobile, AL 36601-0123
Tel: (251) 432-5511
Fax: (251) 694-6375
bcrutchfield@handarendall.com
lnorvell@handarendall.com

### CERTIFICATE OF SERVICE

I hereby certify that I have on this 9th day of July, 2007 served the foregoing pleading on counsel of record via electronic notice or by United States mail first class, postage prepaid.

Kenneth A. Dowdy, Esq.
*kad@lusklaw.com*
Lusk, Lusk, Dowdy & Caldwell, P.C.
2101 Highland Ave.
Suite 410
Birmingham, AL 35205

Leslie Ann Caldwell, Esq.
*lac@lusklaw.com*
Lusk, Lusk, Dowdy & Caldwell, P.C.
2101 Highland Ave.
Suite 410
Birmingham, AL 35205

                                                   s/Louis C. Norvell