IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GREAT SOUTHERN WOOD PRESERVING, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 1:06cv708-CSC ) |
| AMERICAN HOME ASSURANCE CO. *et al.*, | ) ) ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the defendants' Motion for Summary Judgment (Doc. No. 21), the plaintiff's Response (Doc. No. 26), and the defendants' Reply (Doc. No. 28), it is

ORDERED that this matter be and is hereby set for oral argument on August 3, 2007, at 11:00 a.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 25th day of July, 2007.

                                               /s/Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE