IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| GREAT SOUTHERN WOOD PRESERVING, INC., | * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil No. 1:06-cv-00708-CSC |
| AMERICAN HOME ASSURANCE CO., AIG, AMERICAN INTERNATIONAL UNDERWRITERS CORP., AMERICAN INTERNATIONAL MARINE AGENCY, | * * * * * | |
| Defendants. | * | |

## MOTION TO CONTINUE HEARING

Come now Defendants and hereby move this Court to reschedule the hearing on Defendants' Motion for Summary Judgment. By Order dated July 25, 2007, the Court set a hearing on Defendants' motion and set the hearing for August 3, 2007.

Counsel will be in California for depositions in this case on August 2, 2007 and will be traveling on August 3, 2007. The undersigned has conferred with counsel for Plaintiff and Plaintiff consents to the continuance.

/s/ Louis C. Norvell                .
BLANE H. CRUTCHFIELD (CRUTB4243)
LOUIS C. NORVELL (NORVL4585)
Attorneys for Defendants
American Home Assurance Company, AIG,
American International Underwriters Corporation,
and American International Marine Agency

OF COUNSEL:
HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, AL 36601-0123
lnorvell@handarendall.com

CERTIFICATE OF SERVICE

      I hereby certify that I have on this 26th day of July, 2007 served the foregoing pleading on counsel of record via electronic notice or by United States mail first class, postage prepaid.

Kenneth A. Dowdy, Esq.
Lusk, Lusk, Dowdy & Caldwell, P.C.
2101 Highland Ave.
Suite 410
Birmingham, AL 35205

Leslie Ann Caldwell, Esq.
Lusk, Lusk, Dowdy & Caldwell, P.C.
2101 Highland Ave.
Suite 410
Birmingham, AL 35205

          s/Louis C. Norvell