IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

GREAT SOUTHERN WOOD         )
PRESERVING, INC.,             )
                                    )
    Plaintiff,              )
                                    )
v.                          )    CIVIL ACTION NO.  1:06cv708-CSC
                                    )
AMERICAN HOME             )
ASSURANCE CO. *et al.*,      )
                                    )
    Defendants.         )

**ORDER**

Upon consideration of the defendants' motion for a continuance (Doc. No. 30), it is

ORDERED that oral argument on the motion for summary judgment be and is hereby

RESET from August 3, 2007, to August 14, 2007, at 11:00 a.m. in Courtroom 4B, United

States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 27th day of July, 2007.


                   /s/Charles S. Coody
                  CHARLES S. COODY
                  CHIEF UNITED STATES MAGISTRATE JUDGE