IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GREAT SOUTHERN WOOD PRESERVING, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 1:06cv708-CSC ) |
| AMERICAN HOME ASSURANCE CO. *et al.*, | ) ) ) |
| Defendants. | ) |

**ORDER**

For good cause, it is

ORDERED that the final pretrial conference set for August 28, 2007, be and is hereby RESET for August 27, 2007, at 11:00 a.m. in Courtroom 4B, United States Courthouse, One Church Street, Montgomery, Alabama.

Done this 9th day of August, 2007.

        /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE