UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| GREAT SOUTHERN WOOD PRESERVING, INC., <br> Plaintiff | ) ) ) ) |
| v. | ) ) File Number: CV: 1:06 cv 708-CSC |
| AMERICAN HOME ASSURANCE CO., *et al.*, <br> Defendants | ) ) ) ) |

RECEIVED
2007 SEP 20 A 11: 09
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT

## NOTICE OF APPEAL

Notice is herby given that Great Southern Wood Preserving, Inc., plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment and order granting Defendant American Home Assurance Company's motion for summary judgment entered on the 21st day August, 2007.

Leslie Caldwell
One of the Attorneys for the Plaintiff, Great Southern Wood Preserving, Inc.
LUSK, LUSK, DOWDY & CALDWELL, P.C.
2101 Highland Avenue
Suite 410
Birmingham, Alabama 35205
(205) 933-7090 ; (205) 933-7099 – fax
lac@lusklaw.com

## CERTIFICATE OF SERVICE

     I herby certify that I have on this the 20th day of September, 2007, served the foregoing on counsel for the Defendants via electronic mail and United States Mail, postage prepaid and properly addressed to:

Blane H. Crutchfield, Esq.
Louis C. Norvell, Esq.
Hand Arendall, L.L.C.
P.O. Box 123
Mobile, Alabama 36601-0123

                                                Of Counsel