```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000502
Cashier ID: brobinso
Transaction Date: 09/20/2007
Payer Name: LUSK LUSK DOWDY AND CALDWELL
----------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: LUSK LUSK DOWDY AND CALDWELL
 Case/Party: D-ALM-1-06-CV-000708-001
 Amount:         $455.00
----------------------------------------
CHECK
 Check/Money Order Num: 7567
 Amt Tendered: $455.00
----------------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

GREAT SOUTHERN WOOD V. AMERICAN
HOME ET AL
```