AO 133 (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

GREAT SOUTHERN WOOD PRESERVING

V.

AMERICAN HOME ASSURANCE CO., ET AL

## BILL OF COSTS

Case Number: 1:06-CV-708-CSC

Judgment having been entered in the above entitled action on 8/21/2007 (Date) against Plaintiff, the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | 290.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 2,532.30 |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on page two) | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| TOTAL | $ 2,822.30 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

- [x] Electronic service by e-mail as set forth below and/or.
- [ ] Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: Blane H. Crutchfield

Name of Attorney: Blane H. Crutchfield, Hand Arendall, LLC

For: American Home Assurance, Co., et al (Name of Claiming Party) Date: 9/20/2007

Costs are taxed in the amount of ______________ and included in the judgment.

______________ Clerk of Court By: ______________ Deputy Clerk ______________ Date

AO 133 (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

**WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | **TOTAL** | | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)

"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)

"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)

"Entry of the judgment shall not be delayed for the taxing of costs."

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **GREAT SOUTHERN WOOD PRESERVING, INC.,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **CASE NO.: 1:06-CV-708-CSC** |
| **AMERICAN HOME ASSURANCE, CO,. et al,** | * | |
| **Defendants.** | * | |

**AFFIDAVIT**
**IN SUPPORT OF BILL OF COSTS**

STATE OF ALABAMA

COUNTY OF MOBILE

Before me the undersigned authority, in and for said state and county, personally appeared BLANE H. CRUTCHFIELD, who, under oath did depose and say as follows:

1. My name is Blane H. Crutchfield, and I am the attorney for the Defendants American Home Assurance Co., AIG, American International Underwriters Corp., and American International Marine Agency in the above-captioned case. I am competent to make this affidavit, and I have personal knowledge of the matters stated herein. I submit this affidavit in support of Defendant's proposed Bill of Costs, filed pursuant to the Judgment entered by this Court on August 21, 2007.

2. I am familiar with the payment of expenses incurred by the Defendants in the defense of this action. I certify that to the best of my knowledge, the expenses described in the Bill of Costs were actually and necessarily incurred by the Defendants for use in the case.

3. Attached to this affidavit as Exhibit "A," is the Defendants submission of an itemized list of requested expenses and documentation for all categories.

4. I declare that the itemized list and documentation of expenses is true and correct, and that these expenses were actually and necessarily incurred in this action.

BLANE H. CRUTCHFIELD

Sworn to and subscribed before me on this 20th day of September, 2007.

NOTARY PUBLIC
STATE OF ALABAMA, AT LARGE
My Commission Expires: 2/18/2011

**EXHIBIT A**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **GREAT SOUTHERN WOOD PRESERVING, INC.,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **CASE NO.: 1:06-CV-708-CSC** |
| **AMERICAN HOME ASSURANCE, CO,. et al,** | * | |
| **Defendants.** | * | |

**ITEMIZED COSTS AND EXPENSES**

| | | |
|---|---|---|
| 1. | Subpoena fees | $290.00 |
| 2. | Court reporter fees | $2532.30 |
| | **TOTAL** | **$2822.30** |

BLANE H. CRUTCHFIELD (CRUTB4243)
Attorney for American Home Assurance Co., AIG, American International Underwriters Corp., and American International Marine Agency

OF COUNSEL:

HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601
Phone: (251) 432-5511
Fax: (251) 694-6375