≈AO 133   (Rev. 8/06)  Bill of Costs

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

GREAT SOUTHERN WOOD PRESERVING

V.

AMERICAN HOME ASSURANCE CO., ET AL

**BILL OF COSTS**

Case Number: 1:06-CV-708-CSC

Judgment having been entered in the above entitled action on __8/21/2007__ against __Plaintiff__,
Date
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | 290.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 2,532.30 |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on page two) | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| TOTAL  $ | 2,822.30 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒   Electronic service by e-mail as set forth below and/or.

☐   Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: Blane H. Crutchfield

Name of Attorney: Blane H. Crutchfield, Hand Arendall, LLC

For: American Home Assurance, Co., et al              Date: 9/20/2007

Name of Claiming Party

Costs are taxed in the amount of $2,822.30 and included in the judgment.

_Debra P. Hackett_                    By: _[signature]_                    9/21/07
Clerk of Court                                Deputy Clerk                                Date