# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF ALABAMA

### OFFICE OF THE CLERK

#### POST OFFICE BOX 711

#### MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
CLERK

TELEPHONE

(334) 954-3610

September 20, 2007

Mr. Thomas K. Kahn, Clerk
United States Court of Appeals, Eleventh Circuit
56 Forsyth Street, NW
Atlanta, GA  30303

USDC No. CV-06-C-708-1

USCA No._____

### IN RE: GREAT SOUTHERN WOOD PRESERVING, INC. VS. AMERICAN HOME ASSURANCE

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

 X  Certified copy of Notice of Appeal, docket entries.  Judgment and Opinion/Order appealed from enclosed.  If Opinion/Order was oral, please check box. [  ]

 X  First Notice of Appeal:_Yes,_ No  Date(s) of Other Notices:_____

Was there a hearing from which a transcript could be made:

_Yes, The Court Reporter(s) is/are:

 X No                          Date of Hearing(s):_____

THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):_____

____ IFP__; and/or APPEALABILITY/CPC is pending in this Court.

__Court Appointed Counsel/CJA;  __Yes;  ___No;  Copy of Order Enclosed:

 X  The Appellate docket fee has been paid _X Yes,__No: 09/20/07 Date , Receipt# 4602000502

___Appellant has been  __GRANTED;_DENIED IFP, Copy of Oder enclosed.

__Appellant has been  ___GRANTED;_DENIED CPC/APPEALABILITY, Copy of Order enclosed.

__Appeal Bond, ____ Supersedeas Bond

 X  The District Judge or Magistrate Judge appealed from is Hon: CHARLES S. COODY

This is an appeal from a bankruptcy order; Bankruptcy Judge: _____

___This is a DEATH PENALTY appeal.

Certified record on appeal consisting of:

__Volume(s) of Pleadings, __ Volume(s) of Transcripts,

____ SEALED ITEMS, ie. ___PSI(s)____; OTHER____; TAPE(s)__

___ Exhibits:____Envelope

__Volume (s) of Original Papers

cc:

Sincerely,

DEBRA P. HACKETT, CLERK

By: Yolanda Williams
Deputy Clerk

# U.S. District Court
## Alabama Middle District (Dothan)
### CIVIL DOCKET FOR CASE #: 1:06-cv-00708-CSC
#### Internal Use Only

Great Southern Wood Preserving, Inc. v. American Home
Assurance Company et al (CONSENT)
Assigned to: Honorable Charles S. Coody
Cause: 28:1446 Breach of Contract- Insurance

Date Filed: 08/09/2006
Date Terminated: 08/21/2007
Jury Demand: Plaintiff
Nature of Suit: 110 Insurance
Jurisdiction: Diversity

**Plaintiff**

**Great Southern Wood Preserving,
Inc.**

represented by **Kenneth A. Dowdy**
Lusk, Lusk, Dowdy & Caldwell, P.C.
2101 Highland Avenue
Suite 410
Birmingham, AL 35205
205-933-7090
Fax: 205-933-7099
Email: kad@lusklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie Ann Caldwell**
Lusk, Lusk, Dowdy & Caldwell, P.C.
2101 Highland Avenue
Suite 410
Birmingham, AL 35205
205-933-7090
Fax: 205-933-7099
Email: lac@lusklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**American Home Assurance Company**

represented by **Blane Horton Crutchfield**
Hand Arendall, L.L.C.
P.O. Box 123
Mobile, AL 36601-0123
251-432-5511
Fax: 251-694-6375

Email: bcrutchfield@handarendall.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Louis Clifton Norvell**
Hand Arendall, LLC
PO Box 123
Mobile, AL 36601-0123
251-694-6281
Fax: 251-544-1627
Email: lnorvell@handarendall.com
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Defendant** | | |
| **AIG** | represented by | **Blane Horton Crutchfield** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Louis Clifton Norvell** (See above for address) *ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **American International Underwriters Corporation** | represented by | **Blane Horton Crutchfield** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Louis Clifton Norvell** (See above for address) *ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **American International Marine Agency** | represented by | **Blane Horton Crutchfield** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Louis Clifton Norvell** (See above for address) *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

| 08/09/2006 | 1 | COMPLAINT against all defendants (Filing fee $ 350.00 receipt number 111149.), filed by Great Southern Wood Preserving, Inc.. (Attachments: # 1 Exhibit 1)(vma, ) (Entered: 08/23/2006) |
| 08/09/2006 |   | DEMAND for Trial by Jury by Great Southern Wood Preserving, Inc.. (No PDF attached; contained within doc. 1)(vma, ) (Entered: 08/23/2006) |
| 08/10/2006 | 2 | Summons Issued as to American Home Assurance Company; summons and complaint returned to counsel for personal service. (vma, ) (Entered: 08/23/2006) |
| 08/10/2006 | 3 | Summons Issued as to AIG; summons and complaint returned to counsel for personal service. (vma, ) (Entered: 08/23/2006) |
| 08/10/2006 | 4 | Summons Issued as to American International Underwriters Corporation; summons and complaint returned to counsel for personal service. (vma, ) (Entered: 08/23/2006) |
| 08/10/2006 | 5 | Summons Issued as to American International Marine Agency; summons and complaint returned to counsel for personal service. (vma, ) (Entered: 08/23/2006) |
| 08/11/2006 | 6 | SUMMONS Returned Executed by Great Southern Wood Preserving, Inc.. American Home Assurance Company served on 8/10/2006, answer due 8/30/2006; AIG served on 8/10/2006, answer due 8/30/2006; American International Underwriters Corporation served on 8/10/2006, answer due 8/30/2006; American International Marine Agency served on 8/10/2006, answer due 8/30/2006. (vma, ) (Entered: 08/23/2006) |
| 08/23/2006 |   | NOTICE of Assignment to Magistrate Judge mailed to counsel for Great Southern Wood Preserving, Inc. (vma, ) (Entered: 08/23/2006) |
| 08/30/2006 | 7 | MOTION for Extension of Time to File Answer by American Home Assurance Company, AIG, American International Underwriters Corporation, American International Marine Agency. (Crutchfield, Blane) (Entered: 08/30/2006) |
| 08/31/2006 |   | NOTICE of Assignment to Magistrate Judge mailed to counsel for American Home Assurance Company, AIG, American International Underwriters Corporation, American International Marine Agency (vma, ) (Entered: 08/31/2006) |
| 08/31/2006 | 8 | ORDER granting 7 Motion for Extension of Time to Answer Answer due from American Home Assurance Company on 9/11/2006; AIG on 9/11/2006; American International Underwriters Corporation on 9/11/2006; American International Marine Agency on 9/11/2006. Signed by Judge Charles S. Coody on 8/31/06. (vma, ) (Entered: 08/31/2006) |
| 09/12/2006 | 9 | ANSWER to Complaint by American Home Assurance Company, AIG, American International Underwriters Corporation, American International Marine Agency.(Crutchfield, Blane) (Entered: 09/12/2006) |

| 09/20/2006 | ◉10 | ORDER that the Rule 26(f) report containing the discovery plan shall be filed as soon as practicable but not later than 10/10/06; Rule 26 Meeting Report due by 10/10/2006; counsel for the parties are directed to complete and send tothe Clerk of the Court the attached consent from so that the form is received by the Clerk on or before 10/10/06. Signed by Judge Charles S. Coody on 9/20/06. (vma, ) (Entered: 09/20/2006) |
|---|---|---|
| 10/10/2006 | ◉11 | REPORT of Rule 26(f) Planning Meeting. (Crutchfield, Blane) (Entered: 10/10/2006) |
| 10/11/2006 | ◉12 | NOTICE by Great Southern Wood Preserving, Inc. *Notice of Endorsement* (Dowdy, Kenneth) (Entered: 10/11/2006) |
| 10/16/2006 | ◉13 | CONSENT to Jurisdiction by US Magistrate Judge by Great Southern Wood Preserving, Inc. (vma, ) (Entered: 10/16/2006) |
| 10/16/2006 | ◉14 | CONSENT to Jurisdiction by US Magistrate Judge by American Home Assurance Company, AIG, American International Underwriters Corporation, American International Marine Agency. (vma, ) (Entered: 10/16/2006) |
| 10/16/2006 | ◉15 | SCHEDULING ORDER: Final Pretrial Conference set for 8/28/2007 11:00 AM in Courtroom 4B before Honorable Charles S. Coody. Non-Jury Trial set for 10/15/2007 09:00 AM in Dothan, Alabama before Honorable Charles S. Coody. Amended Pleadings due by 1/12/2007. Discovery due by 8/14/2007. Motions due by 5/30/2007. Proposed Pretrial Order due by 8/21/2007. Mediation Notice due by 6/25/2007. Signed by Judge Charles S. Coody on 10/16/06. (furn: yg hc ws)(vma, ) (Entered: 10/16/2006) |
| 10/19/2006 | ◉16 | ORDER Setting Jury Trial for 10/1/2007, Dothan, AL before Honorable Charles S. Coody; It is further Ordered that the FRCP 16 scheduling order be and is hereby modified to conform this order, with all dates adjusted accordingly. Signed by Judge Charles S. Coody on 10/19/06. (Term: Non-Jury Trial for 10/15/07) (vma, )(furn: yg hc ws) (Entered: 10/19/2006) |
| 11/20/2006 | ◉17 | NOTICE of Appearance by Louis Clifton Norvell on behalf of American Home Assurance Company, AIG, American International Underwriters Corporation, American International Marine Agency (Norvell, Louis) (Entered: 11/20/2006) |
| 03/01/2007 | ◉18 | Corporate Disclosure Statement by Great Southern Wood Preserving, Inc.. (Dowdy, Kenneth) (Entered: 03/01/2007) |
| 05/03/2007 | ◉19 | (STRICKEN PURSUANT TO LOCAL RULES RE: NON-FILING OF CIVIL DISCOVERY) NOTICE by American Home Assurance Company *of Filing Interrogatories and Request for Production to Plaintiff* (Norvell, Louis) Modified on 5/4/2007 (djy, ). (Entered: 05/03/2007) |
| 05/04/2007 | ◉20 | NOTICE of Non-Compliance re 19 Notice which has been STRICKEN pursuant to Local Rules re: Non-Filing of Civil Discovery (djy, ) (Entered: 05/04/2007) |

| 05/30/2007 | ●21 | MOTION for Summary Judgment by American Home Assurance Company, AIG, American International Underwriters Corporation, American International Marine Agency. (Norvell, Louis) (Entered: 05/30/2007) |
|---|---|---|
| 05/30/2007 | ●22 | BRIEF/MEMORANDUM in Support re 21 MOTION for Summary Judgment filed by American Home Assurance Company, AIG, American International Underwriters Corporation, American International Marine Agency. (Attachments: # 1 Exhibit A-1# 2 Exhibit A-2# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D)(Norvell, Louis) (Entered: 05/30/2007) |
| 06/04/2007 | ●23 | ORDER re 21 MOTION for Summary Judgment filed by American Home Assurance Company,, AIG,, American International Underwriters Corporation,, American International Marine Agency, Motion Submission Deadline set for 7/2/2007; Response to Motion due by 7/2/2007 as further set out in order.. Signed by Judge Charles S. Coody on 6/4/07. (vma, ) (Entered: 06/04/2007) |
| 06/26/2007 | ●24 | Notice of Mediation and Settlement Conference by Great Southern Wood Preserving, Inc. (Dowdy, Kenneth) (Entered: 06/26/2007) |
| 06/27/2007 | ●25 | Notice of Deficiency requiring filing of Corporate Disclosure/Conflict Statement as to American Home Assurance Company, AIG, American International Underwriters Corporation and American International Marine Agency; Corporate Disclosures due by 7/7/2007. (Attachments: # 1 CORP CONFLICT STANDING ORDER & SAMPLE FORMAT)(cc, ) (Entered: 06/27/2007) |
| 07/02/2007 | ●26 | BRIEF/MEMORANDUM in Opposition *to Defendant's Motion for Summary Judgment* filed by Great Southern Wood Preserving, Inc.. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8 # 9 # 10 # 11)(Dowdy, Kenneth) Modified on 7/3/2007 to reflect attachments as Exhibits A through K (qc/djy, ). (Entered: 07/02/2007) |
| 07/03/2007 | ● | NOTICE of Docket Text Correction re 26 BRIEF/MEMORANDUM in Opposition to reflect attachments as Exhibits A through K (NO PDF document attached to this notice).(djy, ) (Entered: 07/03/2007) |
| 07/09/2007 | ●27 | Corporate/Conflict Disclosure Statement by American Home Assurance Company, AIG, American International Underwriters Corporation, American International Marine Agency re 25 Notice of Deficiency requiring filing of Corporate Disclosure/Conflict Statement,. (Norvell, Louis) (Entered: 07/09/2007) |
| 07/17/2007 | ●28 | REPLY BRIEF re 21 MOTION for Summary Judgment, 26 BRIEF/MEMORANDUM in Opposition,, 22 BRIEF/MEMORANDUM in Support, filed by American Home Assurance Company, AIG, American International Underwriters Corporation, American International Marine Agency. (Attachments: # 1 Exhibit A-E# 2 Exhibit F)(Norvell, Louis) (Entered: 07/17/2007) |

| 07/25/2007 | ●29 | ORDER re 21 MOTION for Summary Judgment 26 BRIEF/MEMORANDUM in Opposition 28 Reply Brief, Setting Oral Argument for 8/3/2007 11:00 AM in Courtroom 4B before Honorable Charles S. Coody. Signed by Judge Charles S. Coody on 7/25/07. (furn: yg hc ws)(vma, ) (Entered: 07/25/2007) |
|------------|-----|------|
| 07/26/2007 | ●30 | MOTION to Continue *Summary Judgment Hearing* by American Home Assurance Company, AIG, American International Underwriters Corporation, American International Marine Agency. (Norvell, Louis) (Entered: 07/26/2007) |
| 07/27/2007 | ●31 | ORDER Resetting Oral Argument on the motion for summary judgment from 8/3/07 to 8/14/2007 11:00 AM in Courtroom 4B before Honorable Charles S. Coody. Signed by Judge Charles S. Coody on 7/27/07. (furn: yg hc ws)(vma, ) Modified on 7/27/2007 - to add to text re: motion for summary judgment(vma, ). (Entered: 07/27/2007) |
| 07/27/2007 | ● | NOTICE of Docket Text Correction re 31 Order, - Modified on 7/27/2007 - to add to text re: motion for summary judgment (No PDF attached to this notice)(vma, ) (Entered: 07/27/2007) |
| 08/01/2007 | ●32 | RESPONSE to Motion re 21 MOTION for Summary Judgment *Plaintiff's Response to Defendants' Reply to Plaintiff's Opposition to Motion for Summary Judgment* filed by Great Southern Wood Preserving, Inc.. (Attachments: # Exhibit 1 (1) # Exhibit 2 (2) # Exhibit 3 (3) # Exhibit 4 (4) # Exhibit 5 (5) # Exhibit 6 (6) # Exhibit 7 (7))(Dowdy, Kenneth) Modified on 8/2/2007 - to show and name Exhibits 1-7. (vma, ). (Entered: 08/01/2007) |
| 08/09/2007 | ●33 | ORDER Resetting Final Pretrial Conference from 8/28/07 to 8/27/2007 11:00 AM in Courtroom 4B before Honorable Charles S. Coody. Signed by Judge Charles S. Coody on 8/8/07. (furn: yg hc ws)(vma, ) (Entered: 08/09/2007) |
| 08/14/2007 | ●34 | Minute Entry for proceedings held before Judge Charles S. Coody : Oral Argument held on 8/14/2007 (PDF available for court use only). (Recording Time FTR: 11:00 - 11:32.) (ws, ) (Entered: 08/16/2007) |
| 08/21/2007 | ●35 | ORDER granting 21 Motion for Summary Judgment; a memorandum opinion and a separate order entering final judgment will be entered shortly. Signed by Judge Charles S. Coody on 8/21/07. (Attachments: # 1 civil appeals checklist) (djy, ) (Entered: 08/21/2007) |
| 08/21/2007 | ●36 | MEMORANDUM OPINION. Signed by Judge Charles S. Coody on 8/21/07. (djy, ) (Entered: 08/21/2007) |
| 08/21/2007 | ●37 | FINAL JUDGMENT is entered in favor of AIG, American Home Assurance Company, American International Marine Agency, American International Underwriters Corporation and this case be and is hereby DISMISSED with prejudice with costs taxed against the plaintiff. Signed by Judge Charles S. Coody on 8/21/07. (Attachments: # 1 civil appeals |

| | | checklist)(djy, ) (Entered: 08/21/2007) |
|---|---|---|
| 09/20/2007 | ⊙38 | NOTICE OF APPEAL by Great Southern Wood Preserving, Inc., to the United States Court of Appeals for the Eleventh Circuit from the 36 Memorandum Opinion and Order 37 Judgment, entered on 8/21/07. Copies mailed(ydw, ) (Entered: 09/20/2007) |
| 09/20/2007 | ⊙39 | USCA Appeal Fees received $ 455 receipt number 4602000502 re 38 Notice of Appeal filed by Great Southern Wood Preserving, Inc. (ydw, ) (Entered: 09/20/2007) |
| 09/20/2007 | ⊙40 | BILL OF COSTS by American Home Assurance Company, AIG, American International Underwriters Corporation, American International Marine Agency. (Crutchfield, Blane) (Entered: 09/20/2007) |
| 09/21/2007 | ⊙41 | Costs Taxed in amount of $ 2,822.30 against Great Southern Wood Preserving, Inc. (vma, ) (Entered: 09/21/2007) |
| 09/21/2007 | ⊙ | Transmission of Notice of Appeal and Certified Copy of Docket Sheet and Order to US Court of Appeals re 38 Notice of Appeal (ydw, ) (Entered: 09/21/2007) |