# UNITED STATES DISTRICT COURT
## DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
CLERK

November 15, 2007

TELEPHONE
(334) 954-3610

Mr. Thomas K. Kahn, Clerk
USCA, Eleventh Circuit
56 Forsyth Street, NW
Atlanta, GA  30303

USDC No **CV-06-C-708-S**

USCA No.  **07-14446-B**

In Re: **GREAT SOUTHERN WOOD PRESERVING, INC. VS. AMERICAN HOME ASSURANCE CO.**

CERTIFICATE OF READINESS OF RECORD ON APPEAL

Pursuant to Fed.R.App.P. 11(c) the Clerk of the District Court for the Middle District of Alabama hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript(s) or parts thereof designated for inclusion and all necessary exhibits) consists of:

__2__ Volume(s) of Pleadings

__1__ Volume(s) of Transcripts

___ Exhibits: ___ Box:_X_ Binders: ___Envelopes;

___ Other:___SEAL Envelope (s) :___ PSI(s)

___Other:

Please acknowledge receipt on the enclosed copy of this letter.
Sincerely,

DEBRA P. HACKETT, Clerk

By: **Yolanda Williams**

cc: **LESLIE A. CALDWELL**
  **KENNETH ALDEN DOWDY**
  **BLANE HORTON CRUTCHFIELD**
  **LOUIS CLIFTON NORVELL**

APPEAL, CLOSED, CONSENT

# U.S. District Court
## Alabama Middle District (Dothan)
## CIVIL DOCKET FOR CASE #: 1:06-cv-00708-CSC
### Internal Use Only

Great Southern Wood Preserving, Inc. v. American Home Assurance Company et al (CONSENT)
Assigned to: Honorable Charles S. Coody
Case in other court: USCA, 07-14446-B
Cause: 28:1446 Breach of Contract- Insurance

Date Filed: 08/09/2006
Date Terminated: 08/21/2007
Jury Demand: Plaintiff
Nature of Suit: 110 Insurance
Jurisdiction: Diversity

### Plaintiff

**Great Southern Wood Preserving, Inc.**

represented by **Kenneth A. Dowdy**
Lusk, Lusk, Dowdy & Caldwell, P.C.
2101 Highland Avenue
Suite 410
Birmingham, AL 35205
205-933-7090
Fax: 205-933-7099
Email: kad@lusklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie Ann Caldwell**
Lusk, Lusk, Dowdy & Caldwell, P.C.
2101 Highland Avenue
Suite 410
Birmingham, AL 35205
205-933-7090
Fax: 205-933-7099
Email: lac@lusklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**American Home Assurance Company**

represented by **Blane Horton Crutchfield**
Hand Arendall, L.L.C.
P.O. Box 123
Mobile, AL 36601-0123
251-432-5511
Fax: 251-694-6375

                                          Email: bcrutchfield@handarendall.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                          **Louis Clifton Norvell**
Hand Arendall, LLC
PO Box 123
Mobile, AL 36601-0123
251-694-6281
Fax: 251-544-1627
Email: lnorvell@handarendall.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **AIG** | represented by | **Blane Horton Crutchfield** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Louis Clifton Norvell** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **American International Underwriters Corporation** | represented by | **Blane Horton Crutchfield** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Louis Clifton Norvell** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **American International Marine Agency** | represented by | **Blane Horton Crutchfield** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Louis Clifton Norvell** (See above for address) *ATTORNEY TO BE NOTICED* |

BEGIN VOL. 1.

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

COURT VOL. 1.

| | | |
|---|---|---|
| 08/09/2006 | 1 | COMPLAINT against all defendants (Filing fee $ 350.00 receipt number 111149.), filed by Great Southern Wood Preserving, Inc.. (Attachments: # 1 Exhibit 1)(vma, ) (Entered: 08/23/2006) |
| 08/09/2006 | | DEMAND for Trial by Jury by Great Southern Wood Preserving, Inc.. (No PDF attached; contained within doc. 1)(vma, ) (Entered: 08/23/2006) |
| 08/10/2006 | 2 | Summons Issued as to American Home Assurance Company; summons and complaint returned to counsel for personal service. (vma, ) (Entered: 08/23/2006) |
| 08/10/2006 | 3 | Summons Issued as to AIG; summons and complaint returned to counsel for personal service. (vma, ) (Entered: 08/23/2006) |
| 08/10/2006 | 4 | Summons Issued as to American International Underwriters Corporation; summons and complaint returned to counsel for personal service. (vma, ) (Entered: 08/23/2006) |
| 08/10/2006 | 5 | Summons Issued as to American International Marine Agency; summons and complaint returned to counsel for personal service. (vma, ) (Entered: 08/23/2006) |
| 08/11/2006 | 6 | SUMMONS Returned Executed by Great Southern Wood Preserving, Inc.. American Home Assurance Company served on 8/10/2006, answer due 8/30/2006; AIG served on 8/10/2006, answer due 8/30/2006; American International Underwriters Corporation served on 8/10/2006, answer due 8/30/2006; American International Marine Agency served on 8/10/2006, answer due 8/30/2006. (vma, ) (Entered: 08/23/2006) |
| 08/23/2006 | | NOTICE of Assignment to Magistrate Judge mailed to counsel for Great Southern Wood Preserving, Inc. (vma, ) (Entered: 08/23/2006) |
| 08/30/2006 | 7 | MOTION for Extension of Time to File Answer by American Home Assurance Company, AIG, American International Underwriters Corporation, American International Marine Agency. (Crutchfield, Blane) (Entered: 08/30/2006) |
| 08/31/2006 | | NOTICE of Assignment to Magistrate Judge mailed to counsel for American Home Assurance Company, AIG, American International Underwriters Corporation, American International Marine Agency (vma, ) (Entered: 08/31/2006) |
| 08/31/2006 | 8 | ORDER granting 7 Motion for Extension of Time to Answer Answer due from American Home Assurance Company on 9/11/2006; AIG on 9/11/2006; American International Underwriters Corporation on 9/11/2006; American International Marine Agency on 9/11/2006. Signed by Judge Charles S. Coody on 8/31/06. (vma, ) (Entered: 08/31/2006) |
| 09/12/2006 | 9 | ANSWER to Complaint by American Home Assurance Company, AIG, American International Underwriters Corporation, American International Marine Agency.(Crutchfield, Blane) (Entered: 09/12/2006) |

**CONT. VOL. 1.**

| | | | |
|---|---|---|---|
| 09/20/2006 | | 10 | ORDER that the Rule 26(f) report containing the discovery plan shall be filed as soon as practicable but not later than 10/10/06; Rule 26 Meeting Report due by 10/10/2006; counsel for the parties are directed to complete and send to the Clerk of the Court the attached consent from so that the form is received by the Clerk on or before 10/10/06. Signed by Judge Charles S. Coody on 9/20/06. (vma, ) (Entered: 09/20/2006) |
| 10/10/2006 | | 11 | REPORT of Rule 26(f) Planning Meeting. (Crutchfield, Blane) (Entered: 10/10/2006) |
| 10/11/2006 | | 12 | NOTICE by Great Southern Wood Preserving, Inc. *Notice of Endorsement* (Dowdy, Kenneth) (Entered: 10/11/2006) |
| 10/16/2006 | | 13 | CONSENT to Jurisdiction by US Magistrate Judge by Great Southern Wood Preserving, Inc. (vma, ) (Entered: 10/16/2006) |
| 10/16/2006 | | 14 | CONSENT to Jurisdiction by US Magistrate Judge by American Home Assurance Company, AIG, American International Underwriters Corporation, American International Marine Agency. (vma, ) (Entered: 10/16/2006) |
| 10/16/2006 | | 15 | SCHEDULING ORDER: Final Pretrial Conference set for 8/28/2007 11:00 AM in Courtroom 4B before Honorable Charles S. Coody. Non-Jury Trial set for 10/15/2007 09:00 AM in Dothan, Alabama before Honorable Charles S. Coody. Amended Pleadings due by 1/12/2007. Discovery due by 8/14/2007. Motions due by 5/30/2007. Proposed Pretrial Order due by 8/21/2007. Mediation Notice due by 6/25/2007. Signed by Judge Charles S. Coody on 10/16/06. (furn: yg hc ws)(vma, ) (Entered: 10/16/2006) |
| 10/19/2006 | | 16 | ORDER Setting Jury Trial for 10/1/2007, Dothan, AL before Honorable Charles S. Coody; It is further Ordered that the FRCP 16 scheduling order be and is hereby modified to conform this order, with all dates adjusted accordingly. Signed by Judge Charles S. Coody on 10/19/06. (Term: Non-Jury Trial for 10/15/07) (vma, )(furn: yg hc ws) (Entered: 10/19/2006) |
| 11/20/2006 | | 17 | NOTICE of Appearance by Louis Clifton Norvell on behalf of American Home Assurance Company, AIG, American International Underwriters Corporation, American International Marine Agency (Norvell, Louis) (Entered: 11/20/2006) |
| 03/01/2007 | | 18 | Corporate Disclosure Statement by Great Southern Wood Preserving, Inc.. (Dowdy, Kenneth) (Entered: 03/01/2007) |
| 05/03/2007 | | 19 | (STRICKEN PURSUANT TO LOCAL RULES RE: NON-FILING OF CIVIL DISCOVERY) NOTICE by American Home Assurance Company *of Filing Interrogatories and Request for Production to Plaintiff* (Norvell, Louis) Modified on 5/4/2007 (djy, ). (Entered: 05/03/2007) |
| 05/04/2007 | | 20 | NOTICE of Non-Compliance re 19 Notice which has been STRICKEN pursuant to Local Rules re: Non-Filing of Civil Discovery (djy, ) (Entered: 05/04/2007) |

**CONT. VOL. 1.**

| | | | |
|---|---|---|---|
| 05/30/2007 | | 21 | MOTION for Summary Judgment by American Home Assurance Company, AIG, American International Underwriters Corporation, American International Marine Agency. (Norvell, Louis) (Entered: 05/30/2007) |
| 05/30/2007 *Exhibits Maintained In Separate Binder w/ROA* | | 22 | BRIEF/MEMORANDUM in Support re 21 MOTION for Summary Judgment filed by American Home Assurance Company, AIG, American International Underwriters Corporation, American International Marine Agency. (Attachments: # 1 Exhibit A-1# 2 Exhibit A-2# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D)(Norvell, Louis) (Entered: 05/30/2007) |
| 06/04/2007 | | 23 | ORDER re 21 MOTION for Summary Judgment filed by American Home Assurance Company,, AIG,, American International Underwriters Corporation,, American International Marine Agency, Motion Submission Deadline set for 7/2/2007; Response to Motion due by 7/2/2007 as further set out in order.. Signed by Judge Charles S. Coody on 6/4/07. (vma, ) (Entered: 06/04/2007) |
| 06/26/2007 | | 24 | Notice of Mediation and Settlement Conference by Great Southern Wood Preserving, Inc. (Dowdy, Kenneth) (Entered: 06/26/2007) |
| 06/27/2007 | | 25 | Notice of Deficiency requiring filing of Corporate Disclosure/Conflict Statement as to American Home Assurance Company, AIG, American International Underwriters Corporation and American International Marine Agency; Corporate Disclosures due by 7/7/2007. (Attachments: # 1 CORP CONFLICT STANDING ORDER & SAMPLE FORMAT)(cc, ) (Entered: 06/27/2007) |
| 07/02/2007 *Exhibits Maintained In Separate Binder w/ROA* | | 26 | BRIEF/MEMORANDUM in Opposition *to Defendant's Motion for Summary Judgment* filed by Great Southern Wood Preserving, Inc.. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8 # 9 # 10 # 11)(Dowdy, Kenneth) Modified on 7/3/2007 to reflect attachments as Exhibits A through K (qc/djy, ). (Entered: 07/02/2007) |
| 07/03/2007 | | | NOTICE of Docket Text Correction re 26 BRIEF/MEMORANDUM in Opposition to reflect attachments as Exhibits A through K (NO PDF document attached to this notice).(djy, ) (Entered: 07/03/2007) |
| 07/09/2007 | | 27 | Corporate/Conflict Disclosure Statement by American Home Assurance Company, AIG, American International Underwriters Corporation, American International Marine Agency re 25 Notice of Deficiency requiring filing of Corporate Disclosure/Conflict Statement,. (Norvell, Louis) (Entered: 07/09/2007) |
| 07/17/2007 | | 28 | REPLY BRIEF re 21 MOTION for Summary Judgment, 26 BRIEF/MEMORANDUM in Opposition,, 22 BRIEF/MEMORANDUM in Support, filed by American Home Assurance Company, AIG, American International Underwriters Corporation, American International Marine Agency. (Attachments: # 1 Exhibit A-E# 2 Exhibit F)(Norvell, Louis) (Entered: 07/17/2007) |

**CONT. VOL. 1.**

| | | | |
|---|---|---|---|
| 07/25/2007 | | 29 | ORDER re 21 MOTION for Summary Judgment 26 BRIEF/MEMORANDUM in Opposition 28 Reply Brief, Setting Oral Argument for 8/3/2007 11:00 AM in Courtroom 4B before Honorable Charles S. Coody. Signed by Judge Charles S. Coody on 7/25/07. (furn: yg hc ws)(vma, ) (Entered: 07/25/2007) |
| 07/26/2007 | | 30 | MOTION to Continue *Summary Judgment Hearing* by American Home Assurance Company, AIG, American International Underwriters Corporation, American International Marine Agency. (Norvell, Louis) (Entered: 07/26/2007) |
| 07/27/2007 | | 31 | ORDER Resetting Oral Argument on the motion for summary judgment from 8/3/07 to 8/14/2007 11:00 AM in Courtroom 4B before Honorable Charles S. Coody. Signed by Judge Charles S. Coody on 7/27/07. (furn: yg hc ws)(vma, ) Modified on 7/27/2007 - to add to text re: motion for summary judgment(vma, ). (Entered: 07/27/2007) |
| 07/27/2007 | | | NOTICE of Docket Text Correction re 31 Order, - Modified on 7/27/2007 - to add to text re: motion for summary judgment (No PDF attached to this notice)(vma, ) (Entered: 07/27/2007) |
| 08/01/2007 | | 32 | RESPONSE to Motion re 21 MOTION for Summary Judgment *Plaintiff's Response to Defendants' Reply to Plaintiff's Opposition to Motion for Summary Judgment* filed by Great Southern Wood Preserving, Inc.. (Attachments: # Exhibit 1 (1) # Exhibit 2 (2) # Exhibit 3 (3) # Exhibit 4 (4) # Exhibit 5 (5) # Exhibit 6 (6) # Exhibit 7 (7))(Dowdy, Kenneth) Modified on 8/2/2007 - to show and name Exhibits 1-7. (vma, ). (Entered: 08/01/2007) |
| 08/09/2007 | | 33 | ORDER Resetting Final Pretrial Conference from 8/28/07 to 8/27/2007 11:00 AM in Courtroom 4B before Honorable Charles S. Coody. Signed by Judge Charles S. Coody on 8/8/07. (furn: yg hc ws)(vma, ) (Entered: 08/09/2007) |
| 08/14/2007 | | 34 | Minute Entry for proceedings held before Judge Charles S. Coody : Oral Argument held on 8/14/2007 (PDF available for court use only). (Recording Time FTR: 11:00 - 11:32.) (ws, ) Additional attachment(s) added on 10/16/2007 (ws, ). (Entered: 08/16/2007) |
| 08/21/2007 | | 35 | ORDER granting 21 Motion for Summary Judgment; a memorandum opinion and a separate order entering final judgment will be entered shortly. Signed by Judge Charles S. Coody on 8/21/07. (Attachments: # 1 civil appeals checklist) (djy, ) (Entered: 08/21/2007) |
| 08/21/2007 | | 36 | MEMORANDUM OPINION. Signed by Judge Charles S. Coody on 8/21/07. (djy, ) (Entered: 08/21/2007) |
| 08/21/2007 | | 37 | FINAL JUDGMENT is entered in favor of AIG, American Home Assurance Company, American International Marine Agency, American International Underwriters Corporation and this case be and is hereby DISMISSED with prejudice with costs taxed against the plaintiff. Signed |

**END VOL. 1.**

**BEGIN VOL. 2.**

| | | |
|---|---|---|
| | | by Judge Charles S. Coody on 8/21/07. (Attachments: # 1 civil appeals checklist)(djy, ) (Entered: 08/21/2007) |
| 09/20/2007 | 38 | NOTICE OF APPEAL by Great Southern Wood Preserving, Inc., to the United States Court of Appeals for the Eleventh Circuit from the 36 Memorandum Opinion and Order 37 Judgment, entered on 8/21/07. Copies mailed(ydw, ) (Entered: 09/20/2007) |
| 09/20/2007 | 39 | USCA Appeal Fees received $ 455 receipt number 4602000502 re 38 Notice of Appeal filed by Great Southern Wood Preserving, Inc. (ydw, ) (Entered: 09/20/2007) |
| 09/20/2007 | 40 | BILL OF COSTS by American Home Assurance Company, AIG, American International Underwriters Corporation, American International Marine Agency. (Crutchfield, Blane) (Entered: 09/20/2007) |
| 09/21/2007 | 41 | Costs Taxed in amount of $ 2,822.30 against Great Southern Wood Preserving, Inc. (vma, ) (Entered: 09/21/2007) |
| 09/21/2007 | 42 | Transmission of Notice of Appeal and Certified Copy of Docket Sheet and Order to US Court of Appeals re 38 Notice of Appeal (ydw, ) Additional attachment(s) added on 9/21/2007 (ydw, ). (Entered: 09/21/2007) |
| 09/28/2007 | 43 | USCA Case Number 07-14446-B for 38 Notice of Appeal filed by Great Southern Wood Preserving, Inc. (ydw, ) (Entered: 10/02/2007) |
| 10/04/2007 | 44 | RECEIVED TRANSCRIPT REQUEST re 38 Notice of Appeal from Kenneth A. Dowdy counsel for Great Southern Wood Preserving, Inc. with following notation: "All necessary transcript(s) on file" [PER MY CONVERSATION WITH ATTORNEY KENNETH DOWDY ON 10/3/07 NO TRANSCRIPTS ARE REQUESTED FOR THIS APPEAL] (ydw, ) (Entered: 10/05/2007) |
| 10/10/2007 | 45 | TRANSCRIPT REQUEST by American Home Assurance Company, AIG, American International Underwriters Corporation, American International Marine Agency for proceedings held on August 14, 2007 before Judge Charles S. Coody, re 38 Notice of Appeal (Crutchfield, Blane) (Entered: 10/10/2007) |
| 10/18/2007 | 46 | TRANSCRIPT re 38 Notice of Appeal (PDF available for court use only) of Motion For Summary filed for dates of 8/14/07 before Judge Charles S. Coody, Court Reporter: Mitchell Reisner. (ydw, ) (Entered: 10/18/2007) |

**VOLUME 3.**

**CONT. VOL. 2.**