**Gordon Fields**/CA11/11/USCOURTS

01/31/2008 11:25 AM

To    Yolanda Williams/ALMD/11/USCOURTS@USCOURTS

cc    Donna Norfleet/ALMD/11/USCOURTS@USCOURTS, Jan S Camp/CA11/11/USCOURTS@USCOURTS

bcc

Subject    1st Request for ROA:  07-14446-BB (DC: 1:06-00708 CV C 1)

CA11# 07-14446-BB
Great Southern Wood Preserving v. American Home
MAL: 1:06-00708 CV C 1
------------------------------------------GORDON FIELDS
Briefing/Closing Docket Clerk
11th Circuit Courts of Appeal
(404) 335-6226