# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### UNITED STATES COURTHOUSE
### MONTGOMERY, ALABAMA

**DEBRA P. HACKETT,**
 **CLERK**

**MAILING ADDRESS:**
**U. S. DISTRICT COURT**
**ONE CHURCH ST., RM B-110**
**MONTGOMERY, AL  36104**
**(334) 954-3610**

---

Thomas K. Kahn, Clerk
United States Court of Appeals
Eleventh Circuit                                          **Re:**       District Court No **CV-06-C-708-S**
56 Forsyth Street, N.W.
Atlanta, Georgia  30303                                              Court of Appeals No. **07-14446-B**

**GREAT SOUTHERN WOOD PRESERVING, INC. VS. AMERICAN HOME ASSURANCE CO.**

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

☐   Certified copy of  NOTICE OF APPEAL, docket entries, judgment and opinion/order appealed from.

☐   First Notice of Appeal:   Yes ☐   No ☐   Other notices (dates): ___

☐   Other:

☒   The Judge or Magistrate Judge appealed from is:  **CHARLES S. COODY**

☐   The Court Reporter (s) is/are:

☐   A hearing was not held in the case.   ☐  An **audio tape** is available for transcription of the court hearing

☐   The appellant DOCKET FEE has been paid:  Yes ☐  No ☐  Date paid:

☐   Motion for Certificate of Appealability and/or leave to proceed in forma pauperis is pending.

☐   Appellant has been Granted ☐ or  Denied ☐ leave to appeal IFP [In Forma Pauperis]
      **Enclosed:**  certified copy of Order & an updated docket sheet

☐   Appellant has been Granted ☐ or  Denied ☐ the issuance of a Certificate of Appealability
      **Enclosed:**  certified copy of Order & an updated docket sheet

☐   Copy of CJA form / order  appointing counsel.

☐   Certified record on appeal consisting of : __Volume(s) of pleadings; ___ PSI (s); __ Volume(s) of
      transcript; __ Folder(s) of exhibits/depositions; ___ Supplemental file(s)

☒   ORIGINAL PAPERS: **2**  Volume(s) of pleadings;    **1**  Volume(s) of transcript;    **X**    folders

☐   This is an appeal of a bankruptcy order.  Bankruptcy Judge _____

☐   This is a DEATH PENALTY appeal.

Very truly yours,

YOLANDA WILLIA
Deputy Clerk